**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Eastern _____ District of _New York_____
(State)

Case number (*If known*): _____ Chapter _7_

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

| Part 1: | Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed |
|---|---|

1. **Chapter of the Bankruptcy Code**

*Check one:*

☒ Chapter 7
☐ Chapter 11

| Part 2: | Identify the Debtor |
|---|---|

2. **Debtor's name**

Sprout Mortgage, LLC

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**

☐ Unknown

___ ___ - ___ ___ ___ ___ ___ ___ ___
EIN

5. **Debtor's address**

**Principal place of business**

90 Merrick Avenue
Number      Street

_____

Fresh Meadows          NY    11554
City                        State  ZIP Code

Nassau County
County

**Mailing address, if different**

_____
Number      Street

_____
P.O. Box

_____
City                    State   ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number      Street

_____

_____
City                    State   ZIP Code

Official Form 205        Involuntary Petition Against a Non-Individual        page 1

Debtor    <u>Sprout Mortgage, LLC</u>
<br>Name

Case number (*if known*)_____

---

6.  **Debtor's website** (URL)    _____

---

7.  **Type of debtor**

    ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

    ☐ Partnership (excluding  LLP)

    ☐ Other type of debtor. Specify: _____

---

8.  **Type of debtor's business**

    *Check one:*

    ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

    ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

    ☐ Railroad (as defined in 11 U.S.C. § 101(44))

    ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

    ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

    ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

    ☒ None of the types of business listed.

    ☐ Unknown type of business.

---

9.  **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

    ☒ No

    ☐ Yes. Debtor _____    Relationship _____

    District _____ Date filed _____    Case number, if known_____
    <br>MM / DD  / YYYY

    Debtor _____    Relationship _____

    District _____ Date filed _____    Case number, if known_____
    <br>MM / DD / YYYY

---

**Part 3:    Report About the Case**

---

10. **Venue**

    *Check one:*

    ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

---

11. **Allegations**

    Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

    The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

    *At least one box must be checked:*

    ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

    ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

---

12. **Has there been a transfer of any claim against the debtor by or to any petitioner?**

    ☒ No

    ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

---

Official Form 205    Involuntary Petition Against a Non-Individual    page 2

Debtor _____Sprout Mortgage,LLC_____    Case number (if known)_____
              Name

| 13. Each petitioner's claim | Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|---|
| | New Wave Leanding Group, Inc. | Flow Mortgage Loan Purchase and Sale Agreement. | $ 561,501.60 |
| | JMJ Financial Group | Flow Mortgage Loan Purchase and Sale Agreement. | $ 198,670 |
| | EF Mortgage LLC | Flow Mortgage Loan Purchase and Sale Agreement. | $ 585,475.40 |
| | | Total of petitioners' claims | $ 1,345,647 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4:  Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

**Name and mailing address of petitioner**

_New Wave Lending Group, Inc._____
Name

_1199 Fairway Drive_____
Number    Street

_City of Industry____  _California__  _91789___
City                          State           ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____  _____  _____
City                 State            ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __06/30/2023___
                        MM / DD / YYYY

X _____  __CEO___
Signature of petitioner or representative, including representative's title

**Attorneys**

_ALBENA PETRAKOV_____
Printed name

_Offit Kurman_____
Firm name, if any

_590 Madison Ave, 6th Floor_____
Number    Street

_New York_____  _NY___  _10022___
City                                    State       ZIP Code

Contact phone _212-380-4106_  Email _apetrakov@offitkurman.com_

Bar number ___48 23274_____

State ____NY_____

X _____
Signature of attorney

Date signed _07/03/2023_____
                    MM / DD / YYYY

Debtor    Sprout Mortgage, LLC
_____
Name

Case number (if known)_____

**Name and mailing address of petitioner**

EF Mortgage LLC
_____
Name

711 Third Avenue, Suite 501
_____
Number    Street

New York                    New York        10017
_____
City                          State          ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City                          State          ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
                MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

**Name and mailing address of petitioner**

JMJ Financial Group
_____
Name

26800 Aliso Viejo Parkway, Suite 200
_____
Number    Street

Allo Viejo,                  California      92656
_____
City                          State          ZIP Code

**Name and mailing address of petitioner's representative, if any**

Virgil Kyle
_____
Name

26800 Aliso Viejo Pkwy suite 200
_____
Number    Street

Aliso Viejo                  CA            92656
_____
City                          State          ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 07 01 2023
                MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

ALBENA PETRAKOV
_____
Printed name

Offit  Kurman
_____
Firm name, if any

590 Madison Ave, 6th Floor
_____
Number    Street

New York                    NY            10022
_____
City                          State          ZIP Code

Contact phone   212-380-4106        Email  apetrakov@offitkurman.com

Bar number    _____

State        _____

✗ _____
Signature of attorney

Date signed  _____
                MM / DD / YYYY

Albena Petrakov
_____
Printed name

Offit Kurman
_____
Firm name, if any

590 Madison Ave, 6th Floor
_____
Number    Street

New York                    NY            10022
_____
City                          State          ZIP Code

Contact phone _____   Email _____

Bar number    4823274

State        NY

✗ _____
Signature of attorney

Date signed  07/03/2023
                MM / DD / YYYY

Debtor  Sprout Mortgage, LLC
_____
Name

Case number (if known)_____

---

**Name and mailing address of petitioner**

EF Mortgage LLC
_____
Name

711 Third Avenue, Suite 501
_____
Number    Street

New York          New York       10017
_____
City              State          ZIP Code

**Name and mailing address of petitioner's representative, if any**

Daniel Margolis c/o Ellington Management Group
_____
Name

711 Third Ave, Suite 501
_____
Number    Street

New York          NY          10017
_____
City              State        ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/30/2023
             MM / DD / YYYY

X _____  General Counsel
Signature of petitioner or representative, including representative's title

---

ALBENA PETRAKOV
_____
Printed name

Offit  Kurman
_____
Firm name, if any

590 Madison Ave, 6th Floor
_____
Number    Street

New York          NY          10022
_____
City              State        ZIP Code

Contact phone  212-380-4106     Email  apetrakov@offitkurman.com

Bar number  48 23 274

State  NY

X _____
Signature of attorney

Date signed  07/03/2023
             MM / DD / YYYY

---

**Name and mailing address of petitioner**

JMJ Financial Group
_____
Name

26800 Aliso Viejo Parkway, Suite 200
_____
Number    Street

Alio Viejo,        California      92656
_____
City              State          ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City              State        ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _____
             MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

---

Albena Petrakov
_____
Printed name

Offit Kurman
_____
Firm name, if any

590 Madison Ave, 6th Floor
_____
Number    Street

New York          NY          10022
_____
City              State        ZIP Code

Contact phone  _____     Email  _____

Bar number  _____

State  _____

X _____
Signature of attorney

Date signed  _____
             MM / DD / YYYY

---