The Kantrow Law Group, PLLC
*Attorneys for Allan B. Mendelsohn, Trustee*
732 Smithtown Bypass, Suite 101
Smithtown, New York 11787
Fred S. Kantrow, Esq.
516 703 3672

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT | RETURN DATE: **10/16/23** |
| EASTERN DISTRICT OF NEW YORK | TIME: **9:30 a.m.** |

-------------------------------------------------------------------x

In re:  Chapter 7
 Case No.: 23-72433-reg

SPROUT MORTGAGE LLC,

Debtor.

-------------------------------------------------------------------x

### NOTICE OF TRUSTEE'S APPLICATION SEEKING ENTRY OF AN ORDER HOLDING SHEA PALLANTE IN CONTEMPT FOR FAILURE TO COMPLY WITH SUBPOENA ISSUED PURSUANT TO RULE 2004 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AND DIRECTING <u>COMPLIANCE WITH SUBPOENA</u>

**PLEASE TAKE NOTICE** that Allan B. Mendelsohn, the interim trustee (the "Trustee") of the Estate of Sprout Mortgage LLC, the debtor (the "Debtor"), by and through his attorneys, The Kantrow Law Group, PLLC, shall move before the Hon. Robert E. Grossman, United States Bankruptcy Judge, on **OCTOBER 16, 2023, at 9:30 a.m.** or as soon thereafter as counsel may be heard, for the entry of an Order holding Shea Pallante in contempt for failure to comply with the subpoena issued pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and directing immediate compliance with the subpoenas, at the United States Bankruptcy Court, 290 Federal Plaza, Central Islip, New York 11722, in Courtroom 860.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief sought in the application must conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, as modified by any administrative orders entered in this case, and be filed with the Bankruptcy Court electronically in accordance with any Administrative Order of the Court, by registered users of the Bankruptcy Court's case filing system and, by all other parties in

interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, Microsoft Word, DOS text (ASCII) or a scanned image of the filing, with a hard copy delivered directly to Chambers, and be served in accordance with any Administrative Order of the Court and upon: (i) The Kantrow Law Group, PLLC, 732 Smithtown Bypass, Suite 101, Smithtown, New York 11787, Attn: Fred S. Kantrow, Esq.; and (ii) the Office of the United States Trustee, 560 Federal Plaza, Central Islip, New York 11722; so as to be received by no later than **4:00 p.m. (prevailing Eastern time) on October 9, 2023.**

**PLEASE TAKE FURTHER NOTICE** that only timely objections made be considered by the Court.

Dated: Smithtown, New York
       September 19, 2023

> The Kantrow Law Group, PLLC
> *Attorneys for the Trustee*
>
> BY:   S/Fred S. Kantrow
>       Fred S. Kantrow, Esq.
>       732 Smithtown Bypass, Suite 101
>       Smithtown, New York 11787
>       516 703 3672
>       Fkantrow@thekantrowlawgroup.com