**Fill in this information to identify the case:**

Debtor name   **Sprout Mortgage LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NEW YORK

Case number (if known)   **23-72433-reg**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration   **Statement Of Financial Affairs**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   September 20, 2023          X /s/ Michael Strauss
                                          Signature of individual signing on behalf of debtor

                                          **Michael Strauss**
                                          Printed name

                                          **Managing Member of Sprout Holding LLC**
                                          Position or relationship to debtor

Official Form 202          Declaration Under Penalty of Perjury for Non-Individual Debtors

---

**Fill in this information to identify the case:**

Debtor name     **Sprout Mortgage LLC**

United States Bankruptcy Court for the:     EASTERN DISTRICT OF NEW YORK

Case number (if known)     **23-72433-reg**

☐ Check if this is an
amended filing

---

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.......................................................................................................  $ _____0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.....................................................................................................  $ _____14,452,722.60

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.......................................................................................................  $ _____14,452,722.60

| Part 2: | Summary of Liabilities |
|---|---|

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................  $ _____0.00

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................  $ _____30,604,140.37

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................  +$ _____35,452,094.37

4.  Total liabilities .................................................................................................................................
    Lines 2 + 3a + 3b

| $ 66,056,234.74 |
|---|

**Fill in this information to identify the case:**

Debtor name    **Sprout Mortgage LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)    **23-72433-reg**

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

**3.**  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Met Bank** | **Checking (-4,348.06 Balance)** | 3529 | $0.00 |
| 3.2. | **Met Bank** | **Checking** | 4711 | $12.49 |
| 3.3. | **Met Bank** | **Checking** | 8105 | $1.00 |

**4.**  **Other cash equivalents** *(Identify all)*

**5.**  **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $13.49 |
| --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

**7.**  **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

Debtor    **Sprout Mortgage LLC**                                    Case number *(If known)*  **23-72433-reg**
          Name

| | | | |
|---|---|---|---|
| 7.1. | **Settlement Proceeds held in Escrow at Huntington National Bank** | | **$1,952,709.11** |

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

9.    **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.

| |
|---|
| **$1,952,709.11** |

| Part 3: | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | | | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity: | % of ownership | | |
| 15.1. | **Biscayne Mortgage LLC** | **25**   % | | **Unknown** |
| 15.2. | **Sprout Assets Holding, LLC** | **100**   % | | **Unknown** |
| 15.3. | **Sprout Mortgage Asset Trust** | **100**   % | | **Unknown** |
| 16. | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**<br>Describe: | | | |

17.    **Total of Part 4.**

   Add lines 14 through 16.  Copy the total to line 83.

| |
|---|
| **$0.00** |

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

Debtor    **Sprout Mortgage LLC**

Case number *(If known)*  **23-72433-reg**
_____
Name

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No.  Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| 71.  **Notes receivable**<br>Description (include name of obligor) | |
| 72.  **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73.  **Interests in insurance policies or annuities** | |
| 74.  **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| **Claim against New Wave Lending Group Inc.** | **$10,000,000.00** |
| Nature of claim<br>Amount requested             **$10,000,000.00** | |

Debtor    **Sprout Mortgage LLC**                                     Case number *(If known)*  **23-72433-reg**
          Name

**Claims against JMT Financial Group, CA Corp.**                                          **$2,500,000.00**

Nature of claim

Amount requested                    **$2,500,000.00**

---

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
       country club membership

78.    **Total of Part 11.**                                                    | **$12,500,000.00** |

       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Debtor    **Sprout Mortgage LLC**
_____
Name

Case number _(If known)_  **23-72433-reg**
_____

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** _Copy line 5, Part 1_ | $13.49 | |
| 81. **Deposits and prepayments.** _Copy line 9, Part 2._ | $1,952,709.11 | |
| 82. **Accounts receivable.** _Copy line 12, Part 3._ | $0.00 | |
| 83. **Investments.** _Copy line 17, Part 4._ | $0.00 | |
| 84. **Inventory.** _Copy line 23, Part 5._ | $0.00 | |
| 85. **Farming and fishing-related assets.** _Copy line 33, Part 6._ | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** _Copy line 43, Part 7._ | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** _Copy line 51, Part 8._ | $0.00 | |
| 88. **Real property.** _Copy line 56, Part 9_..................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** _Copy line 66, Part 10._ | $0.00 | |
| 90. **All other assets.** _Copy line 78, Part 11._ | + $12,500,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $14,452,722.60 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $14,452,722.60 |

**Fill in this information to identify the case:**

Debtor name     **Sprout Mortgage LLC**

United States Bankruptcy Court for the:     EASTERN DISTRICT OF NEW YORK

Case number (if known)    **23-72433-reg**

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Fill in this information to identify the case: |
| --- |

Debtor name   **Sprout Mortgage LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NEW YORK

Case number (if known)   **23-72433-reg**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| 2.1 | Priority creditor's name and mailing address<br>**Abdelmessih,  James V**<br>**16010 Huntington Garden Ave**<br>**Chino, CA 91708** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$33,399.16** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wage Claims** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**Abraham,  Timothy**<br>**2777 Alton Pkwy Apt 355**<br>**Irvine, CA 92606** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,584.64** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wage Claims** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Sprout Mortgage LLC** | Case number (if known) | **23-72433-reg** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,177.50** | $0.00 |
|---|---|---|---|---|
| | **Accorto Jr.,  Roberto E.** | Check all that apply. | | |
| | **10866 Oak Bend Way** | ☐ Contingent | | |
| | **Wellington, FL 33414** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wage Claims** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,692.91** | $0.00 |
|---|---|---|---|---|
| | **Acevedo,  Nais Lynn** | Check all that apply. | | |
| | **88 East San Carlos Street** | ☐ Contingent | | |
| | **Apt 401** | ☐ Unliquidated | | |
| | **San Jose, CA 95112** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wage Claims** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$16,363.64** | $0.00 |
|---|---|---|---|---|
| | **Adams,  Brent** | Check all that apply. | | |
| | **11732 9th Street** | ☐ Contingent | | |
| | **Garden Grove, CA 92840** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wage Claims** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,990.32** | $0.00 |
|---|---|---|---|---|
| | **Adams,  Sage** | Check all that apply. | | |
| | **16602 Lakeshore Drive** | ☐ Contingent | | |
| | **Weed, CA 96094** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wage Claims** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| Debtor | **Sprout Mortgage LLC** | | Case number (if known) | **23-72433-reg** |
|---|---|---|---|---|
| | Name | | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $21,462.78 | $0.00 |
|---|---|---|---|---|

**Adkins,  Thomas E**
**8298 Woodgrove Rd**
**Jacksonville, FL 32256**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,003.63 | $0.00 |
|---|---|---|---|---|

**Agudelo,  Nathaniel S**
**198 Kingston Avenue**
**South Floral Park, NY 11001**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,775.82 | $0.00 |
|---|---|---|---|---|

**Ahrendt,  Leslie**
**18202 North 52nd Way**
**Scottsdale, AZ 85254**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,149.74 | $10,149.74 |
|---|---|---|---|---|

**Alabama Dept. of Revenue**
**50 N. Ripley St**
**Montgomery, AL 36130**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **Sprout Mortgage LLC** | Case number (if known) | **23-72433-reg** |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $800.40 | $0.00 |
|---|---|---|---|---|

**Alarcon,  Christine Marie**
**14945 Tierra Coruna Avenue**
**El Paso, TX 79938**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,884.22 | $0.00 |
|---|---|---|---|---|

**Alexander,  Michael**
**31711 Fairview Road**
**Laguna Beach, CA 92651**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,900.00 | $0.00 |
|---|---|---|---|---|

**Alli-Afoke,  Aminat O**
**400 Mathias Court**
**APT L**
**Westminster, MD 21157**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,591.05 | $0.00 |
|---|---|---|---|---|

**Alvarez Donoso,  Felipe Antonio**
**1845 Northwest 4th Avenue**
**APT 18**
**Boca Raton, FL 33432**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Sprout Mortgage LLC** | Case number (if known) | **23-72433-reg** |
|---|---|---|---|
| | Name | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$4,314.04** | $0.00 |
|---|---|---|---|---|

**Antetomaso,  John F**
**72 Beaumont Avenue**
**Massapequa, NY 11758**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Wage Claims** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$2,506.11** | $0.00 |
|---|---|---|---|---|

**Appel,  Lexi**
**11441 East Prairie Avenue**
**Mesa, AZ 85212**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Wage Claims** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$14,959.78** | $0.00 |
|---|---|---|---|---|

**Appel,  Steven**
**9921 East Lompoc Avenue**
**Mesa, AZ 85209**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Wage Claims** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$46,566.93** | $0.00 |
|---|---|---|---|---|

**Arakelian,  Gary**
**445 Dover Cir**
**Brea, CA 92821**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Wage Claims** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

| Debtor | **Sprout Mortgage LLC** | Case number (if known) | **23-72433-reg** |
|---|---|---|---|
| | Name | | |

---

**2.19** | Priority creditor's name and mailing address

**Arambel, Patricia**
**6743 Jasmine Court**
**Chino, CA 91710**

As of the petition filing date, the claim is: **$2,905.20**   **$0.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.20** | Priority creditor's name and mailing address

**Arce, Oraida M**
**130 2nd Avenue**
**1L**
**Newark, NJ 07104**

As of the petition filing date, the claim is: **$7,887.88**   **$0.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.21** | Priority creditor's name and mailing address

**Ard, Merideth**
**608 Winterwood Drive**
**Kennedale, TX 76060**

As of the petition filing date, the claim is: **$6,577.94**   **$0.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.22** | Priority creditor's name and mailing address

**Arizona Dept of Revenue**
**1600 West Monroe Street**
**Phoenix, AZ 85007**

As of the petition filing date, the claim is: **$45,360.52**   **$45,360.52**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Sprout Mortgage LLC | Case number (if known) | 23-72433-reg |
|---|---|---|---|
| | Name | | |

---

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,392.71 | $3,392.71 |
|---|---|---|---|---|

**Arkansas Dept. Fin. & Adm**
**Ragland Bldg**
**1900 West 7th St**
**Suite 2047**
**Little Rock, AR 72201**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,578.24 | $0.00 |
|---|---|---|---|---|

**Arrieta, Philip thomas**
**4335 East Yucca Street**
**Phoenix, AZ 85028**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,160.44 | $0.00 |
|---|---|---|---|---|

**Asher, Shayne**
**15 macartur pl**
**Unit 1903**
**Santa Ana, CA 92707**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,683.30 | $0.00 |
|---|---|---|---|---|

**Askew, Ashley**
**4658 Orly Place**
**Riverside, CA 92507**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Sprout Mortgage LLC | Case number (if known) | 23-72433-reg |
|---|---|---|---|
| | Name | | |

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,045.45 | $0.00 |
|---|---|---|---|---|

**Avallone, Marc**
**757 East 169 Street**
**Bronx, NY 10456**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,437.25 | $0.00 |
|---|---|---|---|---|

**Ayala, Alejandro**
**1029 North Christobal Lane**
**Colton, CA 92324**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $34,829.16 | $0.00 |
|---|---|---|---|---|

**Ayres, Dean**
**8332 Varas Circle**
**Huntington Beach, CA 92646**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,441.94 | $0.00 |
|---|---|---|---|---|

**Ayres, Karson G**
**8332 Varas circle**
**Huntington Beach, CA 92646**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | **Sprout Mortgage LLC** | Case number (if known) | **23-72433-reg** |
|--------|-------------------------|------------------------|-------------------|
| | Name | | |

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,457.14** | **$0.00** |
|------|---|---|---|---|

**Aywas,  Kimberly M**
**40 Green Pond Road**
**Blountsville, AL 35031**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,752.50** | **$0.00** |
|------|---|---|---|---|

**Badice,  Ashonni**
**117-39 124th St**
**South Ozone Park**
**Queens, NY 11420**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,134.56** | **$0.00** |
|------|---|---|---|---|

**Barale,  Michael Alec**
**1316 Chippewa Drive**
**Plano, TX 75093**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6,980.77** | **$0.00** |
|------|---|---|---|---|

**Barbine,  Andrew**
**432 Sunrise Highway, 22**
**West Babylon, NY 11704**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Sprout Mortgage LLC** | Case number (if known) | **23-72433-reg** |
|---|---|---|---|
| | Name | | |

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $14,534.29 | $0.00 |
|---|---|---|---|---|

**Barnes,  Michael James**
**18202 N. 52nd Way**
**Scottsdale, AZ 85254**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.36 | Priority creditor's name and mailing address | | $4,944.37 | $0.00 |
|---|---|---|---|---|

**Barreno,  Adam**
**8853 Concord Ave**
**Riverside, CA 92503**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.37 | Priority creditor's name and mailing address | | $4,011.95 | $0.00 |
|---|---|---|---|---|

**Barrett,  Danette Marie**
**3604 E 12th Ave**
**Spokane, WA 99202**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.38 | Priority creditor's name and mailing address | | $2,048.88 | $0.00 |
|---|---|---|---|---|

**Bartley,  Tina D**
**8 Perimeter Center E**
**Unit 2438**
**Atlanta, GA 30346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Sprout Mortgage LLC** | Case number (if known) | **23-72433-reg** |
|---|---|---|---|
| | Name | | |

---

**2.39** | Priority creditor's name and mailing address

**Bartolotta, Joseph**
**23 High Ridge Road**
**Warwick, NY 10990**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$17,897.73   $0.00

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.40** | Priority creditor's name and mailing address

**Basile, Vincent Louis**
**107 Wyncote Court**
**Stephens City, VA 22655**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,658.03   $0.00

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.41** | Priority creditor's name and mailing address

**Bastian, Beth**
**1577 Sabina Circle**
**Simi Valley, CA 93063**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$9,180.26   $0.00

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.42** | Priority creditor's name and mailing address

**Bastian, Briggs**
**1577 Sabina Circle**
**SIMI VALLEY, CA 93063**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,305.37   $0.00

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Sprout Mortgage LLC** | Case number (if known) | **23-72433-reg** |
|---|---|---|---|
| | Name | | |

---

**2.43** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,006.15** | **$0.00**

**Bauman,  John C**
**30251 Golden Lantern**
**STE E572**
**Laguna Niguel, CA 92677**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.44** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,205.90** | **$0.00**

**Bayer,  Jacy**
**11110 Lincoln Avenue**
**Hagerstown, MD 21740**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.45** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$750.00** | **$0.00**

**Beck,  Haley Summer**
**33112 Sea Bright Drive**
**Dana Point, CA 92629**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.46** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,916.95** | **$0.00**

**Berdugo,  Yesenia**
**43 Bradford Street**
**Brooklyn, NY 11207**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Sprout Mortgage LLC** | Case number (if known) | **23-72433-reg** |
|---|---|---|---|
| | Name | | |

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$6,021.71** | $0.00 |
|---|---|---|---|---|
| | **Bias,  Kimberly A**<br>**25710 130th Avenue Southeast**<br>**Kent, WA 98030** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wage Claims** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$2,611.13** | $0.00 |
|---|---|---|---|---|
| | **Bichel,  Robert W**<br>**8864 Sandpiper Cir**<br>**Fountain Valley, CA 92708** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wage Claims** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$7,305.16** | $0.00 |
|---|---|---|---|---|
| | **Bilicki,  Eugene**<br>**36 Julian Street**<br>**Hicksville, NY 11801** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wage Claims** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$39,241.93** | $0.00 |
|---|---|---|---|---|
| | **Bjelac III,  Samuel**<br>**331 Rosslare Dr**<br>**Arnold, MD 21012** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wage Claims** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Sprout Mortgage LLC** | Case number (if known) | **23-72433-reg** |
|---|---|---|---|
| | Name | | |

---

**2.51** | Priority creditor's name and mailing address

**Black Mann and Graham LLP**
**2905 Corporate Circle**
**Flower Mound, TX 75028**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,975.00 | $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.52** | Priority creditor's name and mailing address

**Blackwell, Catherine**
**63196 NW Via Palazzo**
**Bend, OR 97703**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$7,733.02 | $0.00

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.53** | Priority creditor's name and mailing address

**Bliss, Daniela**
**568 East Lemon Avenue**
**D**
**Glendora, CA 91741**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,363.64 | $0.00

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.54** | Priority creditor's name and mailing address

**Blizard, Chasati L**
**7427 Bishop Road**
**Bessemer, AL 35022**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,566.26 | $0.00

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Sprout Mortgage LLC** | Case number (if known) | **23-72433-reg** |
|---|---|---|---|
| | Name | | |

| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,844.85 | $0.00 |
|---|---|---|---|---|
| | **Boiano, Giuseppe** | Check all that apply. | | |
| | **88 Aspen Lane** | ☐ Contingent | | |
| | **Stamford, CT 06903** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wage Claims** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.56 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,339.20 | $0.00 |
|---|---|---|---|---|
| | **Bond, Isaiah** | Check all that apply. | | |
| | **11448 Kings Pond Drive** | ☐ Contingent | | |
| | **Providence Forge, VA 23140** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wage Claims** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.57 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,954.54 | $0.00 |
|---|---|---|---|---|
| | **Bonderov, Jennifer L** | Check all that apply. | | |
| | **11011 NE 104th St** | ☐ Contingent | | |
| | **Vancouver, WA 98662** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wage Claims** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.58 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,863.64 | $0.00 |
|---|---|---|---|---|
| | **Boor, Jared** | Check all that apply. | | |
| | **5 Bellevue** | ☐ Contingent | | |
| | **Irvine, CA 92602** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wage Claims** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| Debtor | **Sprout Mortgage LLC** | Case number (if known) | **23-72433-reg** |
|---|---|---|---|
| | Name | | |

| 2.59 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$10,391.74** | **$0.00** |
|---|---|---|---|---|

**Borden,  David**
**679 West 239th Street**
**Apt 1C**
**Bronx, NY 10463**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.60 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$25,830.46** | **$0.00** |
|---|---|---|---|---|

**Borgogna,  Greg**
**21141 Canada Road**
**9A**
**Lake Forest, CA 92630**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.61 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,397.72** | **$0.00** |
|---|---|---|---|---|

**Boualapha,  Bounthavy**
**1606 Oak Street**
**Unit B**
**Sandpoint, ID 83864**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.62 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,507.01** | **$0.00** |
|---|---|---|---|---|

**Boyd,  Justin D**
**2924 Lucas Dr Apt 4106**
**Dallas, TX 75219-5685**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Sprout Mortgage LLC** | | Case number (if known) | **23-72433-reg** |
|---|---|---|---|---|
| | Name | | | |

| 2.63 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,652.97 | $0.00 |
|---|---|---|---|---|

**Boyd-Young,  Bridget**
**P.O. Box 2730**
**Shasta, CA 96087**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.64 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,363.63 | $0.00 |
|---|---|---|---|---|

**Boyer,  Blake M**
**4956 Park Drive**
**Carlsbad, CA 92008**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.65 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,101.25 | $0.00 |
|---|---|---|---|---|

**Bracey,  Victoria**
**375 Pleasant View Ln SE**
**Concord, NC 28025**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.66 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,131.92 | $0.00 |
|---|---|---|---|---|

**Breden,  Stephanie L**
**156 Beverly Road**
**South Huntington, NY 11746**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Sprout Mortgage LLC** | Case number (if known) | **23-72433-reg** |
|---|---|---|---|
| | Name | | |

---

| 2.67 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$3,807.66** | **$0.00** |
|---|---|---|---|---|
| | **Brockwell,  Shana**<br>**1106 Tree Crossing Pkwy**<br>**Hoover, AL 35244** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wage Claims** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.68 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$3,363.89** | **$0.00** |
|---|---|---|---|---|
| | **Brooks, Valerie Christine**<br>**14200 Layne Loop**<br>**Leander, TX 78641** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wage Claims** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.69 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$9,825.05** | **$0.00** |
|---|---|---|---|---|
| | **Brown,  Denitrice**<br>**1297 Estancia Street**<br>**Beaumont, CA 92223** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wage Claims** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.70 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,622.39** | **$0.00** |
|---|---|---|---|---|
| | **Brown,  Omar**<br>**28102 Hibiscus Drive**<br>**Laguna Niguel, CA 92677** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wage Claims** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| Debtor | **Sprout Mortgage LLC** | Case number (if known) | **23-72433-reg** |
|---|---|---|---|
| | Name | | |

| 2.71 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$5,000.40** | $0.00 |
|---|---|---|---|---|
| | **Bruno, Marisela**<br>**9503 Wirt Street**<br>**Omaha, NE 68134** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wage Claims** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.72 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$8,386.37** | $0.00 |
|---|---|---|---|---|
| | **Burch, Daniel Joseph**<br>**650 Tapestry Lane**<br>**Apt 143**<br>**Brandon, FL 33511** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wage Claims** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.73 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$1,292.67** | $1,292.67 |
|---|---|---|---|---|
| | **Bureau Tax & Accounting**<br>**Unemployment Ins. Div.**<br>**PO Box 7942**<br>**Madison, WI 53707** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.74 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$2,363.64** | $0.00 |
|---|---|---|---|---|
| | **Burris, Eben**<br>**12919 Chumstick Hwy**<br>**Leavenworth, WA 98826** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wage Claims** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Sprout Mortgage LLC** | | Case number (if known) | **23-72433-reg** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.75 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,681.81 | $0.00 |
|---|---|---|---|---|

**Butler,  David**
**473 Salt Creek Way**
**Brunswick, GA 31523**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.76 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $846,280.53 | $846,280.53 |
|---|---|---|---|---|

**CA Franchise Tax Board**
**Bankruptcy Section**
**PO Box 2952**
**Sacramento, CA 95812-2952**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.77 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,732.87 | $0.00 |
|---|---|---|---|---|

**Cameron,  Gary**
**731 Marsopa Drive**
**Vista, CA 92081**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.78 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $34,067.09 | $0.00 |
|---|---|---|---|---|

**Campbell,  Charles**
**5739 Calle Polvorosa**
**San Clemente, CA 92673**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Sprout Mortgage LLC** | Case number (if known) | **23-72433-reg** |
|---|---|---|---|
| | Name | | |

| 2.79 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,811.97** | **$0.00** |
|---|---|---|---|---|
| | **Canty,  Candi C** | Check all that apply. | | |
| | **2322 Willow Shade Lane** | ☐ Contingent | | |
| | **Loganville, GA 30052** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Wage Claims** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | |

| 2.80 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$9,675.99** | **$0.00** |
|---|---|---|---|---|
| | **Carmack, S. David** | Check all that apply. | | |
| | **1276 Greenridge Avenue** | ☐ Contingent | | |
| | **Lithonia, GA 30058** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Wage Claims** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | |

| 2.81 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,363.64** | **$0.00** |
|---|---|---|---|---|
| | **Carpenter,  Randall** | Check all that apply. | | |
| | **15001 West 123rd Circle** | ☐ Contingent | | |
| | **Olathe, KS 66062** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Wage Claims** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | |

| 2.82 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,565.43** | **$0.00** |
|---|---|---|---|---|
| | **Carrasco,  Leah** | Check all that apply. | | |
| | **13030 Anola Street** | ☐ Contingent | | |
| | **Whittier, CA 90605** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Wage Claims** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | |

| Debtor | **Sprout Mortgage LLC** | Case number (if known) | **23-72433-reg** |
|---|---|---|---|
| | Name | | |

| 2.83 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$7,263.25** | $0.00 |
|---|---|---|---|---|

**Casillas, Luis D**
**363 Alta Vista Street**
**Placentia, CA 92870**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.84 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6,616.80** | $0.00 |
|---|---|---|---|---|

**Cason, Stephanie E**
**2 Fair Oaks**
**Laguna Niguel, CA 92677**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.85 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,045.45** | $0.00 |
|---|---|---|---|---|

**Castillo, Karen**
**1 Robert Treat Drive**
**Apt A**
**Milford, CT 06460**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.86 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,199.39** | $0.00 |
|---|---|---|---|---|

**Caswell, Nicole**
**613 South San Marcos Cir**
**Gilbert, AZ 85296**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Debtor   **Sprout Mortgage LLC**
_____
Name

Case number (if known)   **23-72433-reg**

| 2.87 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$14,698.04** | **$0.00** |

**Chang,  Jim**
**18076 Burke Lane**
**Yorba Linda, CA 92886**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.88 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,083.00** | **$0.00** |

**Chang,  Pak**
**1206 North Adler Avenue**
**Fresno, CA 93727**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.89 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,363.64** | **$0.00** |

**Chase,  William Thomas**
**5879 Briarwood Ct.**
**Clarkston, MI 48346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.90 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$8,900.93** | **$0.00** |

**Chavez,  Paul**
**207 Knox Street #D**
**Costa Mesa, CA 92627**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Sprout Mortgage LLC** | Case number (if known) | **23-72433-reg** |
|---|---|---|---|
| | Name | | |

| 2.91 | Priority creditor's name and mailing address<br>**Chea, La**<br>**2221 East 15th Street**<br>**Brooklyn, NY 11229** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$10,623.00** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wage Claims** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.92 | Priority creditor's name and mailing address<br>**Chen, Angela**<br>**140 Elkhorn**<br>**Irvine, CA 92618** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$40,363.75** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wage Claims** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.93 | Priority creditor's name and mailing address<br>**Chen, Jennifer**<br>**140 Elkhorn**<br>**Irvine, CA 92618** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$13,085.82** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wage Claims** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.94 | Priority creditor's name and mailing address<br>**Chomik, Konrad**<br>**3839 Kendall Street**<br>**San Diego, CA 92109** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,732.87** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wage Claims** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| Debtor | **Sprout Mortgage LLC** | | Case number (if known) | **23-72433-reg** |
|---|---|---|---|---|
| | Name | | | |

| | | | |
|---|---|---|---|
| 2.95 | Priority creditor's name and mailing address<br>**Chukkuluri, Lavanya**<br>**5845 Bit O Scotch Ct**<br>**West Chester, OH 45069** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$6,534.10**  $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wage Claims** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.96 | Priority creditor's name and mailing address<br>**Ciriza, Nayeli**<br>**3225 Royal Jewel Street**<br>**El Paso, TX 79936** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,836.80**  $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wage Claims** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.97 | Priority creditor's name and mailing address<br>**Clark, William**<br>**4163 Conrad Drive**<br>**Spring Valley, CA 91977** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,074.77**  $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wage Claims** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.98 | Priority creditor's name and mailing address<br>**Colkitt, Ryan**<br>**12 Autumn Hill Lane**<br>**Southborough, MA 01772** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$10,471.60**  $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wage Claims** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| Debtor | **Sprout Mortgage LLC** | Case number (if known) | **23-72433-reg** |
|---|---|---|---|
| | Name | | |

| 2.99 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$16,826.06** | **$16,826.06** |
|---|---|---|---|---|
| | **Colorado Dept of Revenue**<br>**Attn Bankruptcy Dept.**<br>**Room 104**<br>**Denver, CO 80214** | | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.100 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,057.20** | **$0.00** |
|---|---|---|---|---|
| | **Colter,  Zachery**<br>**193 East Hudson Street**<br>**Columbus, OH 43202** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wage Claims** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.101 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$7,102.27** | **$0.00** |
|---|---|---|---|---|
| | **Conboy,  Richard**<br>**1605 Passion Vine Cove**<br>**Pflugerville, TX 78660** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wage Claims** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.102 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$7,172.97** | **$0.00** |
|---|---|---|---|---|
| | **Conklin,  Thomas R**<br>**741 Guadalupe Avenue**<br>**Coronado, CA 92118** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wage Claims** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Sprout Mortgage LLC** | Case number (if known) | **23-72433-reg** |
|---|---|---|---|
| | Name | | |

| 2.103 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,464.00** | **$0.00** |
|---|---|---|---|---|

**Cooper,  Ellie**
**1585 Hillcrest Street**
**Washington, PA 15301**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.104 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6,028.00** | **$0.00** |
|---|---|---|---|---|

**Copeland,  Joshua K**
**2409 Linda Drive**
**Ennis, TX 75119**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.105 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,616.50** | **$0.00** |
|---|---|---|---|---|

**Cowell,  Jewlia K**
**2425 Hudson Road**
**Pottsville, AR 72858**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.106 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,546.94** | **$0.00** |
|---|---|---|---|---|

**Cox,  Maria**
**4273 East Carla Vista Drive**
**Gilbert, AZ 85295**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Sprout Mortgage LLC** | Case number (if known) | **23-72433-reg** |
|---|---|---|---|
| | Name | | |

---

**2.107** | Priority creditor's name and mailing address

**Crapanzano, Nicholas**
**1028 Stuart Place**
**Seaford, NY 11783**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wage Claims**

Is the claim subject to offset?
■ No
☐ Yes

$7,784.40 | $0.00

---

**2.108** | Priority creditor's name and mailing address

**Cratty, Gregory P**
**97 Standish Street**
**Marshfield, MA 02050**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wage Claims**

Is the claim subject to offset?
■ No
☐ Yes

$4,363.24 | $0.00

---

**2.109** | Priority creditor's name and mailing address

**Creel, Elisabeth M**
**8561 Glenbury Court North**
**Jacksonville, FL 32256**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wage Claims**

Is the claim subject to offset?
■ No
☐ Yes

$5,318.58 | $0.00

---

**2.110** | Priority creditor's name and mailing address

**Cresong, Jodilyn**
**6 Sycamore Lane**
**Swedesboro, NJ 08085**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wage Claims**

Is the claim subject to offset?
■ No
☐ Yes

$20,972.40 | $0.00

---

| Debtor | **Sprout Mortgage LLC** | Case number (if known) | **23-72433-reg** |
|---|---|---|---|
| | Name | | |

| 2.111 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,488.19** | **$0.00** |
|---|---|---|---|---|

**Cruz,  Kimberly Carranza**
**943 North Placentia Ave**
**Apt F**
**Fullerton, CA 92831**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.112 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$29,640.31** | **$29,640.31** |
|---|---|---|---|---|

**CT Dept of Revenue**
**Bankruptcy Division**
**450 Columbus Blvd**
**Suite 1**
**Hartford, CT 06103**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.113 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,633.64** | **$0.00** |
|---|---|---|---|---|

**Cullen,  Laurie**
**16330 Lydia Hill Drive**
**1307**
**Chesterfield, MO 63005**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.114 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$9,914.14** | **$0.00** |
|---|---|---|---|---|

**Curry,  Frank**
**1049 Regatta Run**
**Costa Mesa, CA 92627**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Sprout Mortgage LLC** | Case number (if known) | **23-72433-reg** |
|---|---|---|---|
| | Name | | |

**2.115** | Priority creditor's name and mailing address

**Curtis, Jeremy**
**1300 Petunia Drive**
**Allen, TX 75002**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$3,150.63** | **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.116** | Priority creditor's name and mailing address

**Daino, Vincent J**
**14 Devon Court**
**Spring Lake, NJ 07762**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$25,227.27** | **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.117** | Priority creditor's name and mailing address

**Danze, Jeffrey**
**1253 Park Street**
**Robbinsville, NJ 08691**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$14,204.55** | **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.118** | Priority creditor's name and mailing address

**Darrigan, Diana M**
**247 East Meadow Avenue**
**East Meadow, NY 11554**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$8,518.88** | **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Sprout Mortgage LLC** | Case number (if known) | **23-72433-reg** |
|---|---|---|---|
| | Name | | |

| 2.119 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6,846.08** | $0.00 |
|---|---|---|---|---|

**Davis,  Sharmaine C**
**729 Mercy Street**
**Forney, TX 75126**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.120 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,522.20** | $0.00 |
|---|---|---|---|---|

**De Gracia,  Angela**
**3038 Hull Court**
**Tracy, CA 95377**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.121 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6,610.37** | $0.00 |
|---|---|---|---|---|

**Del Rosario,  Miriam**
**9347 Farralone Avenue**
**Chatsworth, CA 91311**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.122 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,652.39** | $0.00 |
|---|---|---|---|---|

**Delgado-Reyes,  Marinda**
**707 West 10th Street**
**Corona, CA 92882**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Sprout Mortgage LLC** | Case number (if known) | **23-72433-reg** |
|---|---|---|---|
| | Name | | |

**2.123** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,895.64** | **$0.00**

**DeLisi,  Richard**
**122 Pinegrove Cir**
**Milford, PA 18337**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.124** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$72,578.84** | **$0.00**

**Demetriou,  Ian**
**1425 William St**
**Baltimore, MD 21230**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.125** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,535.70** | **$0.00**

**Denning,  Kacie E**
**3773 Timberglen Rd**
**Apt 2806**
**Dallas, TX 75287**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.126** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$7,341.06** | **$0.00**

**Dermendjian,  Kristine**
**2209 West Steed Ridge**
**Phoenix, AZ 85085**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Sprout Mortgage LLC** | Case number (if known) | **23-72433-reg** |
|---|---|---|---|
| | Name | | |

| 2.127 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$6,317.95** | **$0.00** |
|---|---|---|---|---|
| | **Dermendjian,  Mariam**<br>**3120 W Carefree Hwy**<br>**# 211**<br>**Phoenix, AZ 85086** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wage Claims** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.128 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$6,087.98** | **$0.00** |
|---|---|---|---|---|
| | **Desadier,  Joshua**<br>**301 E Blueridge Avenue**<br>**Orange, CA 92865** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wage Claims** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.129 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,363.64** | **$0.00** |
|---|---|---|---|---|
| | **Devine,  Julie Kathleen**<br>**425 Amberidge Trail NW**<br>**Sandy Springs, GA 30328** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wage Claims** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.130 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$17,182.22** | **$0.00** |
|---|---|---|---|---|
| | **Devlin,  Lara K**<br>**3499 Oaks Way**<br>**Apt #106**<br>**Pompano Beach, FL 33069** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wage Claims** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Sprout Mortgage LLC** | Case number (if known) | **23-72433-reg** |
|---|---|---|---|
| | Name | | |

---

**2.131** | Priority creditor's name and mailing address
**Devolve,  William**
**535 South Ranch View Circle**
**74**
**Anaheim, CA 92807**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$4,874.24     $0.00

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.132** | Priority creditor's name and mailing address
**Diaz,  Marjorie**
**149-56 Tahoe St**
**Ozone Park, NY 11417**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,777.54     $0.00

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.133** | Priority creditor's name and mailing address
**Diaz,  Roseanna**
**6243 West Hearn Road**
**Glendale, AZ 85306-4144**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$13,236.58     $0.00

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.134** | Priority creditor's name and mailing address
**Dicea,  Hailey M**
**400 Redbridge Street**
**Middle River, MD 21220**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$195.45     $0.00

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Sprout Mortgage LLC** | Case number (if known) | **23-72433-reg** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.135 | Priority creditor's name and mailing address<br>**Diguiseppe,  Steven A**<br>**59 Hawthorne Street**<br>**Lynbrook, NY 11563** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$10,208.57** $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wage Claims** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.136 | Priority creditor's name and mailing address<br>**DiLeo,  Michael A**<br>**21 Barnes Lane**<br>**East Northport, NY 11731** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$5,574.91** $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wage Claims** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.137 | Priority creditor's name and mailing address<br>**Diotte,  Darrell C**<br>**301 Graciela Circle**<br>**St. Augustine, FL 32086** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$26,929.95** $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wage Claims** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.138 | Priority creditor's name and mailing address<br>**DiSanza,  Nicholas**<br>**14667 Yorkshire Run Dr**<br>**Orlando, FL 32828** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$11,223.27** $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wage Claims** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| Debtor | **Sprout Mortgage LLC** | Case number (if known) | **23-72433-reg** |
|--------|-------------------------|------------------------|------------------|
|        | Name                    |                        |                  |

| 2.139 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,446.42 | $0.00 |
|-------|---|---|---|---|

**Dixon, Kianna Nicole**
**4620 Stantonsburg Road**
**Greenville, NC 27834**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.140 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,649.75 | $0.00 |
|-------|---|---|---|---|

**Do, Vinh**
**4122 Ferro St**
**Stafford, TX 77477**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.141 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,374.13 | $0.00 |
|-------|---|---|---|---|

**Dobbs, Jeffrey**
**435 Tall Oaks Lane**
**Richardson, TX 75081**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.142 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,953.10 | $0.00 |
|-------|---|---|---|---|

**Donaldson, Casey**
**530 West Devonshire Ave**
**17**
**Hemet, CA 92543**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Sprout Mortgage LLC** | | Case number (if known) | **23-72433-reg** |
|---|---|---|---|---|
| | Name | | | |

| 2.143 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,398.00 | $0.00 |
|---|---|---|---|---|

**Douglas,  Lisa Kay**
**125 Baker Street #457**
**Costa Mesa, CA 92626**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.144 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,840.90 | $0.00 |
|---|---|---|---|---|

**Drake,  Robert Matthew**
**2206 Yearling Drive**
**Spring Hill, TN 37174**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.145 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,731.64 | $0.00 |
|---|---|---|---|---|

**Duvall,  Ryan**
**17381 Jefferson Lane**
**Huntington Beach, CA 92647**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.146 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,806.81 | $0.00 |
|---|---|---|---|---|

**Elqanni,  Mohammad**
**35 Lilac**
**Lake Forest, CA 92630**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Sprout Mortgage LLC** | Case number (if known) | **23-72433-reg** |
|---|---|---|---|
| | Name | | |

---

**2.147** | Priority creditor's name and mailing address

**English,  Anthony**
**21270 Southeast Golden Market**
**Bend, OR 97702**

As of the petition filing date, the claim is:    **$5,131.17**    **$0.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.148** | Priority creditor's name and mailing address

**Facundus,  Roseanna**
**844 Iaiqua Ln**
**Santa Barbara, CA 93110**

As of the petition filing date, the claim is:    **$5,817.34**    **$0.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.149** | Priority creditor's name and mailing address

**Faga,  Michael E**
**11 Catherwood Crescent**
**Melville, NY 11747**

As of the petition filing date, the claim is:    **$2,672.46**    **$0.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.150** | Priority creditor's name and mailing address

**Fajardo,  Felipe**
**13187 Bromborough Drive**
**Orlando, FL 32832**

As of the petition filing date, the claim is:    **$8,522.73**    **$0.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Sprout Mortgage LLC** | Case number (if known) | **23-72433-reg** |
|---|---|---|---|
| | Name | | |

| 2.151 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,742.94 | $0.00 |
|---|---|---|---|---|

**Farrah,  Zachary B**
**1074 E. Chicago Blvd**
** Apt 18**
**Tecumseh, MI 49286**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wage Claims** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.152 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,339.33 | $0.00 |
|---|---|---|---|---|

**Farrington,  Rhonda**
**1412 Laurel Hall Lane**
**Little Elm, TX 75068**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wage Claims** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.153 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,363.64 | $0.00 |
|---|---|---|---|---|

**Fauth,  Stephen**
**18 Edcris Lane**
**Huntington, NY 11743**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wage Claims** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.154 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,772.73 | $0.00 |
|---|---|---|---|---|

**Fieramosca,  Jessica**
**105 Sencillo Pl.**
**Rancho Mission Viejo, CA 92694**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wage Claims** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Sprout Mortgage LLC** | Case number (if known) | **23-72433-reg** |
|---|---|---|---|
| | Name | | |

**2.155** | Priority creditor's name and mailing address
**Filamor, Maria Rowena**
**4884 Ballast Lane**
**San Diego, CA 92154**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$6,508.71** | **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.156** | Priority creditor's name and mailing address
**Finan, Casey M**
**15560 W Mohave St**
**Goodyear, AZ 85338**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$3,266.16** | **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.157** | Priority creditor's name and mailing address
**Fisher, Christina**
**211 Grayson Ave**
**Hamilton, NJ 08619**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$7,500.00** | **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.158** | Priority creditor's name and mailing address
**Fisher, Morgan E**
**1865 Lacassie Ave**
**Apt 6**
**Walnut Creek, CA 94596**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$4,607.25** | **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Sprout Mortgage LLC** | | Case number (if known) | **23-72433-reg** |
|---|---|---|---|---|
| | Name | | | |

**2.159** | Priority creditor's name and mailing address

**Fletcher,  Donald**
**6533 Classic Ridge Street**
**North Las Vegas, NV 89086**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$4,769.84     $0.00

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.160** | Priority creditor's name and mailing address

**Fliegel,  Julie**
**99 Fox Boulevard**
**Merrick, NY 11566**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,804.55     $0.00

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.161** | Priority creditor's name and mailing address

**Flores,  Abraham F**
**202 Northwest Quail Gardens Pl**
**Hillsboro, OR 97124**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$7,878.55     $0.00

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.162** | Priority creditor's name and mailing address

**Flores,  Jesse A**
**1210 Dodge City Place**
**Norco, CA 92860**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$10,557.58     $0.00

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Sprout Mortgage LLC** | Case number (if known) | **23-72433-reg** |
|---|---|---|---|
| | Name | | |

**2.163** | Priority creditor's name and mailing address
**Florida Dept. of Revenue**
**Bankruptcy Unit**
**Tallahassee, FL 32314-6668**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,683.28    $3,683.28

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.164** | Priority creditor's name and mailing address
**Forray,  Pamela J**
**511 Berryhill Drive**
**Mansfield, TX 76063**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,793.45    $0.00

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.165** | Priority creditor's name and mailing address
**Forrest,  Kennesha A**
**3850 Coco Avenue**
**Unit #5**
**Los Angeles, CA 90008**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$6,494.79    $0.00

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.166** | Priority creditor's name and mailing address
**Fowler,  Melissa**
**474 Charles Ln**
**Wantagh, NY 11793**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$5,676.64    $0.00

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Sprout Mortgage LLC** | Case number (if known) | **23-72433-reg** |
|---|---|---|---|
| | Name | | |

| 2.167 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$9,128.10** | **$0.00** |
|---|---|---|---|---|
| | **Foxen, Amanda**<br>**209 Willowlake Drive**<br>**Little Elm, TX 75068** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wage Claims** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.168 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,838.30** | **$0.00** |
|---|---|---|---|---|
| | **Foytik, Rachel Blake**<br>**1845 Mesquite Valley Road**<br>**Mesquite, TX 75149** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wage Claims** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.169 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,363.64** | **$0.00** |
|---|---|---|---|---|
| | **Francis, Von**<br>**1100 West 7th Street**<br>**#825**<br>**Fort Worth, TX 76102** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wage Claims** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.170 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,732.87** | **$0.00** |
|---|---|---|---|---|
| | **Francoso, David**<br>**10223 Heather Street**<br>**Alta Loma, CA 91737** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wage Claims** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Sprout Mortgage LLC** | Case number (if known) | **23-72433-reg** |
|--------|-------------------------|------------------------|------------------|
|        | Name                    |                        |                  |

| 2.171 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$24,851.39** | **$0.00** |

**Frederick, Gerald**
**602 Redwood Drive**
**Woodstock, GA 30189**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.172 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,563.44** | **$0.00** |

**Freels, Rodney**
**3153 Green Mountain Circle**
**Parker, CO 80138**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.173 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,939.88** | **$0.00** |

**Freeman, Debra L**
**2125 Elysian Trail**
**San Antonio, TX 78253**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.174 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,688.41** | **$0.00** |

**Frisch, Sylvia**
**492 Pacing Way**
**Westbury, NY 11590**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Sprout Mortgage LLC** | | Case number (if known) | **23-72433-reg** |
|---|---|---|---|---|
| | Name | | | |

| 2.175 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,416.59 | $0.00 |
|---|---|---|---|---|

**Frost,  Paula**
**142A Indian Meadow Drive**
**Taunton, MA 02780**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.176 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,335.69 | $0.00 |
|---|---|---|---|---|

**Fuller,  Renena S**
**9615 Dawn Harvest Ct**
**Houston, TX 77064**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.177 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,287.41 | $0.00 |
|---|---|---|---|---|

**Fulton,  Miles Rocco**
**29222 Via San Sebastian**
**Laguna Niguel, CA 92677**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.178 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $59,364.71 | $59,364.71 |
|---|---|---|---|---|

**GA Dept of Labor**
**148 Andrew Young**
**Inter Blvd**
**Suite 800**
**Atlanta, GA 30303-1732**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Sprout Mortgage LLC** | Case number (if known) | **23-72433-reg** |
|---|---|---|---|
| | Name | | |

| 2.179 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$8,500.51** | $0.00 |
|---|---|---|---|---|

**Galletti, Marybeth**
**18 Sea Crest Rd**
**Old Saybrook, CT 06475**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.180 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,298.78** | $0.00 |
|---|---|---|---|---|

**Gannaway, Wrigley R**
**635 Angie Circle South**
**Midvale, UT 84047**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.181 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,692.64** | $0.00 |
|---|---|---|---|---|

**Garfield, Michelle**
**6399 Morning Star Drive**
**Apt 909**
**The Colony, TX 75056**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.182 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,025.98** | $0.00 |
|---|---|---|---|---|

**Garibian, Alex**
**9446 Hillhaven Avenue**
**Los Angeles, CA 91042**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Sprout Mortgage LLC** | Case number *(if known)* | **23-72433-reg** |
|---|---|---|---|
| | Name | | |

| 2.183 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6,419.36** | **$0.00** |
|---|---|---|---|---|

**Gary,  Tarius L**
**1411 Pine Bluff Drive**
**Allen, TX 75002**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.184 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$7,750.15** | **$0.00** |
|---|---|---|---|---|

**Garza,  Pedro J**
**13922 Harper Street**
**Santa Ana, CA 92703**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.185 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6,121.14** | **$0.00** |
|---|---|---|---|---|

**Genzoli,  Michael**
**179 Belgian Drive**
**Danville, CA 94526**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.186 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$7,185.16** | **$0.00** |
|---|---|---|---|---|

**Gilbert,  Kristy M**
**236 Las Palmas Drive**
**Irvine, CA 92602**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Sprout Mortgage LLC** | Case number (if known) | **23-72433-reg** |
|---|---|---|---|
| | Name | | |

---

| 2.187 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6,857.69** | $0.00 |
|---|---|---|---|---|
| | **Gipson,  Connie R**<br>**PO Box 310**<br>**Keystone Heights, FL 32656** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wage Claims** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.188 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6,062.51** | $0.00 |
|---|---|---|---|---|
| | **Glasco,  Sanya' C**<br>**12034 Willowdell Drive**<br>**Dallas, TX 75243** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wage Claims** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.189 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,916.14** | $0.00 |
|---|---|---|---|---|
| | **Glass,  Jill**<br>**26322 Rosa Street**<br>**Laguna Hills, CA 92656** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wage Claims** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.190 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$10,166.72** | $0.00 |
|---|---|---|---|---|
| | **Gonzalez,  Charlie**<br>**5069 Bright Hampton Dr SE**<br>**Smyrna, GA 30080** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wage Claims** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| Debtor | **Sprout Mortgage LLC** | Case number (if known) | **23-72433-reg** |
|---|---|---|---|
| | Name | | |

**2.191** | Priority creditor's name and mailing address

**Goodspeed,  Meg**
**1609 Gold Run RD**
**Chula Vista, CA 91913**

As of the petition filing date, the claim is: **$7,537.14**   **$0.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.192** | Priority creditor's name and mailing address

**Goudge,  Maureen R**
**2581 N. Hwy 95 #760**
**Parker, AZ 85344**

As of the petition filing date, the claim is: **$25,816.64**   **$0.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.193** | Priority creditor's name and mailing address

**Granados,  Santiago J**
**7012 Eagle Nest Court**
**El Paso, TX 79934**

As of the petition filing date, the claim is: **$771.08**   **$0.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.194** | Priority creditor's name and mailing address

**Grayson Boyd,  Linda R**
**1533 Monica Lane**
**Mesquite, TX 75149**

As of the petition filing date, the claim is: **$3,155.09**   **$0.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Sprout Mortgage LLC** | Case number (if known) | **23-72433-reg** |
| --- | --- | --- | --- |
| | Name | | |

| 2.195 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$13,488.64** | **$0.00** |
| --- | --- | --- | --- | --- |

**Greene, Dave**
**21301 Cupar Lane**
**Huntington Beach, CA 92646**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.196 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$8,611.66** | **$0.00** |
| --- | --- | --- | --- | --- |

**Gresik,  Kimberly**
**312 Kensington Drive**
**Oswego, IL 60543**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.197 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6,432.39** | **$0.00** |
| --- | --- | --- | --- | --- |

**Gutierrez,  Vanessa**
**2216 N. Freeman St.**
**Santa Ana, CA 92706**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.198 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$24,863.63** | **$0.00** |
| --- | --- | --- | --- | --- |

**Hager,  Patrick**
**3654 Valencia Road**
**Jacksonville, FL 32205**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Sprout Mortgage LLC** | Case number (if known) | **23-72433-reg** |
|---|---|---|---|
| | Name | | |

| 2.199 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,732.87** | $0.00 |
|---|---|---|---|---|

**Haines,  Andrew**
**10510 Santana Street**
**Santee, CA 92071**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.200 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,155.02** | $0.00 |
|---|---|---|---|---|

**Hall,  Michelle**
**10 Layton Street**
**Freeport, NY 11520**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.201 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6,250.00** | $0.00 |
|---|---|---|---|---|

**Hamby,  Gina**
**325 N Reindeer Road**
**Surfside Beach, SC 29575-6200**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.202 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,246.24** | $0.00 |
|---|---|---|---|---|

**Hamby,  Robert L**
**325 N Reindeer Rd**
**Surfside Beach, SC 29575-6200**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Sprout Mortgage LLC** | Case number (if known) | **23-72433-reg** |
|---|---|---|---|
| | Name | | |

---

**2.203** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$13,677.64** | **$0.00**

**Hanna,  Nicholas**
**P.O. Box 4319**
**Mission Viejo, CA 92690**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.204** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,363.64** | **$0.00**

**Hansen,  Melissa**
**1059 South Armstrong Circle**
**Anaheim, CA 92807**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.205** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,662.39** | **$0.00**

**Hardgrove,  Diane**
**3470 Shaddock Creek Lane**
**Frisco, TX 75033**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.206** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$12,281.36** | **$0.00**

**Harley,  Joshua**
**20041 Osterman Road**
**apt B15**
**Lake Forest, CA 92630**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Sprout Mortgage LLC** | Case number (if known) | **23-72433-reg** |
|---|---|---|---|
| | Name | | |

| 2.207 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,519.48 | $0.00 |
|---|---|---|---|---|

**Harris,  Ray**
**2874 East Westchester Drive**
**Chandler, AZ 85249**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.208 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,590.24 | $0.00 |
|---|---|---|---|---|

**Harris,  Zachary**
**119 Plymouth Rd**
**Plainview, NY 11803**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.209 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,792.96 | $0.00 |
|---|---|---|---|---|

**Harvey,  Scott**
**23654 Latana Court**
**Santa Clarita, CA 91355**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.210 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,604.54 | $0.00 |
|---|---|---|---|---|

**Hastie,  Amanda D**
**101 Bluegill Circle**
**Moscow Mills, MO 63362**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

Debtor   **Sprout Mortgage LLC**                                 Case number (if known)   **23-72433-reg**
         Name

| 2.211 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $14,693.79 | $14,693.79 |

Priority creditor's name and mailing address

**Hawaii Dept of Tax**
**General Correspondence**
**PO Box 259**
**Honolulu, HI 96809-0259**

As of the petition filing date, the claim is:       $14,693.79   $14,693.79
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred        Basis for the claim:

Last 4 digits of account number        Is the claim subject to offset?
Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (8)   ☐ Yes

---

**2.212** Priority creditor's name and mailing address

**Hawkesby,  Colleen Marie**
**31 Leon Way**
**Rancho Mirage, CA 92270**

As of the petition filing date, the claim is:       $5,450.39   $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred        Basis for the claim:
                                       **Wage Claims**

Last 4 digits of account number        Is the claim subject to offset?
Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)   ☐ Yes

---

**2.213** Priority creditor's name and mailing address

**Hayward,  William**
**419 Locust Street**
**Brentwood, NY 11717**

As of the petition filing date, the claim is:       $9,708.00   $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred        Basis for the claim:
                                       **Wage Claims**

Last 4 digits of account number        Is the claim subject to offset?
Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)   ☐ Yes

---

**2.214** Priority creditor's name and mailing address

**Henry,  Michele E**
**1328 Filbert Street**
**Glassboro, NJ 08028**

As of the petition filing date, the claim is:       $8,102.27   $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred        Basis for the claim:
                                       **Wage Claims**

Last 4 digits of account number        Is the claim subject to offset?
Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)   ☐ Yes

---

| Debtor | **Sprout Mortgage LLC** | | Case number (if known) | **23-72433-reg** |
|---|---|---|---|---|
| | Name | | | |

| 2.215 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,004.19 | $0.00 |
|---|---|---|---|---|

**Herrera,  Gabriela**
**PO Box 8224**
**Huntington Beach, CA 92615**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Wage Claims** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.216 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,861.33 | $0.00 |
|---|---|---|---|---|

**Herrera,  Kenneth**
**152 Stage**
**Irvine, CA 92618**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Wage Claims** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.217 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,900.98 | $0.00 |
|---|---|---|---|---|

**Hinrichs,  Corie J**
**47 Parterre Avenue**
**Lake Forest, CA 92610**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Wage Claims** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.218 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,836.83 | $0.00 |
|---|---|---|---|---|

**Holcomb,  Robert M**
**9005 Providence Colony Drive**
**Apt A**
**Charlotte, NC 28277**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Wage Claims** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Sprout Mortgage LLC** | Case number (if known) | **23-72433-reg** |
|---|---|---|---|
| | Name | | |

---

**2.219** | Priority creditor's name and mailing address

**Hollingsworth,  Allen**
**14241 Coursey Blvd**
**Suite A12**
**Baton Rouge, LA 70817**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

$7,552.39      $0.00

---

**2.220** | Priority creditor's name and mailing address

**Holtz,  Shawn Eric Holtz**
**643 Woodside Dr SW**
**Pataskala, OH 43062**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

$7,417.48      $0.00

---

**2.221** | Priority creditor's name and mailing address

**Horne,  Susie Kelly**
**2500 E 2900 S**
**Salt Lake City, UT 84109**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

$8,238.64      $0.00

---

**2.222** | Priority creditor's name and mailing address

**Hoskins,  Jason R**
**1815 Sherington Place**
**V 316**
**Newport Beach, CA 92663**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

$1,363.64      $0.00

---

| Debtor | **Sprout Mortgage LLC** | | Case number (if known) | **23-72433-reg** |
|---|---|---|---|---|
| | Name | | | |

| 2.223 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,363.64 | $0.00 |
|---|---|---|---|---|

**Hudson,  Robert Charles**
**2855 OAK CT**
**Oxford, MI 48371**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.224 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,663.25 | $2,663.25 |
|---|---|---|---|---|

**IA Unemployment Ins Div**
**Tax Bureau**
**Revenue Collections Unit**
**1000 E Grand Avenue**
**Des Moines, IA 50319-0209**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.225 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,063.65 | $0.00 |
|---|---|---|---|---|

**Ibrahim,  Jeremiah I**
**100 East Macarthur Blvd**
**#108**
**Santa Ana, CA 92707**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.226 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,305.03 | $10,305.03 |
|---|---|---|---|---|

**Idaho Dept of Labor**
**317 W Main St**
**Boise, ID 83735-0760**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Sprout Mortgage LLC** | | Case number (if known) | **23-72433-reg** |
|---|---|---|---|---|
| | Name | | | |

| 2.227 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $16,223.69 | $16,223.69 |
|---|---|---|---|---|

**Illinois Dept of Revenue**
**Bankruptcy Unit**
**PO Box 19035**
**Springfield, IL 62794-9035**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.228 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $22,727.26 | $0.00 |
|---|---|---|---|---|

**Imbimbo,  Nicholas**
**2151 N Greats Rd**
**Sand Springs, OK 74063**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.229 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,918.98 | $11,918.98 |
|---|---|---|---|---|

**IN Dept of Workforce Dev**
**10 North Senate Ave**
**Room SE 106**
**Indianapolis, IN 46204-2277**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.230 | | As of the petition filing date, the claim is: | $24,397,500.04 | $24,397,500.04 |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **Sprout Mortgage LLC** | Case number (if known) | **23-72433-reg** |
|---|---|---|---|
| | Name | | |

| 2.231 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $17,288.05 | $0.00 |
|---|---|---|---|---|
| | **Isleib,  Robin** | Check all that apply. | | |
| | **53 Cedar Lane** | ☐ Contingent | | |
| | **Monroe, CT 06468** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wage Claims** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.232 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,149.94 | $0.00 |
|---|---|---|---|---|
| | **Jackson Lewis LLP** | Check all that apply. | | |
| | **P.O. Box 416019** | ☐ Contingent | | |
| | **Boston, MA 02241-6019** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.233 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,746.72 | $0.00 |
|---|---|---|---|---|
| | **Jackson,  Joshua** | Check all that apply. | | |
| | **16211 North Scottsdale Road** | ☐ Contingent | | |
| | **A6A239** | ☐ Unliquidated | | |
| | **Scottsdale, AZ 85254** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wage Claims** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.234 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,736.87 | $0.00 |
|---|---|---|---|---|
| | **Jackson,  Maria** | Check all that apply. | | |
| | **13841 Cedar Grove Court** | ☐ Contingent | | |
| | **Corona, CA 92880** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wage Claims** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| Debtor | **Sprout Mortgage LLC** | Case number (if known) | **23-72433-reg** |
|---|---|---|---|
| | Name | | |

| 2.235 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$6,818.18** | $0.00 |
|---|---|---|---|---|
| | **Jackson, Rhonda**<br>**41 Fox Court**<br>**Holbrook, NY 11741** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wage Claims** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.236 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$8,425.64** | $0.00 |
|---|---|---|---|---|
| | **Jackson, Tonja**<br>**4120 Dancing Waters Road**<br>**Plano, TX 75024** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wage Claims** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.237 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$3,370.88** | $0.00 |
|---|---|---|---|---|
| | **Jackson, Toshika M**<br>**14813 Cedar Creek Way**<br>**Balch Springs, TX 75180** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wage Claims** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.238 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$7,750.01** | $0.00 |
|---|---|---|---|---|
| | **Jacob, Somi P**<br>**2539 Shupe Court**<br>**Irving, TX 75060** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wage Claims** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Sprout Mortgage LLC** | Case number (if known) | **23-72433-reg** |
|---|---|---|---|
| | Name | | |

| 2.239 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,201.40** | **$0.00** |
|---|---|---|---|---|

**Jeffries,  Justin**
**4273 Lakefall Ct.**
**Riverside, CA 92505**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wage Claims** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.240 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6,009.96** | **$0.00** |
|---|---|---|---|---|

**Jimenez,  Lisbeth**
**9308 Rosehedge Drive**
**Pico Rivera, CA 90660**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wage Claims** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.241 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,478.47** | **$0.00** |
|---|---|---|---|---|

**Jocelyn,  Michel C**
**13 Via Honrado**
**Rancho Santa Margarita, CA 92688**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wage Claims** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.242 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$7,697.91** | **$0.00** |
|---|---|---|---|---|

**Johnson,  Antrenita M**
**7421 Frankford Road**
**Apt. 1018**
**Dallas, TX 75252**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wage Claims** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Sprout Mortgage LLC** | Case number (if known) | **23-72433-reg** |
|---|---|---|---|
| | Name | | |

---

**2.243** | Priority creditor's name and mailing address
**Johnson, Carolyn**
**850 North Croft Avenue**
**#301**
**Los Angeles, CA 90069**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$22,207.39** | **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.244** | Priority creditor's name and mailing address
**Johnson, Kedra**
**326 Leconey Avenue**
**Palmyra, NJ 08065**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$14,554.37** | **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.245** | Priority creditor's name and mailing address
**Johnston, Michael R.**
**c/o Quaranta P.A.**
**1600 Ponce De Leon**
**Miami, FL 33134**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**$212,500.00** | **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.246** | Priority creditor's name and mailing address
**Jones, Benjamin C**
**600 Treviso Grand Circle**
**Nokomis, FL 34275**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,727.27** | **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Sprout Mortgage LLC | Case number (if known) | 23-72433-reg |
|---|---|---|---|
| | Name | | |

| 2.247 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,900.42 | $0.00 |
|---|---|---|---|---|

**Jordan, Angel**
**916 Joy Drive**
**Monroe, OH 45050**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.248 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,977.28 | $0.00 |
|---|---|---|---|---|

**Jordan, Chad**
**310 West Linda Lane**
**Gilbert, AZ 85233**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.249 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,510.49 | $0.00 |
|---|---|---|---|---|

**Judis, Darin Paul**
**13591 Summit Circle**
**Poway, CA 92064**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.250 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,863.64 | $0.00 |
|---|---|---|---|---|

**Kaminski, Deane Garrett**
**840 Larrabee Street #2216**
**West Hollywood, CA 90069**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Sprout Mortgage LLC | Case number (if known) | 23-72433-reg |
|---|---|---|---|
| | Name | | |

| 2.251 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $835.65 | $835.65 |
|---|---|---|---|---|

**Kansas Dept of Labor**
**401 SW Topeka Blvd**
**Topeka, KS 66603-3182**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.252 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,999.06 | $0.00 |
|---|---|---|---|---|

**Kapral, Danielle**
**372 Wildbriar Rd**
**Rochester, NY 14623**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.253 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,528.41 | $0.00 |
|---|---|---|---|---|

**Keith, Holly J**
**2313 Lantana Drive**
**Garland, TX 75040**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.254 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,962.80 | $0.00 |
|---|---|---|---|---|

**Kelly, Jessica A**
**14221 Edwards St.**
**#5**
**Westminster, CA 92683**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Sprout Mortgage LLC** | Case number (if known) | **23-72433-reg** |
|---|---|---|---|
| | Name | | |

---

2.255 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,348.74** | $0.00

**Kelly,  Meghan**
**11300 3rd Street East**
**apt 3/c**
**Treasure Island, FL 33706**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

2.256 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,661.46** | $0.00

**Kelsey,  Jeremy Ryan**
**4430 Jewell Street**
**Apt 109**
**San Diego, CA 92109**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

2.257 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,363.64** | $0.00

**Kielar,  Robert**
**731 Owego Turnpike**
**Waymart, PA 18472**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

2.258 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$11,363.63** | $0.00

**Kiernan,  Sean K**
**27 Park Circle**
**Nesconset, NY 11767**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Sprout Mortgage LLC** | Case number (if known) | **23-72433-reg** |
|---|---|---|---|
| | Name | | |

| 2.259 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,367.42** | $0.00 |
|---|---|---|---|---|
| | **Kim,  Andrew**<br>**4957 Avila Way**<br>**Buena Park, CA 90621** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wage Claims** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.260 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6,648.00** | $0.00 |
|---|---|---|---|---|
| | **Kim,  Soobin M**<br>**26701 Quail Creek**<br>**268**<br>**Laguna Hills, CA 92656** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wage Claims** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.261 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,732.87** | $0.00 |
|---|---|---|---|---|
| | **King,  Danielle**<br>**2478 Machester Avenue**<br>**Encinitas, CA 92007** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wage Claims** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.262 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,975.40** | $0.00 |
|---|---|---|---|---|
| | **King,  Kimberly R**<br>**1369 North Hampton Road**<br>**#94**<br>**Desoto, TX 75115** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wage Claims** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Sprout Mortgage LLC** | Case number (if known) | **23-72433-reg** |
|---|---|---|---|
| | Name | | |

---

**2.263** | Priority creditor's name and mailing address

**Kinnan,  Patrick**
**8319 Reefbay Cove**
**Parrish, FL 34219**

As of the petition filing date, the claim is:          **$1,367.25**     **$0.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.264** | Priority creditor's name and mailing address

**Kisgen,  Ryan**
**2212 s leadville ave.**
**Boise, ID 83706**

As of the petition filing date, the claim is:          **$19,363.64**     **$0.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.265** | Priority creditor's name and mailing address

**Klein,  Karen Lee**
**502 Iowa Street**
**Neodesha, KS 66757**

As of the petition filing date, the claim is:          **$4,101.47**     **$0.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.266** | Priority creditor's name and mailing address

**Kokosinski,  Laurie**
**1033 Fairway Rd**
**Franklin Square, NY 11010**

As of the petition filing date, the claim is:          **$5,113.64**     **$0.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Sprout Mortgage LLC** | Case number (if known) | **23-72433-reg** |
|---|---|---|---|
| | Name | | |

| 2.267 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$56,510.80** | $0.00 |
|---|---|---|---|---|

**Kotowski,  John M**
**308 Rosehill Dr**
**Lemont, IL 60439**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.268 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,827.14** | $0.00 |
|---|---|---|---|---|

**Kowalski,  Stacey A.**
**6 Tomkins Court**
**Commack, NY 11725**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.269 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$11,079.55** | $0.00 |
|---|---|---|---|---|

**Kuehl,  Kari Ann**
**310 Kirkside Avenue**
**St. Augustine, FL 32095**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.270 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$8,386.37** | $0.00 |
|---|---|---|---|---|

**Kuhl,  Matthew R**
**19927 Diamond Hills Lane**
**Katy, TX 77449**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Sprout Mortgage LLC | Case number (if known) | 23-72433-reg |
|---|---|---|---|
| | Name | | |

| 2.271 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,318.10 | $0.00 |
|---|---|---|---|---|

**Kuhl,  Virginia**
**19927 Diamond Hills Ln**
**Katy, TX 77449**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wage Claims** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.272 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,178.48 | $0.00 |
|---|---|---|---|---|

**Kweit,  Heidi Beth**
**257 N. Newbridge Road**
**D1**
**Levittown, NY 11756**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wage Claims** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.273 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,176.33 | $0.00 |
|---|---|---|---|---|

**La Vecchia,  Christi L**
**6003 Planters Dr**
**Pipersville, PA 18947**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wage Claims** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.274 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $840.88 | $840.88 |
|---|---|---|---|---|

**LA Workforce Commission**
**PO Box 94094**
**Baton Rouge, LA 70804**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Sprout Mortgage LLC** | Case number (if known) | **23-72433-reg** |
|---|---|---|---|
| | Name | | |

---

**2.275** | Priority creditor's name and mailing address

**LaCroix, Christopher**
**1208 Mansion Woods Rd**
**Annapolis, MD 21401**

As of the petition filing date, the claim is: $1,917.64    $0.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.276** | Priority creditor's name and mailing address

**Lacy, Myiesha La Nese**
**7390 Kenyon Ave**
**Hesperia, CA 92345**

As of the petition filing date, the claim is: $6,516.74    $0.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.277** | Priority creditor's name and mailing address

**Lal, Noori Kumari**
**1639 Royal Oak Drive**
**Lewis Center, OH 43035**

As of the petition filing date, the claim is: $5,511.37    $0.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.278** | Priority creditor's name and mailing address

**Lavecchia, Jenna N**
**1310 Crystal Hill Lane**
**#3**
**Henderson, NV 89012**

As of the petition filing date, the claim is: $6,741.19    $0.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Sprout Mortgage LLC** | Case number (if known) | **23-72433-reg** |
|---|---|---|---|
| | Name | | |

| 2.279 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$17,085.23** | **$0.00** |
|---|---|---|---|---|

**Lawler,  Cameron P**
**9503 Dovewood Place**
**Waxhaw, NC 28173**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.280 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$38,378.07** | **$0.00** |
|---|---|---|---|---|

**Lawrence,  Johnny D**
**2829 Barnsley Drive**
**McKinney, TX 75071**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.281 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$19,685.46** | **$0.00** |
|---|---|---|---|---|

**Layman,  Jason Robert**
**1540 Heritage Road**
**Dayton, OH 45459**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.282 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$34,154.90** | **$0.00** |
|---|---|---|---|---|

**Leanna,  Daniel**
**4996 Green Herron Ln**
**Franklin, TN 37064**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Sprout Mortgage LLC** | Case number (if known) | **23-72433-reg** |
|---|---|---|---|
| | Name | | |

---

| 2.283 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,879.65** | **$0.00** |
|---|---|---|---|---|

**Lee, Taquan R**
**320 Conrow Street**
**Apt 147**
**Burlington, NJ 08016**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.284 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$21,217.19** | **$0.00** |
|---|---|---|---|---|

**Leonhard, Michael**
**P.O. Box 4518**
**Gulf Shores, AL 36547**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.285 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,113.64** | **$0.00** |
|---|---|---|---|---|

**Levine, Daniel A**
**24 Ashton Road**
**Stamford, CT 06905**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.286 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$9,240.79** | **$0.00** |
|---|---|---|---|---|

**Levinson, Michael E**
**14476 Amberly Lane**
**#802**
**Delray Beach, FL 33446**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Sprout Mortgage LLC** | | Case number (if known) | **23-72433-reg** |
|---|---|---|---|---|
| | Name | | | |

| 2.287 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,080.14 | $0.00 |
|---|---|---|---|---|

**Lewis,  James**
**291 Maple Avenue**
**Uniondale, NY 11553**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.288 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,784.09 | $0.00 |
|---|---|---|---|---|

**Linn,  Brandon**
**1405 BUCK TRAIL RD**
**Allentown, PA 18104**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.289 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,421.68 | $0.00 |
|---|---|---|---|---|

**Loeza,  Mary M**
**10975 Crystal Springs Road**
**Santee, CA 92071**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.290 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,000.00 | $0.00 |
|---|---|---|---|---|

**Loftis,  Robert Joseph**
**23840 Bunker Hill Drive**
**Clinton Township, MI 48035**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Sprout Mortgage LLC** | Case number (if known) | **23-72433-reg** |
|---|---|---|---|
| | Name | | |

| 2.291 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6,063.36** | **$0.00** |
|---|---|---|---|---|
| | **Lopez, Jeanine** | Check all that apply. | | |
| | **130 East Honeysuckle Place** | ☐ Contingent | | |
| | **Chandler, AZ 85286** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wage Claims** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

| 2.292 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,363.64** | **$0.00** |
|---|---|---|---|---|
| | **Lopez, Jennifer** | Check all that apply. | | |
| | **10900 SW 116th Avenue** | ☐ Contingent | | |
| | **Miami, FL 33176** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wage Claims** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

| 2.293 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$77,793.25** | **$0.00** |
|---|---|---|---|---|
| | **Louka, Joshua** | Check all that apply. | | |
| | **1835 Furlow Drive** | ☐ Contingent | | |
| | **Redlands, CA 92374** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wage Claims** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

| 2.294 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$14,668.81** | **$0.00** |
|---|---|---|---|---|
| | **Lowe, Julie** | Check all that apply. | | |
| | **25854 Harriet Ave** | ☐ Contingent | | |
| | **Moreno Valley, CA 92551** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wage Claims** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

| Debtor | **Sprout Mortgage LLC** | | Case number (if known) | **23-72433-reg** |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 2.295 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,701.84** | **$0.00** |

**Luna, Jesse**
**13 Sandcastle**
**Aliso Viejo, CA 92656**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | | | |
|---|---|---|---|---|
| 2.296 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,335.01** | **$11,335.01** |

**MA Division of Labor**
**19 Stanfiford St**
**Boston, MA 02114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | | | |
|---|---|---|---|---|
| 2.297 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,778.71** | **$0.00** |

**Mahoney, Cassandra R**
**2961 Carriage Meadows Dr**
**Wake Forest, NC 27587**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | | | |
|---|---|---|---|---|
| 2.298 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,259.88** | **$0.00** |

**Mahoney, Dan**
**78 Endicott Street**
**Quincy, MA 02169**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Sprout Mortgage LLC** | Case number (if known) | **23-72433-reg** |
|---|---|---|---|
| | Name | | |

| 2.299 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$8,238.63** | **$0.00** |
|---|---|---|---|---|

| | **Mai,  Hien** | *Check all that apply.* | | |
| | **3551 Wilshire Way** | ☐ Contingent | | |
| | **Apt# 4129** | ☐ Unliquidated | | |
| | **Richardson, TX 75082** | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.300 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,163.21** | **$1,163.21** |
|---|---|---|---|---|

**Maine Revenue Services**
**PO Box 1057**
**Augusta, ME 04332**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| 2.301 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,308.85** | **$0.00** |
|---|---|---|---|---|

**Mam,  Melinda**
**90 Granite Path**
**Irvine, CA 92620**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.302 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$23,468.38** | **$0.00** |
|---|---|---|---|---|

**Mandegar,  Sam**
**2145 E Jacaranda Avenue**
**Orange, CA 92867**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Sprout Mortgage LLC** | | Case number (if known) | **23-72433-reg** |
|---|---|---|---|---|
| | Name | | | |

| 2.303 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,784.09 | $0.00 |
|---|---|---|---|---|

**Manes,  Michael**
**4718 Seashore Drive**
**Apt B**
**Newport Beach, CA 92663**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.304 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $72,132.43 | $0.00 |
|---|---|---|---|---|

**Marfino,  Richard**
**12601 Yardley Drive**
**Boca Raton, FL 33428**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.305 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $14,442.89 | $0.00 |
|---|---|---|---|---|

**Marquez,  Raymond Anthony**
**3914 North Hartley Avenue**
**Covina, CA 91722**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.306 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,805.15 | $0.00 |
|---|---|---|---|---|

**Marroquin,  Luis**
**8302 Ewing Pl**
**Manassas, VA 20109**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Sprout Mortgage LLC** | Case number (if known) | **23-72433-reg** |
|---|---|---|---|
| | Name | | |

| 2.307 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$5,250.80** | **$0.00** |
|---|---|---|---|---|

**Marsh,  Tina A**
**54 Wild Horse loop**
**Rancho Santa Margarita, CA 92688**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.308 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$6,449.80** | **$0.00** |
|---|---|---|---|---|

**Marsik,  Barbara Kathryn**
**P O Box 723894**
**Atlanta, GA 31139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.309 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,779.23** | **$0.00** |
|---|---|---|---|---|

**Martin,  Kyle**
**8332 Varas Circle**
**Huntington Beach, CA 92646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.310 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$4,490.85** | **$0.00** |
|---|---|---|---|---|

**Martinez,  Crystal B**
**2229 Perryton Drive**
**Dallas, TX 75224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Sprout Mortgage LLC** | Case number (if known) | **23-72433-reg** |
|---|---|---|---|
| | Name | | |

---

**2.311** | Priority creditor's name and mailing address

**Martinez, Lena M**
**664 Clarke Trail**
**Dacula, GA 30019**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$12,859.17     $0.00

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.312** | Priority creditor's name and mailing address

**Maryland Dept. Assessment**
**301 W. Preston St**
**Baltimore, MD 21201**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$71,606.61     $71,606.61

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.313** | Priority creditor's name and mailing address

**Mashchenko, Ruthanne K**
**7811 Seton House Lane**
**Charlotte, NC 28277**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$4,517.29     $0.00

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.314** | Priority creditor's name and mailing address

**Mason, Opal**
**300 W 2nd St**
**Apt 212**
**Santa Ana, CA 92701-5235**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$5,255.00     $0.00

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Sprout Mortgage LLC** | Case number (if known) | **23-72433-reg** |
|---|---|---|---|
| | Name | | |

| 2.315 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,363.64 | $0.00 |
|---|---|---|---|---|

**Math,  John**
**705 Calle Amable**
**San Clemente, CA 92673**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wage Claims** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.316 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,974.82 | $0.00 |
|---|---|---|---|---|

**Maurer,  Connor**
**379 Meadowbrook Court**
**Apt 129**
**Bellingham, WA 98226**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wage Claims** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.317 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $82,396.02 | $0.00 |
|---|---|---|---|---|

**Mavenlink, Inc**
**6501 Irvine Center Drive**
**Suite 100**
**Irvine, CA 92618**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Lease Obligation** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.318 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,631.71 | $0.00 |
|---|---|---|---|---|

**Maya,  Tamara M**
**39832 Hillsboro Circle**
**Murrieta, CA 92562**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wage Claims** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Sprout Mortgage LLC** | | Case number (if known) | **23-72433-reg** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.319 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$8,392.96** | **$0.00** |
|---|---|---|---|---|

**Mays,  Jaime M**
**2990 McDade Road**
**Carbon Hill, AL 35549**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.320 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,552.25** | **$0.00** |
|---|---|---|---|---|

**McCarthy,  Pierce J**
**3838 Rolling Hills Drive**
**Holly, MI 48442**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.321 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,782.19** | **$0.00** |
|---|---|---|---|---|

**McClain,  Aminah**
**308 Nelson Street**
**Whitehouse Station, NJ 08889**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.322 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$10,153.23** | **$0.00** |
|---|---|---|---|---|

**McDonald,  Jayne**
**1982 Washington Avenue**
**Seaford, NY 11783**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Sprout Mortgage LLC** | | Case number (if known) | **23-72433-reg** |
|---|---|---|---|---|
| | Name | | | |

| 2.323 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,935.73** | $0.00 |
|---|---|---|---|---|

**McDonough, Robert**
**20 Tameling Avenue**
**Babylon, NY 11702**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Wage Claims** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.324 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,564.63** | $0.00 |
|---|---|---|---|---|

**McFarland, Samantha**
**2720 Sanibel Lane Southeast**
**Smyrna, GA 30082**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Wage Claims** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.325 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$7,598.45** | $0.00 |
|---|---|---|---|---|

**McGonigal, Katherine**
**3018 Burton Cove Road**
**Cookeville, TN 38506**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Wage Claims** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.326 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,376.96** | $0.00 |
|---|---|---|---|---|

**McLain, Paul**
**2030 East Saddlebrook Road**
**Gilbert, AZ 85298**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Wage Claims** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | **Sprout Mortgage LLC** | Case number *(if known)* | **23-72433-reg** |
|---|---|---|---|
| | Name | | |

---

**2.327** | Priority creditor's name and mailing address

**McLarty,  O'Neil T**
**1420 Campbell Street**
**Apt 421**
**Rahway, NJ 07065**

| Date or dates debt was incurred | |

| Last 4 digits of account number | |
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wage Claims**

Is the claim subject to offset?
■ No
☐ Yes

$7,530.69      $0.00

---

**2.328** | Priority creditor's name and mailing address

**McLaughlin,  Ashley**
**111 Center Street**
**Nevada, TX 75173**

| Date or dates debt was incurred | |

| Last 4 digits of account number | |
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wage Claims**

Is the claim subject to offset?
■ No
☐ Yes

$11,756.91      $0.00

---

**2.329** | Priority creditor's name and mailing address

**McMaster,  Kent**
**4900 Eleven Point Drive**
**Hannibal, MO 63401**

| Date or dates debt was incurred | |

| Last 4 digits of account number | |
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wage Claims**

Is the claim subject to offset?
■ No
☐ Yes

$1,876.64      $0.00

---

**2.330** | Priority creditor's name and mailing address

**McSweeney,  Lawrence Craig**
**8868 Spotted Towhee Drive**
**Naples, FL 34120**

| Date or dates debt was incurred | |

| Last 4 digits of account number | |
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wage Claims**

Is the claim subject to offset?
■ No
☐ Yes

$9,659.09      $0.00

---

| Debtor | **Sprout Mortgage LLC** | Case number (if known) | **23-72433-reg** |
|---|---|---|---|
| | Name | | |

---

**2.331** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$11,466.52** | **$0.00**

**Mendenhall,  Carrie A**
**1179 Caprise Dr**
**San Marcos, CA 92078**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.332** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$11,466.14** | **$0.00**

**Mendenhall,  Jeffrey A**
**1179 Caprise Dr**
**San Marcos, CA 92078**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.333** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,715.39** | **$0.00**

**Mendoza,  Thomas**
**9585 La Capilla Avenue**
**Fountain Valley, CA 92708**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.334** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,551.14** | **$0.00**

**Mercado,  Arnold F**
**3544 Stone Creek Way**
**Fort Worth, TX 76137**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Sprout Mortgage LLC** | | Case number (if known) | **23-72433-reg** |
|---|---|---|---|---|
| | Name | | | |

| 2.335 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,667.61 | $0.00 |
|---|---|---|---|---|

**Merino,  Lisa D**
**52 Via Anadeja**
**Rancho Santa Margarita, CA 92688**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.336 | Priority creditor's name and mailing address | | $6,670.73 | $0.00 |
|---|---|---|---|---|

**Merritt,  Lisa**
**4422 West Chama Drive**
**Glendale, AZ 85310**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.337 | Priority creditor's name and mailing address | | $13,604.78 | $13,604.78 |
|---|---|---|---|---|

**Michigan Dept. of Treasur**
**Austin Building**
**430 West Allegan**
**Lansing, MI 48922**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.338 | Priority creditor's name and mailing address | | $8,272.35 | $0.00 |
|---|---|---|---|---|

**Micozzi,  Laura**
**325 Spider Lily Ln**
**Naples, FL 34119**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Sprout Mortgage LLC** | | Case number (if known) | **23-72433-reg** |
|---|---|---|---|---|
| | Name | | | |

| 2.339 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$3,139.78** | **$0.00** |
|---|---|---|---|---|

**Mikhail,  Raymond A**
**213 Santorini**
**Irvine, CA 92606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.340 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$4,545.45** | **$0.00** |
|---|---|---|---|---|

**Miller,  Jennifer**
**2873 North Riley Road**
**Buckeye, AZ 85396**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.341 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$2,746.58** | **$0.00** |
|---|---|---|---|---|

**Miller,  Jessyka**
**2185 South 237th Drive**
**Buckeye, AZ 85326**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.342 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$1,506.96** | **$0.00** |
|---|---|---|---|---|

**Miller,  Scott Richard**
**23501 112TH AVE SE**
**Unit E101**
**KENT, WA 98031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Sprout Mortgage LLC** | Case number (if known) | **23-72433-reg** |
|---|---|---|---|
| | Name | | |

| 2.343 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,411.25** | **$0.00** |
|---|---|---|---|---|
| | **Mirocha,  Keith**<br>**2303 CRICKLECREEK LN**<br>**JEFFERSONVILLE, IN 47130** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wage Claims** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.344 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,410.35** | **$0.00** |
|---|---|---|---|---|
| | **Mirocha,  Phyllis K**<br>**910 Carriage House Court**<br>**Jeffersonville, IN 47130** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wage Claims** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.345 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,330.80** | **$2,330.80** |
|---|---|---|---|---|
| | **Missouri Dep. of Revenue**<br>**301 West High Street**<br>**Jefferson City, MO 65101** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.346 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,735.15** | **$0.00** |
|---|---|---|---|---|
| | **Moore,  Aubreeana D**<br>**1280 Grass Valley Drive**<br>**Colorado Springs, CO 80906** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wage Claims** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Sprout Mortgage LLC** | Case number (if known) | **23-72433-reg** |
|---|---|---|---|
| | Name | | |

| 2.347 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$11,931.82** | **$0.00** |
|---|---|---|---|---|

**Moore,  Christina**
**1280 Grass Valley Dr**
**Colorado Springs, CO 80906**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.348 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$199.20** | **$0.00** |
|---|---|---|---|---|

**Moore,  Lauren**
**15 Bluebell Dr.**
**Clarksburg, WV 26301**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.349 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,549.09** | **$0.00** |
|---|---|---|---|---|

**Moore,  Rachel Y**
**1619 Omar Drive**
**Mesquite, TX 75150**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.350 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,732.87** | **$0.00** |
|---|---|---|---|---|

**Moreno,  James**
**3429 11th Street**
**Lewiston, ID 83501**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Sprout Mortgage LLC** | Case number (if known) | **23-72433-reg** |
|---|---|---|---|
| | Name | | |

---

**2.351** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$8,674.05** | **$0.00**

**Morgan,  Kandye**
**381 Las Colinas Boulevard East**
**#1005**
**Irving, TX 75039**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.352** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,408.85** | **$0.00**

**Mraz,  Mia**
**23301 Ridge Route Drive**
**101**
**Laguna Hills, CA 92653**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.353** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,183.59** | **$0.00**

**Mulder,  Andrew**
**45 Fairfield Avenue**
**Mineola, NY 11501**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.354** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,055.39** | **$0.00**

**Mule,  Christopher A**
**3844 Dianne St**
**Bethpage, NY 11714**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Sprout Mortgage LLC** | Case number (if known) | **23-72433-reg** |
|---|---|---|---|
| | Name | | |

| 2.355 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$7,157.23** | $0.00 |
|---|---|---|---|---|
| | **Mullins, Stacy** | Check all that apply. | | |
| | **997 Johnnie Dodds Blvd** | ☐ Contingent | | |
| | **Apt 321** | ☐ Unliquidated | | |
| | **Mount Pleasant, SC 29464** | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
|---|---|---|
| | | **Wage Claims** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.356 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$25,462.08** | $0.00 |
|---|---|---|---|---|
| | **Mundo, Joseph B** | Check all that apply. | | |
| | **5132 East Juana Court** | ☐ Contingent | | |
| | **Cave Creek, AZ 85331** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
|---|---|---|
| | | **Wage Claims** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.357 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,575.19** | $0.00 |
|---|---|---|---|---|
| | **Munro, Kristin N** | Check all that apply. | | |
| | **61 Edwards Street** | ☐ Contingent | | |
| | **2B** | ☐ Unliquidated | | |
| | **Roslyn Heights, NY 11577** | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
|---|---|---|
| | | **Wage Claims** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.358 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,811.81** | $0.00 |
|---|---|---|---|---|
| | **Munsell, Christopher A** | Check all that apply. | | |
| | **506 North Frederic Street** | ☐ Contingent | | |
| | **Burbank, CA 91505** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
|---|---|---|
| | | **Wage Claims** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Sprout Mortgage LLC** | | Case number (if known) | **23-72433-reg** |
|---|---|---|---|---|
| | Name | | | |

| 2.359 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$12,922.60** | **$0.00** |
|---|---|---|---|---|

**Murcia, Jeffrey D**
**7955 Faust Avenue**
**West Hills, CA 91304**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.360 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$19,704.38** | **$0.00** |
|---|---|---|---|---|

**Murphy, Nicholas**
**9816 Eagle Rock Court**
**Las Vegas, NV 89117**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.361 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,250.00** | **$0.00** |
|---|---|---|---|---|

**Murphy, Paul**
**12241 West Patrick Court**
**Sun City, AZ 85373**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.362 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$9,030.71** | **$0.00** |
|---|---|---|---|---|

**Myers, Alisha**
**936 East Ensolarado Street**
**Kuna, ID 83634**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Sprout Mortgage LLC** | | Case number (if known) | **23-72433-reg** |
|---|---|---|---|---|
| | Name | | | |

| 2.363 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,304.13 | $0.00 |
|---|---|---|---|---|

**Myers,  Kailee F**
**500 Whisonant Lane**
**Warrior, AL 35180**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.364 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,463.64 | $0.00 |
|---|---|---|---|---|

**Naoumovitch,  George MIchel**
**2236 Cross Street**
**La Canada Flintridge, CA 91011**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.365 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,752.27 | $0.00 |
|---|---|---|---|---|

**Naranjo,  Heather**
**10896 Poblado Rd**
**#1311**
**San Diego, CA 92127**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.366 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,131.33 | $0.00 |
|---|---|---|---|---|

**Navasartian,  Ani Angel**
**9 Redbrook Lane**
**Levittown, PA 19055**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Sprout Mortgage LLC** | Case number (if known) | **23-72433-reg** |
|--------|------------------------|------------------------|------------------|
| | Name | | |

| 2.367 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$7,270.17** | $0.00 |
|-------|---------------------------------------------|------------------------------------------------|---------------|-------|

Priority creditor's name and mailing address
**Nelson,  Derek A**
**2350 Myra St**
**Jacksonville, FL 32204**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.368 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,296.68** | $0.00 |

Priority creditor's name and mailing address
**Nguyen,  Charles**
**2247 South Parton St**
**Santa Ana, CA 92707**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.369 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$9,090.90** | $0.00 |

Priority creditor's name and mailing address
**Nguyen,  Leslie**
**152 Stage**
**Irvine, CA 92618**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.370 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6,514.80** | $0.00 |

Priority creditor's name and mailing address
**Nguyen,  Phu**
**16031 Newhope Way**
**Fountain Valley, CA 92708**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Sprout Mortgage LLC** | Case number (if known) | **23-72433-reg** |
|---|---|---|---|
| | Name | | |

---

| 2.371 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $219.38 | $219.38 |
|---|---|---|---|---|

**NH Unemployment Insurance Benefit Adjudication Unit 45 South Fruit Street Concord, NH 03302-2009**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)
■ No
☐ Yes

---

| 2.372 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,690.56 | $0.00 |
|---|---|---|---|---|

**Noack,  Christopher J 1704 Briar Woods Lane Danbury, CT 06810**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.373 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,417.98 | $0.00 |
|---|---|---|---|---|

**Noll,  Alma 7157 East Onza Avenue Mesa, AZ 85212**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.374 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $42,117.39 | $42,117.39 |
|---|---|---|---|---|

**North Carolina Dep. Rev. PO Box 25000 Raleigh, NC 27640**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)
■ No
☐ Yes

---

| Debtor | **Sprout Mortgage LLC** | Case number (if known) | **23-72433-reg** |
| --- | --- | --- | --- |
| | Name | | |

---

| 2.375 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$9,587.84** | **$9,587.84** |
| --- | --- | --- | --- | --- |

**NV Dept of Employment**
**500 East 3rd Street**
**Carson City, NV 89713-0030**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.376 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$285,358.02** | **$285,358.02** |
| --- | --- | --- | --- | --- |

**NYS Dept. of Tax. & Fin.**
**Bankruptcy Section**
**PO Box 5300**
**Albany, NY 12205-0300**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.377 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6,234.98** | **$0.00** |
| --- | --- | --- | --- | --- |

**Oakley, Theresa A**
**1010 Robin Road**
**Silver Spring, MD 20901**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.378 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$15,603.11** | **$0.00** |
| --- | --- | --- | --- | --- |

**OBrien, Michael**
**244 Covina Avenue, B**
**Long Beach, CA 90803**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Sprout Mortgage LLC | Case number (if known) | 23-72433-reg |
|--------|---------------------|------------------------|--------------|
|        | Name                |                        |              |

---

| 2.379 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,386.35 | $0.00 |
|-------|----------------------------------------------|-----------------------------------------------|-----------|-------|

**Ocampo, Leticia**
**12201 Reva Drive**
**Garden Grove, CA 92840**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.380 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,065.14 | $0.00 |
|-------|----------------------------------------------|-----------------------------------------------|-----------|-------|

**Ochotorena, Gregory**
**2580 Fountain Cove**
**Carrollton, TX 75006**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.381 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,363.64 | $0.00 |
|-------|----------------------------------------------|-----------------------------------------------|-----------|-------|

**Odum, Cassandra L**
**2048 Cogar Drive**
**Decatur, GA 30032**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.382 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $17,096.56 | $17,096.56 |
|-------|----------------------------------------------|-----------------------------------------------|------------|------------|

**Ohio Unemployment**
**Insurance Operations**
**PO Box 182212**
**Columbus, OH 43218-2212**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Sprout Mortgage LLC** | Case number (if known) | **23-72433-reg** |
|---|---|---|---|
| | Name | | |

| 2.383 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,940.66** | **$0.00** |
|---|---|---|---|---|

**Oliver,  Elyse M**
**143 Autumn Leaf**
**Mission Viejo, CA 92692**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.384 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$7,193.64** | **$0.00** |
|---|---|---|---|---|

**Olmstead,  Tracy Locklier**
**630 White Falls Drive**
**Columbia, SC 29212**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.385 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,117.60** | **$0.00** |
|---|---|---|---|---|

**Oregel,  Francisco A**
**1001 Corrigan Ave**
**Santa Ana, CA 92706**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.386 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$13,405.60** | **$0.00** |
|---|---|---|---|---|

**Ortiz,  Francisco E**
**3668 Snowdrift Drive**
**Riverside, CA 92503**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Sprout Mortgage LLC** | Case number (if known) | **23-72433-reg** |
|---|---|---|---|
| | Name | | |

---

| 2.387 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,827.20** | **$0.00** |
|---|---|---|---|---|
| | **Ortiz,  Martin**<br>**10521 W Edgemont Dr**<br>**AVONDALE, AZ 85392** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wage Claims** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.388 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,363.64** | **$0.00** |
|---|---|---|---|---|
| | **Orvin,  Amanda**<br>**1410 Abbey Place #312**<br>**Charlotte, NC 28209** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wage Claims** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.389 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,732.87** | **$0.00** |
|---|---|---|---|---|
| | **Osburn,  David**<br>**10322 Caminito Alvarez**<br>**San Diego, CA 92126** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wage Claims** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.390 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,897.88** | **$0.00** |
|---|---|---|---|---|
| | **Ostolaza,  Renzo**<br>**34 Wisteria Lane**<br>**Wantagh, NY 11793-1321** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wage Claims** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| Debtor | **Sprout Mortgage LLC** | Case number (if known) | **23-72433-reg** |
|---|---|---|---|
| | Name | | |

| 2.391 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,030.30** | $0.00 |
|---|---|---|---|---|
| | **Otero,  Juan C** | Check all that apply. | | |
| | **1829 Grand Palm Drive** | ☐ Contingent | | |
| | **York, SC 29745** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wage Claims** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

| 2.392 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,017.60** | $0.00 |
|---|---|---|---|---|
| | **Otero,  Lucas Rey** | Check all that apply. | | |
| | **18212 Blue Lake Way** | ☐ Contingent | | |
| | **Boca Raton, FL 33498** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wage Claims** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

| 2.393 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6,421.06** | $0.00 |
|---|---|---|---|---|
| | **Owen,  Wendy** | Check all that apply. | | |
| | **9851 Timberlane Ave** | ☐ Contingent | | |
| | **Hesperia, CA 92345** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wage Claims** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

| 2.394 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,138.96** | $0.00 |
|---|---|---|---|---|
| | **Owens,  Helen I** | Check all that apply. | | |
| | **4105 Carmen Street** | ☐ Contingent | | |
| | **Pennsauken, NJ 08109** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wage Claims** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

Note: ■ No is checked for all four claims.

| Debtor | **Sprout Mortgage LLC** | Case number (if known) | **23-72433-reg** |
|---|---|---|---|
| | Name | | |

---

**2.395** | Priority creditor's name and mailing address

**Owens,  Monica L**
**7701 Warner Avenue**
**Unit B36**
**Huntington Beach, CA 92647**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wage Claims**

Is the claim subject to offset?
■ No
☐ Yes

$4,606.01          $0.00

---

**2.396** | Priority creditor's name and mailing address

**Owens,  Natalie A**
**2532 Grey Kingbird Trail**
**Keller, TX 76244**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wage Claims**

Is the claim subject to offset?
■ No
☐ Yes

$8,000.00          $0.00

---

**2.397** | Priority creditor's name and mailing address

**PA Department of Revenue**
**Department 280946**
**Harrisburg, PA 17128**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$33,626.59          $33,626.59

---

**2.398** | Priority creditor's name and mailing address

**Padilla,  Bertha**
**4744 Commerce Street**
**Riverside, CA 92507**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wage Claims**

Is the claim subject to offset?
■ No
☐ Yes

$3,888.30          $0.00

---

| Debtor | **Sprout Mortgage LLC** | | Case number (if known) | **23-72433-reg** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.399 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,967.33 | $0.00 |
|---|---|---|---|---|

**Palmer,  Stacy L**
**Cale**
**7406 Equine LN**
**Caledonia, MI 49316**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.400 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,372.82 | $0.00 |
|---|---|---|---|---|

**Pantoja,  Ramiro**
**16661 West McFadden Avenue**
**Unit # 03**
**Tustin, CA 92780**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.401 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,968.34 | $0.00 |
|---|---|---|---|---|

**Papadatos,  Fotios P**
**41-53 Glenwood Street**
**Little Neck, NY 11363**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.402 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,117.36 | $0.00 |
|---|---|---|---|---|

**Papadatos,  Hrysoula P**
**41 -53 Glenwood Street**
**Little Neck, NY 11363**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Sprout Mortgage LLC** | Case number (if known) | **23-72433-reg** |
|---|---|---|---|
| | Name | | |

| 2.403 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$7,670.45** | $0.00 |
|---|---|---|---|---|

**Papanicolas, Christopher J**
**107 Cunard Lane**
**Johnstown, PA 15904**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wage Claims** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.404 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$10,484.52** | $0.00 |
|---|---|---|---|---|

**Pape-Cooper, Amanda R**
**1585 Hillcrest Street**
**Washington, PA 15301**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wage Claims** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.405 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,045.45** | $0.00 |
|---|---|---|---|---|

**Park, Hailey H**
**1702 2nd Avenue**
**Manhattan**
**New York, NY 10128**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wage Claims** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.406 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,134.59** | $0.00 |
|---|---|---|---|---|

**Parker, Priscilla**
**4410 Terraview Drive**
**Arlington, TX 76001**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wage Claims** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Sprout Mortgage LLC** | Case number (if known) | **23-72433-reg** |
|---|---|---|---|
| | Name | | |

| 2.407 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$6,846.08** | $0.00 |
|---|---|---|---|---|
| | **Paul,  Donna K**<br>**5599 FM 380**<br>**San Angelo, TX 76905** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wage Claims** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.408 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$2,865.74** | $0.00 |
|---|---|---|---|---|
| | **Pauley,  Cheyenne**<br>**303 Pennsylvania Avenue**<br>**APT 303A**<br>**Charleston, WV 25302** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wage Claims** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.409 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$3,306.76** | $0.00 |
|---|---|---|---|---|
| | **Payne,  Andrew**<br>**235 Avenida Aragon**<br>**San Clemente, CA 92672** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wage Claims** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.410 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$5,091.30** | $0.00 |
|---|---|---|---|---|
| | **Payne,  Dan**<br>**13562 Sussex Place**<br>**Santa Ana, CA 92705** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wage Claims** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Sprout Mortgage LLC** | Case number (if known) | **23-72433-reg** |
|---|---|---|---|
| | Name | | |

| 2.411 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,782.25** | **$0.00** |
|---|---|---|---|---|

**Payne,  Whitni Lynn**
**507 Pendleton Street**
**Farmersville, TX 75442**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.412 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$8,806.81** | **$0.00** |
|---|---|---|---|---|

**Pazmino,  Luis**
**24705 Sarah Ln**
**Lake Forest, CA 92630**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.413 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$32,441.49** | **$0.00** |
|---|---|---|---|---|

**Pearson,  William**
**830 Wooded Pond Road**
**Lower Gwynedd, PA 19002**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.414 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,801.37** | **$0.00** |
|---|---|---|---|---|

**Pemberton,  Michael Thomas**
**3308 Lori Lane**
**New Port Richey, FL 34655**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Debtor    **Sprout Mortgage LLC**
_____    Case number (if known)    **23-72433-reg**
          Name

| 2.415 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,686.28** | **$0.00** |

Priority creditor's name and mailing address

**Perez,  Angie**
**1440 E 1st Street**
**Unit 214**
**Santa Ana, CA 92701**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$5,686.28    $0.00

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.416    Priority creditor's name and mailing address

**Perez,  Daria**
**250 Plantation Cove**
**Milton, GA 30004**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$9,796.77    $0.00

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.417    Priority creditor's name and mailing address

**Pernell,  Richard K**
**822 Princeton Avenue**
**Camden, NJ 08103**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$6,534.08    $0.00

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.418    Priority creditor's name and mailing address

**Phoenix,  Xander**
**2144 Chapman Drive**
**Carrollton, TX 75010**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$5,238.48    $0.00

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Debtor    **Sprout Mortgage LLC**                                          Case number (if known)    **23-72433-reg**
_____
Name

| 2.419 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $198.00 | $0.00 |

**Pierro,  Angel Steve**
**12600 SW 107th Ave**
**Miami, FL 33176**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.420 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,363.64 | $0.00 |

**Pittillo,  Debra S**
**4790 Irvine Boulevard**
**Unit# 105-332**
**Irvine, CA 92620**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.421 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,113.64 | $0.00 |

**Plesnik,  Paul T**
**15 Geraldine Court**
**Denville, NJ 07834**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.422 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,688.64 | $0.00 |

**Powell,  Trelanie**
**3631 Falconwood Dr**
**Douglasville, GA 30135**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | Sprout Mortgage LLC | Case number (if known) | 23-72433-reg |
|---|---|---|---|
| | Name | | |

| 2.423 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,613.01 | $0.00 |
|---|---|---|---|---|

**Prattis, Leana**
**1943 Bluebonnet Way**
**Orange Park, FL 32003**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.424 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,806.81 | $0.00 |
|---|---|---|---|---|

**Price, Billy**
**1842 Sam Smith Road**
**Fort Mill, SC 29708**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.425 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $41,294.12 | $0.00 |
|---|---|---|---|---|

**Pugh, Eric**
**1459 Hedgewood Lane NW**
**Kennesaw, GA 30152**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.426 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,367.13 | $0.00 |
|---|---|---|---|---|

**Pulker, James**
**4908 West Cullom Avenue**
**Chicago, IL 60641**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Sprout Mortgage LLC** | Case number (if known) | **23-72433-reg** |
|---|---|---|---|
| | Name | | |

| 2.427 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6,782.70** | $0.00 |
|---|---|---|---|---|
| | **Queen,  Cedrick C**<br>**8728 Kentshire Way**<br>**Sacramento, CA 95828** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wage Claims** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (3) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.428 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6,000.87** | $0.00 |
|---|---|---|---|---|
| | **Quezada,  David**<br>**1642 Shirley Drive**<br>**Corona, CA 92882** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wage Claims** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (3) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.429 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,236.97** | $0.00 |
|---|---|---|---|---|
| | **Raghu,  Lenny**<br>**2651 Cheverny Pl**<br>**Concord, NC 28027-0184** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wage Claims** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (3) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.430 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,045.45** | $0.00 |
|---|---|---|---|---|
| | **Raigosa,  Veronica Lorena**<br>**5015 Guido Lane**<br>**El Paso, TX 79903** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wage Claims** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (3) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Sprout Mortgage LLC** | Case number (if known) | **23-72433-reg** |
|---|---|---|---|
| | Name | | |

| 2.431 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,570.88 | $0.00 |
|---|---|---|---|---|

**Ramirez,  Eugene**
**18197 Muir Woods Court**
**Fountain Valley, CA 92708**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (3)

■ No
☐ Yes

---

| 2.432 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,577.20 | $0.00 |
|---|---|---|---|---|

**Ramirez,  Jose**
**11771 Euclid St**
**Garden Grove, CA 92840**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (3)

■ No
☐ Yes

---

| 2.433 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,475.66 | $0.00 |
|---|---|---|---|---|

**Randall,  Imani**
**131-15 Farmers Boulevard**
**Queens, NY 11434**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.434 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,386.37 | $0.00 |
|---|---|---|---|---|

**Ratafia,  Brian**
**126 Peachtree Ln**
**Roslyn Heights, NY 11577**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Sprout Mortgage LLC | | Case number (if known) | 23-72433-reg |
|---|---|---|---|---|
| | Name | | | |

| 2.435 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,611.73 | $0.00 |
|---|---|---|---|---|

**Ray, Macy L**
37768 Mangrove Drive
Palmdale, CA 93551

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.436 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,363.64 | $0.00 |
|---|---|---|---|---|

**Reed, Edward C**
1139 Stacy Drive
Canton, MI 48188

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.437 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,096.91 | $0.00 |
|---|---|---|---|---|

**Reese, Summer E**
13914 Bora Bora Way #105
Marina del Rey, CA 90292

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.438 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,666.84 | $0.00 |
|---|---|---|---|---|

**Reiher, John**
17 Moccasin Trail
Trabuco Canyon, CA 92679

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | |
|---|---|---|
| Debtor | **Sprout Mortgage LLC** | |
| | Name | |

Case number (if known)   **23-72433-reg**

---

**2.439** | Priority creditor's name and mailing address

**Remilien,  Suzie**
**12334 31 Avenue NE**
**Apt 507**
**Seattle, WA 98125**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

As of the petition filing date, the claim is:                    **$2,780.10**    **$0.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wage Claims**

Is the claim subject to offset?
■ No
☐ Yes

---

**2.440** | Priority creditor's name and mailing address

**Renner,  Sabrina**
**21360 Mount Lena Road**
**Boonsboro, MD 21713**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

As of the petition filing date, the claim is:                    **$4,290.18**    **$0.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wage Claims**

Is the claim subject to offset?
■ No
☐ Yes

---

**2.441** | Priority creditor's name and mailing address

**Reyes,  Danna**
**26508 Kandi Ct**
**Newhall, CA 91321**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

As of the petition filing date, the claim is:                    **$9,348.90**    **$0.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wage Claims**

Is the claim subject to offset?
■ No
☐ Yes

---

**2.442** | Priority creditor's name and mailing address

**Rhode Island**
**Division of Taxation**
**1 Capital HIll**
**Providence, RI 02908**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>)

As of the petition filing date, the claim is:                    **$3,697.75**    **$3,697.75**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Sprout Mortgage LLC** | Case number (if known) | **23-72433-reg** |
|---|---|---|---|
| | Name | | |

---

| 2.443 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6,921.62** | $0.00 |
|---|---|---|---|---|
| | **Richards,  Jessica Marie**<br>**35 Linder Cir**<br>**Homosassa, FL 34446** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wage Claims** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.444 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,363.64** | $0.00 |
|---|---|---|---|---|
| | **Richardson,  Melissa Lee**<br>**4850 Persimmon Lane**<br>**Castle Rock, CO 80109** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wage Claims** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.445 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,363.64** | $0.00 |
|---|---|---|---|---|
| | **Richardson,  Reginald c**<br>**809 Decatur Street**<br>**Sandusky, OH 44870** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wage Claims** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.446 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6,422.15** | $0.00 |
|---|---|---|---|---|
| | **Rivera-Alvarez,  Jonathan R**<br>**70 Bloomingdale Road**<br>**Levittown, NY 11756** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wage Claims** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| Debtor | **Sprout Mortgage LLC** | | Case number (if known) | **23-72433-reg** |
|---|---|---|---|---|
| | Name | | | |

| 2.447 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$15,965.24** | $0.00 |
|---|---|---|---|---|

**Rizzo,  Michelle**
**38146 Cypress Point Drive**
**Murrieta, CA 92563**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.448 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$9,747.73** | $0.00 |
|---|---|---|---|---|

**Robinson,  Alicia**
**430 Dunhill View Court**
**Alpharetta, GA 30005**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.449 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,953.78** | $0.00 |
|---|---|---|---|---|

**Robinson,  Jinelle B**
**759 Oak Ridge Drive**
**Ore City, TX 75683**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.450 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$8,015.38** | $0.00 |
|---|---|---|---|---|

**Rodriguez,  Julian**
**4240 Park Newport**
**Apt 210**
**Newport Beach, CA 92660**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Sprout Mortgage LLC** | Case number (if known) | **23-72433-reg** |
|---|---|---|---|
| | Name | | |

---

**2.451** | Priority creditor's name and mailing address

**Rodriguez,  Tiana**
**13132 Racimo Drive**
**Whittier, CA 90605**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$8,285.56** | **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.452** | Priority creditor's name and mailing address

**Roling,  Lizabeth A**
**2550 South Santan Village Park**
**apt 1023**
**Gilbert, AZ 85295**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$13,961.46** | **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.453** | Priority creditor's name and mailing address

**Romine,  Kimberly**
**1392 Walnut Ave #103**
**Tustin, CA 92780**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$7,684.64** | **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.454** | Priority creditor's name and mailing address

**Rosas,  Emilio**
**522 Giles Avenue**
**Blissfield, MI 49228**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$29,609.55** | **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Sprout Mortgage LLC** | Case number (if known) | **23-72433-reg** |
|---|---|---|---|
| | Name | | |

| 2.455 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,639.89** | **$0.00** |
|---|---|---|---|---|

**Rosas,  Julius**
**P.O.Box 11361**
**Los Angeles, CA 90011**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.456 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$10,335.94** | **$0.00** |
|---|---|---|---|---|

**Rosu,  Zorica**
**10 Adelphi Drive**
**Greenlawn, NY 11740**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.457 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,732.87** | **$0.00** |
|---|---|---|---|---|

**Rote,  Joseph**
**1501 Reed Ave**
**Apt 2**
**San Diego, CA 92109**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.458 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$12,265.89** | **$0.00** |
|---|---|---|---|---|

**Rouskas,  Theohari**
**3654 Ivy Dr**
**Bethpage, NY 11714**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Sprout Mortgage LLC** | Case number (if known) | **23-72433-reg** |
|---|---|---|---|
| | Name | | |

| 2.459 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,560.17** | **$0.00** |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Rugen,  Edward L
337 Brendan Avenue
Massapequa, NY 11758**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.460 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$11,022.72** | **$0.00** |
|---|---|---|---|---|

**Salas Martinez,  Sergio Antonio
12206 Bright Angel Court
Charlotte, NC 28277**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.461 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,893.64** | **$0.00** |
|---|---|---|---|---|

**Saldebar,  Jonathan
24381 Santa Clara Avenue
Dana Point, CA 92629**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.462 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$13,483.64** | **$0.00** |
|---|---|---|---|---|

**Sanchez,  Shanie
249 N. Ocean Drive
Tavernier, FL 33070**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Sprout Mortgage LLC**
_____
Name

Case number (if known)    **23-72433-reg**

| | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | |
|---|---|---|---|---|
| 2.463 | **Sanders,  John David**<br>**384 Aruba Circle**<br>**101**<br>**Bradenton, FL 34209** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$5,681.82** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wage Claims** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.464 | **Sandoval,  Brenda**<br>**5203 Meadow Pond Street**<br>**San Antonio, TX 78250** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,712.95** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wage Claims** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.465 | **Sansone,  Stephen**<br>**12685 Senda Panacea**<br>**San Diego, CA 92129** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$15,603.12** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wage Claims** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.466 | **Santos,  Henry**<br>**17820 Meadow Bottom Road**<br>**Charlotte, NC 28277** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$28,409.10** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wage Claims** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Sprout Mortgage LLC** | Case number (if known) | **23-72433-reg** |
|--------|--------------------------|------------------------|-------------------|
|        | Name                     |                        |                   |

---

**2.467** | Priority creditor's name and mailing address

**Sardar, Gerald Lazarus**
**1349 N Topsail ave.**
**colton, CA 92324**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$4,322.90**    $0.00

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.468** | Priority creditor's name and mailing address

**Saul, Wesley**
**335 Jordan Drive Northwest**
**Tucker, GA 30084**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,363.64**    $0.00

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.469** | Priority creditor's name and mailing address

**Sawyer, Jared Michael**
**5824 Arboles Street**
**San Diego, CA 92120**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$14,286.63**    $0.00

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.470** | Priority creditor's name and mailing address

**Schamberg, Douglas A**
**16810 South 29th Place**
**Phoenix, AZ 85048**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$7,386.37**    $0.00

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Sprout Mortgage LLC** | Case number (if known) | **23-72433-reg** |
|--------|-------------------------|------------------------|------------------|
|        | Name |  |  |

| 2.471 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $48.93 | $48.93 |
|---|---|---|---|---|

**SD Dept of Labor**
**Tax Division**
**PO Box 4730**
**Aberdeen, SD 57402-4730**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.472 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,920.21 | $0.00 |
|---|---|---|---|---|

**Sedgwick,  Holly J**
**5397 Southwest Dominie Court**
**Beaverton, OR 97007**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.473 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,795.45 | $0.00 |
|---|---|---|---|---|

**Sejour,  Nathaniel G**
**20 Westwood Drive**
**Apt. 29**
**Westbury, NY 11590**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.474 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,941.83 | $0.00 |
|---|---|---|---|---|

**Sessions,  Verdie R**
**2312 Field Street**
**Antioch, CA 94509**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Sprout Mortgage LLC** | Case number (if known) | **23-72433-reg** |
| | Name | | |

| 2.475 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,744.82 | $0.00 |
|---|---|---|---|---|

**Shaw,  Brittany**
**8370 West Melinda Lane**
**Peoria, AZ 85382**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.476 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,393.59 | $0.00 |
|---|---|---|---|---|

**Shekerlian,  Kimberly A**
**17429 Mayflower Drive**
**Granada Hills, CA 91344**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.477 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,943.17 | $0.00 |
|---|---|---|---|---|

**Shirdel,  Mohammad**
**322 S Vista Del Canon**
**Anaheim, CA 92807**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.478 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,244.32 | $0.00 |
|---|---|---|---|---|

**Short,  Steven**
**41 Long Meadow Pl**
**S. Setauket, NY 11720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Sprout Mortgage LLC** | Case number (if known) | **23-72433-reg** |
|---|---|---|---|
| | Name | | |

| 2.479 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$2,812.59** | $0.00 |
|---|---|---|---|---|
| | **Silva,  Javier**<br>**125 E. 29th apt 1**<br>**Los Angeles, CA 90011** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wage Claims** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.480 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$11,363.63** | $0.00 |
|---|---|---|---|---|
| | **Sims,  Angela**<br>**25 Manor Lane**<br>**Morris Plains, NJ 07950** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wage Claims** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.481 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$6,242.40** | $0.00 |
|---|---|---|---|---|
| | **Sizemore,  Traci D**<br>**204 Dyking Rd**<br>**Louisburg, NC 27549** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wage Claims** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.482 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$3,409.09** | $0.00 |
|---|---|---|---|---|
| | **Slasor,  Ronald W**<br>**P. O Box 685**<br>**Mount Pleasant, MI 48804** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wage Claims** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Sprout Mortgage LLC** | | Case number (if known) | **23-72433-reg** |
|---|---|---|---|---|
| | Name | | | |

| 2.483 | Priority creditor's name and mailing address<br>**Smith,  Karl D**<br>**11578 Wake Circle**<br>**Cypress, CA 90630** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$9,412.67** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wage Claims** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.484 | Priority creditor's name and mailing address<br>**Smith,  Marvin B**<br>**902 Rocky Dell Road Northeast**<br>**Gravette, AR 72736** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$238.42** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wage Claims** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.485 | Priority creditor's name and mailing address<br>**Smith,  Steven B**<br>**245 Deer Cliff Cove**<br>**Lawrenceville, GA 30043** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,236.79** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wage Claims** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.486 | Priority creditor's name and mailing address<br>**Smith,  Terry M**<br>**902 Rocky Dell Road Northeast**<br>**Gravette, AR 72736** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$5,080.03** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wage Claims** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Sprout Mortgage LLC** | Case number (if known) | **23-72433-reg** |
|---|---|---|---|
| | Name | | |

---

**2.487** | Priority creditor's name and mailing address
**Snow,  Austin**
**1852 N Division**
**Carson City, NV 89703**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,609.86 | $0.00

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.488** | Priority creditor's name and mailing address
**Sodano,  Rose M**
**311 4th Avenue**
**202**
**Asbury Park, NJ 07712**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,045.45 | $0.00

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.489** | Priority creditor's name and mailing address
**Soloway,  Nolan**
**120 South Grand Avenue**
**Anaheim, CA 92804**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,094.30 | $0.00

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.490** | Priority creditor's name and mailing address
**Soloway,  Seth D**
**2170 Century Park East**
**Unit 902**
**Los Angeles, CA 90067**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$14,095.64 | $0.00

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Sprout Mortgage LLC** | Case number (if known) | **23-72433-reg** |
|---|---|---|---|
| | Name | | |

| 2.491 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$18,918.01** | **$18,918.01** |
|---|---|---|---|---|

**South Carolina Department
Revenue Income Tax
PO Box 125
Columbia, SC 29214-0400**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.492 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,304.69** | **$0.00** |
|---|---|---|---|---|

**Spencer,  Allie
10 Edgemere Pl
Boise, ID 83646**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.493 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$8,113.64** | **$0.00** |
|---|---|---|---|---|

**Springman,  Inga
4563 Brickleton Woods Drive
Portage, MI 49024**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.494 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$18,370.55** | **$0.00** |
|---|---|---|---|---|

**Staples,  William
700 Cherry Street
Graham, TX 76450**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Sprout Mortgage LLC | Case number (if known) | **23-72433-reg** |
|---|---|---|---|
| | Name | | |

| 2.495 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$7,884.16** | **$0.00** |
|---|---|---|---|---|
| | **STASKO,  MONICA** | Check all that apply. | | |
| | **39 Quebec Drive** | ☐ Contingent | | |
| | **Huntington Station, NY 11746** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Wage Claims** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | |

| 2.496 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,712.91** | **$1,712.91** |
|---|---|---|---|---|
| | **State of Nebraska** | Check all that apply. | | |
| | **Department of Labor** | ☐ Contingent | | |
| | **Unemployment Ins. Tax** | ☐ Unliquidated | | |
| | **PO Box 94600** | ☐ Disputed | | |
| | **Lincoln, NE 68509-4600** | | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No  ☐ Yes | | |

| 2.497 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$96,395.16** | **$96,395.16** |
|---|---|---|---|---|
| | **State of New Jersey** | Check all that apply. | | |
| | **Div of Family Leave Ins.** | ☐ Contingent | | |
| | **PO Box 387** | ☐ Unliquidated | | |
| | **Trenton, NJ 08625-0387** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No  ☐ Yes | | |

| 2.498 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$24,582.22** | **$24,582.22** |
|---|---|---|---|---|
| | **State of Oregon** | Check all that apply. | | |
| | **Salem Headquarters** | ☐ Contingent | | |
| | **955 Center Street NE** | ☐ Unliquidated | | |
| | **Salem, OR 97301-2550** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No  ☐ Yes | | |

| | | |
|---|---|---|
| Debtor | **Sprout Mortgage LLC** | Case number (if known) **23-72433-reg** |
| | Name | |

| 2.499 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,892.28 | $0.00 |
|---|---|---|---|---|

**Steinberg, Brandon Taylor**
**30902 Club House Drive**
**Unit 11D**
**Laguna Niguel, CA 92677**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.500 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,832.22 | $0.00 |
|---|---|---|---|---|

**Stevens,  John**
**10 Jackson Ct**
**Coto de Caza, CA 92679**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.501 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,896.43 | $0.00 |
|---|---|---|---|---|

**Steward,  Lori Josephine**
**5800 Lake Murray Blvd #3**
**LA MESA, CA 91942**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.502 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,144.97 | $0.00 |
|---|---|---|---|---|

**Stewart,  Rodney B**
**1315 E Rowlands Ln**
**Phoenix, AZ 85022**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Sprout Mortgage LLC** | Case number (if known) | **23-72433-reg** |
|---|---|---|---|
| | Name | | |

| 2.503 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$8,522.73** | $0.00 |
|---|---|---|---|---|

**Stone,  Scott R
528 Greenridge Drive
Coppell, TX 75019**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.504 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,516.76** | $0.00 |
|---|---|---|---|---|

**Stoterau,  Malorie
208 West Hackberry Street
Brandon, SD 57005**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.505 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$7,102.27** | $0.00 |
|---|---|---|---|---|

**Stuart,  Ethan Charles
1546 Golden Avenue
Hermosa Beach, CA 90254**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.506 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,877.71** | $0.00 |
|---|---|---|---|---|

**Sullivan,  Bernard
10593 Moss Rose Way
Orlando, FL 32832**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Debtor    **Sprout Mortgage LLC**                                         Case number (if known)    **23-72433-reg**
          _____
          Name

| 2.507 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $18,435.18 | $0.00 |
|---|---|---|---|---|

2.507   Priority creditor's name and mailing address

**Suwanvichit,  Sitirith**
**12132 Vista Linda Avenue**
**Las Vegas, NV 89138**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$18,435.18        $0.00

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.508   Priority creditor's name and mailing address

**Swartz,  Sadie Bennett**
**507 Hollis Path**
**Jordan, NY 13080**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$6,250.00        $0.00

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.509   Priority creditor's name and mailing address

**Sy,  Anne**
**17 Rue Fontaine**
**Lake Forest, CA 92610**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,308.76        $0.00

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.510   Priority creditor's name and mailing address

**Szakacs,  Barbara**
**1301 Via Terrassa**
**Encinitas, CA 92024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$5,694.53        $0.00

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Sprout Mortgage LLC** | Case number (if known) | **23-72433-reg** |
|---|---|---|---|
| | Name | | |

| 2.511 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$18,965.09** | $0.00 |
|---|---|---|---|---|
| | **Tague,  Kyle C**<br>**8882 Bellshire Drive**<br>**Huntington Beach, CA 92646** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wage Claims** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.512 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$18,357.05** | $0.00 |
|---|---|---|---|---|
| | **Tannenbaum,  Ira M**<br>**73 irma drive**<br>**Oceanside, NY 11572** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wage Claims** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.513 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$9,272.73** | $0.00 |
|---|---|---|---|---|
| | **Tarzi,  Diana**<br>**26011 Del Rey, Apt A**<br>**Mission Viejo, CA 92691** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wage Claims** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.514 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$8,589.75** | $0.00 |
|---|---|---|---|---|
| | **Taylor,  David**<br>**10 Midlothian**<br>**Dove Canyon, CA 92679** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wage Claims** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Sprout Mortgage LLC** | Case number (if known) | **23-72433-reg** |
|---|---|---|---|
| | Name | | |

| 2.515 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6,983.95** | $0.00 |
|---|---|---|---|---|

**Taylor,  Sandra**
**3551 Cromart Ct North**
**Fort Worth, TX 76133**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.516 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$21,877.12** | $0.00 |
|---|---|---|---|---|

**Tedesco,  Debra**
**1322 Southwest Cedar Cove**
**Port St. Lucie, FL 34986**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.517 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$29,033.47** | $0.00 |
|---|---|---|---|---|

**Tefft,  Thomas**
**2554 Naples Drive**
**Valparaiso, IN 46385**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.518 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,638.03** | $0.00 |
|---|---|---|---|---|

**Thomas,  Amber D**
**121 Whiterock Court**
**Weatherford, TX 76086**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Sprout Mortgage LLC** | | Case number (if known) | **23-72433-reg** |
|---|---|---|---|---|
| | Name | | | |

| 2.519 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,637.60 | $0.00 |
|---|---|---|---|---|

**Thomas,  Stephanie A**
**4413 Hunters Lodge Drive**
**Round Rock, TX 78681**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.520 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $21,306.82 | $0.00 |
|---|---|---|---|---|

**Thorne,  Beverly J**
**4 Bass Lane**
**Lebanon, NJ 08833**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.521 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,297.54 | $0.00 |
|---|---|---|---|---|

**Thunberg,  Milagros**
**22054 East Domingo Road**
**Queen Creek, AZ 85242**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.522 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,836.94 | $0.00 |
|---|---|---|---|---|

**Thunberg,  Natalie**
**2842 South Lynch**
**Mesa, AZ 85212**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Sprout Mortgage LLC** | | Case number (if known) | **23-72433-reg** |
|---|---|---|---|---|
| | Name | | | |

---

**2.523**

Priority creditor's name and mailing address
**Thunberg,  William K.**
**22054 East Domingo Road**
**Queen Creek, AZ 85142**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,343.10**       **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.524**

Priority creditor's name and mailing address
**Tierra,  Alfred**
**3 Dogwood**
**Rancho Santa Margarita, CA 92688**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$5,290.91**       **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.525**

Priority creditor's name and mailing address
**Tinoco,  Ana**
**74 Ivy Hill Road**
**Red Bank, NJ 07701**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$4,402.39**       **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.526**

Priority creditor's name and mailing address
**Toher,  Glenn A**
**5097 Morning Glory Court**
**Chino Hills, CA 91709**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$17,901.31**       **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Sprout Mortgage LLC** | Case number (if known) | **23-72433-reg** |
|---|---|---|---|
| | Name | | |

| 2.527 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,890.84 | $0.00 |
|---|---|---|---|---|

**Touny,  Sharif**
**111 Galaxie Drive**
**Covina, CA 91723**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.528 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,202.65 | $0.00 |
|---|---|---|---|---|

**Tran,  Nhu Ngoc**
**9350 The Resort Pkwy**
**Unit 3711**
**Rch Cucamonga, CA 91730-9236**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.529 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,853.11 | $0.00 |
|---|---|---|---|---|

**Tran,  Simone**
**6819 Sorrelwood Lane**
**Sugar Land, TX 77479**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.530 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,288.55 | $0.00 |
|---|---|---|---|---|

**Trimble,  Kristen**
**26 Ridgewood Drive**
**McDonald, PA 15057**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Sprout Mortgage LLC** | | Case number (if known) | **23-72433-reg** |
|---|---|---|---|---|
| | Name | | | |

| 2.531 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $5,506.88 | $0.00 |
|---|---|---|---|---|

**Tringali,  Rachele**
**97 Spring Beauty Dr**
**Bluffton, SC 29909**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.532 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $5,641.12 | $0.00 |
|---|---|---|---|---|

**Trinh,  Bryan**
**9272 Velardo Drive**
**Huntington Beach, CA 92646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.533 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $2,989.08 | $0.00 |
|---|---|---|---|---|

**Tryon,  Chelsea L**
**348 Dakota Drive**
**Arlington, TX 76002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.534 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $3,363.64 | $0.00 |
|---|---|---|---|---|

**Turner,  Brett**
**10950 Pennbrooke Crossing**
**Johns Creek, GA 30097**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Sprout Mortgage LLC** | Case number (if known) | **23-72433-reg** |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 2.535 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,887.64** | **$0.00** |
| | **Tyner,  Dan E**<br>**47 Angelo Walk**<br>**Long Beach, CA 90803** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wage Claims** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.536 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,389.81** | **$5,389.81** |
| | **Utah Dept of Workforce**<br>**Adjudication Division**<br>**PO Box 45244**<br>**140 E 300 South**<br>**Salt Lake City, UT 84145-0233** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.537 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$7,477.66** | **$0.00** |
| | **Uy,  Eric T**<br>**9086 POLLY AVE**<br>**ORANGEVALE, CA 95662** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wage Claims** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.538 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,763.07** | **$4,763.07** |
| | **VA Employment Commission**<br>**PO Box 26441**<br>**Richmond, VA 23261-6441** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Sprout Mortgage LLC** | Case number (if known) | **23-72433-reg** |
|---|---|---|---|
| | Name | | |

| 2.539 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $22,727.28 | $0.00 |
|---|---|---|---|---|

**Vadi,  Antonio**
**829 Townline Road**
**Hauppage, NY 11788**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.540 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,363.68 | $0.00 |
|---|---|---|---|---|

**Valentine,  Raylene**
**5762 Dolores Drive**
**Rohnert Park, CA 94928**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.541 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,363.64 | $0.00 |
|---|---|---|---|---|

**Varona,  Richard A**
**9126 N Lilley Rd**
**Apt 221**
**Plymouth, MI 48170**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.542 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,704.89 | $0.00 |
|---|---|---|---|---|

**Verdugo,  Ian**
**250 W SANTA FE AVE**
**#232**
**Fullerton, CA 92832**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | **Sprout Mortgage LLC** | | Case number (if known) | **23-72433-reg** |
|---|---|---|---|---|
| | Name | | | |

| 2.543 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,340.77 | $0.00 |
|---|---|---|---|---|

**Verdugo,  Laurie**
**250 West Santa Fe Avenue**
**#232**
**Fullerton, CA 92832**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.544 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,825.52 | $0.00 |
|---|---|---|---|---|

**Villela-Kemp,  Sandra**
**34 Bearpaw #64B**
**Irvine, CA 92604**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.545 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,363.64 | $0.00 |
|---|---|---|---|---|

**Vonderheit,  Josh**
**3523 Southwest Pumice Place**
**Redmond, OR 97756**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.546 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,521.55 | $7,521.55 |
|---|---|---|---|---|

**WA Labor Dept.**
**200 Constitution Ave NW**
**Washington, DC 20210**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Sprout Mortgage LLC** | Case number (if known) | **23-72433-reg** |
|---|---|---|---|
| | Name | | |

| 2.547 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$7,048.27** | $0.00 |
|---|---|---|---|---|

**Washington,  Antoinette M**
**5709 NW 63rd Pl**
**Parkland, FL 33067-4436**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.548 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$7,239.53** | $0.00 |
|---|---|---|---|---|

**Watson,  Keshia**
**1861 Serena Drive**
**Lancaster, TX 75134**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.549 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$830.83** | $0.00 |
|---|---|---|---|---|

**Weeks,  John Urban**
**2032 Trailing Pines Way**
**Fleming Island, FL 32003**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.550 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,313.40** | $0.00 |
|---|---|---|---|---|

**Weeks,  Rebecca**
**2032 Trailing Pines Way**
**Fleming Island, FL 32003**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Sprout Mortgage LLC** | Case number (if known) | **23-72433-reg** |
|---|---|---|---|
| | Name | | |

| 2.551 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,895.23** | **$0.00** |
|---|---|---|---|---|
| | **Welch,  Carol A**<br>**17725 Windflower Way**<br>**105**<br>**Dallas, TX 75252** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wage Claims** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.552 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,409.09** | **$0.00** |
|---|---|---|---|---|
| | **Welcom,  Michael**<br>**780 Etter Creek Street**<br>**Las Vegas, NV 89138** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wage Claims** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.553 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$7,978.50** | **$0.00** |
|---|---|---|---|---|
| | **Wiggins,  Paul**<br>**3185 Old Graham Road**<br>**Pittsboro, NC 27312** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wage Claims** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.554 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6,110.87** | **$0.00** |
|---|---|---|---|---|
| | **Williams,  Gerald**<br>**2018 Arles Lane**<br>**Carrollton, TX 75007** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wage Claims** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Sprout Mortgage LLC** | | Case number (if known) | **23-72433-reg** |
|---|---|---|---|---|
| | Name | | | |

| 2.555 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,705.92 | $0.00 |
|---|---|---|---|---|

**Williams,  Marla Y**
**9597 Washington Circle**
**Jonesboro, GA 30238**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.556 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,603.76 | $0.00 |
|---|---|---|---|---|

**Williams,  Nyiesha L**
**277 Mercer Street**
**Phillipsburg, NJ 08865**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.557 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,604.93 | $0.00 |
|---|---|---|---|---|

**Wilson,  Blake O**
**1515 N Spurgeon Street**
**Apt 18**
**Santa Ana, CA 92701**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.558 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $18,077.09 | $0.00 |
|---|---|---|---|---|

**Wilson,  Denise N**
**P.O. Box 10550**
**Honolulu, HI 96816**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Sprout Mortgage LLC** | Case number (if known) | **23-72433-reg** |
|---|---|---|---|
| | Name | | |

| 2.559 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6,826.42** | $0.00 |
|---|---|---|---|---|

**Wilson,  Michael**
**31 Raymond Terrace**
**Norwalk, CT 06855**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.560 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,882.49** | $0.00 |
|---|---|---|---|---|

**Wilt,  Timothy**
**1726 Damon Street**
**Simi Valley, CA 93063**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.561 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6,570.75** | $0.00 |
|---|---|---|---|---|

**Winters,  Delbert Lee**
**5721 Sam Court**
**Venus, TX 76084**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.562 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,703.64** | $0.00 |
|---|---|---|---|---|

**Wood,  Michael R**
**1023 Sea Breeze Dr**
**Costa Mesa, CA 92627**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Sprout Mortgage LLC** | Case number (if known) | **23-72433-reg** |
|---|---|---|---|
| | Name | | |

| 2.563 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$44,091.65** | **$0.00** |
|---|---|---|---|---|
| | **Wood,  Scott**<br>**8165 Whitestone Drive**<br>**Huntington Beach, CA 92646** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wage Claims** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.564 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$10,726.00** | **$0.00** |
|---|---|---|---|---|
| | **Woods,  Douglas Warren**<br>**1427 NE 153rd St**<br>**Shoreline, WA 98155** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wage Claims** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.565 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$10,725.91** | **$0.00** |
|---|---|---|---|---|
| | **Woods,  Rocio E**<br>**1427 NE 153rd St**<br>**Shoreline, WA 98155** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wage Claims** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.566 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$4,924.54** | **$0.00** |
|---|---|---|---|---|
| | **Word,  Robyn D**<br>**7650 Lasaine Ave**<br>**Northridge, CA 91325** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wage Claims** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Sprout Mortgage LLC** | Case number (if known) | **23-72433-reg** |
|---|---|---|---|
| | Name | | |

**2.567** | Priority creditor's name and mailing address

**WV State Tax Dept.**
**The Revenue Center**
**1001 Lee Street East**
**Charleston, WV 25301**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$4,015.88** | **$4,015.88**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.568** | Priority creditor's name and mailing address

**Xavier,  Nelson**
**11471 Ghiberti Way**
**Porter Ranch, CA 91326**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,363.64** | **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.569** | Priority creditor's name and mailing address

**Yanik,  Stephen C**
**1444 N Poinsettia Pl**
**Apt 108**
**Los Angeles, CA 90046**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$4,269.35** | **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.570** | Priority creditor's name and mailing address

**Yarbrough,  Jack H**
**368 South Carolet Lane**
**Orange, CA 92869**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$21,091.64** | **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Sprout Mortgage LLC** | | Case number *(if known)* | **23-72433-reg** |
|---|---|---|---|---|
| | Name | | | |

| 2.571 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,750.00 | $0.00 |
|---|---|---|---|---|

**Young, Patricia**
**21 Misty Meadow Lane**
**Hamden, CT 06518**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.572 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,706.27 | $0.00 |
|---|---|---|---|---|

**Young, Vanesha**
**6971 Seabreeze Drive**
**Grand Prairie, TX 75054**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.573 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,714.76 | $0.00 |
|---|---|---|---|---|

**Zipprich, Andrea H**
**46366 Sandia Creek Drive**
**Temecula, CA 92590**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage Claims**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $795.51 |
|---|---|---|---|

**Access Insurance**
**450 Skokie Blvd**
**Ste 1000**
**Northbrook, IL 60062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $768.00 |
|---|---|---|---|

**ActiveComply LLC**
**PO Box 8108**
**Philadelphia, PA 19101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Sprout Mortgage LLC** | | Case number (if known) | **23-72433-reg** |
|---|---|---|---|---|

Name

| | | | |
|---|---|---|---|
| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **ADM Talent Recruiting, LL**<br>**2714 Briar Ridge Dr**<br>**Charlotte, NC 28270** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$183.01** |
| | **ADP**<br>**1 Adp Blvd**<br>**Roseland, NJ 07068** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$69.72** |
| | **ADT Security Services**<br>**P.O. BOX 371878**<br>**Pittsburg, PA 15250-7878** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$56.31** |
| | **AKINSIT**<br>**3406 Via Lido**<br>**1A-22**<br>**Newport Beach, CA 92663** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Akre, David**<br>**223 Wall Street**<br>**Huntington, NY 11743** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Party**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$215,317.88** |
| | **AmeriHome Mortgage**<br>**1 Baxter Way**<br>**Suite 300**<br>**Thousand Oaks, CA 91362** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21,355.25** |
| | **Aprio LLP**<br>**PO Box 117310**<br>**Atlanta, GA 30368** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Sprout Mortgage LLC | Case number (if known) | 23-72433-reg |
|--------|---------------------|------------------------|--------------|
| | Name | | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,292.30 |
|------|--|--|--|

**Arrow Transfer and Storage Inc**
**123 Frost St**
**Unit A**
**Westbury, NY 11590**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,941.08 |
|------|--|--|--|

**BAI Center**
**6028 Eagle Way**
**Chicago, IL 60678**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|------|--|--|--|

**Banc of California**
**3 MacArthur Place**
**Santa Ana, CA 92707**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $167,263.50 |
|------|--|--|--|

**Blank Rome**
**One Logan Square**
**Philadelphia, PA 19103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $126,495.10 |
|------|--|--|--|

**Bradley Arant Boult Cummings LLP**
**PO Box 830709**
**Birmingham, AL 35283**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,000.00 |
|------|--|--|--|

**Bridge Builders**
**7204 Glen Forest Drive**
**Suite 204**
**Richmond, VA 23226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $431.98 |
|------|--|--|--|

**BullsEye Telecom Inc**
**PO Box 74594**
**Cleveland, OH 44194**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Sprout Mortgage LLC** | | Case number (if known) | **23-72433-reg** |
|---|---|---|---|---|
| | Name | | | |

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,650.00** |
|---|---|---|---|
| | **Burghergray LLP**<br>**1350 Broadway Suite 406**<br>**New York, NY 10018** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **CA Dept of Indust. Relati**<br>**2031 Howe Ave**<br>**Sacramento, CA 95825** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,175.00** |
|---|---|---|---|
| | **Capital Retail Solutions Inc**<br>**5704 Lonetree Blvd**<br>**Rocklin, CA 95765** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,826.72** |
|---|---|---|---|
| | **Cargas Systems**<br>**PO Box 6310**<br>**Hermitage, PA 16148** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,152.60** |
|---|---|---|---|
| | **CBC dba Factual Data**<br>**PO Box 640495**<br>**Pittsburgh, PA 15264** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,966.28** |
|---|---|---|---|
| | **CellarStone, Inc**<br>**80 Cabrillo Hwy, Ste Q216**<br>**Half Moon Bay, CA 94019** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,338.53** |
|---|---|---|---|
| | **Charter Communications (TWC)**<br>**PO Box 60074**<br>**City of Industry, CA 91716-0074** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Sprout Mortgage LLC | | Case number (if known) | 23-72433-reg |
|---|---|---|---|---|
| | Name | | | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,950.00 |
|---|---|---|---|
| | **Chrisman LLC**<br>**10594 Dixon Lane**<br>**Reno, NV 89511** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,204.56 |
|---|---|---|---|
| | **cimplifi , a System One division**<br>**PO Box 644722**<br>**Pittsburgh, PA 15264** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,457.00 |
|---|---|---|---|
| | **Citizens Property Insurance Corp**<br>**301 W Bay St**<br>**Suite 1300**<br>**Jacksonville, FL 32202** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.71 |
|---|---|---|---|
| | **Clay County Utility Authority**<br>**3176 Old Jennings Rd**<br>**Middleburg, FL 32068** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $197,693.00 |
|---|---|---|---|
| | **Clear Capital Inc Umpqua Bank**<br>**PO Box 885176**<br>**Los Angeles, CA 90088** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,428.72 |
|---|---|---|---|
| | **Closing Corp, Inc.**<br>**3111 Camino del Rio N Ste 200**<br>**San Diego, CA 92108** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,363.65 |
|---|---|---|---|
| | **Comcast**<br>**PO box 71211**<br>**Charlotte, NC 28272** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Sprout Mortgage LLC** | Case number (if known) | **23-72433-reg** |
|---|---|---|---|
| | Name | | |

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$304,911.40** |
|---|---|---|---|
| | **Comergence** | ☐ Contingent | |
| | **Dept 3232** | ☐ Unliquidated | |
| | **PO Box 12 3232** | ☐ Disputed | |
| | **Dallas, TX 75312** | | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$64,156.25** |
|---|---|---|---|
| | **Computershare** | ☐ Contingent | |
| | **WF 8113** | ☐ Unliquidated | |
| | **PO Box 1450** | ☐ Disputed | |
| | **Minneapolis, MN 55485-8113** | | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,135.00** |
|---|---|---|---|
| | **CondoTek** | ☐ Contingent | |
| | **1038 Christian St** | ☐ Unliquidated | |
| | **Philadelphia, PA 19147** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Consolidated Analytics** | ☐ Contingent | |
| | **1 MacArthur Place** | ☐ Unliquidated | |
| | **Suite 100** | ■ Disputed | |
| | **Santa Ana, CA 92707** | | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$21,400.00** |
|---|---|---|---|
| | **ConvergePoint Inc** | ☐ Contingent | |
| | **1810 Snake River Rd** | ☐ Unliquidated | |
| | **Katy, TX 77449** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,525.00** |
|---|---|---|---|
| | **Corelogic Flood Services LLC** | ☐ Contingent | |
| | **PO Box 202176** | ☐ Unliquidated | |
| | **Dallas, TX 75320** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$36,117.76** |
|---|---|---|---|
| | **CoreLogic Solutions LLC** | ☐ Contingent | |
| | **PO Box 847239** | ☐ Unliquidated | |
| | **Dallas, TX 75284** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Sprout Mortgage LLC | | Case number (if known) | 23-72433-reg |
|---|---|---|---|---|
| | Name | | | |

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$90,554.41** |
|---|---|---|---|
| | **Coretek Services**<br>**34900 Grand River Ave**<br>**Farmington Hills, MI 48335** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$143.49** |
|---|---|---|---|
| | **Corodata Shredding, Inc**<br>**12375 Kerran St**<br>**Poway, CA 92064** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,823.97** |
|---|---|---|---|
| | **CORT Business Services Corp**<br>**PO Box 70518**<br>**Philadelphia, PA 19176** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,796.50** |
|---|---|---|---|
| | **CSC**<br>**PO Box 7410023**<br>**Chicago, IL 60674** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$22,350.00** |
|---|---|---|---|
| | **Curinos LLC**<br>**PO Box 411080**<br>**Boston, MA 02241** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,670.50** |
|---|---|---|---|
| | **DATA VERIFY**<br>**PO BOX 640495**<br>**PITTSBURG, PA 15264** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$36,777.33** |
|---|---|---|---|
| | **Deluxe Financial Services**<br>**PO Box 4659**<br>**Carol Stream, IL 60197** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Sprout Mortgage LLC** | Case number (*if known*) | **23-72433-reg** |
|---|---|---|---|
| | Name | | |

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,292.85** |
|---|---|---|---|
| | **Dickinson Wright PLLC**<br>**500 Woodward Ave**<br>**Suite 4000**<br>**Detroit, MI 48226-5403** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$47,350.00** |
|---|---|---|---|
| | **DigiFi, Inc.**<br>**PO Box 208119**<br>**Dallas, TX 75320** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$185,605.00** |
|---|---|---|---|
| | **Digital Panda Consulting Inc.**<br>**145 Tyee Dr. #19580**<br>**Point Roberts, WA 98281** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,235.89** |
|---|---|---|---|
| | **DocuSign Inc Lockbox**<br>**PO Box 735445**<br>**Dallas, TX 75373** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,464.00** |
|---|---|---|---|
| | **Douglas Elliman Real Estate**<br>**575 Madison Ave**<br>**NY, NY - New York 10022-0000** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,400,646.74** |
|---|---|---|---|
| | **DynAMC Solutions, LLC**<br>**150 East 52 St**<br>**New York, NY 10022** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Judgment__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,000.00** |
|---|---|---|---|
| | **EarthIntegrate**<br>**7021 Portwest Drive**<br>**Houston, TX 77024** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Sprout Mortgage LLC** | | Case number (if known) | **23-72433-reg** |
|---|---|---|---|---|
| | Name | | | |

| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,629.89** |
|---|---|---|---|
| | **EasyCom**<br>**3177 Latta Road**<br>**Box 102**<br>**Rochester, NY 14612** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$33.25** |
|---|---|---|---|
| | **EDD**<br>**Employment Development Departm**<br>**PO Box 989061**<br>**West Sacramento, CA 95798-9061** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$585,475.40** |
|---|---|---|---|
| | **EF Mortgage LLC**<br>**711 Third Avenue**<br>**Suite 501**<br>**New York, NY 10017** | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,233.32** |
|---|---|---|---|
| | **Efax Corporate**<br>**Cloud Services, LLC**<br>**PO Box 51873**<br>**Los Angeles, CA 90051** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$31,637.11** |
|---|---|---|---|
| | **Empire Blue Cross Blue Shield**<br>**PO Box 645438**<br>**Cincinnati, OH 45264** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,640,233.39** |
|---|---|---|---|
| | **EPAM Systems Inc**<br>**41 University Dr**<br>**Suite 202**<br>**Newtown, PA 18940** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$347,900.00** |
|---|---|---|---|
| | **Equilibrium Technology Solutions**<br>**959 US Highway 46**<br>**Suite 401**<br>**Parsippany, NJ 07054** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| Debtor | **Sprout Mortgage LLC** | Case number (if known) | **23-72433-reg** |
|---|---|---|---|
| | Name | | |

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$48,365.00** |
|---|---|---|---|
| | **Ertman Dulis and Helisek PLLC**<br>**PO Box 495**<br>**New Providence, NJ 07974** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,500.00** |
|---|---|---|---|
| | **Expri Real Estate LLC**<br>**6060 Surety**<br>**Suite 130**<br>**El Paso, TX 79905** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$475,000.00** |
|---|---|---|---|
| | **Family First Funding LLC**<br>**215 Main Street**<br>**#2A**<br>**Toms River, NJ 08753** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _5/3/2023_ | Basis for the claim: __Judgment__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,842.67** |
|---|---|---|---|
| | **FedEx**<br>**PO Box 371461**<br>**Pittsburgh, PA 15250** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,634.56** |
|---|---|---|---|
| | **FGMC LLP**<br>**360 S Garfield St**<br>**6th Fl**<br>**Denver, CO 80209** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Financial Freedom Mrtg.**<br>**875 Route 73 N.**<br>**Suite F**<br>**Marlton, NJ 08053** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$136,972.00** |
|---|---|---|---|
| | **Forchelli Deegan Terrana**<br>**333 Earle Ovington Blvd.,**<br>**Suit 1010**<br>**Uniondale, NY 11553** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Legal Services__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Sprout Mortgage LLC | Case number (if known) | 23-72433-reg |
|---|---|---|---|
| | Name | | |

---

**3.66** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$114,630.39**

Forchelli Deegan Terrana
333 Earle Ovington Blvd
Suite 1010
Uniondale, NY 11553

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.67** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$50,532.53**

Freshworks Inc
14005 Live Oak Ave
24888
Irwindale, CA 91706

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.68** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$111,009.27**

FRO CLK 90 Merrick Owner LLC
PO Box 74007336
Chicago, IL 60674-7336

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.69** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$24,170.15**

Funding Shield LLC
660 Newport Center Drive,
Suite 710
Newport Beach, CA 92660

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.70** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$26,250.00**

Gallagher Fiduciary Advisors LLC
PO Box 71396
Chicago, IL 60694

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.71** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$63.65**

Galleria Cafe
90 Merrick Ave
East Meadow, NY 11554

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.72** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$40,512.78**

GitHub Inc
88 Collin P Kelly Jr St
San Francisco, CA 94107

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Sprout Mortgage LLC | | Case number (if known) | 23-72433-reg |
|---|---|---|---|---|
| | Name | | | |

| 3.73 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$372,925.53** |
|---|---|---|---|

**Google LLC**
**Dept 33654**
**PO BOX 39000**
**San Fransisco, CA 94139**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.74 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Google LLC**
**1600 Amphitheatre Parkway**
**Mountain View, CA 94043**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.75 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$132,760.00** |
|---|---|---|---|

**Greenhouse Software**
**18 W 18th Street**
**11th Floor**
**New York, NY 10011**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.76 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$634.23** |
|---|---|---|---|

**Guardian**
**PO Box 824404**
**Philadelpia, PA 19182-4404**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.77 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$309,707.69** |
|---|---|---|---|

**GuidePoint Security LLC**
**PO Box 844716**
**Boston, MA 02284**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.78 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$800.00** |
|---|---|---|---|

**Gunning 1986 Trust**
**5739 Calle Polovora**
**San Clemente, CA 92973**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.79 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$11,192.48** |
|---|---|---|---|

**Henry Santos**
**17820 Meadow Bottom Road**
**Charlotte, NC 28277**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Sprout Mortgage LLC** | Case number (if known) | **23-72433-reg** |
|---|---|---|---|
| | Name | | |

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$52,269.77** |
|---|---|---|---|

**HireRight LLC**
**PO Box 847891**
**Dallas, TX 75284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$686.48** |
|---|---|---|---|

**HQ NY Bohemia**
**80 Orville Drive**
**Suite 100**
**Bohemia, NY 11716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$35,218.00** |
|---|---|---|---|

**Hunton Andrews Kurth LLP**
**PO Box 405759**
**Atlanta, GA 30384**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$24,372.50** |
|---|---|---|---|

**ICE Mortgage Tech Inc (Velocify)**
**PO Box 7410442**
**Chicago, IL 60674**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$620,994.20** |
|---|---|---|---|

**ICE Mortgage Technology Inc**
**PO Box 7410442**
**Chicago, IL 60674**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,598.00** |
|---|---|---|---|

**Illinois Department of Financial & Profe**
**555 West Monroe Street**
**5th Floor**
**Chicago, IL 60661**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Illinois Dept of Labor**
**524 S. 2nd Street**
**Suite 400**
**Springfield, IL 62701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Sprout Mortgage LLC** | Case number (if known) | **23-72433-reg** |
|---|---|---|---|
| | Name | | |

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$70,596.84** |
|---|---|---|---|

**Indeed Inc.**
**Mail Code 5160**
**PO BOX 660367**
**Dallas, TX 75266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Industrial Comm'n of Ariz**
**800 W. Washington St.**
**Phoenix, AZ 85007**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$539,885.75** |
|---|---|---|---|

**Intellinet**
**Two Concourse Pkwy**
**Suite 100**
**Atlanta, GA 30328**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,474.70** |
|---|---|---|---|

**Intercom**
**55 Second Street**
**Suite 400**
**San Francisco, CA 94105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$205.30** |
|---|---|---|---|

**Iron Mountain**
**PO Box 27128**
**New York, NY 10087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$198,670.00** |
|---|---|---|---|

**JMJ Financial Group CA**
**26800 Allso Viejo Parkway**
**Aliso Viejo, CA 92656**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$101.00** |
|---|---|---|---|

**Joseph Bartolotta**
**23 High Ridge Road**
**Warwick, NY 10990**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sprout Mortgage LLC** | | Case number (if known) | **23-72433-reg** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,295.57** |
|---|---|---|---|

**JP Properties 168 INC**
**3684 La Costa Ct**
**Green Cove Springs, FL 32043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.95 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,655.60** |
|---|---|---|---|

**Kaeser Blair Inc**
**4236 Grissam Dr**
**Batavia, OH 45103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.96 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$215,856.38** |
|---|---|---|---|

**Kasowitz Benson Torres LLP**
**1633 Broadway**
**New York, NY 10019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$61,250.00** |
|---|---|---|---|

**Kensie Mae LLC**
**PO Box 208**
**Eden, NY 14057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$153,750.00** |
|---|---|---|---|

**KensieMae Technologies, I**
**PO Box 248**
**Eden, NY 14057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Judgment__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00** |
|---|---|---|---|

**Key Media Inc**
**6140 S Gun Club Rd**
**Suite K6 253**
**Aurora, CO 80016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,820.34** |
|---|---|---|---|

**KJCC Properties LLC**
**1064 NW Darling Rd**
**Bremerton, WA 98133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Sprout Mortgage LLC | | Case number (if known) | 23-72433-reg |
|---|---|---|---|---|
| | Name | | | |

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,508.40 |
|---|---|---|---|
| | **KnowBe4 Inc**<br>**PO Box 734977**<br>**Dallas, TX 75373** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,508.96 |
|---|---|---|---|
| | **Kyocera Document Solutions West LLC**<br>**PO Box 31001 2998**<br>**Pasadena, CA 91110** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $190,557.61 |
|---|---|---|---|
| | **LEXISNEXIS Risk Solutions**<br>**28330 Network Place**<br>**Chicago, IL 60673-1283** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $38,944.86 |
|---|---|---|---|
| | **Lincoln Financial Group**<br>**PO Box 0821**<br>**Carol Stream, IL 60132** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $103,741.52 |
|---|---|---|---|
| | **LinkedIn**<br>**62228 Collections Center Dr**<br>**Chicago, IL 60693-0622** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,360.00 |
|---|---|---|---|
| | **LoanNEX**<br>**16 N Central Ave**<br>**Saint Louis, MO 63105** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $32,364.00 |
|---|---|---|---|
| | **loanscorecard**<br>**3240 El Camino Real, Ste #220**<br>**Irvine, CA 92602** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor     **Sprout Mortgage LLC**                                    Case number (if known)     **23-72433-reg**
           Name

| 3.108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$70,874.18** |
|---|---|---|---|

**Los Angeles County Tax Collector**
**225 North Hill Street**
**Room 137**
**Los Angeles, CA 90012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$298.00** |
|---|---|---|---|

**LU Electric, Inc.**
**17762 Mitchell North**
**Irvine, CA 92614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$398.39** |
|---|---|---|---|

**Map Communications**
**PO Box 95117**
**Chicago, IL 60694**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$40.00** |
|---|---|---|---|

**Maria Avalos**
**0**
**0**
**0, 0**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Expense Reimbursement**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$38,646.12** |
|---|---|---|---|

**Mayer Brown LLP**
**2027 Collection Center Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$160,560.00** |
|---|---|---|---|

**Mazars USA LLP**
**135 West 50th St**
**New York, NY 10020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Merchants Bank of Indiana**
**410 Monon Blvd**
**Carmel, IN 46032**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Sprout Mortgage LLC | Case number (if known) | 23-72433-reg |
|--------|---------------------|------------------------|--------------|
| | Name | | |

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,722.91 |
|-------|--------------------------------------------------|-------------------------------------------------------------------|-----------|
| | **Meridian Link dba LendingQB**<br>**PO Box 846822**<br>**Los Angeles, CA 90084** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $62,138.50 |
|-------|--------------------------------------------------|-------------------------------------------------------------------|-----------|
| | **MERSCORP Holdings, Inc.**<br>**13059 Collections Center Drive**<br>**Chicago, IL 60693** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $141,855.76 |
|-------|--------------------------------------------------|-------------------------------------------------------------------|-----------|
| | **Michael Johnston**<br>**3620 Battersea Road**<br>**Miami, FL 33133** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,564.67 |
|-------|--------------------------------------------------|-------------------------------------------------------------------|-----------|
| | **Michaels**<br>**552 E Carson St**<br>**Suite 104 448**<br>**Carson, CA 90745** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.18 |
|-------|--------------------------------------------------|-------------------------------------------------------------------|-----------|
| | **Mickeys Trophy**<br>**444 Front Street**<br>**Laurel, MS 39440** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|--------------------------------------------------|-------------------------------------------------------------------|-----------|
| | **Microsoft Azure**<br>**1 Microsoft Way**<br>**Redmond, WA 98052** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,034.50 |
|-------|--------------------------------------------------|-------------------------------------------------------------------|-----------|
| | **Miller Nash**<br>**PO box 3585**<br>**Portland, OR 97208-3585** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Sprout Mortgage LLC** | Case number (if known) | **23-72433-reg** |
|---|---|---|---|
| | Name | | |

---

| 3.122 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$684.19** |
|---|---|---|---|

**Mitel**
**PO Box 53230**
**Phoenix, AZ 85072**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.123 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,500.00** |
|---|---|---|---|

**MobilityRE**
**6925 Union Park Center**
**Suite 445**
**Cottonwood Heights, UT 84047**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.124 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,520.12** |
|---|---|---|---|

**Modern Visual Graphics**
**633 W. Katella Ave Suite F**
**Orange, CA 92867**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.125 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,888.13** |
|---|---|---|---|

**Mortech**
**Dept 3283**
**PO Box 123283**
**Dallas, TX 75312**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.126 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,472.63** |
|---|---|---|---|

**Mortgage CTO LLC**
**6109 Aberdeen Dr**
**Plano, TX 75093**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.127 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,649.54** |
|---|---|---|---|

**Mortgage Industry Advisory Corporation**
**521 Fifth Ave**
**6th Floor**
**New York, NY 10175**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.128 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,975.00** |
|---|---|---|---|

**Mortgage Quality Mgmt and Research LLC**
**9450 SW Gemini Dr**
**PMB 63603**
**Beaverton, OR 97008**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Sprout Mortgage LLC | Case number (if known) | 23-72433-reg |
|---|---|---|---|
| | Name | | |

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,766,542.61 |
|---|---|---|---|

**Nathaniel Agudelo et al**
**Lead Plaintiffs for Class**
**c/oMenken Simpson & R**
**80 Pine Street, 33rd Floo**
**New York, NY 10005**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Alleged damages under the federal WARN Act and alleged COBRA notice violations**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42,640.00 |
|---|---|---|---|

**Nationwide Property Appraisal Services**
**1103 Laurel Oak Road Suite 160**
**Voorhees, NJ 08043**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,287.76 |
|---|---|---|---|

**Netrio**
**116 N. Tennessee, Suite 200**
**Mckinney, TX 75069**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,704.02 |
|---|---|---|---|

**Nevada Employment Security Division**
**Contribution Section**
**500 E Third Street**
**Carson City, NV 89713-0030**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $561,501.60 |
|---|---|---|---|

**New Wave Lending Group,**
**1199 Fairway Drive**
**Walnut, CA 91789**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $62,168.63 |
|---|---|---|---|

**NewRez LLC Correspondent**
**1100 Virginia Drive Suite 125**
**MC NR FTW G10**
**Fort Washington, PA 19034**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**North Carolina Dept. of L**
**1101 Mail Service Center**
**Raleigh, NC 27699**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Sprout Mortgage LLC | Case number (if known) | 23-72433-reg |
|---|---|---|---|
| | Name | | |

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $148.68 |
|---|---|---|---|

**Novatech**
**PO Box 740865**
**Atlanta, GA 30374**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $89,058.25 |
|---|---|---|---|

**NTERSOL**
**400 Spectrum Center Dr**
**Suite 2180**
**Irvine, CA 92618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $275,972.99 |
|---|---|---|---|

**Ocrolus**
**101 Greenwich St, Fl 23**
**New York, NY 10006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,525.28 |
|---|---|---|---|

**Office Team**
**12400 Collections Center Dr**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $86,517.72 |
|---|---|---|---|

**Okta Inc**
**PO Box 743620**
**Los Angeles, CA 90074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,449.71 |
|---|---|---|---|

**Openpath Security Inc**
**DEPT LA 21951**
**Pasadena, CA 91185**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,150.00 |
|---|---|---|---|

**Opteon AMC Inc**
**14861 N Scottsdale Rd**
**A105**
**Scottsdale, AZ 85254**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Sprout Mortgage LLC** | Case number (if known) | **23-72433-reg** |
|---|---|---|---|
| | Name | | |

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$125,705.97** |
|---|---|---|---|

**OptifiNow**
PO Box 2550
Seal Beach, CA 90740

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$46,500.00** |
|---|---|---|---|

**Optifunder Corp**
1807 Park 270 Drive
Suite 420
St. Louis, MO 63146

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$100.00** |
|---|---|---|---|

**Optimal Blue**
Dept 3232
Dallas, TX 75312-3232

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$37,005.39** |
|---|---|---|---|

**Optimal Blue LLC (Black Knight)**
PO Box 742971
Los Angeles, CA 90074-2971

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**PA Dept. Labor & Industry**
1700 Labor & Industry Bui
Harrisburg, PA 17112

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$21.60** |
|---|---|---|---|

**PACER Service Center**
PO Box 71364
Philadelphia, PA 19176-1364

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,331.87** |
|---|---|---|---|

**Parks Coffee California Inc**
PO Box 110914
Carrolton, TX 75011

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Sprout Mortgage LLC | Case number (if known) | 23-72433-reg |
|---|---|---|---|
| | Name | | |

**3.150** Nonpriority creditor's name and mailing address

Peaks Strategies LLC
1345 6th Ave
33rd Fl
New York, NY 10105

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$32,915.00**

---

**3.151** Nonpriority creditor's name and mailing address

Pentagon Federal Credit U
7940 Jones Branch Dr
Mc Lean, VA 22102

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Contract Dispute

Is the claim subject to offset? ■ No ☐ Yes

**$3,384,409.54**

---

**3.152** Nonpriority creditor's name and mailing address

Pitney Bowes Bank Inc Purchase Power
PO Box 981026
Boston, MA 02298

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$230.99**

---

**3.153** Nonpriority creditor's name and mailing address

PITNEY BOWES Inc
PO Box 981022
Boston, MA 02298

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$181.87**

---

**3.154** Nonpriority creditor's name and mailing address

Planet Home Lending
321 Research Pkwy
Suite 303
Meriden, CT 06450

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$1,493.31**

---

**3.155** Nonpriority creditor's name and mailing address

PNC BANK, NA
The Tower at PNC Plaza
300 Fifth Avenue
Pittsburgh, PA 15222

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  Contract Dispute

Is the claim subject to offset? ■ No ☐ Yes

**$420,497.16**

---

**3.156** Nonpriority creditor's name and mailing address

Port53 Technologies Inc
One Embarcadero Center
Suite 4150
San Francisco, CA 94111

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$12,600.00**

---

| Debtor | Sprout Mortgage LLC | Case number (if known) | 23-72433-reg |
|---|---|---|---|
| | Name | | |

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,450.00 |
|---|---|---|---|

**Proteck Valuation Services**
**PO Box 986500 Dept 1190**
**Boston, MA 02298-6500**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $70,644.24 |
|---|---|---|---|

**Quaranta PA**
**1600 Ponce De Leon Blvd**
**10th Floor**
**Coral Gables, FL 33134**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,414.80 |
|---|---|---|---|

**QuestSoft Corp**
**PO Box 120284**
**Dept 0284**
**Dallas, TX 75312**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $49,731.68 |
|---|---|---|---|

**RAMS Mortgage Capital**
**3027 Townsgate Rd**
**Suite 230**
**Westlake Village, CA 91361**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $321.96 |
|---|---|---|---|

**Ready Refresh**
**PO BOX 856680**
**LOUISVILLE, KY 40285-6680**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,990.13 |
|---|---|---|---|

**Regus Management Group LLC**
**100 Chesterfield Business Parkway**
**2nd Floor**
**St Louis, MO 63005**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,007.08 |
|---|---|---|---|

**Renewed Solutions**
**11816 Inwood Road**
**3110**
**Dallas, TX 75244**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Sprout Mortgage LLC** | Case number (if known) | **23-72433-reg** |
|---|---|---|---|
| | Name | | |

**3.164** | Nonpriority creditor's name and mailing address

**Ring Central**
**PO BOX 734232**
**Dallas, TX 75373**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$123,058.57**

---

**3.165** | Nonpriority creditor's name and mailing address

**Sage Intacct, Inc.**
**Dept 3237**
**PO Box 123237**
**Dallas, TX 75312-3237**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$11,562.64**

---

**3.166** | Nonpriority creditor's name and mailing address

**Scotsman Guide Inc**
**PO Box 692**
**Bothell, WA 98041-0692**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$7,043.00**

---

**3.167** | Nonpriority creditor's name and mailing address

**Shea Pallante**
**613 Vickery Park Dr**
**Nolensville, TN 37135**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$75,334.34**

---

**3.168** | Nonpriority creditor's name and mailing address

**Sheppard Mullin Richter Hampton LLP**
**PO Box 716409**
**Philadelphia, PA 19171**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$74,968.95**

---

**3.169** | Nonpriority creditor's name and mailing address

**Sir Speedy**
**101 Dupont Street**
**Plainview, NY 11803**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$7,790.34**

---

**3.170** | Nonpriority creditor's name and mailing address

**SOCI Inc**
**DEPT LA 24700**
**Pasadena, CA 91185**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$66,851.46**

---

| Debtor | **Sprout Mortgage LLC** | Case number (if known) | **23-72433-reg** |
|---|---|---|---|
| | Name | | |

---

| 3.171 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$117,182.55** |
|---|---|---|---|

**Sourcepoint Inc**
**PO Box 1043**
**Buffalo, NY 14240**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23,823.20** |
|---|---|---|---|

**SRS Inc**
**P.O. Box 382**
**Islip Terrace, NY 11752**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60,400.00** |
|---|---|---|---|

**Staffbase Inc**
**PO Box 22838**
**New York, NY 10087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$176,657.53** |
|---|---|---|---|

**Street Solutions Inc**
**111 Town Square Place**
**Suite 1203**
**Jersey City, NJ 07310**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$90.00** |
|---|---|---|---|

**Stuart Keplar**
**14787 Buckingham Ct**
**Dallas, TX 75254**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$840.23** |
|---|---|---|---|

**Summit Hosting**
**6734 Jamestown Dr**
**Alpharetta, GA 30005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$28,910.75** |
|---|---|---|---|

**Surety Solutions, LLC**
**4285 Commercial St SE**
**Suite 110**
**Salem, OR 97302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sprout Mortgage LLC** | | Case number (if known) | **23-72433-reg** |
|---|---|---|---|---|
| | Name | | | |

---

**3.178** | Nonpriority creditor's name and mailing address

**SUSA Financial, Inc.**
**1 FIRST AMERICAN WAY**
**Santa Ana, CA 92707**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.179** | Nonpriority creditor's name and mailing address

**Tanen Directed Advertising**
**12 S Main St**
**Suite 401**
**South Norwalk, CT 06854**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$62,839.50**

---

**3.180** | Nonpriority creditor's name and mailing address

**Tanen Directed Advertising**
**12 S Main St, Suite 401**
**South Norwalk, CT 06854**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$32,700.00**

---

**3.181** | Nonpriority creditor's name and mailing address

**The Beckage Firm**
**403 Main Street**
**Suite 723**
**Buffalo, NY 14203**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,632.50**

---

**3.182** | Nonpriority creditor's name and mailing address

**The Freedman Firm**
**10100 Santa Monica Boulevard**
**Suite 300**
**Los Angeles, CA 90067**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$35,617.50**

---

**3.183** | Nonpriority creditor's name and mailing address

**The Fryer Law Firm**
**70 Lenox Pointe NE**
**Atlanta, GA 30324**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$66.00**

---

**3.184** | Nonpriority creditor's name and mailing address

**Think Reality**
**118 N Conistor Ln**
**Suite B Box 509**
**Liberty, MO 64068**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$12,300.00**

---

| Debtor | Sprout Mortgage LLC | Case number (if known) | 23-72433-reg |
|--------|---------------------|------------------------|--------------|
| | Name | | |

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,304.00 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|-----------|

**Thomas Law Firm**
**5706 E. Mockingbird Lane**
**Suite 115-355**
**Dallas, TX 75206**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32,122.68 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|-----------|

**TR Atrium, LP**
**P.O. BOX 842054**
**Dallas, TX 75284-2054**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,716.00 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|-----------|

**Travelers**
**PO Box 660317**
**Dallas, TX 75266**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,671.50 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|-----------|

**Tri State Area Moving and Storage**
**160 Dupont Street**
**Plainview, NY 11803**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,560.23 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|-----------|

**United Health Care**
**2000 West Loop South**
**Suite 900**
**HOUSTON, TX 77027**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,500.00 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|-----------|

**Universal Registered Agents Inc**
PO Box 23788
**Overland Park, KS 66283**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,326.63 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|-----------|

**UPS**
PO Box 809488
**Chicago, IL 60680-9488**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Sprout Mortgage LLC | Case number (if known) | 23-72433-reg |
|---|---|---|---|
| | Name | | |

| 3.192 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$381,742.00** |
|---|---|---|---|
| | **ValueMomentum Inc** | ☐ Contingent | |
| | **220 Old New Brunswick Road** | ☐ Unliquidated | |
| | **Suite 100** | ☐ Disputed | |
| | **Piscataway, NJ 08854** | | |
| | | **Basis for the claim:** __ | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.193 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,905.00** |
|---|---|---|---|
| | **Valutrust Solutions LLC** | ☐ Contingent | |
| | **7400 College Blvd** | ☐ Unliquidated | |
| | **Suite 250** | ☐ Disputed | |
| | **Overland Park, KS 66210** | | |
| | | **Basis for the claim:** __ | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.194 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,372.04** |
|---|---|---|---|
| | **VERGENT** | ☐ Contingent | |
| | **10111 Richmond Ave** | ☐ Unliquidated | |
| | **Suite 500** | ☐ Disputed | |
| | **Houston, TX 77042** | | |
| | | **Basis for the claim:** __ | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.195 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$117,727.20** |
|---|---|---|---|
| | **Verity Global Solutions** | ☐ Contingent | |
| | **15926 University Oak** | ☐ Unliquidated | |
| | **Suite 101** | ☐ Disputed | |
| | **San Antonio, TX 78249** | | |
| | | **Basis for the claim:** __ | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.196 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,928.55** |
|---|---|---|---|
| | **Virtru** | ☐ Contingent | |
| | **PO Box 392246** | ☐ Unliquidated | |
| | **Pittsburgh, PA 15251** | ☐ Disputed | |
| | | **Basis for the claim:** __ | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.197 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Wall Street Mortgage Bank** | ☐ Contingent | |
| | **1111 Marcus Ave** | ☐ Unliquidated | |
| | **Suite LL08** | ■ Disputed | |
| | **New Hyde Park, NY 11040** | | |
| | | **Basis for the claim:** __ | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.198 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,444.72** |
|---|---|---|---|
| | **WB Mason** | ☐ Contingent | |
| | **PO Box 981101** | ☐ Unliquidated | |
| | **Boston, MA 02298-1101** | ☐ Disputed | |
| | | **Basis for the claim:** __ | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Sprout Mortgage LLC** | Case number (if known) | **23-72433-reg** |
|---|---|---|---|
| | Name | | |

| 3.199 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$19,598.00** |
|---|---|---|---|

**Weston Insurance Company**
**PO Box 969**
**Westbrook, CT 06498**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim: __**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.200 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,213.18** |
|---|---|---|---|

**White Family LP**
**1600 South Brentwood Blvd**
**Suite 770**
**St Louis, MO 63144**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim: __**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Wilmington Trust, NA**
**1100 North Market St**
**Attn: Corporate Truste Ad**
**Wilmington, DE 19890**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim: __**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,207.17** |
|---|---|---|---|

**Windstream**
**PO Box 9001013**
**LOUISVILLE, KY 40290-1908**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim: __**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$178,785.00** |
|---|---|---|---|

**Wipro Opus Mortgage Solutions LLC**
**300 Tri State Intl**
**Suite 320**
**Lincolnshire, IL 60069**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim: __**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,876.00** |
|---|---|---|---|

**Wolz Corporate USA Inc**
**36 South 18th Ave**
**Suite D**
**Brighton, CO 80601**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim: __**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$13,500.00** |
|---|---|---|---|

**Workers Compensation Boar**
**328 State St**
**Schenectady, NY 12305**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim: __**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sprout Mortgage LLC** | Case number (if known) | **23-72433-reg** |
|---|---|---|---|
| | Name | | |

---

| 3.206 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$19,977.91** |
|---|---|---|---|

**Wynn Las Vegas and Encore**
**3131 Las Vegas Blvd S**
**Las Vegas, NV 89109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,020.90** |
|---|---|---|---|

**X Centric IT Solutions LLC**
**PO Box 510764**
**New Berlin, WI 53151**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,495.01** |
|---|---|---|---|

**Xactus LLC (UCS)**
**PO Box 70784**
**Philadelphia, PA 19176**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$390.00** |
|---|---|---|---|

**Yipeng Ding**
**0**
**0**
**0, 0**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Expense Reimbursement**

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,444.90** |
|---|---|---|---|

**Young Conaway Stargatt and Taylor LLP**
**PO Box 391**
**Wilmington, DE 19899**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,640.46** |
|---|---|---|---|

**ZoomInfo Technologies LLC**
**Dept LA 24789**
**Pasadena, CA 91185**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Debtor | **Sprout Mortgage LLC** | Case number (if known) | **23-72433-reg** |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **Albena Petrakov**<br>**Offit Kuman**<br>**590 Madison Avenue**<br>**6th Floor**<br>**New York, NY 10022** | Line **3.133**<br>☐ Not listed. Explain ____ | _ |
| 4.2 **Bradley Arant Boult Cumm.**<br>**214 North Tryon Street**<br>**Suite 3700**<br>**Charlotte, NC 28202** | Line **3.3**<br>☐ Not listed. Explain ____ | _ |
| 4.3 **CA Dept. of Tax & Fee**<br>**Special Operations**<br>**PO Box 942879**<br>**Sacramento, CA 94279-0074** | Line **2.76**<br>☐ Not listed. Explain ____ | _ |
| 4.4 **Daniel Margolis c/o Ellin**<br>**711 Third Avenue**<br>**Suite 501**<br>**New York, NY 10017** | Line **3.54**<br>☐ Not listed. Explain ____ | _ |
| 4.5 **Forchelli Deegan Terrana**<br>**333 Earle Ovington Blvd.,**<br>**Suit 1010**<br>**Uniondale, NY 11553** | Line **3.197**<br>☐ Not listed. Explain ____ | _ |
| 4.6 **GA Dept of Revenue**<br>**PO Box 740399**<br>**Atlanta, GA 30374-0399** | Line **2.178**<br>☐ Not listed. Explain ____ | _ |
| 4.7 **Gray Robinson PA**<br>**50 North Laura Street**<br>**Suite 1100**<br>**Jacksonville, FL 32202** | Line **3.171**<br>☐ Not listed. Explain ____ | _ |
| 4.8 **Hinshaw & Culbertson LLP**<br>**Attn: Brian S. McGrath**<br>**800 Third Avenue, 13th Fl**<br>**New York, NY 10022** | Line **3.155**<br>☐ Not listed. Explain ____ | _ |
| 4.9 **IA Dept of Revenue**<br>**Bankruptcy Section**<br>**100 North Senate Ave**<br>**Indianapolis, IN 46204** | Line **2.229**<br>☐ Not listed. Explain ____ | _ |
| 4.10 **James R. McGinn, Esq.**<br>**328 State St.**<br>**Schenectady, NY 12305** | Line **3.205**<br>☐ Not listed. Explain ____ | _ |
| 4.11 **Kantata**<br>**6501 Irvine Center Dr**<br>**Suite 200**<br>**Irvine, CA 92618** | Line **2.317**<br>☐ Not listed. Explain ____ | _ |
| 4.12 **Kaufhold Gaskin Gallagher**<br>**355 South Grand Ave**<br>**Suite 2450**<br>**Los Angeles, CA 90071** | Line **3.34**<br>☐ Not listed. Explain ____ | _ |

| Debtor | **Sprout Mortgage LLC** | | Case number (*if known*) | **23-72433-reg** |
| | Name | | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.13 **KRAMER LEVIN**<br>**Attn: Jeffrey W. David**<br>**1177 Avenue of the Americ**<br>**New York, NY 10036** | Line **3.50**<br>☐ Not listed. Explain ____ | _ |
| 4.14 **LA Dept of Revenue**<br>**617 North Third St**<br>**Baton Rouge, LA 70802** | Line **2.274**<br>☐ Not listed. Explain ____ | _ |
| 4.15 **Menken Simpson & Rozger**<br>**Attn: Bruce Menken**<br>**80 Pine Street, 33rd Floo**<br>**New York, NY 10005** | Line **3.129**<br>☐ Not listed. Explain ____ | _ |
| 4.16 **Planet Home Lending**<br>**1924 E. Deete Ave**<br>**Suite 200**<br>**Santa Ana, CA 92705** | Line **3.154**<br>☐ Not listed. Explain ____ | _ |
| 4.17 **Sheppard Mullin**<br>**333 South Hope Street**<br>**Forty-Third Floor**<br>**Los Angeles, CA 90071** | Line **2.255**<br>☐ Not listed. Explain ____ | _ |
| 4.18 **VEDDER PRICE P.C.**<br>**Attn: Fleming L. Ware**<br>**1633 Broadway, 31st Floor**<br>**New York, NY 10019** | Line **3.151**<br>☐ Not listed. Explain ____ | _ |
| 4.19 **Virgil Kyle**<br>**26800 Allso Viejo Parkway**<br>**Aliso Viejo, CA 92656** | Line **3.92**<br>☐ Not listed. Explain ____ | _ |
| 4.20 **Woods Oviatt Gillman LLP**<br>**Attn: Brian D. Gwitt**<br>**1900 Main Place Tower**<br>**Buffalo, NY 14202** | Line **3.98**<br>☐ Not listed. Explain ____ | _ |

**Part 4:**  **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | **30,604,140.37** |
| 5b. Total claims from Part 2 | 5b. + $ | **35,452,094.37** |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | **66,056,234.74** |

**Fill in this information to identify the case:**

Debtor name      **Sprout Mortgage LLC**

United States Bankruptcy Court for the:      EASTERN DISTRICT OF NEW YORK

Case number (if known)    **23-72433-reg**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal      Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **Flow Mortgage Loan Purchase and Sale Agreement - Sale of residential mortgage loans** |
| State the term remaining | |
| List the contract number of any government contract | **Banc of California 3 MacArthur Place Santa Ana, CA 92707** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | **Flow Mortgage Loan Purchase and Sale Agreement** |
| State the term remaining | |
| List the contract number of any government contract | **JMJ Financial Group CA 26800 Allso Viejo Parkway Aliso Viejo, CA 92656** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest | **Cloud Servicer** |
| State the term remaining | |
| List the contract number of any government contract | **Microsoft Azure 1 Microsoft Way Redmond, WA 98052** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest | **Flow Mortgage Loan Purchase and Sale Agreement - Sale of residential mortgage loans** |
| State the term remaining | |
| List the contract number of any government contract | **New Wave Lending Group, 1199 Fairway Drive Walnut, CA 91789** |

| Debtor 1 | **Sprout Mortgage LLC** | | | Case number *(if known)* | **23-72433-reg** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Flow Mortgage Loan Purchase and Sale Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Pentagon Federal Credit U** |
| | List the contract number of any government contract | | **7940 Jones Branch Dr** **Mc Lean, VA 22102** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Correspondent Program Loan Purchase Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Planet Home Lending** |
| | List the contract number of any government contract | | **1924 E. Deete Ave** **Suite 200** **Santa Ana, CA 92705** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Rental Lease** | |
|---|---|---|---|
| | State the term remaining | **Expires 10/31/2023** | **Regus Management Group, L** |
| | List the contract number of any government contract | | **15305 Dallas Pkwy Fl 12** **Addison, TX 75001** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Accounting Software** | |
|---|---|---|---|
| | State the term remaining | | **Sage Intacct, Inc.** |
| | List the contract number of any government contract | | **Dept 3237** **PO Box 123237** **Dallas, TX 75312-3237** |

**Fill in this information to identify the case:**

Debtor name      **Sprout Mortgage LLC**

United States Bankruptcy Court for the:      EASTERN DISTRICT OF NEW YORK

Case number (if known)      **23-72433-reg**

☐ Check if this is an
     amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                             12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.1 **Christopher Wright** | **15 Paul St Port Jefferson Station, NY 11776** | **Nathaniel Agudelo et al** | ☐ D ____ <br> ■ E/F ___3.129___ <br> ☐ G ____ |
| 2.2 **Elliot Salzman** | **13176 Wexford Hollow Rd N Jacksonville, FL 32224** | **Nathaniel Agudelo et al** | ☐ D ____ <br> ■ E/F ___3.129___ <br> ☐ G ____ |
| 2.3 **Michael Strauss** | **c/o Kasowitz Benson Torre 1633 Broadway Attn:Matthew B. Stein New York, NY 10019** | **Nathaniel Agudelo et al** | ☐ D ____ <br> ■ E/F ___3.129___ <br> ☐ G ____ |
| 2.4 **Recovco Mortgage Managem** | **80 Orville Drive Suite 100 Bohemia, NY 11716** | **Banc of California** | ☐ D ____ <br> ■ E/F ___3.12___ <br> ☐ G ____ |

| Debtor | **Sprout Mortgage LLC** | | Case number *(if known)* | **23-72433-reg** |
|---|---|---|---|---|

�merged

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| 2.5 | **Recovco Mortgage Manageme** | 80 Orville Drive Bohemia, NY 11716 | **Nathaniel Agudelo et al** | ☐ D _____ ■ E/F ___3.129___ ☐ G _____ |
| 2.6 | **Sprout Mortgage Asset Tru** | 80 Orville Drive Bohemia, NY 11716 | **New Wave Lending Group,** | ☐ D _____ ■ E/F ___3.133___ ☐ G _____ |
| 2.7 | **Sprout Mortgage Asset Tru** | 80 Orville Dr Suite 100 Bohemia, NY 11716 | **JMJ Financial Group CA** | ☐ D _____ ■ E/F ___3.92___ ☐ G _____ |
| 2.8 | **Sprout Mortgage Asset Tru** | 80 Orville Dr Suite 100 Bohemia, NY 11716 | **Banc of California** | ☐ D _____ ■ E/F ___3.12___ ☐ G _____ |
| 2.9 | **Sprout Mortgage Corporati** | 80 Orville Drive Suite 100 Bohemia, NY 11716 | **Banc of California** | ☐ D _____ ■ E/F ___3.12___ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Sprout Mortgage LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)    **23-72433-reg**

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   | --- | --- | --- |
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other | **$0.00** |
   | **For prior year:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other | **$0.00** |
   | **For year before that:**<br>From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other | **$160,057,469.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   | --- | --- | --- |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   | --- | --- | --- | --- |

Debtor    **Sprout Mortgage LLC**                                      Case number *(if known)* **23-72433-reg**

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Empire Blue Cross Blue Shield**<br>PO Box 645438<br>Cincinnati, OH 45264 | 7/13/2023 | $9,842.81 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.2. | **The Freedman Firm**<br>10100 Santa Monica Blvd<br>Suite 300<br>Los Angeles, CA 90067 | 7/20/2023 | $20,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.3. | **Jackson Lewis P.C.**<br>666 3rd Ave<br>28th Floor<br>New York, NY 10017 | 7/5/2023 | $25,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.4. | **Agudelov Sprout** | 6/5/23;<br>6/8/2023;<br>6/23/2023 | $1,950,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Settlement payment of Class Action Lawsuit** |
| 3.5. | **Internal Revenue Service**<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | 5/30/23;<br>5/31/2023;<br>6/23/23 | $31,598.37 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Taxes** |
| 3.6. | **Tax Guard**<br>10355 Westmoor Dr Suite 101<br>Broomfield, CO 80021 | 5/26/2023 | $15,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **See Attached Exhibit of Transfers** | | $0.00 | **Inter Company Transfer** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at

| Debtor | Sprout Mortgage LLC | Case number (if known) | 23-72433-reg |
|---|---|---|---|

a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| Potential | Potential Foreclosures in Litigation dislcosured in Q.7-SOFA | | $0.00 |

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. KensieMae Technologies, Inc. v. Sprout Mortgage, LLC 808766/2022 | | NY Supreme Court Erie County | ☐ Pending ☐ On appeal ■ Concluded |
| 7.2. DynAMC Solutions, LLC v. Sprout Mortgage, LLC 652469/2022 | | NY Supreme Court NY County | ☐ Pending ☐ On appeal ■ Concluded |
| 7.3. New Wave Lending Group, Inc. v. Sprout Mortgage Asset Trust etal 22-cv-06304-LLS | | US District Court SDNY | ■ Pending ☐ On appeal ☐ Concluded |
| 7.4. Sprout Mortgage, LLC v. Consolidated Analytics, Inc. 2022-04734 | Appeal - Dismissed | Appellate Division - 2nd Dept | ☐ Pending ☐ On appeal ■ Concluded |
| 7.5. PNC Bank, National Association v. Michael Strauss et al 2023-04113 | Appeal | Appellate Division - 1st Dept | ☐ Pending ☐ On appeal ☐ Concluded |
| 7.6. PNC Bank, National Association v. Michael Strauss et al 653697/2022 | | New York Supreme NY County | ☐ Pending ☐ On appeal ☐ Concluded |
| 7.7. Workers' Compensation Board of the State of New York vs SPROUT MORTGAGE LLC 612839/2022 | Workers Comp App for Judgment | Nassau County Supreme Court | ☐ Pending ☐ On appeal ■ Concluded |

| Debtor | Sprout Mortgage LLC | | Case number *(if known)* | 23-72433-reg |
|---|---|---|---|---|

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.8. | **Pentagon Federal Credit Union v. Sprout Mortgage, LLC**<br>**617859/2022** | **Contract** | **Nassau County Supreme Court** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. | **Michael Johnston v. Sprout Mortgage LLC**<br>**2022-005463** | **Employment Lawsuit/Contract** | **Miami Dade County Court** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.10<br>· | **April Holtzclaw v. Sprout Mortgage LLC**<br>**510-2022-01614** | **EEOC Charge** | | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.11<br>· | **Jared Sawywer v. Sprout Mortgage LLC**<br>**30-2022-01271017-CU-OE-CXC** | **Employment Class Action Lawsuit** | **Orange County Superior Court** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.12<br>· | **North Carolina Department of Labor v. Sprout Mortgage LLC**<br>**203245-Ruthanne Maschenko** | **Wage Complaint** | | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.13<br>· | **Pennsylvania Department of Labor & Industry v. Sprout Mortgage LLC** | **Wage Complaint** | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.14<br>· | **Blake Boyer v. Sprout Mortgage LLC**<br>**37-2022-00029036-CU-DE-CTL** | **Employment Class Action Lawsuit** | | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.15<br>· | **Industrial Comm'n of Arizona Labor Dept. v. Sprout Mortgage LLC**<br>**WC-2223-0082-Casey Mykel Finan** | **Wage Complaint** | | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.16<br>· | **Industrial Comm'n of Arizona Labor Dept. v. Sprout Mortgage**<br>**WC-2223-0092-Nicole Marie Caswell** | **Wage Complaint** | | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.17<br>· | **Dept of Industrial Relations v. Sprout Mortgage LLC**<br>**WC-CM-895483 – Michael Manes** | **Wage Complaint** | | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.18<br>· | **Illinois Dept of Labor v. Sprout Mortgage LLC**<br>**22-0002054-James Pulker** | **Wage Complaint** | | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.19<br>· | **Illinois Dept of Labor v. Sprout Mortgage LLC**<br>**22-0002092-John Kotowski** | **Wage Complaint** | | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

| Debtor | Sprout Mortgage LLC | | Case number *(if known)* | **23-72433-reg** |
|---|---|---|---|---|

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.20 · | **Mavenlink, Inc. v. Sprout Mortgage LLC**<br>**30-2022-01296305-CU** | **Lease Obligation** | | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.21 · | **Michael Shirdel v. Sprout Mortgage LLC** | **Employment Class Action** | | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.22 · | **Loan America v. Sprout Mortgage LLC**<br>**22VECV02489** | **Repurchase Lawsuit - Debtor Dismissed** | | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.23 · | **Consolidated Analytics Inc. v. Sprout Mortgage LLC**<br>**30:2022-01260879** | **Contract Dispute** | **Orange County Superior, CA** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.24 · | **Myiesha La Nese Lacy v. Sprout, et al**<br>**CIVSB230001** | **Class Action** | **CA** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.25 · | **Catterson v. Recovco, Sprout and Strauss** | **Arbitration - NY** | | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**

| Debtor | **Sprout Mortgage LLC** | Case number *(if known)* | **23-72433-reg** |
|---|---|---|---|

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Law Offices of Avrum J. Rosen, PLLC 38 New Street Huntington, NY 11743** | | **July 28, 2023** | **$35,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Huntington National Bank PO Box 1558 Columbus, OH 43216** | **Settlement Agudelo v Sprout Qualified Settlement Fund account X7387** | | **$1,952,709.11** |
| | Relationship to debtor | | | |

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **90 Merrick Ave Suite 505 East Meadow, NY 11554** | **Moved Out October 2022** |

| Debtor | **Sprout Mortgage LLC** | Case number *(if known)*  **23-72433-reg** |
|---|---|---|

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.2. | **6501 Irvine Center Drive Suite 250 Irvine, CA 92618** | **Moved out 2022** |
| 14.3. | **TR Atrium 4600 Fuller Drive Irving, TX 75038** | **Moved out 2022** |
| 14.4. | **1680 SW St Lucie West Blvd Suite 208 Port Saint Lucie, FL 34986** | **Moved out 2022** |

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☑ Yes. State the nature of the information collected and retained.

**Outside vendor retained information (Encompass)**

Does the debtor have a privacy policy about that information?
☐ No
☑ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☑ Yes. Does the debtor serve as plan administrator?

☑ No Go to Part 10.
☐ Yes. Fill in below:

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

| Debtor | **Sprout Mortgage LLC** | | | Case number *(if known)* | **23-72433-reg** |

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Multiple Warehouse Loan Accounts** | XXXX- | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **Closed by Warehouse Lenders in 2022** | $0.00 |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Tri State Area Moving & Storage<br>160 Dupont St.<br>Plainview, NY 11803** | | **File Storage** | ☐ No<br>■ Yes |

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Debtor | **Sprout Mortgage LLC** | Case number *(if known)* **23-72433-reg** |
|---|---|---|

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|
| 25.1. **Biscayne Mortgage LLC 1680 SW ST. LUCIE WEST BLVD. Port Saint Lucie, FL 34986** | **Mortgage Origination / Funding Vehicles / Mortgage Servicing** | EIN: 85-3435393 From-To |
| 25.2. **Sprout Asset Holding LLC 80 ORVILLE DR. SUITE 100 Bohemia, NY 11716** | **Mortgage Origination / Funding Vehicles / Mortgage Servicing** | EIN: 83-2875504 From-To |
| 25.3. **Sprout Mortgage Asset Trust 80 Orville Drive Bethpage, NY 11714** | **Mortgage Origination / Funding Vehicles / Mortgage Servicing** | EIN: 38-7157677 From-To |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Aprio, LLP 7 Penn Plaza, Suite 210 New York, NY 10001** | **2019-Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

| Debtor | Sprout Mortgage LLC | Case number *(if known)* | 23-72433-reg |

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Debtor** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **Aprio, LLP**<br>**7 Penn Plaza**<br>**Suite 210**<br>**New York, NY 10001** |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Akre, David** | **223 Wall Street**<br>**Huntington, NY 11743** | **EVP - Capital Markets** | **0** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Wright, Christopher** | **15 Paul St**<br>**Port Jefferson Station, NY 11776** | **EVP - Chief Financial Officer** | **0** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Michael Strauss** | **c/o Kasowitz Benson Torre**<br>**1633 Broadway**<br>**Attn: Matthew B. Stein**<br>**New York, NY 10019** | | **0** |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **LaRaia, Laura** | **1604 Old Course Dr**<br>**Plano, TX 75093** | **EVP - Chief Legal Officer & Chief Compliance** | |

| Debtor | **Sprout Mortgage LLC** | | Case number *(if known)* | **23-72433-reg** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Salzman, Elliot** | **13176 Wexford Hollow Rd N Jacksonville, FL 32224** | **EVP - Chief Credit Officer** | |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Akre, David 223 Wall Street Huntington, NY 11743** | **$117,375.61** | | **Salary** |
| | Relationship to debtor **EVP - Capital Markets** | | | |
| 30.2. | **Allison, Samuel G 9531 Knopfler Lane Las Vegas, NV 89148** | **$29,891.31** | | **Salary** |
| | Relationship to debtor **Chief Technology Officer** | | | |
| 30.3. | **Barranca, Julia Grace 165 SE Lakehurst Dr Port St. Lucie, FL 34983** | **$10,033.46** | | **Salary** |
| | Relationship to debtor **Loan Servicing Manager** | | | |
| 30.4. | **DePasquale, Jennifer 32 Alan Street East Islip, NY 11730** | **$20,254.35** | | **Salary** |
| | Relationship to debtor **Accounting Analyst** | | | |
| 30.5. | **Greenbaum, Dawn 15 Forest Drive Plainview, NY 11803** | **$158,288.61** | | **Salary** |
| | Relationship to debtor **Controller** | | | |
| 30.6. | **Keplar, Stuart 14787 Buckingham Court Dallas, TX 75254** | **$4,230.60** | | **Salary** |
| | Relationship to debtor **SVP - Deputy General Counsel - Compliance** | | | |

Debtor __Sprout Mortgage LLC__                              Case number *(if known)* __23-72433-reg__

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.7. | **LaRaia, Laura**<br>**1604 Old Course Dr**<br>**Plano, TX 75093** | **$9,134.26** | | **Salary** |
| | **Relationship to debtor**<br>**EVP - Chief Legal Officer &**<br>**Chief Compliance** | | | |
| 30.8. | **Lockington, Jacob W**<br>**924 Red Fox Road**<br>**Altamonte Springs, FL 32714** | **$14,188.96** | | **Salary** |
| | **Relationship to debtor**<br>**Underwriter** | | | |
| 30.9. | **Luu, Vinh N**<br>**1 Iron Bark Way**<br>**Irvine, CA 92612** | **$196,458.18** | | **Salary** |
| | **Relationship to debtor**<br>**VP - Loan Servicing** | | | |
| 30.10. | **Miller, Keisha**<br>**39 Falcon Lane**<br>**Levittown, NY 11756** | **$5,426.00** | | **Salary** |
| | **Relationship to debtor**<br>**Assistant Controller** | | | |
| 30.11. | **Morris, Ashley**<br>**11526 Daysville Road**<br>**Frederick, MD 21701** | **$16,924.00** | | **Salary** |
| | **Relationship to debtor**<br>**VP - Due Diligence** | | | |
| 30.12. | **Pimentel, Elvis W**<br>**4707 Hadley Lane**<br>**Manlius, NY 13104** | **$2,249.99** | | **Salary** |
| | **Relationship to debtor**<br>**Lock Desk Analyst** | | | |
| 30.13. | **Rodriguez, Luis**<br>**234-04 Union Turnpike**<br>**Queens Village, NY 11427** | **$7,307.60** | | **Salary** |
| | **Relationship to debtor**<br>**AVP - Post Closing** | | | |
| 30.14. | **Salzman, Elliot**<br>**13176 Wexford Hollow Rd N**<br>**Jacksonville, FL 32224** | **$69,716.94** | | **Salary** |
| | **Relationship to debtor**<br>**EVP - Chief Credit Officer** | | | |

Debtor    **Sprout Mortgage LLC**                                                    Case number *(if known)*  **23-72433-reg**

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 5. | **Wakefield, Amanda**<br>**638 Maxwell Dr**<br>**Titusville, PA 16354** | **$76,404.39** | | **Salary** |
| | **Relationship to debtor**<br>**Servicing / Transaction Manager** | | | |
| 30.1 6. | **Wright, Christopher**<br>**15 Paul St**<br>**Port Jefferson Station, NY 11776** | **$357,291.60** | | **Salary** |
| | **Relationship to debtor**<br>**EVP - Chief Financial Officer** | | | |
| 30.1 7. | **Yoselowitz, Rebecca**<br>**2848 Beach Drive**<br>**Merrick, NY 11566** | **$26,304.33** | | **Salary** |
| | **Relationship to debtor**<br>**Director of Human Resources** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **Sprout Holding LLC** | **EIN:**    **82-4905981** |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

Debtor    **Sprout Mortgage LLC**                                      Case number *(if known)*  **23-72433-reg**

---

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 20, 2023**

**/s/ Michael Strauss**                                          **Michael Strauss**
Signature of individual signing on behalf of the debtor           Printed name

Position or relationship to debtor    **Managing Member of Sprout Holding LLC**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

---

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Eastern District of New York

In re   **Sprout Mortgage LLC** _____   Case No.   **23-72433-reg** _____
                                          Debtor(s)         Chapter   **7** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept _____   $ _____ **35,000.00**

    Prior to the filing of this statement I have received _____   $ _____ **35,000.00**

    Balance Due _____   $ _____ **0.00**

2.  The source of the compensation paid to me was:

    ■ Debtor      ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor      ☐ Other (specify):

4.  ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
        copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Answer the Involuntary Bankruptcy Complaint; Negotiations with creditors; Preparation and filing schedules and
        statements; Motion to convert to chapter 11 and represent Debtor in the Chapter 11 proceeding; Preparation and
        filing of applications and motions as needed;**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**September 20, 2023** _____          **/s/ Avrum J. Rosen**
_Date_                                           **Avrum J. Rosen**
                                                 _Signature of Attorney_
                                                 **Law Offices of Avrum J. Rosen, PLLC**
                                                 **38 New St**
                                                 **Huntington, NY 11743-3327**
                                                 **631-423-8527  Fax: 631-423-4536**
                                                 **arosen@ajrlawny.com**
                                                 _Name of law firm_

**United States Bankruptcy Court**
**Eastern District of New York**

In re    **Sprout Mortgage LLC**                             Case No.    **23-72433-reg**

                                 Debtor(s)              Chapter      **7**

# VERIFICATION OF CREDITOR MATRIX

        The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date:    **September 20, 2023**                **/s/ Michael Strauss**

                                          **Michael Strauss**/**Managing Member of Sprout Holding LLC**
                                          Signer/Title

Date:    **September 20, 2023**                **/s/ Avrum J. Rosen**

                                          Signature of Attorney
                                          **Avrum J. Rosen**
                                          **Law Offices of Avrum J. Rosen, PLLC**
                                          **38 New St**
                                          **Huntington, NY 11743-3327**
                                          **631-423-8527   Fax: 631-423-4536**

Abdelmessih,  James V
16010 Huntington Garden Ave
Chino, CA 91708


Abraham,  Timothy
2777 Alton Pkwy Apt 355
Irvine, CA 92606


Access Insurance
450 Skokie Blvd
Ste 1000
Northbrook, IL 60062


Accorto Jr.,  Roberto E.
10866 Oak Bend Way
Wellington, FL 33414


Acevedo,  Nais Lynn
88 East San Carlos Street
Apt 401
San Jose, CA 95112


ActiveComply LLC
PO Box 8108
Philadelphia, PA 19101


Adams,  Brent
11732 9th Street
Garden Grove, CA 92840


Adams,  Sage
16602 Lakeshore Drive
Weed, CA 96094


Adkins,  Thomas E
8298 Woodgrove Rd
Jacksonville, FL 32256


ADM Talent Recruiting, LL
2714 Briar Ridge Dr
Charlotte, NC 28270


ADP
1 Adp Blvd
Roseland, NJ 07068

ADT Security Services
P.O. BOX 371878
Pittsburg, PA 15250-7878


Agudelo, Nathaniel S
198 Kingston Avenue
South Floral Park, NY 11001


Ahrendt, Leslie
18202 North 52nd Way
Scottsdale, AZ 85254


AKINSIT
3406 Via Lido
1A-22
Newport Beach, CA 92663


Akre, David
223 Wall Street
Huntington, NY 11743


Alabama Dept. of Revenue
50 N. Ripley St
Montgomery, AL 36130


Alarcon, Christine Marie
14945 Tierra Coruna Avenue
El Paso, TX 79938


Albena Petrakov
Offit Kuman
590 Madison Avenue
6th Floor
New York, NY 10022


Alexander, Michael
31711 Fairview Road
Laguna Beach, CA 92651


Alli-Afoke, Aminat O
400 Mathias Court
APT L
Westminster, MD 21157

Alvarez Donoso, Felipe Antonio
1845 Northwest 4th Avenue
APT 18
Boca Raton, FL 33432


AmeriHome Mortgage
1 Baxter Way
Suite 300
Thousand Oaks, CA 91362


Antetomaso, John F
72 Beaumont Avenue
Massapequa, NY 11758


Appel, Lexi
11441 East Prairie Avenue
Mesa, AZ 85212


Appel, Steven
9921 East Lompoc Avenue
Mesa, AZ 85209


Aprio LLP
PO Box 117310
Atlanta, GA 30368


Arakelian, Gary
445 Dover Cir
Brea, CA 92821


Arambel, Patricia
6743 Jasmine Court
Chino, CA 91710


Arce, Oraida M
130 2nd Avenue
1L
Newark, NJ 07104


Ard, Merideth
608 Winterwood Drive
Kennedale, TX 76060

Arizona Dept of Revenue
1600 West Monroe Street
Phoenix, AZ 85007


Arkansas Dept. Fin. & Adm
Ragland Bldg
1900 West 7th St
Suite 2047
Little Rock, AR 72201


Arrieta,  Philip thomas
4335 East Yucca Street
Phoenix, AZ 85028


Arrow Transfer and Storage Inc
123 Frost St
Unit A
Westbury, NY 11590


Asher,  Shayne
15 macartur pl
Unit 1903
Santa Ana, CA 92707


Askew,  Ashley
4658 Orly Place
Riverside, CA 92507


Avallone,  Marc
757 East 169 Street
Bronx, NY 10456


Ayala,  Alejandro
1029 North Christobal Lane
Colton, CA 92324


Ayres,  Dean
8332 Varas Circle
Huntington Beach, CA 92646


Ayres,  Karson G
8332 Varas circle
Huntington Beach, CA 92646

Aywas,  Kimberly M
40 Green Pond Road
Blountsville, AL 35031

Badice,  Ashonni
117-39 124th St
South Ozone Park
Queens, NY 11420

BAI Center
6028 Eagle Way
Chicago, IL 60678

Banc of California
3 MacArthur Place
Santa Ana, CA 92707

Banc of California
3 MacArthur Place
Santa Ana, CA 92707

Barale,  Michael Alec
1316 Chippewa Drive
Plano, TX 75093

Barbine,  Andrew
432 Sunrise Highway, 22
West Babylon, NY 11704

Barnes,  Michael James
18202 N. 52nd Way
Scottsdale, AZ 85254

Barreno,  Adam
8853 Concord Ave
Riverside, CA 92503

Barrett,  Danette Marie
3604 E 12th Ave
Spokane, WA 99202

Bartley,  Tina D
8 Perimeter Center E
Unit 2438
Atlanta, GA 30346

Bartolotta, Joseph
23 High Ridge Road
Warwick, NY 10990


Basile, Vincent Louis
107 Wyncote Court
Stephens City, VA 22655


Bastian, Beth
1577 Sabina Circle
Simi Valley, CA 93063


Bastian, Briggs
1577 Sabina Circle
SIMI VALLEY, CA 93063


Bauman, John C
30251 Golden Lantern
STE E572
Laguna Niguel, CA 92677


Bayer, Jacy
11110 Lincoln Avenue
Hagerstown, MD 21740


Beck, Haley Summer
33112 Sea Bright Drive
Dana Point, CA 92629


Berdugo, Yesenia
43 Bradford Street
Brooklyn, NY 11207


Bias, Kimberly A
25710 130th Avenue Southeast
Kent, WA 98030


Bichel, Robert W
8864 Sandpiper Cir
Fountain Valley, CA 92708


Bilicki, Eugene
36 Julian Street
Hicksville, NY 11801

Bjelac III,  Samuel
331 Rosslare Dr
Arnold, MD 21012

Black Mann and Graham LLP
2905 Corporate Circle
Flower Mound, TX 75028

Blackwell,  Catherine
63196 NW Via Palazzo
Bend, OR 97703

Blank Rome
One Logan Square
Philadelphia, PA 19103

Bliss,  Daniela
568 East Lemon Avenue
D
Glendora, CA 91741

Blizard,  Chasati L
7427 Bishop Road
Bessemer, AL 35022

Boiano,  Giuseppe
88 Aspen Lane
Stamford, CT 06903

Bond,  Isaiah
11448 Kings Pond Drive
Providence Forge, VA 23140

Bonderov,  Jennifer L
11011 NE 104th St
Vancouver, WA 98662

Boor,  Jared
5 Bellevue
Irvine, CA 92602

Borden,  David
679 West 239th Street
Apt 1C
Bronx, NY 10463

Borgogna, Greg
21141 Canada Road
9A
Lake Forest, CA 92630


Boualapha, Bounthavy
1606 Oak Street
Unit B
Sandpoint, ID 83864


Boyd, Justin D
2924 Lucas Dr Apt 4106
Dallas, TX 75219-5685


Boyd-Young, Bridget
P.O. Box 2730
Shasta, CA 96087


Boyer, Blake M
4956 Park Drive
Carlsbad, CA 92008


Bracey, Victoria
375 Pleasant View Ln SE
Concord, NC 28025


Bradley Arant Boult Cumm.
214 North Tryon Street
Suite 3700
Charlotte, NC 28202


Bradley Arant Boult Cummings LLP
PO Box 830709
Birmingham, AL 35283


Breden, Stephanie L
156 Beverly Road
South Huntington, NY 11746


Bridge Builders
7204 Glen Forest Drive
Suite 204
Richmond, VA 23226

Brockwell,  Shana
1106 Tree Crossing Pkwy
Hoover, AL 35244


Brooks, Valerie Christine
14200 Layne Loop
Leander, TX 78641


Brown,  Denitrice
1297 Estancia Street
Beaumont, CA 92223


Brown,  Omar
28102 Hibiscus Drive
Laguna Niguel, CA 92677


Bruno,  Marisela
9503 Wirt Street
Omaha, NE 68134


BullsEye Telecom Inc
PO Box 74594
Cleveland, OH 44194


Burch,  Daniel Joseph
650 Tapestry Lane
Apt 143
Brandon, FL 33511


Bureau Tax & Accounting
Unemployment Ins. Div.
PO Box 7942
Madison, WI 53707


Burghergray LLP
1350 Broadway Suite 406
New York, NY 10018


Burris,  Eben
12919 Chumstick Hwy
Leavenworth, WA 98826


Butler,  David
473 Salt Creek Way
Brunswick, GA 31523

CA Dept of Indust. Relati
 2031 Howe Ave
Sacramento, CA 95825


CA Dept. of Tax & Fee
Special Operations
PO Box 942879
Sacramento, CA 94279-0074


CA Franchise Tax Board
Bankruptcy Section
PO Box 2952
Sacramento, CA 95812-2952


Cameron, Gary
731 Marsopa Drive
Vista, CA 92081


Campbell, Charles
5739 Calle Polvorosa
San Clemente, CA 92673


Canty, Candi C
2322 Willow Shade Lane
Loganville, GA 30052


Capital Retail Solutions Inc
5704 Lonetree Blvd
Rocklin, CA 95765


Cargas Systems
PO Box 6310
Hermitage, PA 16148


Carmack, S. David
1276 Greenridge Avenue
Lithonia, GA 30058


Carpenter, Randall
15001 West 123rd Circle
Olathe, KS 66062


Carrasco, Leah
13030 Anola Street
Whittier, CA 90605

Casillas, Luis D
363 Alta Vista Street
Placentia, CA 92870


Cason, Stephanie E
2 Fair Oaks
Laguna Niguel, CA 92677


Castillo, Karen
1 Robert Treat Drive
Apt A
Milford, CT 06460


Caswell, Nicole
613 South San Marcos Cir
Gilbert, AZ 85296


CBC dba Factual Data
PO Box 640495
Pittsburgh, PA 15264


CellarStone, Inc
80 Cabrillo Hwy, Ste Q216
Half Moon Bay, CA 94019


Chang, Jim
18076 Burke Lane
Yorba Linda, CA 92886


Chang, Pak
1206 North Adler Avenue
Fresno, CA 93727


Charter Communications (TWC)
PO Box 60074
City of Industry, CA 91716-0074


Chase, William Thomas
5879 Briarwood Ct.
Clarkston, MI 48346


Chavez, Paul
207 Knox Street #D
Costa Mesa, CA 92627

Chea, La
2221 East 15th Street
Brooklyn, NY 11229


Chen, Angela
140 Elkhorn
Irvine, CA 92618


Chen, Jennifer
140 Elkhorn
Irvine, CA 92618


Chomik, Konrad
3839 Kendall Street
San Diego, CA 92109


Chrisman LLC
10594 Dixon Lane
Reno, NV 89511


Christopher Wright
15 Paul St
Port Jefferson Station, NY 11776


Chukkuluri, Lavanya
5845 Bit O Scotch Ct
West Chester, OH 45069


cimplifi , a System One division
PO Box 644722
Pittsburgh, PA 15264


Ciriza, Nayeli
3225 Royal Jewel Street
El Paso, TX 79936


Citizens Property Insurance Corp
301 W Bay St
Suite 1300
Jacksonville, FL 32202


Clark, William
4163 Conrad Drive
Spring Valley, CA 91977

Clay County Utility Authority
3176 Old Jennings Rd
Middleburg, FL 32068

Clear Capital Inc Umpqua Bank
PO Box 885176
Los Angeles, CA 90088

Closing Corp, Inc.
3111 Camino del Rio N Ste 200
San Diego, CA 92108

Colkitt, Ryan
12 Autumn Hill Lane
Southborough, MA 01772

Colorado Dept of Revenue
Attn Bankruptcy Dept.
Room 104
Denver, CO 80214

Colter, Zachery
193 East Hudson Street
Columbus, OH 43202

Comcast
PO box 71211
Charlotte, NC 28272

Comergence
Dept 3232
PO Box 12 3232
Dallas, TX 75312

Computershare
WF 8113
PO Box 1450
Minneapolis, MN 55485-8113

Conboy, Richard
1605 Passion Vine Cove
Pflugerville, TX 78660

CondoTek
1038 Christian St
Philadelphia, PA 19147


Conklin,  Thomas R
741 Guadalupe Avenue
Coronado, CA 92118


Consolidated Analytics
1 MacArthur Place
Suite 100
Santa Ana, CA 92707


ConvergePoint Inc
1810 Snake River Rd
Katy, TX 77449


Cooper,  Ellie
1585 Hillcrest Street
Washington, PA 15301


Copeland,  Joshua K
2409 Linda Drive
Ennis, TX 75119


Corelogic Flood Services LLC
PO Box 202176
Dallas, TX 75320


CoreLogic Solutions LLC
PO Box 847239
Dallas, TX 75284


Coretek Services
34900 Grand River Ave
Farmington Hills, MI 48335


Corodata Shredding, Inc
12375 Kerran St
Poway, CA 92064


CORT Business Services Corp
PO Box 70518
Philadelphia, PA 19176

Cowell, Jewlia K
2425 Hudson Road
Pottsville, AR 72858

Cox, Maria
4273 East Carla Vista Drive
Gilbert, AZ 85295

Crapanzano, Nicholas
1028 Stuart Place
Seaford, NY 11783

Cratty, Gregory P
97 Standish Street
Marshfield, MA 02050

Creel, Elisabeth M
8561 Glenbury Court North
Jacksonville, FL 32256

Cresong, Jodilyn
6 Sycamore Lane
Swedesboro, NJ 08085

Cruz, Kimberly Carranza
943 North Placentia Ave
Apt F
Fullerton, CA 92831

CSC
PO Box 7410023
Chicago, IL 60674

CT Dept of Revenue
Bankruptcy Division
450 Columbus Blvd
Suite 1
Hartford, CT 06103

Cullen, Laurie
16330 Lydia Hill Drive
1307
Chesterfield, MO 63005

Curinos LLC
PO Box 411080
Boston, MA 02241


Curry, Frank
1049 Regatta Run
Costa Mesa, CA 92627


Curtis, Jeremy
1300 Petunia Drive
Allen, TX 75002


Daino, Vincent J
14 Devon Court
Spring Lake, NJ 07762


Daniel Margolis c/o Ellin
711 Third Avenue
Suite 501
New York, NY 10017


Danze, Jeffrey
1253 Park Street
Robbinsville, NJ 08691


Darrigan, Diana M
247 East Meadow Avenue
East Meadow, NY 11554


DATA VERIFY
PO BOX 640495
PITTSBURG, PA 15264


Davis, Sharmaine C
729 Mercy Street
Forney, TX 75126


De Gracia, Angela
3038 Hull Court
Tracy, CA 95377


Del Rosario, Miriam
9347 Farralone Avenue
Chatsworth, CA 91311

Delgado-Reyes, Marinda
707 West 10th Street
Corona, CA 92882


DeLisi, Richard
122 Pinegrove Cir
Milford, PA 18337


Deluxe Financial Services
PO Box 4659
Carol Stream, IL 60197


Demetriou, Ian
1425 William St
Baltimore, MD 21230


Denning, Kacie E
3773 Timberglen Rd
Apt 2806
Dallas, TX 75287


Dermendjian, Kristine
2209 West Steed Ridge
Phoenix, AZ 85085


Dermendjian, Mariam
3120 W Carefree Hwy
# 211
Phoenix, AZ 85086


Desadier, Joshua
301 E Blueridge Avenue
Orange, CA 92865


Devine, Julie Kathleen
425 Amberidge Trail NW
Sandy Springs, GA 30328


Devlin, Lara K
3499 Oaks Way
Apt #106
Pompano Beach, FL 33069

Devolve, William
535 South Ranch View Circle
74
Anaheim, CA 92807

Diaz, Marjorie
149-56 Tahoe St
Ozone Park, NY 11417

Diaz, Roseanna
6243 West Hearn Road
Glendale, AZ 85306-4144

Dicea, Hailey M
400 Redbridge Street
Middle River, MD 21220

Dickinson Wright PLLC
500 Woodward Ave
Suite 4000
Detroit, MI 48226-5403

DigiFi, Inc.
PO Box 208119
Dallas, TX 75320

Digital Panda Consulting Inc.
145 Tyee Dr. #19580
Point Roberts, WA 98281

Diguiseppe, Steven A
59 Hawthorne Street
Lynbrook, NY 11563

DiLeo, Michael A
21 Barnes Lane
East Northport, NY 11731

Diotte, Darrell C
301 Graciela Circle
St. Augustine, FL 32086

DiSanza, Nicholas
14667 Yorkshire Run Dr
Orlando, FL 32828

Dixon, Kianna Nicole
4620 Stantonsburg Road
Greenville, NC 27834


Do, Vinh
4122 Ferro St
Stafford, TX 77477


Dobbs, Jeffrey
435 Tall Oaks Lane
Richardson, TX 75081


DocuSign Inc Lockbox
PO Box 735445
Dallas, TX 75373


Donaldson, Casey
530 West Devonshire Ave
17
Hemet, CA 92543


Douglas Elliman Real Estate
575 Madison Ave
NY, NY - New York 10022-0000


Douglas, Lisa Kay
125 Baker Street #457
Costa Mesa, CA 92626


Drake, Robert Matthew
2206 Yearling Drive
Spring Hill, TN 37174


Duvall, Ryan
17381 Jefferson Lane
Huntington Beach, CA 92647


DynAMC Solutions, LLC
150 East 52 St
New York, NY 10022


EarthIntegrate
7021 Portwest Drive
Houston, TX 77024

EasyCom
3177 Latta Road
Box 102
Rochester, NY 14612

EDD
Employment Development Departm
PO Box 989061
West Sacramento, CA 95798-9061

EF Mortgage LLC
711 Third Avenue
Suite 501
New York, NY 10017

Efax Corporate
Cloud Services, LLC
PO Box 51873
Los Angeles, CA 90051

Elliot Salzman
13176 Wexford Hollow Rd N
Jacksonville, FL 32224

Elqanni, Mohammad
35 Lilac
Lake Forest, CA 92630

Empire Blue Cross Blue Shield
PO Box 645438
Cincinnati, OH 45264

English, Anthony
21270 Southeast Golden Market
Bend, OR 97702

EPAM Systems Inc
41 University Dr
Suite 202
Newtown, PA 18940

Equilibrium Technology Solutions
959 US Highway 46
Suite 401
Parsippany, NJ 07054

Ertman Dulis and Helisek PLLC
PO Box 495
New Providence, NJ 07974

Expri Real Estate LLC
6060 Surety
Suite 130
El Paso, TX 79905

Facundus, Roseanna
844 Iaiqua Ln
Santa Barbara, CA 93110

Faga, Michael E
11 Catherwood Crescent
Melville, NY 11747

Fajardo, Felipe
13187 Bromborough Drive
Orlando, FL 32832

Family First Funding LLC
215 Main Street
#2A
Toms River, NJ 08753

Farrah, Zachary B
1074 E. Chicago Blvd
 Apt 18
Tecumseh, MI 49286

Farrington, Rhonda
1412 Laurel Hall Lane
Little Elm, TX 75068

Fauth, Stephen
18 Edcris Lane
Huntington, NY 11743

FedEx
PO Box 371461
Pittsburgh, PA 15250

FGMC LLP
360 S Garfield St
6th Fl
Denver, CO 80209


Fieramosca, Jessica
105 Sencillo Pl.
Rancho Mission Viejo, CA 92694


Filamor, Maria Rowena
4884 Ballast Lane
San Diego, CA 92154


Finan, Casey M
15560 W Mohave St
Goodyear, AZ 85338


Financial Freedoom Mrtg.
875 Route 73 N.
Suite F
Marlton, NJ 08053


Fisher, Christina
211 Grayson Ave
Hamilton, NJ 08619


Fisher, Morgan E
1865 Lacassie Ave
Apt 6
Walnut Creek, CA 94596


Fletcher, Donald
6533 Classic Ridge Street
North Las Vegas, NV 89086


Fliegel, Julie
99 Fox Boulevard
Merrick, NY 11566


Flores, Abraham F
202 Northwest Quail Gardens Pl
Hillsboro, OR 97124

Flores,  Jesse A
1210 Dodge City Place
Norco, CA 92860


Florida Dept. of Revenue
Bankruptcy Unit
Tallahassee, FL 32314-6668


Forchelli Deegan Terrana
333 Earle Ovington Blvd.,
Suit 1010
Uniondale, NY 11553


Forchelli Deegan Terrana
333 Earle Ovington Blvd
Suite 1010
Uniondale, NY 11553


Forchelli Deegan Terrana
Attn: Nathan R. Jones
333 Earle Ovington Blvd.,
Suit 1010
Uniondale, NY 11553


Forchelli Deegan Terrana
333 Earle Ovington Blvd.,
Suit 1010
Uniondale, NY 11553


Forray,  Pamela J
511 Berryhill Drive
Mansfield, TX 76063


Forrest,  Kennesha A
3850 Coco Avenue
Unit #5
Los Angeles, CA 90008


Fowler,  Melissa
474 Charles Ln
Wantagh, NY 11793


Foxen,  Amanda
209 Willowlake Drive
Little Elm, TX 75068

Foytik, Rachel Blake
1845 Mesquite Valley Road
Mesquite, TX 75149

Francis, Von
1100 West 7th Street
#825
Fort Worth, TX 76102

Francoso, David
10223 Heather Street
Alta Loma, CA 91737

Frederick, Gerald
602 Redwood Drive
Woodstock, GA 30189

Freels, Rodney
3153 Green Mountain Circle
Parker, CO 80138

Freeman, Debra L
2125 Elysian Trail
San Antonio, TX 78253

Freshworks Inc
14005 Live Oak Ave
24888
Irwindale, CA 91706

Frisch, Sylvia
492 Pacing Way
Westbury, NY 11590

FRO CLK 90 Merrick Owner LLC
PO Box 74007336
Chicago, IL 60674-7336

Frost, Paula
142A Indian Meadow Drive
Taunton, MA 02780

Fuller, Renena S
9615 Dawn Harvest Ct
Houston, TX 77064

Fulton, Miles Rocco
29222 Via San Sebastian
Laguna Niguel, CA 92677


Funding Shield LLC
660 Newport Center Drive,
Suite 710
Newport Beach, CA 92660


GA Dept of Labor
148 Andrew Young
Inter Blvd
Suite 800
Atlanta, GA 30303-1732


GA Dept of Revenue
PO Box 740399
Atlanta, GA 30374-0399


Gallagher Fiduciary Advisors LLC
PO Box 71396
Chicago, IL 60694


Galleria Cafe
90 Merrick Ave
East Meadow, NY 11554


Galletti, Marybeth
18 Sea Crest Rd
Old Saybrook, CT 06475


Gannaway, Wrigley R
635 Angie Circle South
Midvale, UT 84047


Garfield, Michelle
6399 Morning Star Drive
Apt 909
The Colony, TX 75056


Garibian, Alex
9446 Hillhaven Avenue
Los Angeles, CA 91042

Gary,  Tarius L
1411 Pine Bluff Drive
Allen, TX 75002


Garza,  Pedro J
13922 Harper Street
Santa Ana, CA 92703


Genzoli,  Michael
179 Belgian Drive
Danville, CA 94526


Gilbert,  Kristy M
236 Las Palmas Drive
Irvine, CA 92602


Gipson,  Connie R
PO Box 310
Keystone Heights, FL 32656


GitHub Inc
88 Collin P Kelly Jr St
San Francisco, CA 94107


Glasco,  Sanya' C
12034 Willowdell Drive
Dallas, TX 75243


Glass,  Jill
26322 Rosa Street
Laguna Hills, CA 92656


Gonzalez,  Charlie
5069 Bright Hampton Dr SE
Smyrna, GA 30080


Goodspeed,  Meg
1609 Gold Run RD
Chula Vista, CA 91913


Google LLC
Dept 33654
PO BOX 39000
San Fransisco, CA 94139

Google LLC
1600 Amphitheatre Parkway
Mountain View, CA 94043


Goudge, Maureen R
2581 N. Hwy 95 #760
Parker, AZ 85344


Granados, Santiago J
7012 Eagle Nest Court
El Paso, TX 79934


Gray Robinson PA
50 North Laura Street
Suite 1100
Jacksonville, FL 32202


Grayson Boyd, Linda R
1533 Monica Lane
Mesquite, TX 75149


Greene, Dave
21301 Cupar Lane
Huntington Beach, CA 92646


Greenhouse Software
18 W 18th Street
11th Floor
New York, NY 10011


Gresik, Kimberly
312 Kensington Drive
Oswego, IL 60543


Guardian
PO Box 824404
Philadelpia, PA 19182-4404


GuidePoint Security LLC
PO Box 844716
Boston, MA 02284


Gunning 1986 Trust
5739 Calle Polovora
San Clemente, CA 92973

Gutierrez, Vanessa
2216 N. Freeman St.
Santa Ana, CA 92706


Hager, Patrick
3654 Valencia Road
Jacksonville, FL 32205


Haines, Andrew
10510 Santana Street
Santee, CA 92071


Hall, Michelle
10 Layton Street
Freeport, NY 11520


Hamby, Gina
325 N Reindeer Road
Surfside Beach, SC 29575-6200


Hamby, Robert L
325 N Reindeer Rd
Surfside Beach, SC 29575-6200


Hanna, Nicholas
P.O. Box 4319
Mission Viejo, CA 92690


Hansen, Melissa
1059 South Armstrong Circle
Anaheim, CA 92807


Hardgrove, Diane
3470 Shaddock Creek Lane
Frisco, TX 75033


Harley, Joshua
20041 Osterman Road
apt B15
Lake Forest, CA 92630


Harris, Ray
2874 East Westchester Drive
Chandler, AZ 85249

Harris,  Zachary
119 Plymouth Rd
Plainview, NY 11803


Harvey,  Scott
23654 Latana Court
Santa Clarita, CA 91355


Hastie,  Amanda D
101 Bluegill Circle
Moscow Mills, MO 63362


Hawaii Dept of Tax
General Correspondence
PO Box 259
Honolulu, HI 96809-0259


Hawkesby,  Colleen Marie
31 Leon Way
Rancho Mirage, CA 92270


Hayward,  William
419 Locust Street
Brentwood, NY 11717


Henry Santos
17820 Meadow Bottom Road
Charlotte, NC 28277


Henry,  Michele E
1328 Filbert Street
Glassboro, NJ 08028


Herrera,  Gabriela
PO Box 8224
Huntington Beach, CA 92615


Herrera,  Kenneth
152 Stage
Irvine, CA 92618


Hinrichs,  Corie J
47 Parterre Avenue
Lake Forest, CA 92610

Hinshaw & Culbertson LLP
Attn: Brian S. McGrath
800 Third Avenue, 13th Fl
New York, NY 10022


HireRight LLC
PO Box 847891
Dallas, TX 75284


Holcomb, Robert M
9005 Providence Colony Drive
Apt A
Charlotte, NC 28277


Hollingsworth, Allen
14241 Coursey Blvd
Suite A12
Baton Rouge, LA 70817


Holtz, Shawn Eric Holtz
643 Woodside Dr SW
Pataskala, OH 43062


Horne, Susie Kelly
2500 E 2900 S
Salt Lake City, UT 84109


Hoskins, Jason R
1815 Sherington Place
V 316
Newport Beach, CA 92663


HQ NY Bohemia
80 Orville Drive
Suite 100
Bohemia, NY 11716


Hudson, Robert Charles
2855 OAK CT
Oxford, MI 48371


Hunton Andrews Kurth LLP
PO Box 405759
Atlanta, GA 30384

IA Dept of Revenue
Bankruptcy Section
100 North Senate Ave
Indianapolis, IN 46204


IA Unemployment Ins Div
Tax Bureau
Revenue Collections Unit
1000 E Grand Avenue
Des Moines, IA 50319-0209


Ibrahim, Jeremiah I
100 East Macarthur Blvd
#108
Santa Ana, CA 92707


ICE Mortgage Tech Inc (Velocify)
PO Box 7410442
Chicago, IL 60674


ICE Mortgage Technology Inc
PO Box 7410442
Chicago, IL 60674


Idaho Dept of Labor
317 W Main St
Boise, ID 83735-0760


Illinois Department of Financial & Profe
555 West Monroe Street
5th Floor
Chicago, IL 60661


Illinois Dept of Labor
524 S. 2nd Street
Suite 400
Springfield, IL 62701


Illinois Dept of Revenue
Bankruptcy Unit
PO Box 19035
Springfield, IL 62794-9035


Imbimbo, Nicholas
2151 N Greats Rd
Sand Springs, OK 74063

IN Dept of Workforce Dev
10 North Senate Ave
Room SE 106
Indianapolis, IN 46204-2277


Indeed Inc.
Mail Code 5160
PO BOX 660367
Dallas, TX 75266


Industrial Comm'n of Ariz
800 W. Washington St.
Phoenix, AZ 85007


Intellinet
Two Concourse Pkwy
Suite 100
Atlanta, GA 30328


Intercom
55 Second Street
Suite 400
San Francisco, CA 94105


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Iron Mountain
PO Box 27128
New York, NY 10087


Isleib,  Robin
53 Cedar Lane
Monroe, CT 06468


Jackson Lewis LLP
P.O. Box 416019
Boston, MA 02241-6019


Jackson,  Joshua
16211 North Scottsdale Road
A6A239
Scottsdale, AZ 85254

Jackson, Maria
13841 Cedar Grove Court
Corona, CA 92880


Jackson, Rhonda
41 Fox Court
Holbrook, NY 11741


Jackson, Tonja
4120 Dancing Waters Road
Plano, TX 75024


Jackson, Toshika M
14813 Cedar Creek Way
Balch Springs, TX 75180


Jacob, Somi P
2539 Shupe Court
Irving, TX 75060


James R. McGinn, Esq.
328 State St.
Schenectady, NY 12305


Jeffries, Justin
4273 Lakefall Ct.
Riverside, CA 92505


Jimenez, Lisbeth
9308 Rosehedge Drive
Pico Rivera, CA 90660


JMJ Financial Group CA
26800 Allso Viejo Parkway
Aliso Viejo, CA 92656


JMJ Financial Group CA
26800 Allso Viejo Parkway
Aliso Viejo, CA 92656


Jocelyn, Michel C
13 Via Honrado
Rancho Santa Margarita, CA 92688

Johnson,  Antrenita M
7421 Frankford Road
Apt. 1018
Dallas, TX 75252


Johnson,  Carolyn
850 North Croft Avenue
#301
Los Angeles, CA 90069


Johnson,  Kedra
326 Leconey Avenue
Palmyra, NJ 08065


Johnston, Michael R.
c/o Quaranta P.A.
1600 Ponce De Leon
Miami, FL 33134


Jones,  Benjamin C
600 Treviso Grand Circle
Nokomis, FL 34275


Jordan,  Angel
916 Joy Drive
Monroe, OH 45050


Jordan,  Chad
310 West Linda Lane
Gilbert, AZ 85233


Joseph Bartolotta
23 High Ridge Road
Warwick, NY 10990


JP Properties 168 INC
3684 La Costa Ct
Green Cove Springs, FL 32043


Judis,  Darin Paul
13591 Summit Circle
Poway, CA 92064

Kaeser Blair Inc
4236 Grissam Dr
Batavia, OH 45103


Kaminski, Deane Garrett
840 Larrabee Street #2216
West Hollywood, CA 90069


Kansas Dept of Labor
401 SW Topeka Blvd
Topeka, KS 66603-3182


Kantata
6501 Irvine Center Dr
Suite 200
Irvine, CA 92618


Kapral, Danielle
372 Wildbriar Rd
Rochester, NY 14623


Kasowitz Benson Torres LLP
1633 Broadway
New York, NY 10019


Kaufhold Gaskin Gallagher
355 South Grand Ave
Suite 2450
Los Angeles, CA 90071


Keith, Holly J
2313 Lantana Drive
Garland, TX 75040


Kelly, Jessica A
14221 Edwards St.
#5
Westminster, CA 92683


Kelly, Meghan
11300 3rd Street East
apt 3/c
Treasure Island, FL 33706

Kelsey,  Jeremy Ryan
4430 Jewell Street
Apt 109
San Diego, CA 92109


Kensie Mae LLC
PO Box 208
Eden, NY 14057


KensieMae Technologies, I
PO Box 248
Eden, NY 14057


Key Media Inc
6140 S Gun Club Rd
Suite K6 253
Aurora, CO 80016


Kielar,  Robert
731 Owego Turnpike
Waymart, PA 18472


Kiernan,  Sean K
27 Park Circle
Nesconset, NY 11767


Kim,  Andrew
4957 Avila Way
Buena Park, CA 90621


Kim,  Soobin M
26701 Quail Creek
268
Laguna Hills, CA 92656


King,  Danielle
2478 Machester Avenue
Encinitas, CA 92007


King,  Kimberly R
1369 North Hampton Road
#94
Desoto, TX 75115

Kinnan, Patrick
8319 Reefbay Cove
Parrish, FL 34219

Kisgen, Ryan
2212 s leadville ave.
Boise, ID 83706

KJCC Properties LLC
1064 NW Darling Rd
Bremerton, WA 98133

Klein, Karen Lee
502 Iowa Street
Neodesha, KS 66757

KnowBe4 Inc
PO Box 734977
Dallas, TX 75373

Kokosinski, Laurie
1033 Fairway Rd
Franklin Square, NY 11010

Kotowski, John M
308 Rosehill Dr
Lemont, IL 60439

Kowalski, Stacey A.
6 Tomkins Court
Commack, NY 11725

KRAMER LEVIN
Attn: Jeffrey W. David
1177 Avenue of the Americ
New York, NY 10036

Kuehl, Kari Ann
310 Kirkside Avenue
St. Augustine, FL 32095

Kuhl, Matthew R
19927 Diamond Hills Lane
Katy, TX 77449

Kuhl, Virginia
19927 Diamond Hills Ln
Katy, TX 77449


Kweit, Heidi Beth
257 N. Newbridge Road
D1
Levittown, NY 11756


Kyocera Document Solutions West LLC
PO Box 31001 2998
Pasadena, CA 91110


LA Dept of Revenue
617 North Third St
Baton Rouge, LA 70802


La Vecchia, Christi L
6003 Planters Dr
Pipersville, PA 18947


LA Workforce Commission
PO Box 94094
Baton Rouge, LA 70804


LaCroix, Christopher
1208 Mansion Woods Rd
Annapolis, MD 21401


Lacy, Myiesha La Nese
7390 Kenyon Ave
Hesperia, CA 92345


Lal, Noori Kumari
1639 Royal Oak Drive
Lewis Center, OH 43035


Lavecchia, Jenna N
1310 Crystal Hill Lane
#3
Henderson, NV 89012


Lawler, Cameron P
9503 Dovewood Place
Waxhaw, NC 28173

Lawrence,  Johnny D
2829 Barnsley Drive
McKinney, TX 75071


Layman,  Jason Robert
1540 Heritage Road
Dayton, OH 45459


Leanna,  Daniel
4996 Green Herron Ln
Franklin, TN 37064


Lee,  Taquan R
320 Conrow Street
Apt 147
Burlington, NJ 08016


Leonhard,  Michael
P.O. Box 4518
Gulf Shores, AL 36547


Levine,  Daniel A
24 Ashton Road
Stamford, CT 06905


Levinson,  Michael E
14476 Amberly Lane
#802
Delray Beach, FL 33446


Lewis,  James
291 Maple Avenue
Uniondale, NY 11553


LEXISNEXIS Risk Solutions
28330 Network Place
Chicago, IL 60673-1283


Lincoln Financial Group
PO Box 0821
Carol Stream, IL 60132


LinkedIn
62228 Collections Center Dr
Chicago, IL 60693-0622

Linn, Brandon
1405 BUCK TRAIL RD
Allentown, PA 18104

LoanNEX
16 N Central Ave
Saint Louis, MO 63105

loanscorecard
3240 El Camino Real, Ste #220
Irvine, CA 92602

Loeza, Mary M
10975 Crystal Springs Road
Santee, CA 92071

Loftis, Robert Joseph
23840 Bunker Hill Drive
Clinton Township, MI 48035

Lopez, Jeanine
130 East Honeysuckle Place
Chandler, AZ 85286

Lopez, Jennifer
10900 SW 116th Avenue
Miami, FL 33176

Los Angeles County Tax Collector
225 North Hill Street
Room 137
Los Angeles, CA 90012

Louka, Joshua
1835 Furlow Drive
Redlands, CA 92374

Lowe, Julie
25854 Harriet Ave
Moreno Valley, CA 92551

LU Electric, Inc.
17762 Mitchell North
Irvine, CA 92614

Luna, Jesse
13 Sandcastle
Aliso Viejo, CA 92656


MA Division of Labor
19 Stanfiford St
Boston, MA 02114


Mahoney, Cassandra R
2961 Carriage Meadows Dr
Wake Forest, NC 27587


Mahoney, Dan
78 Endicott Street
Quincy, MA 02169


Mai, Hien
3551 Wilshire Way
Apt# 4129
Richardson, TX 75082


Maine Revenue Services
PO Box 1057
Augusta, ME 04332


Mam, Melinda
90 Granite Path
Irvine, CA 92620


Mandegar, Sam
2145 E Jacaranda Avenue
Orange, CA 92867


Manes, Michael
4718 Seashore Drive
Apt B
Newport Beach, CA 92663


Map Communications
PO Box 95117
Chicago, IL 60694


Marfino, Richard
12601 Yardley Drive
Boca Raton, FL 33428

Maria Avalos
0
0
0, 0

Marquez, Raymond Anthony
3914 North Hartley Avenue
Covina, CA 91722

Marroquin, Luis
8302 Ewing Pl
Manassas, VA 20109

Marsh, Tina A
54 Wild Horse loop
Rancho Santa Margarita, CA 92688

Marsik, Barbara Kathryn
P O Box 723894
Atlanta, GA 31139

Martin, Kyle
8332 Varas Circle
Huntington Beach, CA 92646

Martinez, Crystal B
2229 Perryton Drive
Dallas, TX 75224

Martinez, Lena M
664 Clarke Trail
Dacula, GA 30019

Maryland Dept. Assessment
301 W. Preston St
Baltimore, MD 21201

Mashchenko, Ruthanne K
7811 Seton House Lane
Charlotte, NC 28277

Mason, Opal
300 W 2nd St
Apt 212
Santa Ana, CA 92701-5235

Math, John
705 Calle Amable
San Clemente, CA 92673

Maurer, Connor
379 Meadowbrook Court
Apt 129
Bellingham, WA 98226

Mavenlink, Inc
6501 Irvine Center Drive
Suite 100
Irvine, CA 92618

Maya, Tamara M
39832 Hillsboro Circle
Murrieta, CA 92562

Mayer Brown LLP
2027 Collection Center Drive
Chicago, IL 60693

Mays, Jaime M
2990 McDade Road
Carbon Hill, AL 35549

Mazars USA LLP
135 West 50th St
New York, NY 10020

McCarthy, Pierce J
3838 Rolling Hills Drive
Holly, MI 48442

McClain, Aminah
308 Nelson Street
Whitehouse Station, NJ 08889

McDonald, Jayne
1982 Washington Avenue
Seaford, NY 11783

McDonough, Robert
20 Tameling Avenue
Babylon, NY 11702

McFarland, Samantha
2720 Sanibel Lane Southeast
Smyrna, GA 30082


McGonigal, Katherine
3018 Burton Cove Road
Cookeville, TN 38506


McLain, Paul
2030 East Saddlebrook Road
Gilbert, AZ 85298


McLarty, O'Neil T
1420 Campbell Street
Apt 421
Rahway, NJ 07065


McLaughlin, Ashley
111 Center Street
Nevada, TX 75173


McMaster, Kent
4900 Eleven Point Drive
Hannibal, MO 63401


McSweeney, Lawrence Craig
8868 Spotted Towhee Drive
Naples, FL 34120


Mendenhall, Carrie A
1179 Caprise Dr
San Marcos, CA 92078


Mendenhall, Jeffrey A
1179 Caprise Dr
San Marcos, CA 92078


Mendoza, Thomas
9585 La Capilla Avenue
Fountain Valley, CA 92708


Menken Simpson & Rozger
Attn: Bruce Menken
80 Pine Street, 33rd Floo
New York, NY 10005

Mercado, Arnold F
3544 Stone Creek Way
Fort Worth, TX 76137


Merchants Bank of Indiana
410 Monon Blvd
Carmel, IN 46032


Meridian Link dba LendingQB
PO Box 846822
Los Angeles, CA 90084


Merino, Lisa D
52 Via Anadeja
Rancho Santa Margarita, CA 92688


Merritt, Lisa
4422 West Chama Drive
Glendale, AZ 85310


MERSCORP Holdings, Inc.
13059 Collections Center Drive
Chicago, IL 60693


Michael Johnston
3620 Battersea Road
Miami, FL 33133


Michael Strauss
c/o Kasowitz Benson Torre
1633 Broadway
Attn:Matthew B. Stein
New York, NY 10019


Michaels
552 E Carson St
Suite 104 448
Carson, CA 90745


Michigan Dept. of Treasur
Austin Building
430 West Allegan
Lansing, MI 48922

Mickeys Trophy
444 Front Street
Laurel, MS 39440


Micozzi, Laura
325 Spider Lily Ln
Naples, FL 34119


Microsoft Azure
1 Microsoft Way
Redmond, WA 98052


Microsoft Azure
1 Microsoft Way
Redmond, WA 98052


Mikhail, Raymond A
213 Santorini
Irvine, CA 92606


Miller Nash
PO box 3585
Portland, OR 97208-3585


Miller, Jennifer
2873 North Riley Road
Buckeye, AZ 85396


Miller, Jessyka
2185 South 237th Drive
Buckeye, AZ 85326


Miller, Scott Richard
23501 112TH AVE SE
Unit E101
KENT, WA 98031


Mirocha, Keith
2303 CRICKLECREEK LN
JEFFERSONVILLE, IN 47130


Mirocha, Phyllis K
910 Carriage House Court
Jeffersonville, IN 47130

Missouri Dep. of Revenue
301 West High Street
Jefferson City, MO 65101


Mitel
PO Box 53230
Phoenix, AZ 85072


MobilityRE
6925 Union Park Center
Suite 445
Cottonwood Heights, UT 84047


Modern Visual Graphics
633 W. Katella Ave Suite F
Orange, CA 92867


Moore,  Aubreeana D
1280 Grass Valley Drive
Colorado Springs, CO 80906


Moore,  Christina
1280 Grass Valley Dr
Colorado Springs, CO 80906


Moore,  Lauren
15 Bluebell Dr.
Clarksburg, WV 26301


Moore,  Rachel Y
1619 Omar Drive
Mesquite, TX 75150


Moreno,  James
3429 11th Street
Lewiston, ID 83501


Morgan,  Kandye
381 Las Colinas Boulevard East
#1005
Irving, TX 75039

Mortech
Dept 3283
PO Box 123283
Dallas, TX 75312


Mortgage CTO LLC
6109 Aberdeen Dr
Plano, TX 75093


Mortgage Industry Advisory Corporation
521 Fifth Ave
6th Floor
New York, NY 10175


Mortgage Quality Mgmt and Research LLC
9450 SW Gemini Dr
PMB 63603
Beaverton, OR 97008


Mraz, Mia
23301 Ridge Route Drive
101
Laguna Hills, CA 92653


Mulder, Andrew
45 Fairfield Avenue
Mineola, NY 11501


Mule, Christopher A
3844 Dianne St
Bethpage, NY 11714


Mullins, Stacy
997 Johnnie Dodds Blvd
Apt 321
Mount Pleasant, SC 29464


Mundo, Joseph B
5132 East Juana Court
Cave Creek, AZ 85331


Munro, Kristin N
61 Edwards Street
2B
Roslyn Heights, NY 11577

Munsell,  Christopher A
506 North Frederic Street
Burbank, CA 91505


Murcia,  Jeffrey D
7955 Faust Avenue
West Hills, CA 91304


Murphy,  Nicholas
9816 Eagle Rock Court
Las Vegas, NV 89117


Murphy,  Paul
12241 West Patrick Court
Sun City, AZ 85373


Myers,  Alisha
936 East Ensolarado Street
Kuna, ID 83634


Myers,  Kailee F
500 Whisonant Lane
Warrior, AL 35180


Naoumovitch,  George MIchel
2236 Cross Street
La Canada Flintridge, CA 91011


Naranjo,  Heather
10896 Poblado Rd
#1311
San Diego, CA 92127


Nathaniel Agudelo et al
Lead Plaintiffs for Class
c/oMenken Simpson & R
80 Pine Street, 33rd Floo
New York, NY 10005


Nationwide Property Appraisal Services
1103 Laurel Oak Road Suite 160
Voorhees, NJ 08043

Navasartian,  Ani Angel
9 Redbrook Lane
Levittown, PA 19055


Nelson,  Derek A
2350 Myra St
Jacksonville, FL 32204


Netrio
116 N. Tennessee, Suite 200
Mckinney, TX 75069


Nevada Employment Security Division
Contribution Section
500 E Third Street
Carson City, NV 89713-0030


New Wave Lending Group,
1199 Fairway Drive
Walnut, CA 91789


New Wave Lending Group,
1199 Fairway Drive
Walnut, CA 91789


NewRez LLC Correspondent
1100 Virginia Drive Suite 125
MC NR FTW G10
Fort Washington, PA 19034


Nguyen,  Charles
2247 South Parton St
Santa Ana, CA 92707


Nguyen,  Leslie
152 Stage
Irvine, CA 92618


Nguyen,  Phu
16031 Newhope Way
Fountain Valley, CA 92708

NH Unemployment Insurance
Benefit Adjudication Unit
45 South Fruit Street
Concord, NH 03302-2009


Noack, Christopher J
1704 Briar Woods Lane
Danbury, CT 06810


Noll, Alma
7157 East Onza Avenue
Mesa, AZ 85212


North Carolina Dep. Rev.
PO Box 25000
Raleigh, NC 27640


North Carolina Dept. of L
1101 Mail Service Center
Raleigh, NC 27699


Novatech
PO Box 740865
Atlanta, GA 30374


NTERSOL
400 Spectrum Center Dr
Suite 2180
Irvine, CA 92618


NV Dept of Employment
500 East 3rd Street
Carson City, NV 89713-0030


NYS Dept. of Tax. & Fin.
Bankruptcy Section
PO Box 5300
Albany, NY 12205-0300


Oakley, Theresa A
1010 Robin Road
Silver Spring, MD 20901

OBrien, Michael
244 Covina Avenue, B
Long Beach, CA 90803


Ocampo, Leticia
12201 Reva Drive
Garden Grove, CA 92840


Ochotorena, Gregory
2580 Fountain Cove
Carrollton, TX 75006


Ocrolus
101 Greenwich St, Fl 23
New York, NY 10006


Odum, Cassandra L
2048 Cogar Drive
Decatur, GA 30032


Office Team
12400 Collections Center Dr
Chicago, IL 60693


Offit Kurman
Attn: Daniel I. Goldberg
590 Madison Avenue, 6FL
New York, NY 10022


Ohio Unemployment
Insurance Operations
PO Box 182212
Columbus, OH 43218-2212


Okta Inc
PO Box 743620
Los Angeles, CA 90074


Oliver, Elyse M
143 Autumn Leaf
Mission Viejo, CA 92692


Olmstead, Tracy Locklier
630 White Falls Drive
Columbia, SC 29212

Openpath Security Inc
DEPT LA 21951
Pasadena, CA 91185


Opteon AMC Inc
14861 N Scottsdale Rd
A105
Scottsdale, AZ 85254


OptifiNow
PO Box 2550
Seal Beach, CA 90740


Optifunder Corp
1807 Park 270 Drive
Suite 420
St. Louis, MO 63146


Optimal Blue
Dept 3232
Dallas, TX 75312-3232


Optimal Blue LLC (Black Knight)
PO Box 742971
Los Angeles, CA 90074-2971


Oregel,  Francisco A
1001 Corrigan Ave
Santa Ana, CA 92706


Ortiz,  Francisco E
3668 Snowdrift Drive
Riverside, CA 92503


Ortiz,  Martin
10521 W Edgemont Dr
AVONDALE, AZ 85392


Orvin,  Amanda
1410 Abbey Place #312
Charlotte, NC 28209


Osburn,  David
10322 Caminito Alvarez
San Diego, CA 92126

Ostolaza, Renzo
34 Wisteria Lane
Wantagh, NY 11793-1321


Otero, Juan C
1829 Grand Palm Drive
York, SC 29745


Otero, Lucas Rey
18212 Blue Lake Way
Boca Raton, FL 33498


Owen, Wendy
9851 Timberlane Ave
Hesperia, CA 92345


Owens, Helen I
4105 Carmen Street
Pennsauken, NJ 08109


Owens, Monica L
7701 Warner Avenue
Unit B36
Huntington Beach, CA 92647


Owens, Natalie A
2532 Grey Kingbird Trail
Keller, TX 76244


PA Department of Revenue
Department 280946
Harrisburg, PA 17128


PA Dept. Labor & Industry
1700 Labor & Industry Bui
Harrisburg, PA 17112


PACER Service Center
PO Box 71364
Philadelphia, PA 19176-1364


Padilla, Bertha
4744 Commerce Street
Riverside, CA 92507

Palmer, Stacy L
Cale
7406 Equine LN
Caledonia, MI 49316


Pantoja, Ramiro
16661 West McFadden Avenue
Unit # 03
Tustin, CA 92780


Papadatos, Fotios P
41-53 Glenwood Street
Little Neck, NY 11363


Papadatos, Hrysoula P
41 -53 Glenwood Street
Little Neck, NY 11363


Papanicolas, Christopher J
107 Cunard Lane
Johnstown, PA 15904


Pape-Cooper, Amanda R
1585 Hillcrest Street
Washington, PA 15301


Park, Hailey H
1702 2nd Avenue
Manhattan
New York, NY 10128


Parker, Priscilla
4410 Terraview Drive
Arlington, TX 76001


Parks Coffee California Inc
PO Box 110914
Carrolton, TX 75011


Paul, Donna K
5599 FM 380
San Angelo, TX 76905

Pauley, Cheyenne
303 Pennsylvania Avenue
APT 303A
Charleston, WV 25302


Payne, Andrew
235 Avenida Aragon
San Clemente, CA 92672


Payne, Dan
13562 Sussex Place
Santa Ana, CA 92705


Payne, Whitni Lynn
507 Pendleton Street
Farmersville, TX 75442


Pazmino, Luis
24705 Sarah Ln
Lake Forest, CA 92630


Peaks Strategies LLC
1345 6th Ave
33rd Fl
New York, NY 10105


Pearson, William
830 Wooded Pond Road
Lower Gwynedd, PA 19002


Pemberton, Michael Thomas
3308 Lori Lane
New Port Richey, FL 34655


Pentagon Federal Credit U
7940 Jones Branch Dr
Mc Lean, VA 22102


Pentagon Federal Credit U
7940 Jones Branch Dr
Mc Lean, VA 22102

Perez, Angie
1440 E 1st Street
Unit 214
Santa Ana, CA 92701


Perez, Daria
250 Plantation Cove
Milton, GA 30004


Pernell, Richard K
822 Princeton Avenue
Camden, NJ 08103


Phoenix, Xander
2144 Chapman Drive
Carrollton, TX 75010


Pierro, Angel Steve
12600 SW 107th Ave
Miami, FL 33176


Pitney Bowes Bank Inc Purchase Power
PO Box 981026
Boston, MA 02298


PITNEY BOWES Inc
PO Box 981022
Boston, MA 02298


Pittillo, Debra S
4790 Irvine Boulevard
Unit# 105-332
Irvine, CA 92620


Planet Home Lending
321 Research Pkwy
Suite 303
Meriden, CT 06450


Planet Home Lending
1924 E. Deete Ave
Suite 200
Santa Ana, CA 92705

Planet Home Lending
1924 E. Deete Ave
Suite 200
Santa Ana, CA 92705


Plesnik,  Paul T
15 Geraldine Court
Denville, NJ 07834


PNC BANK, NA
The Tower at PNC Plaza
300 Fifth Avenue
Pittsburgh, PA 15222


Port53 Technologies Inc
One Embarcadero Center
Suite 4150
San Francisco, CA 94111


Powell,  Trelanie
3631 Falconwood Dr
Douglasville, GA 30135


Prattis,  Leana
1943 Bluebonnet Way
Orange Park, FL 32003


Price,  Billy
1842 Sam Smith Road
Fort Mill, SC 29708


Proteck Valuation Services
PO Box 986500 Dept 1190
Boston, MA 02298-6500


Pugh,  Eric
1459 Hedgewood Lane NW
Kennesaw, GA 30152


Pulker,  James
4908 West Cullom Avenue
Chicago, IL 60641

Quaranta PA
1600 Ponce De Leon Blvd
10th Floor
Coral Gables, FL 33134


Queen, Cedrick C
8728 Kentshire Way
Sacramento, CA 95828


QuestSoft Corp
PO Box 120284
Dept 0284
Dallas, TX 75312


Quezada, David
1642 Shirley Drive
Corona, CA 92882


Raghu, Lenny
2651 Cheverny Pl
Concord, NC 28027-0184


Raigosa, Veronica Lorena
5015 Guido Lane
El Paso, TX 79903


Ramirez, Eugene
18197 Muir Woods Court
Fountain Valley, CA 92708


Ramirez, Jose
11771 Euclid St
Garden Grove, CA 92840


RAMS Mortgage Capital
3027 Townsgate Rd
Suite 230
Westlake Village, CA 91361


Randall, Imani
131-15 Farmers Boulevard
Queens, NY 11434

Ratafia,  Brian
126 Peachtree Ln
Roslyn Heights, NY 11577


Ray,  Macy L
37768 Mangrove Drive
Palmdale, CA 93551


Ready Refresh
PO BOX 856680
LOUISVILLE, KY 40285-6680


Recovco Mortgage Managem
80 Orville Drive
Suite 100
Bohemia, NY 11716


Recovco Mortgage Manageme
80 Orville Drive
Bohemia, NY 11716


Reed,  Edward C
1139 Stacy Drive
Canton, MI 48188


Reese,  Summer E
13914 Bora Bora Way #105
Marina del Rey, CA 90292


Regus Management Group LLC
100 Chesterfield Business Parkway
2nd Floor
St Louis, MO 63005


Regus Management Group, L
15305 Dallas Pkwy Fl 12
Addison, TX 75001


Reiher,  John
17 Moccasin Trail
Trabuco Canyon, CA 92679

Remilien, Suzie
12334 31 Avenue NE
Apt 507
Seattle, WA 98125


Renewed Solutions
11816 Inwood Road
3110
Dallas, TX 75244


Renner, Sabrina
21360 Mount Lena Road
Boonsboro, MD 21713


Reyes, Danna
26508 Kandi Ct
Newhall, CA 91321


Rhode Island
Division of Taxation
1 Capital HIll
Providence, RI 02908


Richards, Jessica Marie
35 Linder Cir
Homosassa, FL 34446


Richardson, Melissa Lee
4850 Persimmon Lane
Castle Rock, CO 80109


Richardson, Reginald c
809 Decatur Street
Sandusky, OH 44870


Ring Central
PO BOX 734232
Dallas, TX 75373


Rivera-Alvarez, Jonathan R
70 Bloomingdale Road
Levittown, NY 11756

Rizzo, Michelle
38146 Cypress Point Drive
Murrieta, CA 92563


Robinson, Alicia
430 Dunhill View Court
Alpharetta, GA 30005


Robinson, Jinelle B
759 Oak Ridge Drive
Ore City, TX 75683


Rodriguez, Julian
4240 Park Newport
Apt 210
Newport Beach, CA 92660


Rodriguez, Tiana
13132 Racimo Drive
Whittier, CA 90605


Roling, Lizabeth A
2550 South Santan Village Park
apt 1023
Gilbert, AZ 85295


Romine, Kimberly
1392 Walnut Ave #103
Tustin, CA 92780


Rosas, Emilio
522 Giles Avenue
Blissfield, MI 49228


Rosas, Julius
P.O.Box 11361
Los Angeles, CA 90011


Rosu, Zorica
10 Adelphi Drive
Greenlawn, NY 11740

Rote, Joseph
1501 Reed Ave
Apt 2
San Diego, CA 92109


Rouskas, Theohari
3654 Ivy Dr
Bethpage, NY 11714


Rugen, Edward L
337 Brendan Avenue
Massapequa, NY 11758


Sage Intacct, Inc.
Dept 3237
PO Box 123237
Dallas, TX 75312-3237


Sage Intacct, Inc.
Dept 3237
PO Box 123237
Dallas, TX 75312-3237


Salas Martinez, Sergio Antonio
12206 Bright Angel Court
Charlotte, NC 28277


Saldebar, Jonathan
24381 Santa Clara Avenue
Dana Point, CA 92629


Sanchez, Shanie
249 N. Ocean Drive
Tavernier, FL 33070


Sanders, John David
384 Aruba Circle
101
Bradenton, FL 34209


Sandoval, Brenda
5203 Meadow Pond Street
San Antonio, TX 78250

Sansone,  Stephen
12685 Senda Panacea
San Diego, CA 92129


Santos,  Henry
17820 Meadow Bottom Road
Charlotte, NC 28277


Sardar,  Gerald Lazarus
1349 N Topsail ave.
colton, CA 92324


Saul,  Wesley
335 Jordan Drive Northwest
Tucker, GA 30084


Sawyer,  Jared Michael
5824 Arboles Street
San Diego, CA 92120


Schamberg,  Douglas A
16810 South 29th Place
Phoenix, AZ 85048


Scotsman Guide Inc
PO Box 692
Bothell, WA 98041-0692


SD Dept of Labor
Tax Division
PO Box 4730
Aberdeen, SD 57402-4730


Sedgwick,  Holly J
5397 Southwest Dominie Court
Beaverton, OR 97007


Sejour,  Nathaniel G
20 Westwood Drive
Apt. 29
Westbury, NY 11590


Sessions,  Verdie R
2312 Field Street
Antioch, CA 94509

Shaw,  Brittany
8370 West Melinda Lane
Peoria, AZ 85382


Shea Pallante
613 Vickery Park Dr
Nolensville, TN 37135


Shekerlian,  Kimberly A
17429 Mayflower Drive
Granada Hills, CA 91344


Sheppard Mullin
333 South Hope Street
Forty-Third Floor
Los Angeles, CA 90071


Sheppard Mullin Richter Hampton LLP
PO Box 716409
Philadelphia, PA 19171


Shirdel,  Mohammad
322 S Vista Del Canon
Anaheim, CA 92807


Short,  Steven
41 Long Meadow Pl
S. Setauket, NY 11720


Silva,  Javier
125 E. 29th apt 1
Los Angeles, CA 90011


Sims,  Angela
25 Manor Lane
Morris Plains, NJ 07950


Sir Speedy
101 Dupont Street
Plainview, NY 11803


Sizemore,  Traci D
204 Dyking Rd
Louisburg, NC 27549

Slasor, Ronald W
P. O Box 685
Mount Pleasant, MI 48804

Smith, Karl D
11578 Wake Circle
Cypress, CA 90630

Smith, Marvin B
902 Rocky Dell Road Northeast
Gravette, AR 72736

Smith, Steven B
245 Deer Cliff Cove
Lawrenceville, GA 30043

Smith, Terry M
902 Rocky Dell Road Northeast
Gravette, AR 72736

Snow, Austin
1852 N Division
Carson City, NV 89703

SOCI Inc
DEPT LA 24700
Pasadena, CA 91185

Sodano, Rose M
311 4th Avenue
202
Asbury Park, NJ 07712

Soloway, Nolan
120 South Grand Avenue
Anaheim, CA 92804

Soloway, Seth D
2170 Century Park East
Unit 902
Los Angeles, CA 90067

Sourcepoint Inc
PO Box 1043
Buffalo, NY 14240

South Carolina Department
Revenue Income Tax
PO Box 125
Columbia, SC 29214-0400


Spencer, Allie
10 Edgemere Pl
Boise, ID 83646


Springman, Inga
4563 Brickleton Woods Drive
Portage, MI 49024


Sprout Mortgage Asset Tru
80 Orville Drive
Bohemia, NY 11716


Sprout Mortgage Asset Tru
80 Orville Dr
Suite 100
Bohemia, NY 11716


Sprout Mortgage Asset Tru
80 Orville Dr
Suite 100
Bohemia, NY 11716


Sprout Mortgage Corporati
80 Orville Drive
Suite 100
Bohemia, NY 11716


SRS Inc
P.O. Box 382
Islip Terrace, NY 11752


Staffbase Inc
PO Box 22838
New York, NY 10087


Staples, William
700 Cherry Street
Graham, TX 76450

STASKO, MONICA
39 Quebec Drive
Huntington Station, NY 11746

State of Nebraska
Department of Labor
Unemployment Ins. Tax
PO Box 94600
Lincoln, NE 68509-4600

State of New Jersey
Div of Family Leave Ins.
PO Box 387
Trenton, NJ 08625-0387

State of Oregon
Salem Headquarters
955 Center Street NE
Salem, OR 97301-2550

Steinberg, Brandon Taylor
30902 Club House Drive
Unit 11D
Laguna Niguel, CA 92677

Stevens, John
10 Jackson Ct
Coto de Caza, CA 92679

Steward, Lori Josephine
5800 Lake Murray Blvd #3
LA MESA, CA 91942

Stewart, Rodney B
1315 E Rowlands Ln
Phoenix, AZ 85022

Stone, Scott R
528 Greenridge Drive
Coppell, TX 75019

Stoterau, Malorie
208 West Hackberry Street
Brandon, SD 57005

Street Solutions Inc
111 Town Square Place
Suite 1203
Jersey City, NJ 07310


Stuart Keplar
14787 Buckingham Ct
Dallas, TX 75254


Stuart, Ethan Charles
1546 Golden Avenue
Hermosa Beach, CA 90254


Sullivan, Bernard
10593 Moss Rose Way
Orlando, FL 32832


Summit Hosting
6734 Jamestown Dr
Alpharetta, GA 30005


Surety Solutions, LLC
4285 Commercial St SE
Suite 110
Salem, OR 97302


SUSA Financial, Inc.
1 FIRST AMERICAN WAY
Santa Ana, CA 92707


Suwanvichit, Sitirith
12132 Vista Linda Avenue
Las Vegas, NV 89138


Swartz, Sadie Bennett
507 Hollis Path
Jordan, NY 13080


Sy, Anne
17 Rue Fontaine
Lake Forest, CA 92610


Szakacs, Barbara
1301 Via Terrassa
Encinitas, CA 92024

Tague,  Kyle C
8882 Bellshire Drive
Huntington Beach, CA 92646


Tanen Directed Advertising
12 S Main St
Suite 401
South Norwalk, CT 06854


Tanen Directed Advertising
12 S Main St, Suite 401
South Norwalk, CT 06854


Tannenbaum,  Ira M
73 irma drive
Oceanside, NY 11572


Tarzi,  Diana
26011 Del Rey, Apt A
Mission Viejo, CA 92691


Taylor,  David
10 Midlothian
Dove Canyon, CA 92679


Taylor,  Sandra
3551 Cromart Ct North
Fort Worth, TX 76133


Tedesco,  Debra
1322 Southwest Cedar Cove
Port St. Lucie, FL 34986


Tefft,  Thomas
2554 Naples Drive
Valparaiso, IN 46385


The Beckage Firm
403 Main Street
Suite 723
Buffalo, NY 14203

The Freedman Firm
10100 Santa Monica Boulevard
Suite 300
Los Angeles, CA 90067


The Fryer Law Firm
70 Lenox Pointe NE
Atlanda, GA 30324


Think Reality
118 N Conistor Ln
Suite B Box 509
Liberty, MO 64068


Thomas Law Firm
5706 E. Mockingbird Lane
Suite 115-355
Dallas, TX 75206


Thomas,  Amber D
121 Whiterock Court
Weatherford, TX 76086


Thomas,  Stephanie A
4413 Hunters Lodge Drive
Round Rock, TX 78681


Thorne,  Beverly J
4 Bass Lane
Lebanon, NJ 08833


Thunberg,  Milagros
22054 East Domingo Road
Queen Creek, AZ 85242


Thunberg,  Natalie
2842 South Lynch
Mesa, AZ 85212


Thunberg,  William K.
22054 East Domingo Road
Queen Creek, AZ 85142

Tierra,  Alfred
3 Dogwood
Rancho Santa Margarita, CA 92688


Tinoco,  Ana
74 Ivy Hill Road
Red Bank, NJ 07701


Toher,  Glenn A
5097 Morning Glory Court
Chino Hills, CA 91709


Touny,  Sharif
111 Galaxie Drive
Covina, CA 91723


TR Atrium, LP
P.O. BOX 842054
Dallas, TX 75284-2054


Tran,  Nhu Ngoc
9350 The Resort Pkwy
Unit 3711
Rch Cucamonga, CA 91730-9236


Tran,  Simone
6819 Sorrelwood Lane
Sugar Land, TX 77479


Travelers
PO Box 660317
Dallas, TX 75266


Tri State Area Moving and Storage
160 Dupont Street
Plainview, NY 11803


Trimble,  Kristen
26 Ridgewood Drive
McDonald, PA 15057


Tringali,  Rachele
97 Spring Beauty Dr
Bluffton, SC 29909

Trinh, Bryan
9272 Velardo Drive
Huntington Beach, CA 92646


Tryon, Chelsea L
348 Dakota Drive
Arlington, TX 76002


Turner, Brett
10950 Pennbrooke Crossing
Johns Creek, GA 30097


Tyner, Dan E
47 Angelo Walk
Long Beach, CA 90803


United Health Care
2000 West Loop South
Suite 900
HOUSTON, TX 77027


Universal Registered Agents Inc
PO Box 23788
Overland Park, KS 66283


UPS
PO Box 809488
Chicago, IL 60680-9488


Utah Dept of Workforce
Adjudication Division
PO Box 45244
140 E 300 South
Salt Lake City, UT 84145-0233


Uy, Eric T
9086 POLLY AVE
ORANGEVALE, CA 95662


VA Employment Commission
PO Box 26441
Richmond, VA 23261-6441

Vadi, Antonio
829 Townline Road
Hauppage, NY 11788


Valentine, Raylene
5762 Dolores Drive
Rohnert Park, CA 94928


ValueMomentum Inc
220 Old New Brunswick Road
Suite 100
Piscataway, NJ 08854


Valutrust Solutions LLC
7400 College Blvd
Suite 250
Overland Park, KS 66210


Varona, Richard A
9126 N Lilley Rd
Apt 221
Plymouth, MI 48170


VEDDER PRICE P.C.
Attn: Fleming L. Ware
1633 Broadway, 31st Floor
New York, NY 10019


Verdugo, Ian
250 W SANTA FE AVE
#232
Fullerton, CA 92832


Verdugo, Laurie
250 West Santa Fe Avenue
#232
Fullerton, CA 92832


VERGENT
10111 Richmond Ave
Suite 500
Houston, TX 77042

Verity Global Solutions
15926 University Oak
Suite 101
San Antonio, TX 78249

Villela-Kemp, Sandra
34 Bearpaw #64B
Irvine, CA 92604

Virgil Kyle
26800 Allso Viejo Parkway
Aliso Viejo, CA 92656

Virtru
PO Box 392246
Pittsburgh, PA 15251

Vonderheit, Josh
3523 Southwest Pumice Place
Redmond, OR 97756

WA Labor Dept.
200 Constitution Ave NW
Washington, DC 20210

Wall Street Mortgage Bank
1111 Marcus Ave
Suite LL08
New Hyde Park, NY 11040

Washington, Antoinette M
5709 NW 63rd Pl
Parkland, FL 33067-4436

Watson, Keshia
1861 Serena Drive
Lancaster, TX 75134

WB Mason
PO Box 981101
Boston, MA 02298-1101

Weeks, John Urban
2032 Trailing Pines Way
Fleming Island, FL 32003

Weeks, Rebecca
2032 Trailing Pines Way
Fleming Island, FL 32003


Welch, Carol A
17725 Windflower Way
105
Dallas, TX 75252


Welcom, Michael
780 Etter Creek Street
Las Vegas, NV 89138


Weston Insurance Company
PO Box 969
Westbrook, CT 06498


White Family LP
1600 South Brentwood Blvd
Suite 770
St Louis, MO 63144


Wiggins, Paul
3185 Old Graham Road
Pittsboro, NC 27312


Williams, Gerald
2018 Arles Lane
Carrollton, TX 75007


Williams, Marla Y
9597 Washington Circle
Jonesboro, GA 30238


Williams, Nyiesha L
277 Mercer Street
Phillipsburg, NJ 08865


Wilmington Trust, NA
1100 North Market St
Attn: Corporate Truste Ad
Wilmington, DE 19890

Wilson,  Blake O
1515 N Spurgeon Street
Apt 18
Santa Ana, CA 92701


Wilson,  Denise N
P.O. Box 10550
Honolulu, HI 96816


Wilson,  Michael
31 Raymond Terrace
Norwalk, CT 06855


Wilt,  Timothy
1726 Damon Street
Simi Valley, CA 93063


Windstream
PO Box 9001013
LOUISVILLE, KY 40290-1908


Winters,  Delbert Lee
5721 Sam Court
Venus, TX 76084


Wipro Opus Mortgage Solutions LLC
300 Tri State Intl
Suite 320
Lincolnshire, IL 60069


Wolz Corporate USA Inc
36 South 18th Ave
Suite D
Brighton, CO 80601


Wood,  Michael R
1023 Sea Breeze Dr
Costa Mesa, CA 92627


Wood,  Scott
8165 Whitestone Drive
Huntington Beach, CA 92646

Woods Oviatt Gillman LLP
Attn: Brian D. Gwitt
1900 Main Place Tower
Buffalo, NY 14202


Woods, Douglas Warren
1427 NE 153rd St
Shoreline, WA 98155


Woods, Rocio E
1427 NE 153rd St
Shoreline, WA 98155


Word, Robyn D
7650 Lasaine Ave
Northridge, CA 91325


Workers Compensation Boar
328 State St
Schenectady, NY 12305


WV State Tax Dept.
The Revenue Center
1001 Lee Street East
Charleston, WV 25301


Wynn Las Vegas and Encore
3131 Las Vegas Blvd S
Las Vegas, NV 89109


X Centric IT Solutions LLC
PO Box 510764
New Berlin, WI 53151


Xactus LLC (UCS)
PO Box 70784
Philadelphia, PA 19176


Xavier, Nelson
11471 Ghiberti Way
Porter Ranch, CA 91326

Yanik,  Stephen C
1444 N Poinsettia Pl
Apt 108
Los Angeles, CA 90046


Yarbrough,  Jack H
368 South Carolet Lane
Orange, CA 92869


Yipeng Ding
0
0
0, 0


Young Conaway Stargatt and Taylor LLP
PO Box 391
Wilmington, DE 19899


Young,  Patricia
21 Misty Meadow Lane
Hamden, CT 06518


Young,  Vanesha
6971 Seabreeze Drive
Grand Prairie, TX 75054


Zipprich,  Andrea H
46366 Sandia Creek Drive
Temecula, CA 92590


ZoomInfo Technologies LLC
Dept LA 24789
Pasadena, CA 91185

# United States Bankruptcy Court
### Eastern District of New York

In re    **Sprout Mortgage LLC**

Debtor(s)

Case No.    **23-72433-reg**

Chapter    **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Sprout Mortgage LLC**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Sprout Holding LLC**
**80 Orville Dr**
**Suite 100**
**Bohemia, NY 11716**

☐ None [*Check if applicable*]

**September 20, 2023**

Date

**/s/ Avrum J. Rosen**

**Avrum J. Rosen**

Signature of Attorney or Litigant

Counsel for    **Sprout Mortgage LLC**

**Law Offices of Avrum J. Rosen, PLLC**

**38 New St**
**Huntington, NY 11743-3327**
**631-423-8527 Fax:631-423-4536**
**arosen@ajrlawny.com**

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

## STATEMENT PURSUANT TO LOCAL
## BANKRUPTCY RULE 1073-2(b)

DEBTOR(S):  **Sprout Mortgage LLC**                    CASE NO.:  **23-72433-reg**

Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor *(or any other petitioner)* hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed "Related Cases" for purposes of E.D.N.Y. LBR 1073-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

■ NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

☐ THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:

1. CASE NO.:_____   JUDGE:_____   DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____               [*If closed*] Date of closing:_____

   CURRENT STATUS OF RELATED CASE: _____
                              (Discharged/awaiting discharge, confirmed, dismissed, etc.)

   MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

2. CASE NO.:_____   JUDGE:_____   DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____               [*If closed*] Date of closing:_____

   CURRENT STATUS OF RELATED CASE: _____
                              (Discharged/awaiting discharge, confirmed, dismissed, etc.)

   MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

3. CASE NO.:_____   JUDGE:_____   DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____               [*If closed*] Date of closing:_____

(OVER)

DISCLOSURE OF RELATED CASES (cont'd)

CURRENT STATUS OF RELATED CASE: _____
(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

*NOTE:* Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not be eligible to be debtors.  Such an individual will be required to file a statement in support of his/her eligibility to file.

TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York (Y/N):    **Y**

CERTIFICATION (to be signed by pro se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time, except as indicated elsewhere on this form.

**/s/ Avrum J. Rosen**
_____
**Avrum J. Rosen**
Signature of Debtor's Attorney
**Law Offices of Avrum J. Rosen, PLLC**
**38 New St**
**Huntington, NY 11743-3327**
**631-423-8527 Fax:631-423-4536**

_____
Signature of Pro Se Debtor/Petitioner

_____
Signature of Pro Se Joint Debtor/Petitioner

_____
Mailing Address of Debtor/Petitioner

_____
City, State, Zip Code

_____
Area Code and Telephone Number

Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the dismissal of the case with prejudice.

NOTE: Any change in address must be reported to the Court immediately IN WRITING.  Dismissal of your petition may otherwise result.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------X          Chapter    **7**

IN RE:    **Sprout Mortgage LLC**
                                                          Case No.:  **23-72433-reg**

                                    Debtor(s)             <u>STATEMENT PURSUANT TO LOCAL RULE 2017</u>
-----------------------------------------------X

I, **Avrum J. Rosen**, an attorney admitted to practice in this Court, state:

1.  That I am the attorney for the above-named debtor(s) and am fully familiar with the facts herein.

2.  That prior to the filing of the petition herein, my firm rendered the following services to the above-named debtor(s):

| Date\Time | Services |
|---|---|
| **July 26, 2023** | Initial interview, analysis of financial condition, etc. |
| **September 19, 2023** | Preparation and review of Bankruptcy petition |

3.  That my firm will also represent the debtor(s) at the first meeting of creditors.

4.  That all services rendered prior to the filing of the petition herein were rendered by my firm.

5.  That my usual rate of compensation of bankruptcy matters of this type is $ __35,000.00__ .

Dated: **September 20, 2023**

                              /s/ Avrum J. Rosen
                              **Avrum J. Rosen**
                              Attorney for debtor(s)
                              **Law Offices of Avrum J. Rosen, PLLC**
                              **38 New St**
                              **Huntington, NY 11743-3327**

                              **631-423-8527 Fax:631-423-4536**
                              **arosen@ajrlawny.com**