UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re:                                                            Chapter 7
                                                                  Case No.: 23-72433-reg
SPROUT MORTGAGE LLC,

                        Debtor.
-------------------------------------------------------------------x

**ORDER AUTHORIZING ALLAN B. MENDELSOHN AS
TRUSTEE TO ISSUE SUBPOENA FOR THE PRODUCTION OF DOCUMENTS
<u>UPON JACKSON LEWIS P.C.</u>**

Upon the *ex parte* application dated August 17, 2023 (the "<u>Motion</u>") of Allan B. Mendelsohn (the "<u>Movant</u>") pursuant to Bankruptcy Rule 2004, for an order authorizing the Movant to issue a subpoena for the production of documents to Jackson Lewis P.C. (the "<u>Witness</u>") as more fully set forth in the Motion; and this Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. § 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having determined that the relief requested in the Motion is in the best interests of the Debtor's estate, creditors and other parties in interest, and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor; it is

**ORDERED** that the Motion is granted on the terms set forth herein; and it is further

**ORDERED** that the Movant is authorized under Bankruptcy Rule 2004 and 9016, to issue such subpoenas as may be necessary to compel the production of documents and appearance at oral deposition in connection with the administration of this chapter 7 case; and it is further

**ORDERED** that unless otherwise agreed to by the Movant, the Witness shall have fourteen (14) days from the service of the subpoena to produce to the Movant all responsive documents requested in the Movant's subpoena, other than those documents withheld under a claim of privilege; and it is further

**ORDERED** that nothing herein shall limit the rights of the Witness under applicable law to object to or oppose any subpoena the Movant may serve upon the Witness; and it is further

**ORDERED** that the Movant shall file with the Court an affidavit or declaration of service for each subpoena Movant serves; and it is further

**ORDERED** that this Order is without prejudice to the Movant's right to file further motions seeking additional documents and testimony pursuant to Bankruptcy Rule 2004(a) or any other applicable law; and it is further

**ORDERED** that the Court shall retain jurisdiction to resolve any disputes arising or related to this Order including any discovery disputes that may arise between or among the parties and to interpret, implement and enforce the provisions of this Order.



Dated: Central Islip, New York
August 23, 2023

Robert E. Grossman
United States Bankruptcy Judge