The Kantrow Law Group, PLLC
*Attorneys for Allan B. Mendelsohn, Trustee*
732 Smithtown Bypass, Suite 101
Smithtown, New York 11787
Fred S. Kantrow, Esq.
516 703 3672

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

In re:                                                  Chapter 7
                                                        Case No.: 23-72433-reg
SPROUT MORTGAGE LLC,

                              Debtor.

-------------------------------------------------------------------x

## **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK     )
                      )
COUNTY OF SUFFOLK     )

      Fred S. Kantrow, being duly sworn, deposes and states that I am over the age of 18 years and not a party to this action.

      That on the 7th day of October 2023, I served **NOTICE OF APPLICATION AND APPLICATION TO COMPEL AND HOLD IN CONTEMPT JACKSON LEWIS, P.C. FOR FAILURE TO COMPLY WITH ORDER AN SUBPOENA** upon those parties listed herein, via First Class Mail by placing same in a postage prepaid properly addressed wrapper and depositing same into a mailbox under the exclusive care and control of the United States Postal Service.

                                                                                                              S/Fred S. Kantrow
                                                                                                              Fred S. Kantrow

Sworn to before me on this
9th day of October 2023

S/Carolyn Rose Iraci
Carolyn Rose Iraci, Notary Public
No. 01IR63712780
Qualified in Suffolk County
Comm. Exp. 3/20/26

TO:
Jackson Lewis P.C.
Attn: Marc S. Wenger, Esq.
50 South Service Road, Suite 250
Melville, NY 11747

Stan Yang, Esq.
Office of the United States Trustee
560 Federal Plaza
Central Islip, New York 11722