*The Kantrow Law Group*

A Professional Limited Liability Company
732 Smithtown Bypass, Suite 101
Smithtown, New York 11787
516 703 3672
fkantrow@thekantrowlawgroup.com

FRED S. KANTROW

---------------------------                                                            CAROLYN PISCIOTTA

HAILEY L. KANTROW                                                                      *Paralegal*

October 18, 2023

VIA ECF ONLY
Hon. Robert E. Grossman
United States Bankruptcy Judge
United States Bankruptcy Court
290 Federal Plaza
Central Islip, New York 11722

Re:     In re Sprout Mortgage, Chapter 7, Case No. 23-72433-reg

Dear Judge Grossman:

The undersigned is counsel to the interim chapter 7 trustee (the "Trustee"), Allan B. Mendelsohn. Currently there are two (2) matters on the Court's October 25, 2023, calendar which matters were filed by the Trustee. They are: (i) a motion seeking to hold Elizabeth Strauss in contempt for failure to comply with the Court's prior Order authorizing the Trustee's service of a subpoena pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and to compel her compliance; and (ii) a motion seeking to hold Shea Pallante in contempt for failure to comply with the Court's prior Order authorizing the Trustee's service of a subpoena pursuant to Rule 2004 of the Bankruptcy Rules and to compel his compliance.

In light of the Court's ruling converting this case from one under chapter 7 of the Bankruptcy Code to one under chapter 11 of the Bankruptcy Code, the Trustee respectfully requests that these two matters be adjourned without date, until the appointment of the Operating Trustee. Thank you.

                                                                     Respectfully submitted,

                                                                     <u>S/Fred S. Kantrow</u>
                                                                     Fred S. Kantrow