UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------x
In re:                                                                          Chapter 11
                                                                                Case No.: 23-72433-reg
SPROUT MORTGAGE LLC,

                                     Debtor.
--------------------------------------------------------------------x

### ORDER DIRECTING SHEA PALLANTE TO APPEAR
### FOR ORAL DEPOSITION AND TO PRODUCE DOCUMENTS

WHEREAS, Allan B. Mendelsohn, in his capacity as the interim chapter 7 trustee (the "Trustee") sought the entry of an Order pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") authorizing the Trustee to serve a subpoena (the "Subpoena") upon Shea Pallante, the witness ("Pallante") directing his appearance for an oral deposition and directing his production of documents; and

WHEREAS, the Court issued an Order pursuant to Rule 2004 of the Bankruptcy Rules on August 29, 2023 (the "2004 Order"); and

WHEREAS, the Trustee served the 2004 Order and the Subpoena issued pursuant thereto which Subpoena required Pallante to produce documents not later than fourteen (14) days from the date of the Order and further directed Pallante to appear for an oral deposition; and

WHEREAS, Pallante failed or refused to comply with the Subpoena insofar as he failed to produce documents and appear for an oral deposition; and

WHEREAS, the Trustee provided an opportunity to Pallante to cure his default by letter dated August 30, 2023; and

WHEREAS, Pallante failed to cure the default; and

WHEREAS, the Trustee filed an application seeking to hold Pallante in contempt for his failure to comply with the Court's August 29, 2023, Order and further sought to compel Pallante to produce the documents and appear for an oral deposition; and

WHEREAS, by Order dated October 20, 2023, the Court converted the instant case from one under chapter 7 of the Bankruptcy Code to one under chapter 11 of the Bankruptcy Code; and

WHEREAS, Allan B. Mendelsohn, was appointed the operating trustee (the "Operating Trustee") of the chapter 11 case; and

WHEREAS, the Operating Trustee has adopted the prior applications of the Interim Trustee, including, but not limited to the underlying application made herein pursuant to Rule 2004 of the Bankruptcy Rules; and

WHEREAS, the Court held a hearing to consider the application to hold Pallante in contempt and to compel his compliance with the 2004 Order and the Subpoena, on October 25, 2023, and there was no appearance by Pallante or anyone on his behalf, nor was any response or opposition interposed to the relief sought; and

WHEREAS, the Court considered the arguments of counsel and determined that relief should be granted; it is therefore

ORDERED, that the Operating Trustee shall serve Pallante and the US Trustee with a copy of this Order by overnight mail on or before October 31, 2023; and it is further

**ORDERED** that Pallante shall produce those documents demanded pursuant to the Subpoena by not later than November 6, 2023, by delivering same to The Kantrow Law Group, PLLC, 732 Smithtown Bypass, Suite 101, Smithtown, New York 11787; and it is further

**ORDERED** that Pallante shall appear for an oral deposition on **NOVEMBER 14, 2023, at 12:00 noon** which oral deposition shall be conducted at the United States Bankruptcy Court, 290 Federal Plaza. Central Islip, New York 11722, which oral deposition shall be recorded by a court stenographer; and it is further

**ORDERED** that in the event that Pallante fails to appear for the oral deposition as set forth herein, the Operating Trustee is directed to file an affidavit of non-compliance with the Court and the Court shall consider whether to issue a bench warrant for the arrest of Pallante and for the delivery of Pallante to the Court for further proceedings.



Dated: Central Islip, New York
October 30, 2023

Robert E. Grossman
United States Bankruptcy Judge