## *The Kantrow Law Group*

A Professional Limited Liability Company
732 Smithtown Bypass, Suite 101
Smithtown, New York 11787
516 703 3672
fkantrow@thekantrowlawgroup.com


FRED S. KANTROW

--------------------------                                          CAROLYN PISCIOTTA

HAILEY L. KANTROW                                                   *Paralegal*


October 31, 2023


VIA ECF ONLY
Hon. Robert E. Grossman
United States Bankruptcy Judge
United States Bankruptcy Court
290 Federal Plaza
Central Islip, New York 11722

Re:    In re Sprout Mortgage LLC, Chapter 11, Case No. 23-72433-reg

Dear Judge Grossman:

The undersigned is counsel to Allan B. Mendelsohn, the operating trustee (the "Trustee") in the above referenced case. The Trustee previously sought and obtained an Order of this Court pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") authorizing the Trustee to serve a subpoena for the production of documents on Kasowitz Benson & Torres LLP ("Kasowitz"). The Court issued the Order authorizing the service of a subpoena on August 18, 2023.

On or about September 29, 2023, Kasowitz responded to the subpoena setting forth its objections to the documents demanded. The response further set forth that it would produce those documents it believed it was obligated to do so, notwithstanding its reservation of rights as to its stated objections, following what it described as a "reasonable search."

Having received no further response from Kasowitz, a letter dated October 13, 2023, was directed to the witness requesting that it comply with the subpoena by producing those documents it determined after its reasonable search, needed to be produced. The October 13, 2023, letter advised the witness that if it failed to comply with the good faith attempt to resolve the matter by October 23, 2023, the Trustee would have no alternative but to seek a discovery dispute conference before the Court. As of the date of this letter, no response has been received from the witness. Thus, the Trustee now seeks a discovery dispute conference before the Court.

It is respectfully requested that this Court schedule the conference for November 16, 2023, as the Trustee is before the Court on other matters in this case on that date.

Thank you.

Respectfully submitted,

S/Fred S. Kantrow
Fred S. Kantrow

Cc:    Matt Stein, Esq. (via e-mail)