*The Kantrow Law Group*

A Professional Limited Liability Company
732 Smithtown Bypass, Suite 101
Smithtown, New York 11787
516 703 3672
fkantrow@thekantrowlawgroup.com

FRED S. KANTROW

---------------------------                                             CAROLYN PISCIOTTA

HAILEY L. KANTROW                                                       *Paralegal*

November 28, 2023

VIA ECF ONLY
Hon. Robert E. Grossman
United States Bankruptcy Judge
United States Bankruptcy Court
290 Federal Plaza
Central Islip, New York 11722

Re:     In re Sprout Mortgage LLC, Chapter 11, Case No. 23-72433-reg

Dear Judge Grossman:

The undersigned is counsel to Allan B. Mendelsohn, the operating trustee (the "Trustee") in the above referenced case. The Trustee previously sought and obtained an Order of the Court authorizing the service of a subpoena upon Elizabeth (Beth) Strauss. Subsequently, the Trustee moved to hold Ms. Strauss in contempt for failure to comply with the subpoena and further to see the imposition of monetary sanctions.

Ms. Strauss produced the documents sought and appeared for her oral deposition. Accordingly, the Trustee withdraws his motion seeking to hold Ms. Strauss in contempt. Thank you.

                                              Respectfully submitted,

                                              <u>S/Fred S. Kantrow</u>
                                              Fred S. Kantrow

Cc:     Matt Stein, Esq. (via e-mail)