The Kantrow Law Group, PLLC
*Attorneys for Allan B. Mendelsohn, Trustee*
732 Smithtown Bypass, Suite 101
Smithtown, New York 11787
Fred S. Kantrow, Esq.
516 703 3672

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

In re:                                                        Chapter 11
                                                              Case No.: 23-72433-reg

SPROUT MORTGAGE LLC,


                        Debtor.

------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        )
COUNTY OF SUFFOLK       )

      Fred S. Kantrow, being duly sworn, deposes and states that I am over the age of 18 years and not a party to this action.

      That on the 1st day of December 2023, I served **ORDER HOLDING SHEA PALLANTE IN CONTEMPT FOR HIS FAILURE TO COMPLY WITH PRIOR ORDERS OF THE COURT AND GRANTING FURTHER RELIEF** upon those parties listed herein, via FedEx Overnight Delivery #7743 1691 3850 and # 7743 1696 7492 by placing same in a postage prepaid properly addressed wrapper and depositing same into FedEx box.

                              S/Fred S. Kantrow
                              Fred S. Kantrow

Sworn to before me on this
1st day of December 2023

S/Carolyn Rose Iraci
Carolyn Rose Iraci, Notary Public
No. 01IR63712780
Qualified in Suffolk County
Comm. Exp. 3/20/26

TO:
***Via FedEx***
Shea Pallante
ARC Home
3001 Leadenhall Road, Suite 301
Mount Laurel, NJ 08054

Shea Pallante
613 Vickery Park Drive
Nolensville, TN 37135