## *The Kantrow Law Group*

A Professional Limited Liability Company
732 Smithtown Bypass, Suite 101
Smithtown, New York 11787
516 703 3672
fkantrow@thekantrowlawgroup.com

FRED S. KANTROW

--------------------------                                                         CAROLYN PISCIOTTA

HAILEY L. KANTROW                                                          *Paralegal*

December 1, 2023

VIA ECF ONLY
Hon. Robert E. Grossman
United States Bankruptcy Judge
United States Bankruptcy Court
290 Federal Plaza
Central Islip, New York 11722

Re:   In re Sprout Mortgage LLC, Chapter 11, Case No. 23-72433-reg

Dear Judge Grossman:

The undersigned is counsel to Allan B. Mendelsohn, the operating trustee (the "Trustee") in the above referenced case. The Trustee previously filed a motion seeking to compel Kasowitz Benson & Torres LLP to produce documents pursuant to an Order entered by the Court under Bankruptcy Rule 2004. The documents have now been produced. Accordingly, the Trustee withdraws his motion at ECF No. 209. Thank you.

> Respectfully submitted,
>
> S/Fred S. Kantrow
> Fred S. Kantrow

Cc:   Matt Stein, Esq. (via e-mail)