The Kantrow Law Group, PLLC
*Attorneys for Allan B. Mendelsohn, Trustee*
732 Smithtown Bypass, Suite 101
Smithtown, New York 11787
Fred S. Kantrow, Esq.
516 703 3672

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re:                                         Chapter 11
                                               Case No.: 23-72433-reg
SPROUT MORTGAGE LLC,

                          Debtor.
-------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      )
COUNTY OF SUFFOLK     )

     Fred S. Kantrow, being duly sworn, deposes and states that I am over the age of 18 years and not a party to this action.

     That on the 7th day of December 2023, I served **ORDER AUTHORIZING ALLAN B. MENDELSOHN AS TRUSTEE TO ISSUE SUBPOENA FOR THE PRODUCTION OF DOCUMENTS; SUBPOENA; AND SCHEDULE** upon those parties listed herein, via First Class Mail by placing same in a postage prepaid properly addressed wrapper and depositing same into a mailbox under the exclusive care and control of the United States Postal Service.

                                            S/Fred S. Kantrow
                                            Fred S. Kantrow

Sworn to before me on this
7th day of December 2023

S/Carolyn Rose Iraci
Carolyn Rose Iraci, Notary Public
No. 01IR63712780
Qualified in Suffolk County
Comm. Exp. 3/20/26

TO:

FACTOR KING, LLC
1600 EXPRESS DR S #102
HAUPPAUGE, NY 11788