## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF NEW YORK - CENTRAL ISLIP DIVISION District of NEW YORK - Centralislip

CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK

2023 DEC -8  A 8:38

RECEIVED/MR

**RE: SPROUT MORTGAGE LLC**

:

: Bankruptcy Number: 23-72433-REG

**Debtor**

: Chapter:  7

:
:
:
:
:
:

### REQUEST FOR NOTICES

#### TO THE CLERK OF THE U. S. BANKRUPTCY COURT

Please take notice, the creditor, Office of Unemployment Compensation Tax Services (UCTS), Department of Labor and Industry, Commonwealth of Pennsylvania, through its duly authorized agent, Ryan Starnowsky, hereby requests that a copy of all notices and papers in this action be served at the agent's office at the below captioned address.

Dated: 10/03/2023

By: _____/S/   Ryan Starnowsky_____

Ryan Starnowsky
Commonwealth of Pennsylvania
Department of Labor and Industry
Collections Support Unit
PO Box 68568
Harrisburg, PA 17106-8568
Telephone: (717) 787-7627
Fax: (717) 787-7671
Email: ra-li-ucts-bankrupt@state.pa.us