The Kantrow Law Group, PLLC
*Attorneys for Allan B. Mendelsohn, Trustee*
732 Smithtown Bypass, Suite 101
Smithtown, New York 11787
Fred S. Kantrow, Esq.
516 703 3672

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT | RETURN DATE: **1/24/24** |
| EASTERN DISTRICT OF NEW YORK | TIME: **9:30 a.m.** |

------------------------------------------------------------------x
In re:

SPROUT MORTGAGE LLC,

                       Debtor.

Chapter 11
Case No.: 23-72433-reg

------------------------------------------------------------------x

### NOTICE OF TRUSTEE'S APPLICATION SEEKING ENTRY OF AN ORDER HOLDING RECOVCO MORTGAGE MANAGEMENT, LLC IN CONTEMPT FOR FAILURE TO COMPLY WITH SUBPOENA ISSUED PURSUANT TO RULE 2004 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AND DIRECTING COMPLIANCE WITH SUBPOENA

**PLEASE TAKE NOTICE** that Allan B. Mendelsohn, the operating trustee (the "Trustee") of the Estate of Sprout Mortgage LLC, the debtor (the "Debtor") shall move before the Hon. Robert E. Grossman, United States Bankruptcy Judge, on **January 24, 2024, at 9:30 a.m.** or as soon thereafter as counsel may be heard, for the entry of an Order holding Recovco Mortgage, LLC, in contempt for failure to comply with subpoenas issued pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure and directing compliance therewith, via telephone appearance.

**PLEASE TAKE FURTHER NOTICE** that unopposed motions may be granted by the Court without the need for an appearance provided that the moving party files with the Court a proposed order granting the motion along with a Certificate of No Objection at least two (2) days prior to the scheduled hearing date. Following receipt of the Certificate of No Objection, the Court may enter an order granting the motion without further pleading, hearing or request. In the event the Court determines a hearing is necessary, the moving party will be notified by the Court to appear in-person at the hearing.

**PLEASE TAKE FURTHER NOTICE** that all attorneys and unrepresented parties are required to register for telephonic appearances at least two (2) business days in advance of the scheduled hearing using the Court's eCourt appearances platform set forth on Judge Grossman's homepage https://www.nyeb.uscourts.gov/content/judge-robert-e-grossman. All parties appearing telephonically will receive dial-in instructions from the Court prior to the scheduled hearing date.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief sought in the application must conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, as modified by any administrative orders entered in this case, and be filed with the Bankruptcy Court electronically in accordance with any Administrative Order of the Court, by registered users of the Bankruptcy Court's case filing system and, by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, Microsoft Word, DOS text (ASCII) or a scanned image of the filing, with a hard copy delivered directly to Chambers, and be served in accordance with any Administrative Order of the Court and upon: (i) The Kantrow Law Group, PLLC, 732 Smithtown Bypass, Suite 101, Smithtown, New York 11787, Attn: Fred S. Kantrow, Esq.; and (ii) the Office of the United States Trustee, 560 Federal Plaza, Central Islip, New York 11722; so as to be received by no later than **4:00 p.m. (prevailing Eastern time) January 17, 2024**

**PLEASE TAKE FURTHER NOTICE** that only timely objections made be considered by the Court.

Dated: Smithtown, New York
December 19, 2023

                              The Kantrow Law Group, PLLC
                              Attorneys for Allan B. Mendelsohn

BY:   S/Fred S. Kantrow
        Fred S. Kantrow

732 Smithtown Bypass, Suite 101
Smithtown, New York 11787
516 703 3672
fkantrow@thekantrowlawgroup.com