# *The Kantrow Law Group*

A Professional Limited Liability Company
732 Smithtown Bypass, Suite 101
Smithtown, New York 11787
516 703 3672
fkantrow@thekantrowlawgroup.com

FRED S. KANTROW

---------------------------                                                          CAROLYN PISCIOTTA

HAILEY L. KANTROW                                                          *Paralegal*

October 5, 2023

VIA FEDEX OVERNIGHT MAIL
Mr. Michael Strauss, Officer, Managing or General Agent
Recovco Mortgage Management, LLC
367 Great Plains Road
Southampton, New York 11968

Re:    In re Sprout Mortgage LLC, Chapter 7, Case No. 23-72433-reg

Dear Mr. Strauss:

The undersigned is counsel to Allan B. Mendelsohn, the interim chapter 7 trustee (the "Trustee") in the above referenced bankruptcy case. Enclosed please find an Order of the Hon. Robert E. Grossman, United States Bankruptcy Judge, authorizing the Trustee to serve upon Recovco Mortgage Management, LLC ("Recovco") the enclosed subpoena. The subpoena commands Recovoc to produce the documents set forth in the attached Schedule. The documents are due not later than fourteen days after the service of the subpoena. If Recovco should fail to comply, the trustee shall move for the appropriate sanctions. Be guided accordingly.

                                                                                  Very truly yours,

                                                                                   Fred S. Kantrow

Enc.