*The Kantrow Law Group*
A Professional Limited Liability Company
732 Smithtown Bypass, Suite 101
Smithtown, New York 11787
516 703 3672
fkantrow@thekantrowlawgroup.com

FRED S. KANTROW

---------------------------                                         CAROLYN PISCIOTTA

HAILEY L. KANTROW                                                   *Paralegal*

December 26, 2023

VIA ECF ONLY
Hon. Robert E. Grossman
United States Bankruptcy Judge
United States Bankruptcy Court
290 Federal Plaza
Central Islip, New York 11722

Dear Judge Grossman:

The undersigned is counsel to Allan B. Mendelsohn, the chapter 11 operating trustee in the instant case. Pursuant to the Order authorizing the trustee to retain The Kantrow Law Group, PLLC, as counsel, the firm is directed to file with the Court information upon the increase of the firm's billable rates. Accordingly, the trustee has been advised of the following billable rates applicable effective January 1, 2024:

        Partners        $635.00 per hour

        Associates      $345.00 per hour

                Respectfully submitted,

                <u>S/Fred S. Kantrow</u>
                Fred S. Kantrow