The Kantrow Law Group, PLLC
*Attorneys for Allan B. Mendelsohn, Trustee*
732 Smithtown Bypass, Suite 101
Smithtown, New York 11787
Fred S. Kantrow, Esq.
516 703 3672

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

In re:                                                                                  Chapter 11
                                                                                          Case No.: 23-72433-reg
SPROUT MORTGAGE LLC,

                                         Debtor.
-------------------------------------------------------------------x

## AFFIRMATION OF COMPLIANCE

Allan B. Mendelsohn, the operating trustee (the "Trustee") in this chapter 11 case, by and through his attorneys, The Kantrow Law Group, PLLC, respectfully submits this as and for his Affirmation of Compliance in connection with the Court's Order dated December 1, 2023 [ECF No. 244] which Order directed Shea Pallante ("Pallante") to comply with the Court's Order dated August 29, 2023, issued pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and the subpoena served pursuant thereto, and states as follows:

1. On August 26, 2023, the Trustee filed his application seeking the entry of an Order authorizing the Trustee to serve a subpoena upon Pallante directing his production of documents and his appearance at an oral deposition. On August 29, 2023, the Court entered the Order, and the Trustee served the subpoena upon Pallante. The subpoena directed the production of documents by not later than fourteen days after the date of the entry of the Order and further directed that Pallante schedule his oral deposition.

2. Pallante failed or refused to comply with the subpoena issued on August 29, 2023. Accordingly, on September 19, 2023, the Trustee filed an application seeking the entry of an Order compelling Pallante's compliance. On October 30, 2023, the Court entered an Order directing Pallante to comply with the outstanding subpoena.

3. Pallante remained obstinate and the Trustee sought further relief. On December 1, 2023, the Court issued a further Order [ECF No. 244] which imposed a retroactive sanction against Pallante in the amount of $500.00 per day, retroactive to October 30, 2023.

4. On January 4, 2024, Pallante appeared for an oral deposition and thus cured his default. However, the Trustee seeks the entry of a judgment, as provided for by the December 1, 2023, Order, against Pallante in the amount of $33,000.00 based upon the 66 days from October 30, 2023, up to January 4, 2024. The Trustee has attached a proposed judgment.

WHEREFORE, the Trustee avers that Pallante has complied with the Court's December 1, 2023, Order, and that judgment in the amount of $33,000.00 be granted against Pallante, together with such other and further relief this Court deems appropriate.

Dated: Smithtown, New York
       January 4, 2024

                              The Kantrow Law Group, PLLC
                              Attorneys for Allan B. Mendelsohn

                    BY:    <u>S/Fred S. Kantrow</u>
                              Fred S. Kantrow
                              732 Smithtown Bypass, Suite 101
                              Smithtown, New York 11787
                              516 703 3672
                              fkantrow@thekantrowlawgroup.com