UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re:                                                                           Chapter 11

                                                                                                          Case No.: 23-72433-reg

SPROUT MORTGAGE LLC,

                                       Debtor.
-------------------------------------------------------------------x

## **JUDGMENT**

On December 1, 2023, the Court issued an Order holding Shea Pallante in contempt for his failure to comply with prior Order of the Court [ECF No. 244]. Among other things, the Order provided that Allan B. Mendelsohn, as trustee (the "Trustee") was entitled to the entry of a money judgment against Shea Pallante for the sanction amounts which money judgment shall be enforceable by the Trustee pursuant to the applicable laws of execution of a money judgment in the appropriate jurisdiction. The December 1, 2023, Order further provided that the Trustee was entitled to a sanction in the amount of $500.00 per day retroactive to October 30, 2023, continuing until such time as he complies with the prior orders of the Court. On January 4, 2024, Shea Pallante cured his default. Thus, sanctions have accrued in the amount of $33,000.00.

**IT IS ORDERED THAT:**

1.      Allan Mendelsohn has judgment against Shea Pallante in the amount of $33,000.00.

2.      Allan Mendelsohn shall have execution thereon.

3.      Allan Mendelsohn shall have all the rights and remedies afforded to a judgment creditor by law.

4. Allan Mendelsohn may enforce this Judgment against Shea Pallante as allowed by applicable law.

Dated: Central Islip, New York
January 9, 2024



_____
Robert E. Grossman
United States Bankruptcy Judge