# EXHIBIT C

## Elysia Spedalere

**From:** Marc Pergament
**Sent:** Wednesday, December 20, 2023 12:58 PM
**To:** Elysia Spedalere
**Subject:** FW: In re Sprout Mortgage
**Attachments:** signedorder.pdf; affnocompliance.pdf; compelapp.pdf; signed1201order.pdf; subpoena.pdf; Proof of Delivery.pdf; compelordersigned.pdf; SCHEDULE.pdf

Please print

From: Shea Pallante <sheapallante@gmail.com>
Sent: Wednesday, December 20, 2023 12:56 PM
To: Marc Pergament <mpergament@wgplaw.com>
Subject: Fwd: In re Sprout Mortgage


---------- Forwarded message ---------
From: **Fred Kantrow** <fkantrow@thekantrowlawgroup.com>
Date: Tue, Dec 5, 2023 at 4:10 PM
Subject: In re Sprout Mortgage
To: sheapallante@gmail.com <sheapallante@gmail.com>
Cc: Carolyn Pisciotta <cpisciotta@thekantrowlawgroup.com>, Hailey Kantrow <hkantrow@thekantrowlawgroup.com>


Mr. Pallante: Attached are the several orders of the bankruptcy court as well as the subpoena and document demand. Please provide the documents (email is fine) at your earliest convenience. Once we have received the documents, we will be able to schedule your deposition which can be conducted in Nashville or via zoom if you prefer.


Fred Kantrow




**The Kantrow Law Group, PLLC**

**732 Smithtown Bypass, Suite 101**

**Smithtown, New York 11787**

**Fred S. Kantrow, Esq.**

**516 450 7745 (Cell Phone)**

1

516 703 3672 (Office Phone)

The information contained in this transmission is attorney privileged and/or confidential information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited.