UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re:                                                                                         Chapter 11
                                                                                                  Case No.: 23-72433-reg

SPROUT MORTGAGE LLC,

                                        Debtor.
-------------------------------------------------------------------x

## STIPULATION AND ORDER
## BETWEEN OPERATING TRUSTEE AND MILLER NASH LLP
## <u>REGARDING RETENTION FUNDS</u>

This Stipulation is by and between Allan B. Mendelsohn, in his capacity as duly appointed, qualified and serving operating trustee ("Trustee") of Sprout Mortgage, LLC ("Debtor") and Miller Nash LLP ("Miller Nash") (Miller Nash and Trustee are referred to as "Settling Parties" or Parties"). The Parties, by and through their respective undersigned representatives, agree to the facts and terms of the Stipulation as follows:

**WHEREAS**, on July 5, 2023, an involuntary petition for relief was filed against the Debtor. On August 11, 2023, the Court entered the Order for Relief under chapter 7 of the Bankruptcy Code. Allan B. Mendelsohn was appointed interim chapter 7 Trustee of the Debtor's estate; and

**WHEREAS**, by Order dated October 20, 2023, the Court converted the case from one under chapter 7 of the Bankruptcy Code to one under chapter 11 of the Bankruptcy Code; and

**WHEREAS**, by Order dated October 20, 2023, Allan B. Mendelsohn was appointed as the Trustee; and

**WHEREAS**, on December 19, 2022, the Debtor and Miller Nash entered into an Agreement for Legal Services (the "Agreement") requiring the Debtor to make an advance fee deposit in the amount of $5,000.00 (the "Retainer"); and

**WHEREAS**, on December 19, 2022, the Debtor wired the Retainer to Miller Nash from its Metropolitan Commercial Bank Account; and

**WHEREAS**, Miller Nash performed legal services for the Debtor as set forth in invoices dated January 10, February 8, March 17, and April 6, 2023; and

**WHEREAS**, Miller Nash's Statement of Account for the Debtor reflected $2,577.00 due in legal fees; and

**WHEREAS**, as the payment remitted by the Debtor prior to the commencement of the bankruptcy case does not constitute a transfer of an interest in property of the estate recoverable by the Trustee for the benefit of the creditors of the estate; and

**WHEREAS,** the payment remitted by the Debtor prior to the commencement of bankruptcy case does not constitute a preference payment; and

**WHEREAS,** the Trustee is an agreement with Miller Nash that it may apply the Retainer and return to the Trustee any unused portion thereof; and

**WHEREAS**, each of the parties to this Stipulation agrees to bear his/its own legal expenses, including attorneys' fees, arising out of this Stipulation; and

**IT IS HEREBY AGREED BY AND BETWEEN THE PARTIES AND SO ORDERED THAT:**

1. Miller Nash is entitled to payment from the Retainer in the amount of $2,577.00 for its legal services rendered to the Debtor under the Agreement.
2. The remaining $2,423.00 of the Retainer amount shall be immediately turned over to the Trustee to hold on behalf of the estate.

3. The Court shall retain jurisdiction of this Stipulation and Order to enforce its terms and determine any disputes that may arise by and between the parties.

|  |  |
|---|---|
| Dated: Smithtown, New York<br>January 19, 2024 | Dated: Portland, Oregon<br>January 18, 2024 |
| The Kantrow Law Group, PLLC<br>Attorneys for the Trustee | Miller Nash LLP |
| BY: S/Fred S. Kantrow<br>Fred S. Kantrow<br>732 Smithtown Bypass, Suite 101<br>Smithtown, New York 11787<br>516 703 3672<br>fkantrow@thekantrowlawgroup.com | BY: /s/ *Incainti Sofia McDonald*<br>Incainti Sofia McDonald<br>111 SW Fifth Ave, Suite 3400<br>Portland, Oregon 97204<br>503 205 2544<br>Sofia.McDonald@millernash.com |