**UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF NEW YORK**

**AFFIDAVIT OF SERVICE**



*2910567*

Index no : 8:23-72433-REG

|  |
|---|
| IN RE: |
| SPROUT MORTGAGE, LLC, DEBTOR |

STATE OF NEW YORK
COUNTY OF KINGS    ss.:

**MUSAB NASSAR**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the STATE OF NEW YORK.

On **04/04/2024** at **1:43 PM**, I served the within **ORDER AUTHORIZING PNC BANK, NATIONAL ASSOCIATION TO ISSUE SUBPOENA FOR THE PRODUCTION OF DOCUMENTS UPON METROPOLITAN COMMERCIAL BANK.; SUBPOENA FOR RULE 2004 EXAMINIATION ; FEDERAL RULE OF CIVIL PROCEDURE; SUBPOENA FOR RULE 2004 EXAMINIATION SCHEDULE A - DOCUMENT REQUESTS together with a witness fee check in the amount of $40.00** on **METROPOLITAN COMMERCIAL BANK** at **99 PARK AVENUE, 12TH FLOOR, NEW YORK, NY 10016** in the manner indicated below:

BANKING AGENCY: By delivering a true copy of said documents to **Tara Deonarine**, MANAGING AGENT of the above named BANKING AGENCY. The undersigned asked the recipient if he/she is authorized to accept service on behalf of **METROPOLITAN COMMERCIAL BANK**, and the recipient responded in the affirmative.

A description of the

, or other person served on behalf of the is as follows:

| Sex | Color of skin/race | Color of hair | Age aprx | Height aprx | Weight aprx |
|---|---|---|---|---|---|
| Female | Brown | Black | 30-45 | 5ft8in-5ft11in | 125-149 lbs |
| Other Features: | | | | | |

Service Comments :

Sworn to and subscribed before me on

4/5/24

Notary Public,

ANNAS NASSAR
Notary Public, State of New York
Registration No. 01NA6387330
Qualified in Kings County
Commission Expires February 11 2027

X _____
MUSAB NASSAR
License#: 2045119
Alstate Process Service Inc.
60 Burt Drive
Deer Park, NY 11729
631/667-1800

HINSHAW & CULBERTSON LLP
800 THIRD AVENUE
13TH FLOOR
NEW YORK, NY 10022
212-471-6200

Atty File#: 1066483