# UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF NEW YORK

## AFFIDAVIT OF SERVICE


*2910566*

Index no: **8:23-72433-REG**

IN RE:
**SPROUT MORTGAGE, LLC, DEBTOR**

STATE OF __CALIFORNIA__
COUNTY OF __ORANGE__         ss:

_____MIGUEL GONZALEZ_____, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the State of __CALIFORNIA__.

On __4/2/2024__ at __5:02__ am/(pm) I served the within **ORDER AUTHORIZING PNC BANK, NATIONAL ASSOCIATION TO ISSUE SUBPOENA FOR THE PRODUCTION OF DOCUMENTS UPON BANC OF CALIFORNIA, N.A.; SUBPOENA FOR RULE 2004 EXAMINIATION ; FEDERAL RULE OF CIVIL PROCEDURE; SUBPOENA FOR RULE 2004 EXAMINIATION SCHEDULE A - DOCUMENT REQUESTS** Bearing Index Number **8:23-72433-REG** and date of filing of on **BANC OF CALIFORNIA, N.A.** at

__3 MACARTHUR PLACE, SANTA ANA, CA 92707__
in the manner indicated below:                (address served)

**BANKING AGENCY:** By delivering a true copy of said documents to *(name of individual)* __CHRIS CASSLER__, *(title)* __VICE PRESIDENT OF FACILITIES__ of the above named banking agency. The undersigned asked the recipient if he/she is authorized to accept service on behalf of **BANC OF CALIFORNIA, N.A.**, and the recipient responded in the affirmative. * A FEE OF $40.00 WAS TENDERED THEREWITH*

A description of the defendant, or other person served on behalf of the defendant is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| MALE | WHITE | BROWN | 34 | 5'8 | 180 |
| Other Features: | | | | | |

On the __3__ day of __APRIL__ in the year __2024__ before me, the undersigned, personally appeared __MIGUEL GONZALEZ__, the subscribing witness to the foregoing instrument, with whom I am personally acquainted, who, being by me duly sworn, did depose and say that he/she resides in __ORANGE COUNTY, CA__ (if the place of residence is in a city, include the street and street number, if any, thereof); that he/she knows __MIGUEL GONZALEZ__ to be the individual described in and who executed the foregoing instrument; that said subscribing witness was present and saw said __MIGUEL GONZALEZ__ execute the same; and that said witness at the same time subscribed his/her name as a witness thereto.

Sworn to and subscribed before me on

__April   3__, 20__24__

Notary Public,
X _____

TONI SANO
COMM. #2325423
Notary Public - California
Orange County
My Comm. Expires Apr. 23, 2024

X _____
*Server's Name*
MIGUEL GONZALEZ
ORANGE COUNTY REG #5089

Alstate Process Service Inc.
60 Burt Drive
Deer Park, NY 11729
631/667-1800

HINSHAW & CULBERTSON LLP
800 THIRD AVENUE
13TH FLOOR
NEW YORK NY 10022
212-471-6200

Atty File #: 1066483