**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Sprout Mortgage LLC,<br><br>                Debtor. | Chapter 11<br><br>Case No. 23-72433 (REG) |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Matthew B. Stein of the law firm Kasowitz Benson Torres LLP, an attorney admitted to practice in this Court, hereby enters an appearance as counsel to Michael Strauss, Recovco Mortgage Management LLC, Midland American Capital Corporation, Sprout Membership Holding, LLC, Smart Rate Mortgage LLC, Investors Funding Corp., Elizabeth Strauss, Katherine Strauss, Jane Strauss, and Katherine Strauss LLC, and requests that all papers in this action be served upon him.

Dated: April 30, 2024
       New York, New York

                                        KASOWITZ BENSON TORRES LLP

                                        By: */s/ Matthew B. Stein*
                                        Matthew B. Stein (msterin@kasowitz.com)
                                        Joshua N. Paul (jpaul@kasowitz.com)
                                        Michele L. Angell (mangell@kasowitz.com)
                                        Katherine C. Gauthier (kgauthier@kasowitz.com)
                                        1633 Broadway
                                        New York, New York 10019
                                        Telephone: (212) 506-1700
                                        Facsimile: (212) 506-1800