**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: SPROUT MORTGAGE, LLC, <br><br> Debtor. | Chapter 11 <br><br> Case No.: 8:23-72433-reg |

## CERTIFICATION OF SERVICE

I, Samantha Landon, affirm under the penalty of perjury that:

1. I am over the age of eighteen (18) years, am not a party to the captioned action and I am an employee of the law firm of Hinshaw & Culbertson LLP.

2. On April 17, 2024, I served a copy of Order Authorizing PNC Bank, National Association to issue Subpoena for the production of documents and Deposition Testimony Upon Michael Strauss by the following methods to the parties indicated below:

**VIA UPS NEXT DAY AIR**

Michael Strauss
367 Great Plains Road
Southampton, NY 11968

Sprout Mortgage LLC
90 Merrick Avenue
East Meadow, NY 11554

Avrum J Rosen, Esq.
Law Offices of Avrum J. Rosen, PLLC
38 New Street
Huntington, NY 11743

Fred S Kantrow
The Kantrow Law Group, PLLC
732 Smithtown Bypass, Suite 101
Smithtown, NY 11787

United States Trustee
Long Island Federal Courthouse
560 Federal Plaza - Room 560
Central Islip, NY 11722-4437

*(signature page follows)*

****

I affirm this 2nd day of May, 2024, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

*/s/ Samantha Landon*

Samantha Landon