Yitong Wen
1042a Washington Street
San Francisco, CA, 94108
Email: yitongtsowen@gmail.com

CLERK
U.S. BANKRUPTCY
EASTERN DISTRICT OF
NEW YORK

2024 JUL 10 A 10: 51

RECEIVED/MR

# U.S. Bankruptcy Court
# Eastern District of New York (Brooklyn)
# Bankruptcy Petition #: 8:23-bk-72433

| | |
|---|---|
| YITONG WEN/FITSKM LLC ) | |
| Plaintiff, ) | **ADVERSARIAL CLAIM AGAINST SPROUT** |
| ) | **FOR MONETARY DAMAGES** |
| vs. ) | |
| ) | Honorable Judge Robert E Grossman |
| SPROUT MORTGAGE LLC, et al ) | |
| ) | Action Filed: 06/28/2024 |
| Defendants, ) | |

Plaintiff, Yitong Wen/Fitskm, files this adversarial motion against Sprout for monetary damages of twelve million six hundred thousand dollars ($12,600,000.00). Plaintiff paid Sprout $1.58 million dollars in May 2022 through Old Republic Title Company ("ORTC") to pay off Sprout first deed of trust for that amount on 810 43rd Ave, San Francisco CA ("43rd Ave"). Sprout sent to OTRC through escrow a demand for pay offs and Reconveyance of the first deed of trust on 43rd Ave. Sprout gave ORTC a demand for the amount of $1.58 million dollars to reconvey the first deed of trust on 43rd Ave on the refinance that Plaintiff had obtained to pay off Sprout first deed of trust on 43rd Ave. ORTC wired to Sprout the $1.58 million dollars through its escrow and the escrow closed.

- 1 -
ADVERSARIAL CLAIM AGAINST SPROUT FOR MONETARY DAMAGES

1  Shockingly, over a year later in 2023 when Plaintiff was refinancing the loan that paid off Sprout loan, the title
2  company ORTC discovered that Sprout had not reconvey their deed of trust a year earlier despite being paid
3  $1.58 Million dollars through escrow from ORTC. the new loan that paid off Sprout and was due and payable
4  pay off in full maturity in late 2023. Plaintiff tried in vain with numerous calls and notices to Sprout to
5  immediately reconvey their deed of trust whereas they were paid off in full through escrow a year earlier in
6  2022. Moreover, ORTC tried to have Sprout to file the reconveyance on 43rd Ave as they paid Sprout the
7  $1.58 Million dollars a year earlier.

9  Sprout ignored all demands to reconvey their first deed of trust on 43rd Ave despite being paid off to full a
10 year earlier the $1.58 Million dollars through ORTC escrow. As a result, Plaintiff lost 43rd Ave to Foreclosure
11 trust deed sale because Sprout intentionally, illegally, deleteriously engaged in criminal fraud and theft against
12 Plaintiff in the amount of $1.58 Million dollars causing plaintiff to not be able to refinance the loan that was
13 due prior to the trustee sale because Sprout never reconveyed their loan off of 43rd Ave.

15 43rd Ave is and was appraised at that time at $3.4 Million dollars and $4 Million dollars by mortgage banker
16 Association appraisers. Using the $3.4 Million dollars appraisal, Plaintiff lost actual damages of $2.1 Million
17 dollars, or more. Plaintiff requests 5 times of the damages, under California law Plaintiff can receive 10 times
18 of the actual damages for intentional bad act by the defendant. Plaintiff asks 5 times of the punitive damages
19 which is $10.5 Million dollars. The total amount claimed by plaintiff Yitong Wen/FITSKM against Sprout is
20 $12.6 Million dollars.

23 Respectfully Submitted,
24 DATED: JUNE 28, 2024

*/s/ Yitong Wen*
YITONG WEN/FITSKM LLC

- 2 -
ADVERSARIAL CLAIM AGAINST SPROUT FOR MONETARY DAMAGES

Exhibit "A"

# APPRAISAL REPORT

# OF



810 43rd Avenue
San Francisco, CA 94121

## PREPARED FOR

*
PB Financial Group Corp.
6380 Wilshire Blvd. Suite 161
Los Angeles, CA 90048

## AS OF

04/08/2022

## PREPARED BY

ACE Appraisers
PO Box 65
Burson, CA 95225

ACE Appraisers

File No. 2022-2173

## Uniform Residential Appraisal Report

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| There are | 7 | comparable properties currently offered for sale in the subject neighborhood ranging in price from $ | | 1,298,000 | to $ | 3,990,000 | . |
| There are | 27 | comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ | | 1,388,000 | to $ | 4,388,888 | . |

| FEATURE | SUBJECT | COMPARABLE SALE #1 | | COMPARABLE SALE #2 | | COMPARABLE SALE #3 | |
|---|---|---|---|---|---|---|---|
| Address | 810 43rd Avenue<br>San Francisco, CA 94121 | 624 12th Avenue<br>San Francisco, CA 94118 | | 243 32nd Avenue<br>San Francisco, CA 94121 | | 525 10th Avenue<br>San Francisco, CA 94118 | |
| Proximity to Subject | | 1.82 miles E | | 0.97 miles NE | | 1.92 miles E | |
| Sale Price | $ | $ 3,088,000 | | $ 3,200,000 | | $ 3,610,000 | |
| Sale Price/Gross Liv. Area | $ 0.00 sq. ft. | $ 1,258.87 sq. ft. | | $ 1,363.44 sq. ft. | | $ 961.64 sq. ft. | |
| Data Source(s) | | ML MLS#422632879;DOM 7 | | ML MLS#421608909;DOM 1 | | ML MLS#421603846;DOM 17 | |
| Verification Source(s) | | DOC# Not Yet Posted | | DOC#180708 | | DOC#176003 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sale or Financing | | ArmLth | | ArmLth | | ArmLth | |
| Concessions | | Conv;0 | | Conv;0 | | Cash;0 | |
| Date of Sale/Time | | s03/22;c03/22 | 0 | s12/21;c11/21 | 0 | s11/21;c11/21 | 0 |
| Location | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 2375 sf | 2996 sf | 0 | 3197 sf | -29,000 | 3998 sf | -57,000 |
| View | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Design (Style) | DT4;Traditional | DT2;Traditional | 0 | DT3;Traditional | 0 | DT3;Traditional | 0 |
| Quality of Construction | Q4 | Q4 | | Q4 | | Q4 | |
| Actual Age | 106 | 106 | 0 | 113 | 0 | 107 | 0 |
| Condition | C4 | C2 | -400,000 | C3 | -200,000 | C3 | -200,000 |
| Above Grade | Total Bdrms. Baths | Total Bdrms. Baths | | Total Bdrms. Baths | | Total Bdrms. Baths | |
| Room Count | 10   6   4.0 | 7   3   2.1 | +75,000 | 6   3   1.1 | +125,000 | 9   5   3.2 | 0 |
| Gross Living Area | 4,401 sq. ft. | 2,453 sq. ft. | +498,500 | 2,347 sq. ft. | +526,000 | 3,754 sq. ft. | +165,500 |
| Basement & Finished Rooms Below Grade | 0sf | 0sf | | 0sf | | 0sf | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | Wall/None | FWA/None | 0 | FWA/None | 0 | FWA/None | 0 |
| Energy Efficient Items | Dual Pn Wdws | Dual Pn Wdws | | Dual Pn Wdws | | Dual Pn Wdws | |
| Garage/Carport | 1gbi1dw | 2gbi1dw | -100,000 | 1gbi1dw | | 2dw | +100,000 |
| Porch/Patio/Deck | Porch/Patio | Porch/Patio | | Porch/Patio | | Porch/Patio | |
| Fireplaces | 1 Fireplace | 1 Fireplace | | 1 Fireplace | | 1 Fireplace | |
| Other Item | None | None | | None | | Rec Room | -100,000 |
| Net Adjustment (Total) | | [X] +  [ ] - | $ 73,500 | [X] +  [ ] - | $ 422,000 | [ ] +  [X] - | $ -91,500 |
| Adjusted Sale Price of Comparables | | Net Adj 2%<br>Gross Adj : 35% | $ 3,161,500 | Net Adj 13%<br>Gross Adj: 28% | $ 3,622,000 | Net Adj: -3%<br>Gross Adj: 17% | $ 3,518,500 |

I [X] did [ ] did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research [X] did [ ] did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data source(s) Tax Card

My research [ ] did [X] did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data source(s) Tax Card

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | 04/27/2021 | | | |
| Price of Prior Sale/Transfer | $1,580,000 | | | |
| Data Source(s) | Tax Records | Tax Records | Tax Records | Tax Records |
| Effective Date of Data Source(s) | 03/24/2022 | 03/24/2022 | 03/24/2022 | 03/24/2022 |

Analysis of prior sale or transfer history of the subject property and comparable sales  Subject property last 3 year sales history: Subject had 2 prior transfers and a prior sale 04/27/2021 for $1,580,000 from Michalski George to Goriup Maria M D (Grant Deed).

Comps last 1 year sales history: No prior sale or transfer in last 12 months.

Summary of Sales Comparison Approach  Comps 1 to 4 are closed sales from subject's neighborhood. Comparables were selected for their age, room count, quality & design style. Adjustments made by market reaction/paired sales/bracketing, market data analysis and calculations were retained in appraiser work file. Conditional ratings obtained from MLS Listing photos, narrative & conversations with Listing agents when possible. Comps were adjusted for condition based on bracketing. See Reconciliation Chart for weight given to each comparable. Reconciliation Chart is provided to support comparable weights & calculations. It is not intended to be an exact match for final value conclusion.

Indicated Value by Sales Comparison Approach $ 3,398,500
Indicated Value by: Sales Comparison Approach $ 3,398,500   Cost Approach (if developed) $ 3,351,000   Income Approach (if developed) $

The sales comparison approach is considered primarily, as it reflects the actions of buyers and sellers of competing properties. The cost approach was given little consideration due to the historical nature of it's data not being an accurate indicator of current cost nor builder's profits. The income approach was not developed due to it's unreliability.

This appraisal is made [X] "as is," [ ] subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, [ ] subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or [ ] subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:  This is an appraisal report that is intended for use in a refinance transaction only. This report is not intended for any other uses.

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $ 3,398,500 , as of 04/08/2022 , which is the date of inspection and the effective date of this appraisal.

Freddie Mac Form 70   March 2005

UAD Version 9/2011 Produced by ClickFORMS Software 800-622-8727

Fannie Mae Form 1004   March 2005
Page 2 of 33

ACE Appraisers

File No. 2022-2173

# Uniform Residential Appraisal Report

The purpose of this appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

## SUBJECT

| Field | Value |
|---|---|
| Property Address | 810 43rd Avenue |
| City | San Francisco |
| State | CA |
| Zip Code | 94121 |
| Borrower | Fitskm LLC |
| Owner of Public Record | Fitskm LLC |
| County | San Francisco |
| Legal Description | BLK 422 |
| Assessor's Parcel # | 1685-009A |
| Tax Year | 2021 |
| R.E. Taxes $ | 1,969 |
| Neighborhood Name | Outside Land Bl 422 |
| Map Reference | 37.773288, -122.503460 |
| Census Tract | 0479.01 |
| Occupant | [ ] Owner  [X] Tenant  [ ] Vacant |
| Special Assessments $ | 0 |
| [ ] PUD | HOA $ 0  [ ] per year  [ ] per month |
| Property Rights Appraised | [X] Fee Simple  [ ] Leasehold  [ ] Other (describe) |
| Assignment Type | [ ] Purchase Transaction  [X] Refinance Transaction  [ ] Other (describe) |
| Lender/Client | PB Financial Group Corp. |
| Address | 6380 Wilshire Blvd. Suite 161, Los Angeles, CA 90048 |

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? [X] Yes [ ] No
Report data source(s) used, offerings price(s), and date(s). DOM 58;Subject property was offered for sale.;Latest Price $3,288,000;Latest Date 02/16/2022;Original Price $3,288,000;Original Date 02/12/2022;ML MLS#81878089

[ ] I did [ ] did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.

## CONTRACT

Contract Price $ ___  Date of Contract ___  Is the property seller the owner of public record? [ ] Yes [ ] No  Data Source(s) ___
Is there any financial assistance (loan charges, sale concessions, gift or down payment assistance, etc.) to be paid by any party on behalf of the borrower? [ ] Yes [ ] No
If Yes, report the total dollar amount and describe the items to be paid.

## NEIGHBORHOOD

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | One-Unit Housing Trends | One-Unit Housing | Present Land Use % |
|---|---|---|---|
| Location: [X] Urban [ ] Suburban [ ] Rural | Property Values: [ ] Increasing [X] Stable [ ] Declining | PRICE / AGE | One-Unit 65 % |
| Built-Up: [X] Over 75% [ ] 25-75% [ ] Under 25% | Demand/Supply: [ ] Shortage [X] In Balance [ ] Over Supply | $ (000) (yrs) | 2-4 Unit 5 % |
| Growth: [ ] Rapid [ ] Stable [X] Slow | Marketing Time: [X] Under 3 mths [ ] 3-6 mths [ ] Over 6 mths | 725 Low 25 | Multi-Family 10 % |
| | | 5,000 High 110 | Commercial 15 % |
| Neighborhood Boundaries NORTH - Ocean  EAST - 30th Avenue  SOUTH - Fulton Street  WEST - Ocean | | 2,050 Pred. 85 | Other Park 5 % |

Neighborhood Description: The subject's immediate area is an established neighborhood of average quality homes. The subject has access to all necessary supporting facilities including schools, shopping, recreation and employment.

Market Conditions (including support for the above conclusions): Market is currently overall stable and in shortage with minimal listings. Marketing times are typically 0-90 days. Well priced listings sell within 30 days. Minimal buy downs/concessions needed to successfully market properties. Financing is readily available with FHA, VA, CAL-VET, Conventional.

## SITE

| Field | Value |
|---|---|
| Dimensions | 25.00 x 95.00 |
| Area | 2375 sf |
| Shape | Rectangular |
| View | N;Res; |
| Specific Zoning Classification | R-1 |
| Zoning Description | Single Family Residential |
| Zoning Compliance | [X] Legal  [ ] Legal Nonconforming (Grandfathered Use)  [ ] No Zoning  [ ] Illegal (describe) |

Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use? [X] Yes [ ] No  If No, describe. See Comment Section on Page 3

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements—Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | X | | Water | X | | Street Asphalt | X | |
| Gas | X | | Sanitary Sewer | X | | Alley None | | |

FEMA Special Flood Hazard Area [ ] Yes [X] No  FEMA Flood Zone X  FEMA Map # 0602980094A  FEMA Map Date 03/23/2021
Are the utilities and/or off-site improvements typical for the market area? [X] Yes [ ] No  If No, describe.
Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? [ ] Yes [X] No  If Yes, describe.
At the time of inspection there were no apparent adverse easements, encroachments, or adverse conditions noted. No title report was provided to or reviewed by the appraiser.

## IMPROVEMENTS

| General Description | Foundation | Exterior Description materials/condition | Interior materials/condition |
|---|---|---|---|
| Units [X] One [ ] One with Accessory Unit | [X] Concrete Slab [ ] Crawl Space | Foundation Walls Concrete/Avg | Floors Wood/Avg |
| # of Stories 4 | [ ] Full Basement [ ] Partial Basement | Exterior Walls Stucco/Avg | Walls Drywall/Avg |
| Type [X] Det. [ ] Att. [ ] S-Det/End Unit | Basement Area 0 sq. ft. | Roof Surface Composite/Avg | Trim/Finish Wood-Paint/Avg |
| [X] Existing [ ] Proposed [ ] Under Const. | Basement Finish 0 % | Gutters & Downspouts Galv. Iron/Avg | Bath Floor Tile/Avg |
| Design (Style) Traditional | [ ] Outside Entry/Exit [ ] Sump Pump | Window Type DblPn/Avg | Bath Wainscot Tile/Avg |
| Year Built 1916 | Evidence of [ ] Infestation | Storm Sash/Insulated Metal/Avg | Car Storage [ ] None |
| Effective Age (Yrs) 30 | [ ] Dampness [ ] Settlement | Screens Vinyl/Avg | [X] Driveway # of Cars 1 |
| Attic [ ] None | Heating [ ] FWA [ ] HWBB [ ] Radiant | Amenities [ ] Woodstove(s) # 0 | Driveway Surface Concrete |
| [ ] Drop Stair [ ] Stairs | [X] Other Wall  Fuel Gas | [X] Fireplace(s) # 1 [X] Fence Wood | [X] Garage # of Cars 1 |
| [ ] Floor [X] Scuttle | Cooling [ ] Central Air Conditioning | [X] Patio/Deck Cnct [X] Porch Conc. | [ ] Carport # of Cars 0 |
| [ ] Finished [ ] Heated | [ ] Individual [X] Other None | [ ] Pool None [ ] Other None | Att. [ ] Det. [X] Built-in |

Appliances [ ] Refrigerator [X] Range/Oven [X] Dishwasher [X] Disposal [X] Microwave [ ] Washer/Dryer [X] Other (describe) Fan/Hood
Finished area above grade contains: 10 Rooms  6 Bedrooms  4.0 Bath(s)  4,401 Square Feet of Gross Living Area Above Grade
Additional features (special energy efficient items, etc.) None noted.

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.). C4;No updates in the prior 15 years;See comments - SUBJECT CONDITION

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? [ ] Yes [X] No  If Yes, describe
No obvious signs of adverse environmental condition were noted by the appraiser.

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? [X] Yes [ ] No  If No, describe

Appraiser License     File No. 2022-2173

| | | | | | | |
|---|---|---|---|---|---|---|
| Borrower | | | Fitskm LLC | | | |
| Property Address | 810 43rd Avenue | | | | | |
| City | San Francisco | County | San Francisco | State | CA | Zip Code 94121 |
| Lender/Client | PB Financial Group Corp. | | Address | 6380 Wilshire Blvd. Suite 161, Los Angeles, CA 90048 | | |

