# Sprout Mortgage LLC

## 2004 REQUESTS

1. All documents and communications exchanged between you and Sprout Mortgage LLC (the "Debtor"), or Affiliate Entities. For the purposes of this document request, Affiliate Entities is defined as Sprout Mortgage, LLC; Sprout Holdings LLC; Sprout Mortgage Corporation; Sprout Asset Holdings LLC; Sprout Lending LLC; Sprout Asset Management Trust; Biscayne Mortgage LLC; Recovco Mortgage Management LLC and Sprout Membership Holdings LLC (collectively, the "Affiliate Entities").  Moreover, for the purposes of this document request, the relevant time period for which documents are sought shall be from the inception of the relationship between the Witness and the Debtor as well as the Affiliate Entities, up to the current date.

2. All documents and communications relating to or reflecting payments (or exchanges of other items of value whether tangible or intangible) by or between you and the Debtor, and/or Affiliate Entities, including all payments made to or through intermediaries, third parties or nominees acting on your behalf or on behalf of the Debtor, and/or Affiliate Entities.

3. All documents and communications relating to the actual monies provided to you by the Debtor, and/or Affiliate Entities.

4. All engagement letters, consulting contracts, fee schedules, retention agreements, limitations on representation, limitations of liability, or other relationship-governing documents between you and the Debtor and/or Affiliate Entities.

5. All documents and communications relating to your decision to invest in the Debtor and/or the Affiliated Entities, including all documents provided by the Debtor and/or the Affiliated Entities related to any diligence performed.

6. All documents and communications related to any lending relationship between you and the Debtor and/or the Affiliated Entities, including, but not limited to, schedule of detailed transactional activity; contractual agreements, and borrowing base certificates and/or other collateral related materials.

7. All documents and communications relating to your decision to either continue or discontinue your relationship with Debtor, Affiliated Entities, and/or Michael Strauss after July 2022.

8. All documents and communications relating to any concerns raised by any person regarding whether Debtor, and/or Affiliate Entities were involved in fraud or other wrongdoing, regardless of the weight or credibility given to such concerns.

9. To the extent not produced in the foregoing requests, all communications between you and Michael Strauss, his agents, family members, representatives, and/or employees relating to Debtor, and/or Affiliate Entities.