# The Kantrow Law Group

A Professional Limited Liability Company
732 Smithtown Bypass, Suite 101
Smithtown, New York 11787
516 703 3672
fkantrow@thekantrowlawgroup.com

FRED S. KANTROW

---------------------------                                                      CAROLYN PISCIOTTA

HAILEY L. KANTROW                                                                 *Paralegal*

December 24, 2024

VIA ECF ONLY
Allan B. Mendelsohn, Esq.
38 New Street
Huntington, New York 11743

Re:    In re Sprout Mortgage LLC, Chapter 11, Case No. 23-72433-reg

Dear Mr. Mendelsohn:

Consistent with the Court's Order authorizing the trustee to retain The Kantrow Law Group, PLLC, the firm must advise you when it intends to increase its billing rates. Effective January 1, 2025, the firm's rates are as follows:

- Fred S. Kantrow, Partner            $645.00 per hour
- Hailey L. Kantrow, Associate        $355.00 per hour
- Paralegal                           $100.00 per hour

Thank you.

Respectfully,

S/Fred S. Kantrow
Fred S. Kantrow