## *The Kantrow Law Group*

A Professional Limited Liability Company
732 Smithtown Bypass, Suite 101
Smithtown, New York 11787
516 703 3672
fkantrow@thekantrowlawgroup.com

FRED S. KANTROW

---------------------------       CAROLYN PISCIOTTA

HAILEY L. KANTROW       *Paralegal*

March 12, 2025

VIA ECF ONLY
Hon. Robert E. Grossman
United States Bankruptcy Judge
United States Bankruptcy Court
290 Federal Plaza
Central Islip, New York 11722

Re:   In re Sprout Mortgage LLC, Chapter 11, Case No. 23-72433-reg

Dear Judge Grossman:

The undersigned is counsel to Allan B. Mendelsohn, the operating trustee (the "Trustee") in the above referenced case. Today, Judge Michael E. Wiles conducted a hearing in the pending chapter 11 case *In re 16 EF Apartment LLC* (Case No. 25-10159-mew) to consider the United States Trustee motion to dismiss which was supported by the secured creditor. Rather than granting the motion to dismiss, the Court determined it was more appropriate to grant the secured creditor relief from the automatic stay to allow it to proceed with its foreclosure.

Should the Court require additional information, the Trustee shall make himself available at the Court's direction.

Respectfully submitted,

S/Fred S. Kantrow
Fred S. Kantrow

Cc:   Allan B. Mendelsohn
      Todd M. Gardella