The Kantrow Law Group, PLLC
*Attorneys for Allan B. Mendelsohn, Trustee*
732 Smithtown Bypass, Suite 101
Smithtown, New York 11787
Fred S. Kantrow, Esq.
516 703 3672

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

In re:

SPROUT MORTGAGE LLC,

                             Debtor.

-------------------------------------------------------------------x

Chapter 11
Case No.: 23-72433-reg

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                             )
COUNTY OF SUFFOLK    )

       Fred S. Kantrow, being duly sworn, deposes and states that I am over the age of 18 years and not a party to this action.

       That on the 18th day of April 2025, I served **NOTICE AND TRUSTEE'S APPLICATION SEEKING ENTRY OF AN ORDER AUTHORIZING THE ESTABLISHMENT OF A SUPPLEMENTAL BAR DATE FOR THOSE EMPLOYEES THAT DID NOT RECEIVE NOTICE OF THE BANKRUPTCY CASE AND HAVE NOT FILED AN EMPLOYEE WAGE CLAIM NOR HAVE THEY ASSERTED A CLAIM THROUGH ANY PENDING "FLSA" LITIGATION; EXHIBITS; AND PROPOSED ORDER** upon those parties listed herein, via Electronic Mail and First Class Mail by placing same in a postage prepaid properly addressed wrapper and depositing same into a mailbox under the exclusive care and control of the United States Postal Service.

                                 S/Fred S. Kantrow
                                 Fred S. Kantrow

Sworn to before me on this
18th day of April 2025

S/Carolyn Rose Iraci
Carolyn Rose Iraci, Notary Public
No. 01IR63712780
Qualified in Suffolk County
Comm. Exp. 3/20/26

TO:

*Via First Class Mail:*

Avrum J. Rosen, Esq.
The Law Offices of Avrum J. Rosen, PLLC
38 New Street
Huntington, New York 11743

Office of the United States Trustee
560 Federal Plaza
Central Islip, New York 11722

Kevin J. Etzel, Esq.
Vedder Price P.C.
1633 Broadway, 31st Floor
New York, New York 10019

ATTN: BANKRUPTCY UNIT
UTAH STATE TAX COMMISSION
210 N 1950 W
SALT LAKE CITY, UT 84134-9000

Matthew Kuhl
19927 Diamond Hill Ln
Katy TX 77449

Virginia Kuhl
19927 Diamond Hills Lane
Katy, TX 77449

Owen R. Wolfe, Esq
Seyfarth Shaw LLP
620 Eighth Avenue, FL 33
New York, NY 10018

Jason Rozger, Esq.
Menken Simpson & Rozger LLP
80 Pine Street, 33rd Fl.
New York, NY 10005

MASSACHUSETTS DEPARTMENT OF REVENUE
ATTN:BANKRUPTCY UNIT
PO BOX 7090
BOSTON, MA 02204-7090

Bruce Menken, Esq.
Menken, Simpson & Rozger, LLP
80 Pine Street 33rd Floor
New York, NY 10005

Karena J. Straub, Esq.
HINSHAW & CULBERTSON LLP
800 Third Avenue, 13th Floor
New York, New York 10022

Mickee M. Hennessy

Westerman Ball Ederer Miller Zucker
& Sharfstein, LLP
1201 RXR Plaza
Uniondale, NY 11556

Matthew Stein, Esq.
Kasowitz Benson Torres LLP
Paramount Plaza
1633 Broadway
New York, NY 10019

PNC BANK RETAIL LENDING
PO BOX 94982
CLEVELAND OH 44101-4982

PNC Bank National Association
249 5th Avenue , Suite 30
Pittsburgh, PA 15222

Albena Petrakov Esq.
Offit Kurman
590 Madison Avenue 6th Floor
New York, New York 10022-8521

Gregory Juell
DLA Piper LLP
1251 6th Avenue, 27th Fl
New York, NY 10021

ADP
1 Adp Blvd
Roseland, NJ 07068-1786


Access Insurance
450 Skokie Blvd
Ste 1000
Northbrook, IL 60062-7917

ActiveComply LLC
PO Box 8108
Philadelphia, PA 19101-8108

Adkins, Thomas E
8298 Woodgrove Rd
Jacksonville, FL 32256-7317

Akre, David
223 Wall Street
Huntington, NY 11743-2060

ADT Security Services
P.O. BOX 371878
Pittsburg, PA 15250-7878

Accorto Jr. , Roberto E.
10866 0ak Bend Way
Wellington, FL 33414-6174

Adams, Brent
11732 9th Street
Garden Grove, CA 92840-2305

ALABAMA DEPT OF REVENUE
PO BOX 320001
MONTGOMERY AL 36132-0001

Alvarez Donoso, Felipe Antonio
1845 Northwest 4th Avenue
APT 18
Boca Raton, FL 33432-1544

Sprout Mortgage LLC
90 Merrick Avenue
Fresh Meadows, nY 11554-1565

ADM Talent Recruiting, LL
2714 Briar Ridge Dr
Charlotte, NC 28270-0707

AKIKSIT
3406 Via Lido
lA-22
Newport Beach, CA 92663-3961

Abraham, Timothy
2777 Alton Pkwy Apt 355
 Irvine, CA 92606-3154

Acevedo, Mais Lynn
88 East San Carlos Street Apt 401
San Jose, CA 95112-4156

Alarcon, Christine Marie
14945 Tierra Coruna Avenue
El Paso, TX 79938-2326

Appel, Leri
11441 East Prairie Avenue
Mesa, AZ 85212-1953

Arakelian, Gary
445 Dover Cir
Brea, CA 92821-6024

Ard, Merideth
608 Winterwood Drive
KeMedale, TX 76060-2864

BAI Center

6028 Eagle Way
Chicago, IL 60678-0060

Barale, Michael Alec
1316 Chippewa Drive
Plano, TX 75093-5021

AmeriHome Mortgage
1 Baxter Way
Suite 300
Thousand Oaks, CA 91362-3888

Appel, Steven
9921 East Lompoc Avenue
Mesa, AZ 85209-1479

Arambel, Patricia
6743 Jasmine Court
Chino, CA 91710-2870

Arizona Dept of Revenue
1600 West Nonroe Street
Phoenix, AZ 85007-2650

Arrow Transfer and Storage Inc
123 Frost St
Unit A
Westbury, NY 11590-5027

Avallone, Marc
757 East 169 Street
Bronx NY 10456-2664

Badice, Ashonni
117-39 124th St
South Ozone Park
Queens, NY 11420-2727

Barrett, Danette Marie
3604 B 12th Ave
Spokane, WA 99202-5327

Antetomaso, John F
72 Beaumont Avenue
Massapequa, NY 11758-5910

Aprio LLP
PO BoX 117310
Atlanta, GA 30368-7310

Arce, Oraida M
130 2nd Avenue
1L
Newark, NJ 07104-5499

Arkansas Dept. Fin. & Adm Ragland Bldg
1900 West 7th St
Suite 2047
Little Rock, AR 72201-4703

Asher, Shayne
15 macartur pl
Unit 1903
Santa Ana, CA 92707-6769

Ayala, Alejandro
1029 North Christobal Lane
Colton, CA 92324-6613

Aywas, Kimberly M
40 Green Pond Road
Blountsville, AL 35031-6943

Banc of California
3 MacArthur Place
Santa Ana, CA 92707-6068

Bartley, Tina D
8 Perimeter Center E Unit 2438
Atlanta, GA 30346-1690

Bartolotta, Joseph
23 High Ridge Road
Warwick, NY 10990-2649

Bastian, Briggs
1577 Sabina Circle
SIMI VALLEY, CA 93063-4541

Beck, Raley Sumner
33112 Sea Bright Drive
Dana Point, CA 92629-1127

Bichel, Robert W
8864 Sandpiper Cir
Fountain Valley, CA 92708-5623

Black Mann and Graham LLP
2905 Corporate Circle
Flower Mound, TX 75028-2266

Bliss, Daniela
568 East Lemon Avenue
D
Glendora, CA 91741-3501

Boyd, Justin D
2924 Lucas Dr Apt 4106
Dallas, TX 75219-5685

Bracey, Victoria
375 Pleasant View Ln SE
Concord, NC 28025-6505

Basile, Vincent Louis
107 Wyncote Court
Stephens City, VA 22655-4857

Bauman, John C
30251 Golden Lantern
Suite 1572
Laguna Niguel, CA 92677-5993

Berdugo, Yesenia
43 Bradford Street
Brooklyn, NY 11207-2501

Bilicki, Eugene
36 Julian Street
Hicksville, NY 11801-2227

Blackwell, Catherine
63196 HW Via Palazzo
Bend, OR 97703-7309

Bonderov, Jennifer L
11011 HE 104th St
Vancouver, WA 98662-3323

Borgogna, Greg
21141 canada Road
9A
Lake Forest, CA 92630-7714

Boyd-Young, Bridget
P.O. Box 2730
Shasta, CA 96087-2730

Bastian, Beth
1577 Sabina Circle
Simi Valley, CA 93063-4541

Bayer, Jacy
11110 Lincoln Avenue
Hagerstown, MD 21740-7514

Bias, Kimberly A
25710 130th Avenue Southeast
Kent, WA 98030-7991

Blank Rome
One Logan Square
Philadelphia, PA 19103-6998

Boiano, Giuseppe

88 Aspen Lane
Stamford, CT 06903-3033

Boualapha, Bounthavy
1606 Oak Street
Unit B
Sandpoint, ID 83864-3025

Boyer, Blake M
4956 Park Drive
Carlsbad, CA 92008-3812

Bradley Arant Boult Cummings LLP
 PO Box 830709
Birmingham, AL 35283-0709

Breden, Stephanie L
156 Beverly Road
South Huntington, NY 11746-4526

Brooks, Valerie Christine
14200 Layne Loop
Leander, TX 78641-8251

Bruno, Marisela
9503 Wirt Street
Omaha, HE 68134-4658

Bureau Tax & Accounting Unemployment Ins. Div.
PO Box 7942
Madison, WI 53707-7942

Butler, David
473 Salt Creek Way
Brunswick, GA 31523-7188

CA Franchise Tax Board Bankruptcy Section
PO Box 2952
Sacramento, CA 95812-2952

CSC
PO Box 7410023
Chicago, IL 60674-5024

Campbell, Charles
5739 Calle Polvorosa
San Clemente, CA 92673-6404

Cargas Systems
PO Box 6310
Hermitage, PA 16148-0924

Carpenter, Randall
15001 West 123rd Circle
Olathe, KS 66062-6958

Bridge Builders
7204 Glen Forest Drive
Suite 204
Richmond, VA 23226-3778

Brown, Denitrice
1297 Estancia Street
Beaumont, CA 92223-7501

Bullseye Telecom Inc
PO Box 74594
Cleveland, OH 44194-0002

CA Dept of Indust. Relati
2031 Bove Ave
Sacramento, CA 95825-0179

CBC dba Factual Data
PO Box 640495
Pittsburgh, PA 15264-0495

CONNECTICUT DEPARTMENT OF REVENUE SERVICES
ATTN COLLECTIONS UNIT - BANKRUPTCY TEAM
450 COLUMBUS BLVD STE 1
HARTFORD CT 06103-1837

Carrasco, Leah
13030 Anola Street
Whittier, CA 90605-2701

Brockwell, Shana
1106 Tree Crossing Parkway
Hoover, AL 35244-4049

Brown, Omar
28102 Hibiscus Drive
Laguna Niguel, CA 92677-7003

Burch, Daniel Joseph
650 Tapestry Lane
Apt 143
Brandon, FL 33511-8637

Burris, Eben
12919 Chumstick Hwy
Leavenworth, WA 98826-9249

CA Dept. of Tax & Fee Special Operations
PO Box 942879
Sacramento, CA 94279-0074

CORT Business Services Corp
PO Box 70518
Philadelphia, PA 19176-0518

Cameron, Gary

731 Marsopa Drive
Vista, CA 92081-6482

Capital Retail Solutions Inc
5704 Lonetree Blvd
Rocklin, CA 95765-3734

Casillas, Luis D
363 Alta Vista Street
Placentia, CA 92870-5038

Cason, Stephanie B
2 Fair Oats
Laguna Niguel, CA 92677-5909

Caswell, Nicole
613 South San Marcos Circle
Gilbert, AZ 85296-2933

Chavez, Paul
207 Knox Street #D
Costa Mesa, CA 92627-7720

Chen, Jennifer
140 Elkhorn
Irvine, CA 92618-8891

Christopher Wright
15 Paul St
Port Jefferson Station, NY 11776-1736

Citizens Property Insurance Corp
301 W Bay St
Suite 1300
Jacksonville, FL 32202-5142

Clear Capital Inc Umpqua Bank
PO Box 885176
Los Angeles, CA 90088-5176

Colorado Dept of Revenue
Attn Bankruptcy Dept.
1881 Pierce St.
Room 104
Denver, CO 80214

Comergence
Dept 3232
PO Box 12 3232
Dallas, TX 75312-3232

CellarStone, Inc
80 cabrillo Hwy, Ste Q216
Half Moon Bay, CA 94019-1650

Charter Communications

PO Box 60074
City of Industry, CA 91716-0074

Chea, La
2221 East 15th Street
Brooklyn, NY 11229-4316

Chomik, Konrad
3839 Kendall Street
San Diego, CA 92109-6505

Chukkuluri, Lavanya
5845 Bit O Scotch Ct
West Chester, OH 45069-7592

Closing Corp, Inc.
3111 Camino del Rio N Ste 200
San Diego, CA 92108-5722

Colter, Zachery
193 East Hudson Street
Columbus, OH 43202-2613

Computershare
WF 8113
PO Box 1450
Minneapolis, NN 55485-8113

Chang, Jim
18076 Burke Lane
Yorba Linda, CA 92886-8679

Chase, William Thomas
5879 Briarwood Ct.
Clarkston, MI 48346-3171

Chen, Angela
140 Elkhorn
Irvine, CA 92618-8891

Chrisman LLC
10594 Dixon Lane
Reno, NV 89511-9452

Ciriza, Nayeli
3225 Royal Jewel Street
El Paso, TX 79936-0939

Clay County Utility Authority
3176 Old Jennings Rd
Middleburg, FL 32068-3907

Colkitt, Ryan
12 Autumn Hill Lane
Southborough, MA 01772-1263

Comcast
PO box 71211
Charlotte, NC 28272-1211

CondoTek
1038 Christian St
Philadelphia, PA 19147-3743

ConvergePoint Inc
1810 Snake River Rd
Katy, TX 77449-7747

CoreLogic Solutions LLC
PO Box 847239
Dallas, TX 75284-7239

Corodata Shredding, Inc
12375 Kerran St
Poway, CA 92064-6801

Crapanzano, Nicholas
1028 Stuart Place
Seaford, NY 11783-1433

Cullen, Laurie
16330 Lydia Bill Drive 1307
Chesterfield, MO 63017-7878

Curtis, Jeremy
1300 Petunia Drive
Allen, TX 75002-4419

Daniel Margolis c/o Ellin
711 Third Avenue
Suite 501
New York, NY 10017-9211

Cooper, Ellie
1585 Hillcrest Street
Washington, PA 15301-1229

Corelogic Flood Services LLC
PO Box 202176
Dallas, TX 75320-2176

Cowell, Jewlia K
2425 Hudson Road
Pottsville, AR 72858-9094

Cratty, Gregory P
97 Standish Street
Marshfield, MA 02050-2638

Cruz, Kimberly Carranza
943 Horth Placentia Ave Apt F

Fullerton, CA 92831-3227

Curinos LLC
PO Box 411080
Boston, MA 02241-1080

DATA VERIFY
PO BOX U0495
PITTSBURG, PA 15264-0495

Danza, Jeffrey
1253 Park Street
Robbinsville, NJ 08691-4159

De Gracia, Angela
3038 Bull Court
Tracy, CA 95377-7988

Consolidated Analytics
1 MacArthur Place
Suite 100
Santa Ana, CA 92707-5928

Copeland, Joshua K
2409 Linda Drive
Ennis, TX 75119-7611

Coretek Services
34900 Grand River Ave
Farmington Bills, MI 48335-3318

Cox, Maria
4273 East Carla Vista Drive
Gilbert, AZ 85295-6128

Creel, Elisabeth M
8561 Glenbury Court
North Jacksonville, FL 32256-9080

Crystal Merrill
c/o Omid Nosrati, Esq.,
NOSRATILAW APLC
1801 Century Park East, Suite 840
Los Angeles, CA 90067-2349

Curry, Frank
1049 Regatta Run
Costa Mesa, CA 92627-4598

Daino, Vincent J
14 Devon Court
Spring Lake, NJ 07762-2294

DeLisi, Richard
122 Pinegrove Cir
Milford, PA 18337-9699

Del Rosario, Miriam
9347 Farralone Avenue
Chatsworth, CA 91311-4703

Dermendjian, Mariam
3120 W Carefree Hwy
#211
Phoenix, AZ 85086-3201

Dicea, Bailey N
400 Redbridge Street
Middle River, MD 21220-2008

Digital Panda Consulting Inc
145 Tyee Dr. #19580
Point Roberts, WA 98281-9627

Dixon, Kianna Nicole
4620 Stantonsburg Road
Greenville, NC 27834-7930

DocuSign Inc Lockbox
PO Box 735445
Dallas, TX 75373-5445

Douglas, Lisa Kay
125 Baker Street #457
Costa Mesa, CA 92626-4594

Delgado-Reyes, Marinda
707 West 10th Street
Corona, CA 92882-4217

Denning, Kacie E
3773 Tillberglen Rd
Apt 2806
Dallas, TX 75287-3764

Devolve, William
535 South Ranch View Circle #74
Anaheim, CA 92807-4335

Dickinson Wright PLLC
500 Woodward Ave
Suite 4000
Detroit, NI 48226-5403

Diguiseppe, Steven A
59 Hawthorne Street
Lynbrook, NY 11563-1006

Drake, Robert Matthew
2206 Yearling Drive
Spring Bill, TN 37174-1369

Deluxe Financial Services
PO Box 4659
Carol Stream, IL 60197-4659

Devine, Julie Kathleen
425 Amberidge Trail NW
Sandy Springs, GA 30328-2806

DiLeo, Michael A
21 Barnes Lane
East Northport, NY 11731-3103

Diaz, Roseanna
6243 West Hearn Road
Glendale, AZ 85306-4144

DigiFi, Inc.
PO Box 208119
Dallas, TX 75320-8119

Diotte, Darrell C
301 Graciela Circle
St. Augustine, FL 32086-7838

Dobbs, Jeffrey
435 Tall Oaks Lane
Richardson, TX 75081-5543

Douglas Elliman Real Estate
575 Madison Ave
New York, NY 10022-2599

DynAMC Solutions, LLC
150 East 52 St Suite 22002
New York, NY 10022-6017

EPAM Systems Inc
41 University Dr Suite 202
Newtown, PA 18940-1873

Efax Corporate
Cloud Services, LLC
PO Box 51873
Los Angeles, CA 90051-6173

Empire Blue Cross Blue Shield
PO Box 645438
Cincinnati, OH 45264-5438

FRO CLK 90 Merrick Owner LLC
PO Box 74007336
Chicago, IL 60674-7336

Fajardo, Felipe
13187 Bromborough Drive
Orlando, FL 32832-6467

Farrington, Rhonda
1412 Laurel Hall Lane
Little Elm, TX 75068-5572

Fieramosca, Jessica
105 Sencillo Pl.
Rancho Mission Viejo, CA 92694-1591

Financial Freedom Mrtg.
875 Route 73 N.
Suite F
Marlton, NJ 08053-1273

EDD
Employment Development DepT
PO Box 989061
West Sacramento, CA 95798-9061

EarthIntegrate
7021 Portwest Drive
Houston, TX 77024-8084

Elliot Salzman
13176 Welford Hollow Rd N
Jacksonville, FL 32224-8648

English, Anthony
21270 Southeast Golden Market
Bend, OR 97702-3652

Ezpri Real Estate LLC
6060 Surety
Suite 130
El Paso, TX 79905-2033

Facundus, Roseanna
844 Iaiqua Ln
Santa Barbara, CA 93110-1211

Family First Funding LLC
215 Main Street #2A
Toms River, NJ 08753-7437

Fauth, Stephen
18 Edcris Lane
Huntington, NY 11743-4004

Filamor, Maria Rowena
4884 Ballast Lane
San Diego, CA 92154-8901

Fisher, Christina
211 Grayson Ave
Hamilton, NJ 08619-2521

Er Mortgage LLC
711 Third Avenue
Suite 501
New York, NY 10017-9211

EasyCom
3177 Latta Road
Box 102
Rochester, NY 14612-3094

Elqanni, MobamDad
35 Lilac
Lake Forest, CA 92630-1439

FGMC LLP
360 S Garfield St
6th Fl
Denver, CO 80209-3136

Faga, Michael E
11 Catherwood Crescent
Melville, NY 11747-1547

FedEx
PO Box 371461
Pittsburgh, PA 15250-7461

Fisher, Morgan I
1865 Lacassie Ave
Apt 6
Walnut Creek, CA 94596-4039

Flores, Jesse A
1210 Dodge City Place
Norco, CA 92860-3830

Forchelli Deegan Terrana
333 Earle Ovington Blvd., Suite 1010
Uniondale, NY 11553-3645

Forrest, Kennesha A
3850 Coco Avenue
Unit 15
Los Angeles, CA 90008-1432

Foytik, Rachel Blake
1845 Mesquite Valley Road
Mesquite, TX 75149-6611

Frederick, Gerald
602 Redwood Drive
Woodstock, GA 30189-1401

Freshworks Inc
14005 Live Oak Ave
#24888

Irwindale, CA 91706-1300

Fuller, Renena S
9615 Dawn Harvest Ct
Houston, TX 77064-4841

GA Dept of Labor
148 Andrew Young
Inter Blvd
Suite 800
Atlanta, GA 30303-1732

Gallagher Fiduciary Advisors LLC
PO Box 71396
Chicago, IL 60694-1396

Fliegel, Julie
99 Fox Boulevard
Merrick, NY 11566-4002

Florida Dept. of Revenue
Bankruptcy Unit
Tallahassee, FL 32314-6668

Francis, Von
1100 West 7th Street
#825
Fort Worth, TX 76102-3562

Freels, Rodney
3153 Green Mountain Circle
Parker, CO 80138-4203

Fulton, Niles Rocco
29222 Via San Sebastian
Laguna Niguel, CA 92677-1574

GEORGIA DEPT OF REVENUE COMPLIANCE DIVISION
ARCS BANKRUPTCY
1800 CEIITORY BLVD NE SUITE 9100
 ATLANTA GA 30345-3202

Galleria cafe
90 Merrick Ave
East Meadow, NY 11554-1562

Flores, Abraham F
202 Northwest Quail Gardens Pl
Hillsboro, OR 97124-2962

Forray, Pamela J
511 Berryhill Drive
Mansfield, TX 76063-3626

FoXen, Amanda
209 Willowlake Drive
Little Elm, TX 75068-5095

Francoso, David
10223 Heather Street
Alta Loma, CA 91737-4323

Frost, Paula
142A Indian Meadow Drive
Taunton, MA 02780-2852

Funding Shield LLC
660 Newport Center Drive, Suite 710
Newport Beach, CA 92660-8026

GREENE, DAVE
21301 Cupar Lane
Huntington Beach, CA 92646

Galletti, Marybeth
18 Sea Crest Rd
Old Saybrook, CT 06475-2920

Gannaway, Wrigley R
635 Angie Circle South
Midvale, UT 84047-1337

Gary, Tarius L
1411 Pine Bluff Drive
Allen, TX 75002-5856

Gilbert, Kristy M
236 Las Pallnas Drive
Irvine, CA 92602-2312

Goodspeed, Meg
1609 Gold Run RD
Chula Vista, CA 91913-1596

Goudge, Maureen R
2581 N. Hwy 95 #760
Parker, AZ 85344-8701

Guardian
PO Box 824404
Philadelphia, PA 19182-4404

Gutierrez, Vanessa
2216 N. Freeman St.
Santa Ana, CA 92706-1908

Haines, Andrew
10510 Santana Street
Santee, CA 92071-5016

Garfield, Michelle
6399 Morning Star Drive
Apt 909
The Colony, TX 75056-7329

Garza, Pedro J
13922 Harper Street
Santa Ana, CA 92703-1423

Google LLC
1600 Amphitheatre Parkway
Mountain View, CA 94043-1351

Granados, Santiago J
7012 Eagle Nest Court
El Paso, TX 79934-3432

Greenhouse Software
18 W 18th Street
11th Floor
Nev York, NY 10011-4650

GuidePoint Security LLC
PO Box 8H716
Boston, MA 02284-4716

HQ NY Bohemia
80 Orville Drive
Suite 100
Bohemia, NY 11716-2505

Garibian, Alex
9446 Hillhaven Avenue
Los Angeles, CA 91042-3008

Genzoli, Michael
179 Belgian Drive
Danville, CA 94526-1946

GitBub Inc
88 Collin P Kelly Jr St
San Francisco, CA 94107-2008

Gonzalez, Charlie
5069 Bright Rampton Dr SE
Smyrna, GA 30080

Google LLC
Dept 33654
PO BOX 39000
San Francisco, CA 94139-0001

Gray Robinson PA
50 North Laura Street Suite 1100
Jacksonville, FL 32202-3611

Gunning 1986 Trust
5739 Calle Polovora
San Clemente, CA 92673-6404

Hager, Patrick
3654 Valencia Road
Jacksonville, FL 32205-9035

Hawaii Dept of Tax
General Correspondence
PO Box 259
Honolulu, HI 96809-0259

Hinrichs, Corie J
47 Parterre Avenue
Lake forest, CA 92610-2351

Holcomb, Robert M
9005 Providence Colony Drive Apt A
Charlotte, NC 28277-0116

Hoskins, Jason R
1815 Sherington Place
V 316
Newport Beach, CA 92663-6660

Hanna, Nicholas
P.O. Box 4319
Mission Viejo, CA 92690-4319

Harley, Joshua
20041 Osterman Road
apt B15
Lake Forest, CA 92630-7761

Hamy, Scott
23654 Latana Court
Santa Clarita, CA 91355-2140

Hawiesby, Colleen Marie
31 Leon Way
Rancho Mirage, CA 92270-4736

Herrera, Gabriela
PO Boz 8224
Huntington Beach, CA 92615-8224

Hinshaw, Culbertson LLP
Attn: Brian S. McGrath
800 Third Avenue, 13th Fl
New YorK, NY 10022-7688

Hollingsworth, Allen
14241 Coursey Blvd
Suite A12
Baton Rouge, LA 70817-1368

Boltz, Shawn Bric Boltz
643 Woodside Dr SW
Pataskala, OR 43062-7812

Hansen, Melissa
1059 South Armstrong Circle
Anaheim, CA 92807-4508

Harris, Ray
2874 East Westchester Drive
Chandler, AZ 85249-5090

Hastie, Amanda D
101 Bluegill Circle
Moscow Mills, MO 63362-3005

Hayward, William
419 Locust Street
Brentwood, NY 11717-8101

Henry Santos
17820 Meadow Bottom Road
Charlotte, NC 28277-6659

HireRight LLC
PO Box 847891
Dallas, TX 75284-7891

Hunton Andrews Kurth LLP
PO BoX 405759
Atlanta, GA 30384-5700

IA Dept of Revenue
Bankruptcy Section
100 North Senate Ave
Indianapolis, IN 46204-2273

ICE Mortgage Technology Inc
PO Box 7410442
Chicago, IL 60674-0442

Idaho Dept of Labor
317 W Main St
Boise, ID 83735-0760

ILLINOIS DEPT OF REVENUE BANKRUPTCY UNIT
PO BOX 19035
SPRINGFIELD IL 62794-9035

Industrial Comm of Ari
800 W. Washington St.

Phoenix, AZ 85007-2903

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

JMJ Financial Group
26800 Aliso Viejo Parkway Suite 200
Aliso Viejo, CA 92656-2625

Jackson Lewis LLP
P.O. Box 416019
Boston, MA 02241-6019

IA Unemployment Ins Div
Tax Bureau
Revenue Collections Unit
1000 E Grand Avenue
Des Moines, IA 50319-0209

IN Dept of Workforce Dev
10 North Senate Ave
Room SE 106
Indianapolis, IN 46204-2277

Illinois Department of Financial & Profe
555 West Monroe Street
5th Floor
Chicago, IL 60661-3702

Imbimbo, Nicholas
2151 N Greats Rd
Sand Springs, OK 74063-6770

Intellinet
Two Concourse Pkwy
Suite 100
Atlanta, GA 30328-5566

Iron Mountain
PO BoX 27128
New York, NY 10087-7128

Jackson, Joshua
16211 North Scottsdale Road
A6A239
Scottsdale, AZ 85254-1584

Jackson, Tonja
4120 Dancing Waters Road
Plano, TX 75024-7070

James R. McGinn, Esq.
328 State St.
Schenectady, NY 12305-3201

Ibrahim, Jeremiah I
100 East Macarthur Blvd
#108
Santa Ana, CA 92707-6715

Illinois Dept of Labor
524 S. 2nd Street
Suite 400
Springfield, IL 62701-1712

Indeed Inc.
Mail Code 5160
PO BOX 660367
Dallas, TX 75266-0367

Intercom
55 Second Street
Suite 400
San Francisco, CA 94105-4560

Isleib, Robin
53 Cedar Lane
Monroe, CT 06468-2233

Jackson, Maria
13841 Cedar Grove Court
Corona, CA 92880-9065

Jackson, Toshika M
14813 Cedar Creek Way
Balch Springs, TX 75180-4352

Jeffries, Justin
4273 Lakefall Ct.
Riverside, CA 92505-3459

Jimenez, Lisbeth
9308 Rosehedge Drive
Pico Rivera, CA 90660-3116

Johnson, Carolyn
850 North Croft Avenue
#301
Los Angeles, CA 90069-6629

Jones, Benjamin C
600 Treviso Grand Circle
Nokomis, FL 34275-3418

Joseph Bartolotta
23 High Ridge Road
Warwick, NY 10990-2649

KRAMER LEVIN
Attn: Jeffrey W. David
1177 Avenue of the AMERICAS, fl 5

Nev York, NY 10036-2714

Kansas Dept of Labor
401 SW Topeka Blvd
Topeka, KS 66603-3182

Keith, Holly J
2313 Lantana Drive
Garland, TX 75040-2867

Kelsey, Jeremy Ryan
4430 Jewell Street
Apt 109
San Diego, CA 92109-4436

Key Media Inc
6140 S Gun Club Rd Suite K6 253
Aurora, CO 80016-5306

Johnson, Kedra
326 Leconey Avenue
Palmyra, NJ 08065-1538

Jordan, Angel
916 Joy Drive
Monroe, OH 45050-1688

Judis, Darin Paul
13591 Summit Circle
Poway, CA 92064-2171

Kaeser Blair Inc
4236 Grissam Dr
Batavia, OB 45103-1696

Kantata
6501 Irvine Center Dr Suite 200
Irvine, CA 92618-2136

Kelly, Jessica A
14221 Edwards St.
#5
Westminster, CA 92683-3645

Kensie Mae LLC
PO Box 208
Eden, NY 14057-0208

Kielar, Robert
731 Owego Turnpike
Waymart, PA 18472-3039

Jordan, Chad
310 West Linda Lane

Gilbert, AZ 85233-5424

KJCC Properties LLC
1064 HI Darling Rd
Bremerton, WA 98311-9004

Kaminski, Deane Garrett
840 Larrabee Street #2216
West Hollywood, CA 90069-4526

Kapral, Danielle
372 Wildbriar Rd
Rochester, NY 14623-4250

Kaufhold Gaskin Gallagher
355 South Grand Ave
Suite 2450
Los Angeles, CA 90071-9500

Kelly, Meghan
11300 3rd Street East
apt 3/c
Treasure Island, FL 33706-4750

KensieMae Technologies, I
PO Box 248
Eden, NY 14057-0248

Kim, Andrew
4957 Avila Way
Buena Park, CA 90621-1104

Klein, Karen Lee
502 Iowa Street
Neodesha, KS 66757-1538

Kotowski, John M
308 Rosehill Dr
Lemont, IL 60439-4323

Kyocera Document Solutions West LLC
PO BoX 31001 2998
Pasadena, CA 91110-0001

LEXISNEXIS Risk Solutions
28330 Network Place
Chicago, IL 60673-1283

Lacroix, Christopher
1208 Mansion Woods Rd
Annapolis, MD 21401-6590

Lavecchia, Jenna
1310 Crystal Hill Lane #3
Henderson, NV 89012-5591

Layman, Jason Robert
1540 Heritage Road
Dayton, OH 45459-3307

Kim, Soobin M
26701 Quail Creek
268
Laguna Bills, CA 92656-3052

Linnan, Patrick
8319 Reefbay Cove
Parrish, FL 34219-1885

KnowBe4 Inc
PO Box 734977
Dallas, TX 75373-4977

LA Dept of Revenue
617 North Third St
Baton Rouge, LA 70802-5432

LU Electric, Inc.
17762 Mitchell North
Irvine, CA 92614-6013

Lacy, Nyiesha La Hese
7390 Lenyon Ave
Hesperia, CA 92345-7225

King, Danielle
2478 Machester Avenue
Encinitas, CA 92007-2103

Kokosinski, Laurie
1033 Fairway Rd
Franklin Square, NY 11010-1705

Kuehl, Kari Ann
310 Kiriside Avenue
St. Augustine, FL 32095-8621

Kweit, Heidi Beth
257 H. Hewbridge Road
D1
Levittown, NY 11756-1597

LA Workforce Collision
PO Box 94094
Baton Rouge, LA 70804-9094

La Vecchia, Christi L
6003 Planters Dr
Pipersville, PA 18947-1050

Lal, Noori Kumari

1639 Royal Oak Drive
Lewis Center, OH 43035-6090


Lee, Taquan R
320 Conrow Street
Apt 147
Burlington, NJ 08016-1446

Leonhard, Michael
P.O. Box 4518
Gulf Shores, AL 36547-4518

Lewis, James
291 Maple Avenue
Uniondale, NY 11553-1621

LOS ANGELES COUNTY TREASURER AND TAX COLLECTION
BANKRUPTCY UNIT
PO BOX 54110
LOS ANGELES CA 90054-0110

Luna, Jesse
13 Sandcastle
Aliso Viejo, CA 92656-3819

MERSCORP Holdings, Inc.
13059 Collections Center Drive
Chicago, IL 60693-0001

Marfino, Richard
12601 Yardley Drive
Boca Raton, FL 33428-4864

Levine, Daniel A
24 Ashton Road
Stamford, CT 06905-1701

Lincoln Financial Group
PO Box 0821
carol Stream, IL 60132-0821

LoanNEX
16 N Central Ave
Saint Louis, MO 63105-3813

Louka, Joshua
1835 Furlow Drive
Redlands, CA 92374-1644

MA Division of Labor
19 Stanfiford St
Boston, MA 02114-2502

Mahoney, Cassandra R
2961 carriage Meadows Dr

Wake Forest, NC 27587-7331

Maine Revenue Services
PO Box 1057
Augusta, ME 04332-1057

Manes, Michael
4718 Seashore Drive
Apt B
Newport Beach, CA 92663-2524

Levinson, Michael E
14476 Amberly Lane
28-802
Delray Beach, FL 33446-2933

Linkedin
62228 Collections Center Dr
Chicago, IL 60693-0622

Loeza, Mary M
10975 Crystal Springs Road
Santee, CA 92071-3109

Lopez, Jennifer
10900 SW 116th Avenue
Miami, FL 33176-3145

Lowe, Julie
25854 Harriet Ave
Moreno Valley, CA 92551-7025

Massachusetts DEPARTMENT OF REVENUE
ATTH:BANKRUPTCY UNIT
PO BOX 7090
BOSTON, MA 02204-7090

Mahoney, Dan
78 Endicott Street
Quincy, MA 02169-7839

Mam, Melinda
90 Granite Path
Irvine, CA 92620-3555

Map Communications
PO Box 95117
Chicago, IL 60694-5117

Marroquin, Luis
8302 Ewing Pl
Manassas, VA 20109-8243

Nush, Tina A
54 Wild Horse loop

Rancho Santa Margarita, CA 92688-1809

Martinez, Crystal B
2229 Perryton Drive
Dallas, TX 75224-3033

Maya, Tamara M
39832 Hillsboro Circle
Murrieta, CA 92562-6606

Mazars USA LLP
135 West 50th St
New York, NY 10020-1201

McGonigal, Katherine
3018 Burton Cove Road
Cookeville, TN 38506-6184

Mendenhall, Carrie A
1179 Caprise Dr
San Marcos, CA 92078-1035

Marsik, Barbara Kathryn
PO Box 723894
Atlanta, GA 31139-0894

Martinez, Lena M
664 Clarke Trail
Dacula, GA 30019-1255

Mason, Opal
300 W 2nd St
Apt 212
Santa Ana, CA 92701-5235

Mayer Brown LLP
2027 Collection Center Drive
Chicago, IL 60693-0020

Mccarthy, Pierce J
3838 Rolling Bills Drive
Holly, MI 48442-1955

McDonough, Robert
20 Tameling Avenue
Babylon, NY 11702-3607

McLain, Paul
2030 East Saddlebrook Road
Gilbert, AZ 85298-7403

McMaster, Kent
4900 Eleven Point Drive
Hannibal, MD 63401-6610

Mendenhall, Jeffrey A

1179 Caprise Dr
San Marcos, CA 92078

Marsik, Barbara Kathryn
PO Box 723894
Atlanta, GA 31139-0894

Martinez, Lena M
664 Clarke Trail
Dacula, GA 30019-1255

Mason, Opal
300 W 2nd St
Apt 212
Santa Ana, CA 92701-5235

Mccarthy, Pierce J
3838 Rolling Bills Drive
Holly, MI 48442-1955

McDonough, Robert
20 Tameling Avenue
Babylon, NY 11702-3607

Martin, Kyle
8332 Varas Circle
Huntington Beach, CA 92646-6124

Maryland Dept. Assessment
301 W. Preston St
Baltimore, MD 21201-2305

Mavenlink, Inc
6501 Irvine Center Drive
Suite 100
Irvine, CA 92618-2134

Mays, Jaime M
2990 McDade Road
Carbon Hill, AL 35549

McLarty, O'Neil T
1420 Campbell Street
Apt 421
Rahway, NJ 07065-3360

Mcsweeney, Lawrence Craig
8868 Spotted Towhee Drive
Naples, FL 34120-1898

Mendoza, Thomas
9585 La Capilla Avenue
Fountain Valley, CA 92708-3519

Merritt, Lisa

4422 West Chama Drive
Glendale, AZ 85310-5132

Michaels
552 E Carson St
Suite 104 448
Carson, CA 90745-2887

Miller Nash
PO box 3585
Portland, OR 97208-3585

Missouri Dep. of Revenue
301 West High Street
Jefferson City, MO 65101-1517

Modern Visual Graphics
633 W. Katella Ave Suite F
Orange, CA 92867-4620

Moore, Lauren
15 Bluebell Dr.
Clarksburg, WV 26301-7006

Mercado, Arnold F
3544 Stone Creek Way
Fort Worth, TX 76137-1922

Meridian Link dba LendingQB
PO Box 846822
Los Angeles, CA 90084-0036

Michigan Dept. of Treasury
Austin Building
430 West Allegan
Lansing, MI 48922-0001

Microsoft Azure
1 Microsoft Way
Redmond, WA 98052-8300

Mirocha, Keith
2303 CRICKLECREEK LN
Jeffersonville, IN 47130-8697

Mitel
PO BoX 53230
PhoeniX, AZ 85072-3230

Moore, Aubreeana D
1280 Grass Valley Drive
Colorado Springs, CO 80906-7713

Moore, Rachel Y
1619 Omar Drive
Mesquite, TX 75150-1302

Merchants Bank of Indiana
410 Monon Blvd
carmel IN 46032-2345

Mickeys Trophy
444 Front Street
Laurel, MS 39440-3902

Mikhail, Raymond A
213 Santorini
Irvine, CA 92606-0844

Mirocha, Phyllis K
910 Carriage House Court
Jeffersonville, IN 47130-4587

MobilityRE
6925 Union Park Center
Suite 445
Cottonwood Heights, UT 84047-6071

Moore, Christina
1280 Grass Valley Dr
Colorado Springs, CO 80906-7713

Moreno, James
3429 11th Street
Lewiston, ID 83501-5360

Morgan, Xandye
381 Las Colinas Boulevard East
#1005
Irving, TX 75039-5555

Mortgage Industry Advisory Corporation
521 Fifth Ave
6th Floor
New York, NY 10175-0699

Mulder, Andrew
45 Fairfield Avenue
Mineola, NY 11501-3335

Mundo, Joseph B
5132 East Juana Court
Cave Creek, AZ 85331-2326

Murcia, Jeffrey D
7955 Faust Avenue
West Hills, CA 91304-4621

Myers, Alisha
936 East Ensolarado Street
Kuna, ID 83634-5179

Naoumovitch, George Michel
2236 Cross Street
La Canada Flintridge, CA 91011-1406

Mortech
Dept 3283
PO Box 123283
Dallas, TX 15312-3283

Mortgage Quality Mgmt and Research LLC
9450 SW Gemini Dr
PMB 63603
Beaverton, OR 97008-7105

Munro, Kristin H
61 Edwards Street
2B
Roslyn Heights, NY 11577-1285

Myers, Kailee r
500 Whisonant Lane
Warrior, AL 35180-1612

NV Dept of Employment
500 East 3rd Street
Carson City, NV 89713-0030

Naranjo, Heather
10896 Poblado Rd
#1311
San Diego, CA 92127-5325

Nationwide Property Appraisal Services
1103 Laurel Oak Road Suite 160
Voorhees, NJ 08043-4318

Mortgage CTO LLC
6109 Aberdeen Dr
Plano, TX 75093-7926

Mraz, Mia
23301 Ridge Route Drive
101
Laguna Bills, CA 92653-1735

Mullins, Stacy
997 Johnnie Dodds Blvd
Apt 321
Mount Pleasant, SC 29464-6115

Murphy, Paul
12241 West Patrick Court
Sun City, AZ 85373-5630

NB Unemployment Insurance

Benefit Adjudication Unit
45 South Fruit Street
Concord, NH 03301-2410

NYS Dept. of Tax. & Fin.
Bankruptcy Section
PO Box 5300
Albany, NY 12205-0300

New Wave Lending Group,
1199 Fairway Drive
Walnut, CA 91789-2832

Nguyen, Charles
2247 South Parton St
Santa Ana, CA 92707-2624

North Carolina Dept. of Labor
1101 Mail Service Center
Raleigh, NC 27699-1100

Oakley, Theresa A
1010 Robin Road
Silver Spring, MD 20901-1873

Ocrolus
101 Greenwich St, Fl 23
New York, NY 10006-1897

Oliver, Elyse M
143 Autumn Leaf
Mission Viejo, CA 92692-5969

Openpath Security Inc
DEPT LA 21951
Pasadena, CA 91185-0001

Netrio
116 N. Tennessee, Suite 200
Mckinney, TX 75069-4357

Noll, Alm
7157 East Onza Avenue
Mesa, AZ 85212-9811

Novatech
PO Box 740865
Atlanta, GA 30374-0865

Odum, Cassandra L
2048 Cogar Drive
Decatur, GA 30032-3925

Ohio Unemployment Insurance Operations
PO Box 182212
Columbus, OR 43218-2212

Olmstead, Tracy Locklier
630 White Falls Drive
Columbia, SC 29212-1240

Opteon ANC Inc
14861 R Scottsdale Rd 1105
Scottsdale, AZ 85254-2788

Nevada Employment Security Division Contribution Section
500 E Third Street
carson City, NV 89713-0030

NewRez LLC Correspondent
1100 Virginia Drive Suite 125
MC NR FTW G1O
Fort Washington, PA 19034-3235

North Carolina Dep. Rev.
PO Box 25000
Raleigh, NC 27640-0100

OBrien, Michael
244 Covina Avenue, B
Long Beach, CA 90803-1823

Office Team
12400 Collections Center Dr
Chicago, IL 60693-0124

Okta Inc
PO Box 743620
Los Angeles, CA 90074-3620

OptifiNow
PO Box 2550
Seal Beach, CA 90740-1550

Optifunder Corp
1807 Park 270 Drive Suite 420
St. Louis, MD 63146-4021

Oregel, Francisco A
1001 Corrigan Ave
Santa Ana, CA 92706

Orvin, Amanda
1410 Abbey Place #312
Charlotte, NC 28209-3049

Otero, Juan C
1829 Grand Palm Drive
York, SC 29745-0965

Owens, Helen I

4105 Carmen Street
Pennsauken, NJ 08109-1827

PA Department of Revenue
1131 Strawberry Square
Department 280946
Harrisburg, PA 17128-0001

PITNEY BOWES Inc
PO Box 981022
Boston, MA 02298-1022

Pape-Cooper, Amanda R
1585 Hillcrest Street
Washington, PA 15301-1229

Optimal Blue
Dept 3232
Dallas, TX 75312-3232

Ortiz, Francisco E
3668 Snowdrift Drive
Riverside, CA 92503-4518

Osburn, David
10322 Caminita Alvarez
San Diego, CA 92126-5810

Otero, Lucas Rey
18212 Blue Lake Way
Boca Raton, FL 33498-1938

PA Dept. Labor, Industry
1700 Labor & Industry Blvd
Harrisburg, PA 17112

Palmer, Stacy L Cale
7406 Equine Ln
Caledonia, MI 49316-8184

Papadatos, Brysoula P
41 -53 Glenwood Street
Little Neck, NY 11363-1718

Park, Hailey B
1702 2nd Avenue
New York, NY 10128-3260

Optimal Blue LLC (Black Knight)
PO Box 742971
Los Angeles, CA 90074-2971

Ortiz, Martin
10521 W Edgemont Dr
AVONDALE, AZ 85392-4654

Owen, Wendy
9851 Timberlane Ave
Hesperia, CA 92345-5447

PACER Service Center
PO Box 71364
Philadelphia, PA 19176-1364

Papanicolas, Christopher J
107 Cunard Lane
Johnstown, PA 15904-2805

Parker, Priscilla
4410 Terraview Drive
Arlington, TX 76001-6689

Parks Coffee California Inc
PO Box 110914
Carrolton, TX 75011-0914

Payne, Andrew
235 Avenida Aragon
San Clemente, CA 92672-5650

Perez, Angie
1440 E 1st Street
Unit 214
Santa Ana, CA 92701-6398

Phoenix, Xander
2144 Chapman Drive
Carrollton, TX 75010-4156

Pittillo, Debra S
4790 Irvine Boulevard
Unit 105
Irvine, CA 92620-1973

Plesnik, Paul T
15 Geraldine Court
Denville, NJ 07834-1525

Prattis, Leana
1943 Bluebonnet Way
Orange Park, FL 32003-7462

Pugh, Eric
1459 Hedgewood Lane NW
 Kennesaw, GA 30152-4514

Paul, Donna K
5599 FM 380
San Angelo, TX 76905-7371

Payne, Dan

13562 Sussu Place
Santa Ana, CA 92705-2751

Peaks Strategies LLC
1345 6th Ave
33rd Fl
Nev York, NY 10105-3105

Pentagon Federal Credit U
7940 Jones Branch Dr
MCLean, VA 22102-3387

Pierro, Angel Steve
12600 SW 107th Ave
Miami, FL 33176-4740

Planet Bome Lending
1924 E. Deete Ave
Suite 200
Santa Ana, CA 92705-5723

Port53 Technologies Inc
One Embarcadero Center Suite 4150
San Francisco, CA 94111-3740

Price, Billy
1842 Sam Smith Road
Fort Nill, SC 29708-8466

Pulker, James
4908 west Cullan Avenue
Chicago, IL 60641-1517

Payne, Whitni Lynn
507 Pendleton Street
Farmersville, TX 75442-1533

Planet Home Lending
321 Research Pkwy
Suite 303
Meriden, CT 06450-8342

Powell, Trelanie
3631 Falconwood Dr
Douglasville, GA 30135-8487

Protect Valuation Services
PO Box 986500 Dept 1190
Boston, MA 02298-6500

Quaranta PA
1600 Ponce De Leon Blvd
10th Floor
Coral Gables, FL 33134-4031

RAMS Mortgage Capital
3027 Townsgate Rd
Suite 230
Westlake Village, CA 91361-5B72

Ramirez, Eugene
1B197 Muir Woods Court
Fountain Valley, CA 92708-5936

Ratafia, Brian
126 Peachtree Ln
Roslyn Heights, NY 11577-2418

Recovco
90 Merrick Ave , Suite 430
East Meadow, NY 11554-1565

Reed, Edward C
1139 Stacy Drive
canton, MI 4B188-1427

Regus Management Group
15305 Dallas Pkwy Suite 1200
Addison, TX 75001-6423

Renewed Solutions
1341 Conant St
Dallas, TX 75207

Rhode Island
Division of Taxation
1 Capital Hill
Providence, RI 0290B-5800

Richardson, Reginald
809 Decatur Street
Sandusky, OH 44870-3331

QuestSoft Corp
PO Box 120284
Dept 0284
Dallas, TX 75312-0284

Raghu, Lenny
2651 Cheverny Pl
Concord, NC 28027-0184

Ramirez, Jose
11771 Euclid St
Garden Grove, CA 92840-2224

Ray, Nacy L
37768 Mangrove Drive
Palmdale, CA 93551-6986

Reese, Summer E

13914 Bora Bora Way #105
Marina del Rey, CA 90292-6836

Reiher, John
17 Moccasin Trail
Trabuco canyon, CA 92679-1417

Renner, Sabrina
21360 Mount Lena Road
Boonsboro, MD 21713-1615

Richards, Jessica Marie
35 Linder Cir
Homosassa, FL 34446-3992

Ring Central
PO BOX 734232
Dallas, TX 75373-4232

Quezada, David
1642 Shirley Drive
Corona, CA 928B2-4236


Raigosa, Veronica Lorena
5015 Guido Lane
El Paso, TX 79903-3304

Randall, Imani
131-15 Farmers Boulevard
Queens, NY 11434-4123

Ready Refresh
PO BOX 856680
LOUISVILLE, KY 402B5-66B0

Regus Management Group LLC
100 Chesterfield Business Parkway 2nd Floor
St Louis, MO 63005-1271

Remilien, Suzie
12334 31 Avenue NE
Apt 507
Seattle, WA 98125

Richardson, Melissa Lee
4850 Persimmon Lane
castle Rock, co 80109-7720

Rivera-Alvarez, Jonathan R
70 Bloomingdale Road
Levittown, NY 11756-5106

Rodriguez, Julian
4240 Park Newport
Apt 210

Newport Beach, CA 92660-6042

Romine, Kimberly
1392 Walnut Ave #103
Tustin, CA 92780-8214

Rosu, Zorica
10 Adelphi Drive
Graenlawn, NY 11740-1802

Rugen, Edward L
337 Brendan Avenue
Massapequa, NY 11758-6124

SRS Inc
P.O. Box 382
Islip Terrace, NY 11752-0382

Sage Intacct, Inc.
Dept 3237
PO Box 123237
Dallas, TX 75312-3237

Sanchez, Shanie
249 N. Ocean Drive
Tavernier, FL 33070-2904

Saul, Wesley
335 Jordan Drive
Northwest Tucker, GA 30084-2024

Rodriguez, Tiana
13132 Racimo Drive
Whittier, CA 90605-2738

Rosas, Emilio
522 Giles Avenue
Blissfield, MI 49228-1274

Rote, Joseph
1501 Reed Ave
Apt 2
San Diego, CA 92109-5360

SD Dept of Labor
TAX Division
PO BoX 4730
Aberdeen, SD 57402-4730

Salas Martinez, Sergio Antonio
12206 Bright Angel Court
Charlotte, NC 28277-4675

Sanders, John David
384 Aruba Circle
#101

Bradenton, FL 34209-3216

Santos, Henry
17820 Meadow Bottom Road
Charlotte, NC 28277-6659

Sawyer, Jared Michael
5824 Arboles Street
San Diego, CA 92120-3722

Robinson, Jinelle B
759 Oak Ridge Drive
Ore City, TX 75683-7668

Roling, Lizabeth A
2550 South Santan Village Park apt 1023
Gilbert, AZ 85295-7855

Rosas, Julius
P.O.Box 11361
Los Angeles, CA 90011-0361

Rouskas, Theohari
3654 Ivy Dr
Bethpage, NY 11714-3316

SOCI Inc
DEPT LA 24700
Pasadena, CA 91185-0001

Saldebar, Jonathan
24381 Santa Clara Avenue
Dana Point, CA 92629-3023

Sardar, Gerald Lazarus
1349 N Topsail ave.
colton, CA 92324-6211

Schamberg, Douglas A
16810 South 29th Place
Phoenix, AZ 85048-8519

Scotmnan Guida Inc
PO Box 692
Bothell, wa 98041-0692

Sessions, Verdie R
2312 Field Street
Antioch, CA 94509-3922

Shekerlian, Kimberly A
17429 Mayflower Drive
Granada Bills, CA 91344-2223

Shirdel, Mohmiad
322 S Vista Del Canon

Anaheim, CA 92807-3836

Sims, Angela
25 Manor Lane
Morris Plains, NJ 07950-1517

Slasor, Ronald W
P. 0 Box 685
Mount Pleasant, MI 48804-0685

Smith, Steven B
245 Deer Cliff Cove
Lawrenceville, GA 30043-3013

Sodano, Rose M
311 4th Avenue
202
Asbury Park, NJ 07712-9213

Sourcepoint Inc
PO Box 1043
Buffalo, NY 14240-1043

Springman, Inga
4563 Brickleton Woods Drive
Portage, MI 49024-1717

Sheppard Mullin
333 South Hope Street
42 Floor
Los Angeles, CA 90071

Short, Steven
41 Long Meadow Pl
S. Setauket, NY 11720-1237

Sir Speedy
101 Dupont Street
Plainview, NY 11803-1612

Smith, Karl D
11578 Wake Circle
Cypress, CA 90630-5545

Smith, Terry M
902 Rocky Dell Road Northeast
Gravette, AR 72736-8833

Soloway, Nolan
120 South Grand Avenue
Anaheim, CA 92804-1671

South carolina Department Revenue Income TAX
PO BOX 125
Columbia, SC 29202-0125

Sejour, Nathaniel G
20 Westwood Drive
Apt. 29
Westbury, NY 11590-1605

Shea Pallante
613 Vickery Park Dr
Nolensville, TN 37135-2521

Sheppard Mullin Richter Hampton LLP
PO Box 716409
Philadelphia, PA 19171-6409

Silva, Javier
125 E. 29th apt 1
Los Angeles, CA 90011-1949

Smith, Marvin B
902 Rocky Dell Road Northeast
Gravette, AR 72736-8833

Snow, Austin
1852 N Division
Carson City, NV 89703-2415

Soloway, Seth D
2170 Century Park East Unit 902
Los Angeles, CA 90067-2219

Spencer, Allie
10 Edgemere Pl
Boise, ID 83716-3386

State of Oregon
Salem Headquarters
955 Center Street NE
Salem, OR 97301-2553

Stoterau, Malorie
208 West Hackberry Street
Brandon, SD 57005-2159

Stuart, Ethan Charles
1546 Golden Avenue
Hermosa Beach, CA 90254-3322

Surety Solutions, LLC
4285 Commercial St SE
Suite 110
Salem, OR 97302-4372

Sy, Anne
17 Rue Fontaine
Lake Forest, CA 92610-2490

Tague, Kyle C
8882 Bellshire Drive
Huntington Beach, CA 92646-4615

Tarzi, Diana
26011 Del Rey, Apt A
Mission Viejo, CA 92691-6828

State of Nebraska
Department of Labor
Unemployment Ins. Tax
PO Box 94600
Lincoln, NE 68509-4600

Steinberg, Brandon Taylor
30902 Club Bouse Drive
Unit 11D
Laguna Niguel, CA 92677-2385

Stewart, Rodney B
1315 E Rowlands Ln
Phoenix, AZ 85022-4418

Street Solutions Inc
111 Town Square Place
Suite 1203
Jersey City, NJ 07310-2784

Sullivan, Bernard
10593 Moss Rose Way
Orlando, FL 32832-5817

Suvanvichit, Sitirith
12132 Vista Linda Avenue
Las Vegas, HV 89138-5008

Taylor, David
10 Midlothian
Dove Canyon, CA 92679-3743

Staffbase Inc
PO Box 22838
New York, NY 10087-0001

State of New Jersey
Div of Family Leave Ins.
PO Box 387
Trenton, NJ 08625-0387

Stevens, John
10 Jackson Ct
Coto de Caza, CA 92679-5013

Stone, Scott R
528 Greenridge Drive

Coppell, TX 75019-5718

Stuart Keplar
14787 Buckingham ct
Dallas, TX 75254-7562

Summit Hosting
6734 Jamestown Dr
Alpharetta, GA 30005-3030

Swartz, Sadie BeMett
507 Hollis Path
Jordan, NY 13080

TR Atrium, LP
P.O. BOX 842054
Dallas, TX 75284-2054

Tannenbaum, Ira M
73 Irma drive
Oceanside, NY 11572-5715

Taylor, Sandra
3551 Cromart Ct
North Fort Worth, TX 76133-1323

Tedesco, Debra
1322 Southwest Cedar Cove
Port St. Lucie, FL 34986-2001

The Freedman Firm
10100 Santa Monica Boulevard Suite 300
Los Angeles, CA 90067-4107

Thomas Law Firm
5706 E. Mockingbird Lane Suite 115
Dallas, TX 75206-5461

Thunberg, William K
22054 Bast Domingo Road
Queen Creek, AZ 85142-5946

Tran, Simona
6819 Sorrelwood Lana
Sugar Land, TX 77479-2170

UPS
PO Box 809488
Chicago, IL 60680-9488

The Fryer Law Firm
70 Lenox Pointe NE
Atlanta, GA 30324

Thomas, Amber D
121 Whiterock Court

Weatherford, TX 76086-4681

Thunberg, Milagros
22054 East Domingo Road
Queen Creek, AZ 85142-5946

Tierra, Alfred
3 Dogwood
Rancho Santa Margarita, CA 92688-1105

Touny, Sharif
111 Galaxie Drive
Covina, CA 91723-2068

Travelers
PO Box 660317
Dallas, TX 75266-0317

Tringali, Rachele
97 Spring Beauty Dr
Bluffton, SC 29909-7147

Turner, Brett
10950 Pennbrooke Crossing
Johns Creek, GA 30097-1874

United Health Care
2000 West Loop South Suite 900
HOUSTON, TX 77027-3517

The Beckage Firm
403 Main Street
Suite 723
Buffalo, NY 14203-2104

Think Reality
118 H Conistor Ln
Suite B Box 509
Liberty, MO 64068-1909

Thunberg, Natalie
2842 South Lynch
Mesa, AZ 85212-2184

Tinoco, Ana
74 Ivy Bill Road
Red Bank, NJ 07701-5109

Tri State Area Moving and Storage
160 Dupont Street
Plainview, NY 11803-1603

Tyner, Dan E
47 Angelo Walk
Long Beach, CA 90803

Universal Registered Agents Inc
PO Box 23788
Overland Park, KS 66283-3788

Utah Dept of Workforce Adjudication Division
PO Box 45244
140 E 300 South
Salt Late City, UT 84111-2305

Varona, Richard A
9126 H Lilley Rd
Apt 221
Plymouth, MI 48170-4650

WA Labor Dept.
200 Constitution Ave NW
Washington, DC 20210-0001

Wall Street Mortgage Bank
1111 Marcus Ave
Suite LL08
Hew Hyde Park, NY 11042-1034

Weeks, John Urban
2032 Trailing Pines Way
Fleming Island, FL 32003-4921

Welcom, Michael
780 Etter Creek Street
Las Vegas, NV 89138-6229

Uy, Eric T
9086 POLLY AVE
ORAHGEVALE, CA 95662-4725

VERGDIT
10111 Richmond Ave
Suite 500
Houston, TX 77042-4216

ValueMomentum Inc
220 Old New Brunswick Road Suite 100
Piscataway, NJ 08854-3757

Verdugo, Ian
250 W SANTA FE AVE
#232
Fullerton, CA 92832-3622

Villela-Kemp, Sandra
34 Bearpaw #64B
Irvine, CA 92604-7125

Virtru

PO Box 392246
Pittsburgh, PA 15251-9246

WB MASON
PO Box 981101
Boston, MA 02298-1101

Weeks, Rebecca
2032 Trailing Pines Way
Fleming Island, FL 32003-4921

Weston Insurance Company
PO Box 969
Westbrook, CT 06498-0969

VA Employment Commission
PO Box 26441
Richmond, VA 23261-6441

Vadi, Antonio
829 Townline Road
Hauppauge, NY 11788-2853

Valutrust Solutions LLC
7400 College Blvd
Suite 250
Overland Park, KS 66210-4031

Virgil Kyle
26800 Aliso Viejo Parkway
Aliso Viejo, CA 92656-2625

Vonderheit, Josh
3523 Southwest Pumice Place
Redmond, OR 97756-7259

WV State Tax Dept.
The Revenue Center
1001 Lee Street
East Charleston, WV 25301-1725

Watson, Keshia
1861 Serena Drive
Lancaster, TX 75134-2233

White Family LP
1600 South Brentwood Blvd Suite 770
St Louis, MO 63144-1329

Wiggins, Paul
31B5 Old Graham Road
Pittsboro, NC 27312

Williama, Hyiesha L
277 Mercer Street
Phillipsburg, NJ 08865-3132

Wilson, Denise H
P.O. Box 10550
Honolulu, HI 96816-0550

Windstream
PO Box 9001013
LOUISVILLE, KY 40290-1013

Wolz Corporate USA Inc
36 South 18th Ave
Suite D
Brighton, CO 80601-2452

Woods Oviatt Gillman LLP
Attn: Brian D. Gwitt
1900 Main Place Tower
Buffalo, NY 14202-3719

Word, Robyn D
7650 Lasaine Ave
Northbridge, CA 91325-4516

X Centric IT Solutions LLC
PO Box 510764
New Berlin, WI 53151-0764

Young, Patricia
21 Misty Meadow Lane
Hamden, CT 06518-1862

Williams, Gerald
2018 Arles Lane
carrollton, TX 75007-2205

Wilmington Trust, NA
1100 North Market St
Attn: Corporate Truste Ad
Wilmington, DE 19890-0001

Wilson, Michael
31 Raymond Terrace
Norwalk, CT 06855-1301

Winters, Delbert Lee
5721 Sam Court
Venus, TX 76084-4654

Wood, Michael R
1023 Sea Breeze Dr
Costa Mesa, CA 92627-4804

Woods, Douglas Warren
1427 HE 153rd St
Shoreline, WA 98155-7141

Workers Compensation Board
328 State St
Schenectady, NY 12305-3201

xactus LLC (UCS)
PO Box 70784
Philadelphia, PA 19176-0784

Yarbrough, Jack B
368 South Carolet Lane
Orange, CA 92869-4736

Young, Vanesha
6971 Seabreeze Drive
Grand Prairie, TX 75054-7282

Williama, Marla Y
9597 Washington Circle
Jonesboro, GA 30238-8712

Wilson, Blake 0
1515 N Spurgeon Street
Apt 18
Santa Ana, CA 92701-2345

Wipro Opus Mortgage Solutions LLC
300 Tri State Intl
Suite 320
Lincolnshire, IL 60069-4416

Woods, Rocio E
1427 HE 153rd St
Shoreline, WA 98155-7141

Young Conaway Stargatt and Taylor LLP
PO Box 391
Wilmington, DE 19899-0391

Zipprich, Andrea B
46366 Sandia Creek Drive
Temecula, CA 92590-4162

Zoomlnfo Technologies LLC
Dept LA 24789
Pasadena, CA 91185-0001

Patricia B. Fugée, Esq.
FISHER BROYLES LLP
27100 Oakmead Drive, # 306
Perrysburg, OH 43551

MERRICK BANK
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

Indiana Department of Revenue
100 N Senate Ave
Indianapolis, IN 46204

UTAH DEPARTMENT OF WORKFORCE SERVICES
PO BOX 45288
SALT LAKE CITY, UT 84145

New York State Department of Taxation & Finance
Bankruptcy Section
P O Box 5300
Albany New York 12205-0300

NEW YORK STATE DEPARTMENT OF LABOR
STATE CAMPUS BLDG 12 RM 256
ALBANY, NY 12240

Illinois Department of Employment Security
33 S State St 10th Flr
Chicago, IL 60603

Texas Workforce Commission
Office of Attorney General
BK/Collections
P.O. BOX 12548, MC008
Austin, TX 787112548

Keisha Miller
39 Falcon Lane
Levittown NY 11756

Jennifer DePasquale
32 Alan Street
East Islip, NY 11730

Dawn Greenbaum
15 Forest Drive
Plainview, NY 11803

Rebecca Yoselowitz
2848 Beach Dr
Merrick, NY 11566

Elvis Pimentel
4707 Hadley Lane
Manlius, NY 13104

Luis Rodriguez
234-04 Union Tpke
Queens Village, NY11427

Samuel Allison
9531 Knopfler Lane
Las Vegas, NV 89148

Lydia Miller

4124 Autumn Ridge Ct
Arlington, TX 76016

Wendy Ball
140 Route 191
Cresco, PA 18326

Christi LaVecchia
6003 Planters Dr
Pipersville, PA 18947

Anna Vo
17321 Murphy Ave #314
Irvine, CA 92614

Laura Laraia
1604 Old Course Dr
Plano, TX 75093

Robert Charles Hudson
2855 Oak Ct
Oxford, MI 48371

### Via Electronic Mail:

Dean Ayres
deanhayres@gmail.com

Donald R Fletcher Jr
donald_fletcher1@yahoo.com

Sprout Mortgage Asset Trust
mstrauss@sproutmortgage.com

Jayne McDonald
jmcdonald40@verizon.net

Laura Micozzi
swtonelv@aol.com

Hien Mai
hien.vmai@gmail.com

Brenda Sandoval
brendasandoval70@yahoo.com

Greg Ochotorena
Gregochotorena@gmail.com

Vinh Le Do
vinnied77@hotmail.com

Marjarie Diaz
marjorie_a_diaz@yahoo.com

Stephanie Thomas
stephanie.allison.thomas@gmail.com

Daniel Leanna
dan.leanna@gmail.com

Christopher Mule
Cmule95@gmail.com

Andrew Barbine
Abarbine95@gmail.com

Sharmaine Davis
Camealledavis@gmail.com

Marla Yvette Williams
Yvettegurl45@gmail.com

Connor Maurer
Connor13maurer@gmail.com

Danna Reyes
alwaysdanna@gmail.com

Diane Hardgrove
diane@dianehardgrove.com

Linh Tran
Linhth4@fpt.com

Pak Chang
Pak.chang@yahoo.com

Natalie Owens
Natalie.a.owens@gmail.com

Richard Conboy
rconboy@gmail.com

Scott Miller
Scottraceteam2@gmail.com

Stephen Sansone
steve@thesansones.com

Verity Global Solutions LLC
Andy.andrews@verityglobalsolutions.com

Linda Grayson
Lingray2@aol.com

Jodilyn Cresong
Jodilyncresong@gmail.com

JP Properties Inc
Jp368488@yahoo.com

Tom Tefft
heartwoodpro@yahoo.com

Kimberly King
Ckmj929@gmail.com

Laura Devlin
Lkd5588@msn.com

Thomas White
tjw@white-co.com

Zachary Farrah
Platinum-21@live.com

Michele Henry
jerszgrl@gmail.com

Thelma Leticia Diaz Ocampo
locampo@live.com

Ian Demetriou
imdmrdabd@gmail.com

William Clark
Calidollars2007@yahoo.com

Nelson Xavier
Nxm100@gmail.com

Jack Yarbrough
jyarbrou@gmail.com

Zachary Harris
zacharyharris0193@gmail.com

Cam Lawler
cam.lawler@gmail.com

Michel Jocelyn
Ashlee.jocelyn22@gmail.com

Adam Falkenberg
Adam.falkenberg22@gmail.com

Ertman Dulis Helisek, LLP
Caleb.dulis@ertmanlaw.com
John.ertman@ertmanlaw.com

Christopher Munsell
munsellchristopher@gmail.com

Tanen Directed Advertising Inc.

ilene@tanendirected.com

Luis Pazmino
lpazmino@gmail.com

Kenneth Herrera
Kennyherrera152@gmail.com

McGee Technologies Inc
John McGee
jmcgee@optifinow.com

Lisa Merino
Lisa.merino@yahoo.com

Rachel Faytik
Rachel.faytik@gmail.com

John Quaranta, Esq
o/b/o Michael Johnston
john.quaranta@quaranta.law

Susie Kelly Horne
skellyhorne@gmail.com

Nick Murphy
n.murphyrealestate@gmail.com

Ntersol, LLC
legalnae@ciandt.com

John Math
johntikisales@gmail.com


Diane Darrigan
Diana.darrigan@aol.com

Ashley Askew
Ashleyaskew2@gmail.com

Isaiah Bond
uwanalytics1@gmail.com

Ramond Marquez
raymarquez12@gmail.com

Stephen Yanik
yanikstephen@gmail.com

Carol Welch
Welchcarol50@gmail.com

Connie Gipson Getz
condon1971@aol.com

Adam Barreno
adamcbarreno@gmail.com

Glenn Alan Toher
glenntoher@gmail.com

Kimberly Gresik
kgresik@gmail.com

Sam Mandegar
samandegar@gmail.com

David Borden
David.borden1@gmail.com

Ashley McLaughlin
ashleyrichelle0210@yahoo.com

William Staples
billstaples@yahoo.com

William Pearson
Billp97@comcast.net

Raylene Valentine
raylene701@msn.com

Michael Pemberton
mikepem5@gmail.com

Ian Demetriou
imdmrdabd@gmail.com

Traci Sizemore
choopman666@gmail.com

Robert Joseph Loftis
rloftis2@gmail.com

Lori Steward
loristeward26@gmail.com

Monica Owens
mowenstravel@yahoo.com

Beverly Thorne
bevkristenthorne@gmail.com

Jeffrey Danze
jeffdanze@gmail.com

Brandon Linn
brandonjlinn@yahoo.com

Renzo Ostalaza
ro1975@hotmail.com

James Boor
jared.boor11@gmail.com

Nathaniel Agudelo
nagudelo12@gmail.com

SUKIRTHAMALAR CARMACK
SDAVID091972@YAHOO.COM

Candi C Canty
cndcanty@gmail.com

Lauire Verdugo
LAURIESART@YMAIL.COM

philip thomas arrieta
amortgage1046@yahoo.com

Ryan Duvall
rduvall0401@gmail.com

Scott Wood
scottwood70@aol.com

Bryan Trinh
bryan.trinh1998@gmail.com

James Abdelmessih
jabdelmessih@foundationmortgage.com

Karen Castillo
karen.castillo@me.com

Kristen Trimble
kristen_trimble@Comcast.net

Antoinette Washington
washingnette@gmail.com

Bertha Padilla
Bertha.Padilla@yahoo.com

Melissa Fowler
missfowler7@gmail.com

Denise Jill Glass
justjill19@cox.net

Nicholas DiSanza
nick_disanza@yahoo.com

Monica Stasko
stasko@optonline.net

Patrick Kinnan
pgkinnan@gmail.com

Zachary Harris
zacharyharris0193@gmail.com

Sage Adams
adam.falkenberg22@gmail.com

Thomas Conklin
tntconklin@att.net

Samantha McFarland
Smmcfar83@gmail.com

Bradley Arant Boult Cummings LLP
ashaver@bradley.com

Burghergray LLP
gburgher@burghergay.com

Richard Pernell
richardkpernell@yahoo.com

Athene Annuity & Life Assurance Company
Dentons US LLP c/o Lauren M. Macksoud
lauren.macksoud@dentons.com

Casey Finan
Casey.speake@gmail.com

Jose Ramirez
jose.a.ramirez95@hotmail.com

Casey Donaldson
cdonaldson@aventon.com

Denise Wilson
nakiwilson@gmail.com

Brittany Shaw
brit.mshaw@me.com

Chelsea Tryon
chelseatryon@hotmail.com

Consolidated Analytics, Inc.
Rutan & Tucker, LLP
c/o Richard K. Howell & Gerard Mooney
rhowell@rutan.com

Cedrick Queen
cedrickqueen@gmail.com

Barbara Szakacs

globalprocessor@yahoo.com

Holly Jeanette Sedgwick
hsedg@msn.com

Phu Nguyen / Thomas Nguyen
pthtan143@gmail.com

Sean Kiernan
oxfordappraisals@gmail.com

Jessyka Miller
Jessykakmiller96@gmail.com

Samuel Bjelac III
samuelbjelac@gmail.com

Angel Jordan
Angelljordan97@gmail.com

Sanya Glasco
sglasco06@gmail.com

Juandisha Harris (P62978)
Assistant Attorney General
Harrisj12@michigan.gov

Stacey Kowalski
Staceystoss26@optimum.net

Michael Alexander
Mike445@rocketmail.com

Jeanine Lopez
Jeaninellopez@gmail.com

Michael O'Brien
moby99@yahoo.com

Kristine Dermendjian
Kiso_602@yahoo.com

Chasati Blizard
blueyedemon17@gmail.com

Gallagher Benefit Services, Inc.
diane_wiest@ajg.com

Alicia Robinson
robinsonaliciar@gmail.com
Derek Nelson
1nelsonda@gmail.com

Nyiesha L Williams
nyiesha80@gmail.com

Ryan Kisgen
ryankisgen@gmail.com

Joshua Desadier
joshua.desadier@gmail.com

Debra Freeman
Dfreemanlv@aol.com

Robert Lawrence Hamby
robbhamm38@yahoo.com

Gina Marie Hamby
hambygm@gmail.com

Daria Perez
daria.perez8@gmail.com

Equilibrium Technology Solutions
nparikh@equilibriumsolutions.net

Jennifer Miller
askjenmiller@gmail.com

Ruthanne Mashchenko
rmashch@gmail.com

Timothy Wilt
wilt.timb@gmail.com

Christopher Noack
chnoack@live.com

Cheyenne Pauley
cheyenneapauley@gmail.com

Sylvia Frisch
sfrisch222@gmail.com

Michelle Rizzo
michelle.rizzo69@gmail.com

Ertman Dulis & Helisek PLLC
john.ertman@ertmanlaw.com

Jamin Soderstrom, Esq.
Soderstrom Law PC
jamin@soderstromlawfirm.com

Invictus Residential Pooler Trust 1A
ecf@theryanfirm.com

Leslie Ahrendt
leslie@velocityfinancial.com

Michael Barnes

mjb@velocityfinancial.com

Susie Horne
skellyhorne@gmail.com

BMO Capital Markets Corp.
dandrea@chapman.com

Somi Jacob
somiphilip@gmail.com

SUSA Financial, Inc. dba FirstFunding, Inc.
Dentons US LLP c/o Geoffrey Miller
geoffrey.miller@dentons.com

Rhonda Jackson
Salonofvirtue5@gmail.com

Michelle Hall
michellehall0103@gmail.com

Wynn Las Vegas and Encore
jessica.lozoya@wynnlasvegas.com

RAMIRO PANTOJA
ramiropantojax@gmail.com

Aminat Alli-Afoke
alliafoke@yahoo.com

Nhu Ngoc Tran
Samitran1981@gmail.com

Leslie Nguyen
Leslie.Nguyen152@gmail.com

Kenneth Herrera
Ksherrera77@gmail.com

AMINAH MCCLAIN
AHMYIAH86@GMAIL.COM

Karson Ayres
kayres@foundationmortgage.com

Ani Angel Navasartian
Ani.navasartian@yahoo.com

Fotios Papadatos
fpapadatos@outlook.com

Hrysoula Papadatos
asteri1231@aol.com

ANTRENITA JOHNSON
ANNJOHNSON2012@GMAIL.COM