UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------X
In re:

SPROUT MORTGAGE LLC,

Debtor.
---------------------------------------------------X

Chapter 11

Case No. 23-72433-spg

**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**

Upon the motion [ECF No. 442] (the "Motion"), filed August 3, 2026, of Kurt Willms and Ashley Willms ("Movants") for relief from the automatic stay with respect to the property located at 111 Buffalo Street, Old Hickory, Tennessee 37138 (the "Property"); and a hearing on the Motion having been scheduled for September 3, 2026 (the "Hearing"); and upon the affidavit of service [ECF No. 443], filed August 4, 2026, demonstrating good and sufficient notice of the Motion and the Hearing thereon; and the hearing having been held, the transcript of which is incorporated herein by reference; and no objections or responses to the Motion having been filed or interposed orally at the Hearing; and after due deliberation and sufficient cause appearing therefor, it is

**ORDERED, that the automatic stay in effect pursuant to 11 U.S.C. § 362(a) is modified pursuant to 11 U.S.C. §§ 362(d)(1) and (d)(2) to permit Movants, their agents, assigns, or successors in interest, to exercise their rights and remedies available under applicable law as to the Property, including to proceed with the commencement of a state court proceeding against the above-captioned debtor regarding the Property; and it is further**

~~ORDERED that the application of Willms modifying the automatic stay pursuant to 11 U.S.C. 362(d)(1) and (d)(2) be and is hereby granted as further set forth below; and it is further~~

~~ORDERED, that the automatic stay imposed by 11 U.S.C. 362(a) is hereby terminated as to Willms, its successor and/or assigns, with respect to the property described below; and it is further~~

~~ORDERED, that the automatic stay imposed in this case pursuant to 11 U.S.C. §362(a) be and hereby is vacated and Willms, its successors and/or assigns, may proceed with the commencement of a state court proceeding against the Debtor regarding the property located at 111 Buffalo Street, Old Hickory, TN 37138.~~

**ORDERED, that the fourteen (14) day stay imposed by rule 4001(a)(4) of the Federal Rules of Bankruptcy Procedure is hereby waived; and it is further**

**ORDERED, that all other relief requested in the Motion is denied.**

Dated: Central Islip, New York
September 22, 2026

Sheryl P. Giugliano
United States Bankruptcy Judge